UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COUNTERPART INTERNATIONAL )<br>)<br>Defendant. )<br>) | Civil No. 1:05-cv-01598-RMC |

**DEFENDANT COUNTERPART INTERNATIONAL'S MOTION FOR A BRIEF EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

1. Defendant Counterpart International ("Counterpart") through its attorneys, moves this Court to grant Defendant's motion for a brief extentsion of time to file its responsive pleading.

2. On August 10, 2005, Plaintiff filed his Complaint in the United States District Court of the District of Columbia.

3. On September 2, 2005, counsel left a voicemail message with Plaintiff's counsel requesting an extension of time to answer the complaint or file a responsive pleading.

4. Plaintiff's counsel did not return Counterpart counsel's telephone call.

5. Pursuant to Fed. R. Civ P. 81(c), Counterpart's responsive pleading is due September 6, 2005.

6. Counterpart's counsel has recently been retained and needs additional time to investigate the allegations to respond appropriately to the Complaint. Counterpart's counsel also hopes to explore an amicable resolution to this matter. Counterpart's

counsel therefore requests an extension of two weeks, until September 20, 2005, in which to file its responsive pleading.

7.   Counterpart hereby requests this Court enter the attached order extending Defendant's time to file a responsive pleading to September 20, 2005.

                              Respectfully submitted,

                              **JACKSON LEWIS LLP**

September 2, 2005                    By: /s/ Michael N. Petkovich
                                            Michael N. Petkovich (D.C. Bar No.456010)
                                            Kara M. Ariail (D.C. Bar No.478718)
                                            8614 Westwood Center Drive, Suite 950
                                            Vienna, VA 22182
                                            (703) 821-2189
                                            **Attorneys for Defendant**
                                            **Counterpart International**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on September 2, 2005, a copy of the foregoing *Defendant Counterpart International's Motion for a Brief Extension of Time to File a Responsive Pleading* was mailed, first-class mail, postage prepaid, to:

> Patricia D. Douglass, Esq.
> 98 Interpromontory Rd.
> Great Falls, VA 222066

/s/ Michael N. Petkovich