UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| | ) | |
| COUNTERPART INTERNATIONAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Based on Defendant Counterpart International's Motion for a Brief Extension of Time to File a Responsive Pleading, the time within which Counterpart may file an answer or other responsive pleading is extended to, and including, September 20, 2005. The Clerk is directed to send copies of this Order to all counsel of record.

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

4