UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAY W. COOPER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1589 (RMC) |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

Upon receipt of a Rule 16.3 (c) Report from the parties and following an Initial Status Conference on November 4, 2005, it is today

**ORDERED**,

(A) that discovery in this case shall close on April 1, 2006;

(B) that any motion to join additional parties or to amend the pleadings not be filed later than February 15, 2006;

(C) that the parties are to identify any expert witnesses and provide expert reports by February 15, 2006, unless time is extended by the Court;

(D) that any dispositive (or partially dispositive) motion should be filed no earlier than April 1, 2006 nor later than June 1, 2006, with any opposition due 30 days after service of the motion and any reply to an opposition within 14 days after service of the opposition; and

(E) that the Pre-trial Conference in this case is set for _____.

_____          _____
Rosemary M. Collyer                                                  Date
United States District Judge