UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER<br><br>      Plaintiff<br><br>v.<br><br>COUNTERPART INTERNATIONAL<br><br>      Defendant. | Civil No. 1:05-cv-01598-RMC |

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant Counterpart International makes the following initial disclosures.

These disclosures are made in good faith and are based upon information presently available. By making these disclosures, defendant does not concede the relevance, materiality or admissibility of the information disclosed.

**A.     Witnesses**

1. Kelli Boyer, Human Resources Manager, has knowledge regarding plaintiff's work performance, the terms and conditions of plaintiff's employment, the issues raised in the complaint, defendant's defenses and all employment decisions at issue. Ms. Boyer may be contacted only through defendant's counsel.

2. Alrene Lear, Vice President, has knowledge regarding plaintiff's work performance, the terms and conditions of plaintiff's employment, the issues raised in the complaint, defendant's defenses and all employment decisions at issue. Ms. Lear may be contacted only through defendant's counsel.


PLAINTIFF'S EXHIBIT A

3. Harry Dorcus, Chief Operating Officer, has knowledge regarding plaintiff's work performance, the terms and conditions of plaintiff's employment, the issues raised in the complaint, defendant's defenses and all employment decisions at issue. Mr. Dorcus may be contacted only through defendant's counsel.

4. Michael Kunz, Regional Director and plaintiff's direct supervisor, has knowledge regarding plaintiff's work performance, the terms and conditions of plaintiff's employment and all employment decisions at issue. Mr. Kunz may be contacted only through defendant's counsel.

5. Brenda Sloan, Consultant, has knowledge regarding plaintiff's termination. Ms. Sloan may be contacted at:

> 4517 Clark Place, NW
> Washington, DC 20007-2502
> (202) 338-7035.

6. Bob Abna, Regional Finance and Administration Director, has knowledge regarding plaintiff's termination and all decisions related to the termination. Mr. Abna may be contacted only through defendant's counsel.

7. Defendant's clients have knowledge about their experience working with plaintiff. The investigation is ongoing to determine the specific clients. The names will be produced during discovery.

8. Employees have knowledge about their experience working with plaintiff. The investigation is ongoing to determine the specific employees. The names will be produced during discovery.

B.  **Documents**

1. All documents in plaintiff's personnel file;
2. All documents relating to plaintiff's performance;
3. All documents relating to plaintiff's performance problems;
4. All documents relating to every employment decision at issue;
5. All documents relating to the terms and conditions of plaintiff's employment.

All documents identified are in the custody of defendant's Human Resources Department.

C.  **Damages Calculations**

Defendant has not claimed any damages against plaintiff.

D.  **Insurance Agreements**

Defendant maintains an insurance policy with St. Paul Travelers that includes Employment Practices Liability Coverage that potentially applies to plaintiff's claims. Defendant will produce a copy of this policy when it produces other non-privileged documents in discovery.

Respectfully submitted,

JACKSON LEWIS LLP

By: _____
Michael N. Petkovich
(DC Bar No. 456010)
Kara M. Ariail
(D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
Fax: (703) 821-2267
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on October 21, 2005, a copy of the foregoing *Defendant's Initial Disclosures* was mailed first-class mail, postage prepaid, to:

> Patricia D. Douglass, Esq.
> 98 Interpromontory Rd.
> Great Falls, VA 22066

_____
Michael N. Petkovich