UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>**COUNTERPART INTERNATIONAL,** )<br> )<br>    Defendant. ) | Civil Action No. 05-1598 (RMC) |

**Proposed Order**

Upon consideration of Plaintiff's Motion to Enforce Rule 26(a)(1) and Local Rule 26.2 as to Defendant's Initial Disclosures ("the Motion") and Defendant's response thereto, it is today

ORDERED,

   (1) that the Motion is granted;
   (2) that Defendant shall, within 5 days of the date of this Order, serve on Plaintiff's counsel an Amended Initial Disclosure statement that includes the following information:
       (a) the name and address of each person it contends has discoverable information that it may use to support its defenses;
       (b) the subjects of the information possessed by each person so identified, in reasonably specific detail;
       (c) a list, by date, type, author and recipients of each document that it may use to support its defenses; and
       (d) a brief description of the subject matter of each identified document.

   (3) that Plaintiff's counsel shall submit to Defendant's counsel an invoice for her legal fees in preparing the Motion, which Defendant will pay forthwith, absent a motion to this Court objecting to the amount of such fees.

_____        _____
Rosemay M. Collyer                              Date
United States District Judge