UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| | ) | |
| COUNTERPART INTERNATIONAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

We hereby enter the following appearance on behalf of Counterpart International in the above referenced matter:

Kara M. Ariail (D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
703-821-2189
Fax: 703-821-2267

Michael N. Petkovich will continue as co-counsel in this matter.

Respectfully submitted,

**JACKSON LEWIS LLP**

November 15, 2005            By: _____/s/_____
Michael N. Petkovich (D.C. Bar No. 49016)
Kara M. Ariail (D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on November 15, 2005, a copy of the Entry of Appearance was served upon the following via first-class mail, postage pre-paid:

                              Patricia D. Douglass
                              98 Interpromontory Road
                              Great Falls, Virginia 22066-3219

                              _____/s/_____
                              Michael N. Petkovich