UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COOPER,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No. 05-1598 (RMC) |
| ) | |
| **COUNTERPART INT'L.,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on November 14, 2005, it is hereby

**ORDERED** that:

1. Each party will take one deposition (one 30(b)(6) deposition and one for the plaintiff) between now and the next status conference on January 20, 2006.

2. At the January 20th status conference, the parties and the Court will design and implement a discovery plan.

3. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

4. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone

    conference with the Court. Counsel shall not file discovery motions without a prior conference with the Court and opposing counsel.

5. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

6. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: December 2, 2005.                              _____/s/_____
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge