UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COUNTERPART INTERNATIONAL )<br>)<br>Defendant. )<br>) | Civil No. 1:05-cv-01598-RMC |

**ENTRY OF APPEARANCE**

We hereby enter the following appearance on behalf of Counterpart International in the above referenced matter:

Tyler A. Brown
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
703-821-2189
Fax: 703-821-2267

.

                            Respectfully submitted,

                            **JACKSON LEWIS LLP**

December 29, 2005              By: _____/s/_____
                            Michael N. Petkovich (D.C. Bar No. 49016)
                            Kara M. Ariail (D.C. Bar No. 478718)
                            8614 Westwood Center Drive, Suite 950
                            Vienna, Virginia 22182
                            (703) 821-2189
                            (703) 821-2267 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 29, 2005 a copy of the Entry of Appearance was served upon the following via first-class mail, postage pre-paid:

>Patricia D. Douglass
>98 Interpromontory Road
>Great Falls, Virginia 22066-3219

_____/s/_____
Michael N. Petkovich