UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| | ) | |
| COUNTERPART INTERNATIONAL | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

### ENTRY OF APPEARANCE

We hereby enter the following appearance on behalf of Counterpart International in the above referenced matter:

    Tyler A. Brown (DC Bar No. 480693)
    8614 Westwood Center Drive, Suite 950
    Vienna, Virginia 22182
    (703) 821-2189
    (703) 821-2267 (fax)

                                                                             Respectfully submitted,

                                                                             **JACKSON LEWIS LLP**

June 30, 2006                                                By: /s/_____
                                                                              Tyler A. Brown (D.C. Bar No. 480693)
                                                                              8614 Westwood Center Drive, Suite 950
                                                                              Vienna, Virginia 22182
                                                                              (703) 821-2189
                                                                              (703) 821-2267 (fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 30, 2006, a copy of the Entry of Appearance was served upon the following via electronic transmission:

        Patricia D. Douglass
        98 Interpromontory Road
        Great Falls, Virginia 22066-3219

/s/_____
Tyler A. Brown