

# COUNTERPART International

Member of the
Counterpart Global Network

1200 Eighteenth Street, NW Suite 1100 Washington, DC 20036 Tel: [1] 202.296.9676  Fax: [1] 202.296.9679

**BOARD OF DIRECTORS**
Elizabeth B. Silverstein
Founder and Honorary Chair
Stanley W. Hosie
Chairman
Lelei LeLaulu
President and CEO
Bryant George
Secretary
Sally M. Brumbaugh
Advisory Committee on
Voluntary Foreign Aid
Perry Eaton
Alyeska Pipeline Service Co.
Charles Eddy
President, CEI Resources
Eva Haller
USBC Foundation
John A. Hoyt
Commissioner, Earth Charter
Lekha Singh
i2 Foundation/AidMatrix
Paul G. Irwin
President and CEO
The Humane Society of the U.S.
David M. Sloan
Scowcroft Group
Eamon M. Kelly
Chairman
National Science Foundation
Barbara Pyle
Journalist and Filmmaker
Mark Silverstein
Skin Cancer Foundation

**INTERNATIONAL ADVISORY COUNCIL**
Linda Brolly Hathaway
Photographer, Indigenous Tribes
Brenda Broz Eddy
Eddy Associates, Inc.
Alexandra Cousteau
Oceans Advocate
James G.P. Dehlsen
Elizabeth Dowdeswell
Nuclear Waste Management Organization
Senator J. Kalani English
State of Hawaii
Cary Fields
President, We Media
Yoel Haller, M.D.
Hon. Jose Ramos-Horta
Nobel Laureate
Amb. James Joseph
Duke University
Craig Kielburger
Free the Children
Mary Lewis
Jane Goodall Institute
Raymond Liesegang
Standard Parking West
Idelisse Malave
Executive Director
Tides Foundation
Rose Marshall
Media Consultant
Hon. Cranwell Montgomery
Baker-Worthington
Victoria Stack
Environmentalist
Randal C. Teague
Vorys, Sater, Seymore, & Pease
Melanne Verveer
Chair of the Board
Vital Voice Global Partnership

**OFFICERS**
Elizabeth B. Silverstein
Honorary Chair for Life
Stanley W. Hosie
Chairman of the Board
Lelei LeLaulu
President and CEO
Harry Dorcus
Treasurer
Bryant George
Secretary
Arlene Lear
Senior Vice President
Raymond Chavez
Vice President
Don Feil
Vice President
Brian Propp
Vice President

December 18, 2003

Mr. Jay W. Cooper
2431 Pinebrook Circle
Medford, OR 97504

Dear Jay:

Subject to the terms and conditions outlined below ("Agreement"), Counterpart is pleased to renew your contract as Chief of Party (COP) for the Civil Society Support Initiative, the Healthy Communities Program in Central Asia, and other similar projects which may develop during your tenure, as agreed upon with Arlene Lear, Senior Vice President and your direct supervisor. The Position requires you to reside in Almaty, Kazakhstan and assumes travel throughout the region.

The Position is a full-time and salaried, for which you will earn $4,055.15 semi-monthly, ($97,323.60 annually) payable on the 15th and the 30th day of each month. In addition, you will receive a housing allowance of $1,600.00 per month ($19,200.00 annually), and a Representational Allowance of $1,200 per year. You will also receive a 5% merit bonus ($4,866.18) for your commitment to maintaining Counterpart's reputation and competitiveness in Central Asia.

The term of your employment shall be thirty-six (36) months, and shall begin on July 1, 2003, and end June 30, 2006, unless terminated earlier as provided below. The term of your employment shall be subject to a renewal, at the sole discretion of Counterpart. Counterpart agrees to pay all fees required by Kazakhstan law in order to effectuate the receipt of the necessary work authorization, resident visa or other requirements necessary for you to lawfully reside and work in Kazakhstan.

You are expected to comply with the procedures outlined in Counterpart's Manual for Overseas Employees ("Overseas Manual"), including without limitation the time sheet procedure. In addition, as a regular full-time employee of Counterpart, you will be eligible to participate in the same benefits offered to all regular full time employees, including, among others, health insurance, paid holidays, vacation time and sick leave. These benefits are described more fully in Counterpart's Overseas Manual. Please direct any questions on policies or procedures to the Human Resources Director.

In addition to standard benefits outlined above and in Counterpart's Overseas Manual, you are eligible to receive reimbursement of educational expenses for dependent children as follows: In all years of employment through June 30, 2006, Counterpart will provide reimbursement for actual educational expenses up to $12,000 per child per year. In each year of employment through June 30, 2006, Counterpart will provide an annual *rest and recuperation allowance* for you and your family of up to $5,000. These benefits are provided with the understanding that reimbursement of expenses is subject to compliance with Counterpart's documentation and reporting requirements.

Tax exempt under Internal Revenue Tax Code Section 501 (c)(3)
www.counterpart.org

*Exhibit A*

Via your acceptance of this document, you agree to competently perform your responsibilities as set forth in the job description for the Position which will be provided to you under separate cover, as Exhibit 1, as well as any other responsibilities which may be assigned from time to time by Counterpart. It is understood that you shall provide Counterpart with all necessary reports, both programmatic and financial, as required by the Program or Counterpart, as well as a personal written evaluation of the Program within twenty (20) days after expiration of the term of your employment. Upon separation from employment with Counterpart and if requested by Counterpart, you agree to visit Counterpart headquarters, at Counterpart's expense, to personally debrief.

This Agreement may be terminated without liability to either party in the following circumstances: 1) by Counterpart, upon fourteen (14) days notice, if funding for the Position or the Program is lost, 2) by Counterpart, immediately upon notice, if you fail to fulfill your obligations under this Agreement or fail to perform your job duties to Counterpart's satisfaction, 3) by either party, upon thirty (30) days written notice, for any lawful reason; or 4) by mutual agreement of the parties at any time.

Because there are inherent physical risks that are associated with living in Kazakhstan, it is understood that you are voluntarily assuming the risk of injury arising from environmental factors, political or civil unrest or other circumstances outside of Counterpart's control. Accordingly, we encourage you to exercise prudent caution both during and outside of working hours.

In the event a dispute arising during the term of this employment, this Agreement shall be subject to the laws of the District of Columbia where Counterpart is located and has its headquarters, and where jurisdiction lies in the event of any dispute. This Agreement may be modified, amended, extended or renewed only by the express written agreement of the parties.

If you are in agreement with the terms and conditions of this Agreement, please sign below to indicate your acceptance of the terms, and return the original to me. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

*Harry C. Dorcus*
Harry C. Dorcus
Vice President, Finance and Administration

AGREED TO, this _____ day of _____, 2003


_____
Jay Cooper


Cc: Arlene Lear, Senior Vice President
    Kelli Boyer, Human Resources Manager
    Maria Stoneham, Finance