United States District Court
For the District of Columbia

| | |
|---|---|
| **Jay W. Cooper** )<br>2431 Pinebrook Circle )<br>Medford, Oregon 97504, )<br>     )<br>     Plaintiff )<br>     )<br>     )<br>     v. )<br>     )<br>**Counterpart International** )<br>1200 Eighteenth St., N.W. )<br>Suite 1100 )<br>Washington, D.C. 20036. )<br>     )<br>     Defendant. ) | Civ. No. 05-1598 (RMC/JMF) |

## PROPOSED ORDER

Upon receipt of Plaintiff's Motion for Leave to File Amended Complaint, a proposed First Amended Complaint, and a Memorandum in Support, it is today ORDERED, that the Plaintiff's Motion is hereby granted and the Amended Complaint attached to the Motion is deemed filed as of the date of this ORDER.

_____       _____
Rosemary M. Collyer                                              Date
United States District Judge