UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| | ) | |
| COUNTERPART INTERNATIONAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ENTRY OF APPEARANCE

We hereby enter the following appearance on behalf of Counterpart International in the above referenced matter:

Kara M. Ariail (D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267

Michael N. Petkovich will continue as co-counsel in this matter.

Respectfully submitted,

JACKSON LEWIS LLP

August 8, 2006          By: _____
Kara M. Ariail (D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2006 a copy of the Entry of Appearance was served upon the following via first-class mail, postage pre-paid:

        Patricia D. Douglass
        98 Interpromontory Road
        Great Falls, Virginia 22066-3219

_____
Kara M. Ariail