UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| | ) | |
| COUNTERPART INTERNATIONAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## WITHDRAWAL OF APPEARANCE

We hereby withdraw the following appearance on behalf of Counterpart International in the above referenced matter:

Teresa Burke Wright (D.C. Bar No. 429196)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189 (phone)
(703) 821-2267 (fax)

Michael N. Petkovich, Tyler A. Brown and Kara M. Ariail will continue as co-counsel in this matter.

Respectfully submitted,

JACKSON LEWIS LLP

August 8, 2006        By: _____
Teresa Burke Wright (D.C. Bar No. 429916)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189 (phone)
(703) 821-2267 (fax)

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 8, 2006 a copy of the Withdrawal of Appearance was served upon the following via first-class mail, postage pre-paid:

Patricia D. Douglass
98 Interpromontory Road
Great Falls, Virginia 22066-3219

_____
Teresa Burke Wright