UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 7, and for the reasons set forth in the attached Memorandum, Defendant Counterpart International hereby moves this Court for the entry of summary judgment.

At the close of extensive discovery in this matter, there is no genuine dispute as to any material fact. The undisputed evidence confirms that Counterpart fully complied with the terms of the contract governing Plaintiff's employment, and with the implied covenant of good faith and fair dealing, when it terminated Plaintiff for unsatisfactory performance. Further, the record shows Counterpart never published any matter that placed Plaintiff in a false light. Defendant is entitled to summary judgment on all counts.

Plaintiff's claim for damage to personal and professional reputation cannot be remedied under the tort of false light invasion of privacy because the tort of false light protects only against mental distress. In addition, Plaintiff fails to provide any objective evidence of mental distress nor, for that matter, any injury proximately caused by his termination. Accordingly, Plaintiff's claim for damages should be reduced or denied altogether.

Respectfully submitted,

**JACKSON LEWIS LLP**

January 12, 2007             By:   /s/
                             Tyler A. Brown (D.C. Bar No. 480693)
                             8614 Westwood Center Drive, Suite 950
                             Vienna, VA 22182
                             (703) 821-2189

                             **Attorneys for Defendant Counterpart International**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of January, 2006, a copy of the foregoing Motion for Summary Judgment, the accompanying Statement of Material Undisputed Facts, and Memorandum of Law and Proposed Order was mailed via first class mail to:

>Patricia D. Douglass
>Law Office of Patricia D. Douglass
>98 Interpromontory Rd.
>Great Falls, VA  22066-3219

                              /s/
                              Tyler A. Brown

Case 1:05-cv-01598-RMC    Document 18    Filed 01/12/2007    Page 4 of 4