# EXHIBIT C

December 15, 2003

Dear Arlene,

I am sending this letter to you separately. I am not copying Harry or Kelli because the reality as you told me is that they will come to you. I realize that you are the one to make the decisions and there is no reason to include them at this point.

I hope that you can respond positively to the following requests that I am making for finalization of my contract that expired in April of 2003. I look forward to completing this agreement and continuing my positive relationship with Counterpart International for the next 2 and half years and possibly more. The following issues are not out of reason and are requests that would help me to keep up my energy and feel understood and respected.

1. The draft agreement mentions that a job description will be provided under a separate cover. I would like to see this document before signing the agreement. If this document needs to be updated then I will be happy to work with you on its development as soon as I can.
2. My current agreement includes a clause relating to R&R for family members. Please include this with a new ending date as part of the agreement, "In each year of employment though March 31, 2003, Counterpart will provide an annual *rest and recuperation allowance* for you and your family of up to $5,000. "
3. I would like my agreement to include a statement that allows me to carry over more vacation days than allowed in the manual for persons working in foreign areas. I am currently subject to losing vacation days since I am over the limit. Due to the startup of CSSI and the management of the Health NGO project I have not had the opportunity to take the amount of vacation provided to me especially last summer. I would like to have some insurance that I will not lose my current vacation balance. The last year has been extremely busy with the development of the proposal for HNCBI and then CSSI. The startup of CSSI has seen intense activity including the assessment of CSSCs and then Health assessment in October and then back-to-back consultancies that are going on now. I would hope to catch up on these holidays in the next year depending on the level of activity requiring my presence in the region. If you don't want to include something in the agreement your word is enough.
4. I am not ready to give up on the M&IE. I don't think that you are really listening to me on this issue. I feel that each person can have separate contract negotiations. I will give you an example. You negotiated with Kim Alter agreeing that she would work 75% at 80K. This is a way you can pay her at the rate she wants/needs for whatever reason. I feel that you can negotiate with me on the M&IE separately. Each consultant has individual negotiations as well as staff. I am asking for the M&IE for the same reasons HQ staff take the full rate. I also feel that in my role as COP for 2 projects I should have the same considerations. I also look at the amount of time I put into the projects. CSSI in reality is a full time job and more. I am doing the Health NGO project as well by putting in extra time. I travel on weekends and I don't take compensation time.. I can't afford to... I am putting in 10 hour days and marking 7 on my time sheet. I am now spending some time trying to organize the WB assessment.. I had phone calls 3 nights in a row with WB. Another point about this is that it will not cost the project that much. What about an agreement to increase the M&IE for me to $50 from the current $30? At least tell me how to be creative as we discussed on the phone the other day.

Sincerely,

Jay

CP0035

