**EXHIBIT D**

*A thought [illegible] for resolving management issues or seeking reparation*

## Arlene Lear

**From:** b.sloan [b.sloan@worldnet.att.net]
**Sent:** Tuesday, August 24, 2004 10:31 PM
**To:** Jay Cooper; Arlene Lear; Michael Kunz
**Subject:** Conference call Wednesday at 2pm
**Importance:** High

Here are a few thoughts to set up our phone call Wednesday at 2:00 p.m. EST. I'm open any corrections on the following and am writing this from memory.

Brief Summary of Meeting Wednesday, August 18:
When we concluded our meeting last week, we agreed have a conference call during which Jay, after having some time to think about it, will tell us what he wants to do going forward. Arlene has offered 6 months of continued employment in the hope that during that trial period, Jay and Michael would have been able to build an effective working relationship. If this is not possible within a few months (we were not specific on this point), the idea was to develop a plan for separation, to be carried out during the months remaining of the offered 6 months, and that this plan would, to the greatest extent possible, meet both Jay's needs to look for new employment and the needs of the organization & programs.

With some variation, depending on Jay's response, I suggest that we be prepared to talk about and reach agreement on the following - and whatever else would support Michael and Jay's ability to work together whether the intent is for the long or short term: (Understandably Michael and Jay will need to talk through the work plan in very specific terms, probably when you are both back in country):

1. Agree on shared goals, for example
   - Productive long-term working relationship with 6 month "trial period" with "x" month go-no go decision date
   - Effective transition to manage/facilitate separation in the best interests of the organization and Jay
2. Agree on a timeline.
3. Agree on roles & responsibilities (building on the position descriptions reviewed and edited during our meeting last week).
4. Review strengths each brings to the work and wishes for your own development to realize your fullest potential (specifically in your present jobs but not limited to them)
5. Offers for what each of you could do to build/support a good working relationship (I envision this involving primarily Michael and Jay but, perhaps also, Arlene).
6. Requests about what each of you would like from the other to build/support a good working relationship.
7. Make agreements on points 5 & 6 above.
8. Agree on check in points and the specific agreements to be reviewed
   - Jay & Michael
   - Jay, Michael & Arlene

Hope this helps get your thinking together for our call. Talk with you all soon.

Barbara

*Sloan Dialogs*
*Positive Results Through Focused Conversation*

36160 Paxson Road
Purcellville,
VA 20132 USA


DEPOSITION EXHIBIT
12
Reporter: Joseph Inabnet

CP- 00740

10/31/2005

**Arlene Lear**

---

**From:** b.sloan [b.sloan@worldnet.att.net]
**Sent:** Tuesday, August 24, 2004 10:32 PM
**To:** Altinay Kuchukeeva; Jay Cooper
**Cc:** Arlene Lear; Michael Kunz
**Subject:** RE: Conference call tomorrow at 2pm

Hi Altinay,

I just finished a phone call with Jay during which I let him know about the call tomorrow (which he hadn't been told about). He will be available on his cell phone, 541-941-9656 and I will be in my office at 540-338-3811. I'll send a separate message to Arlene, Michael and Jay regarding the points to be covered during the call.

Thanks, and it was a pleasure to work with you last week.

Barbara

*Sloan Dialogs*
*Positive Results Through Focused Conversation*

*36160 Paxson Road*
*Purcellville,*
*VA 20132 USA*

*Phone: 540-338-3811*
*Fax:   540-338-4480*
*Cell:  202-256-6271*

*E-Mail: b.sloan@att.net*

---

**From:** Altinay Kuchukeeva [mailto:altinay@counterpart.org]
**Sent:** Tuesday, August 24, 2004 8:52 AM
**To:** Jay Cooper; Barbara Sloan (E-mail)
**Cc:** Arlene Lear; Michael Kunz
**Subject:** Conference call tomorrow at 2pm

Dear Jay and Barbara,

this is to remind you of the conference call with Arlene and Michael to be held on Wednesday, at 2pm. Please confirm your availability.

Jay, can you also send us the number/s you can be reached at while you're in the US.

Thanks,

Altinay Kuchukeeva
Program Assistant
Civil Society Division
Counterpart International

10/31/2005

CP- 00741

1200 18th St., NW, Suite 1100
Washington, DC 20036
Tel: (202) 296-9676
Fax: (202) 296-9679

CP- 00742

10/31/2005

**Arlene Lear**

From: b.sloan [b.sloan@worldnet.att.net]
Sent: Wednesday, August 25, 2004 4:15 PM
To: Arlene Lear; Michael Kunz; Jay Cooper
Subject: Brief Notes from Phone Call 8/24/04

Congratulations! Good progress! Here are my brief notes on the session. Feel free to edit and/or more fully develop the shared desired results.

**Shared Desired Results**
- Successful project execution with strong working relaionships modeling collaboration and respect - maximizing enthusiasm & commitment
- Strong team
- United front internally and exernally
- Common vision for work in the region and how it fits into the Counterpart International strategy

**Everyone committed to making wholehearded efforts to achieve these desired results.**

**Key Decisions (please check thas I have this right)**
- Administrative functions will report to Michael to free up Jay to focus on Chief of Party role, particularly with anticipated increase in staff
- IT still reports to Jay
- Michael (directly or through his new assistant) will receive office support functions from existing office staff, e.g., plane reservations, car, etc.
- Michael and Jay agree to weekly check-in sessions. The first will be guided by the following activities:

    1. Review strengths each brings to the work and wishes for your own development to realize your fullest potential (specifically in your present jobs but not limited to them)

    2. Offers for what each of you could do to build/support a good working relationship

    3. Requests about what each of you would like from the other to build/support a good working relationship.

    4. Make agreements on points 5 & 6 above.

- Monthly check-in sessions with Arlene, Michael and Jay
- At the latest, make a go-no go decision in 4 months (January 1?) If either Jay or Michael feel strongly that it will not work before that date, they will make say so and plans will begin for a thoughtfully managed separation, designed to meet both the organizations need for a smooth transition and Jay's need to find new employment. Arlene's commitment to Jay is for 6 months of income. Should it become evident that this effort is not working, she will consider, together with Jay and Michael, how to best use this time.

**Closing Thoughts**

**Arlene**
- Liked, was productive, hopeful
    - Reached agreement on tough issues
- Wishes going forward
    - Each party gives their best effort - complementary skills could be important in creating a strong team in Central Asia

**Michael**
- Liked, was productive, hopeful
    - Solid plan
    - Appreciate Jay's candor and directness
- Wishes going forward
    - Use this as a basis
    - Get buy-in on common vision

- See how CSSI fits into CPI going forward

**Jay**
- Liked, was productive, hopeful
  - Nice words in closure (Michael said Jay would be great consulting on other projects)
- Wishes going forward
  - "One year from now we'll all be in a better place, wherever that may be."

CP- 00744