# EXHIBIT E

**From:** Kelli Boyer
**Sent:** Friday, December 02, 2005 6:10 PM
**To:** Anika Ayrapetyants
**Subject:** FW: from jay cooper

---

**From:** Jay Cooper
**Sent:** Tuesday, October 05, 2004 7:26 PM
**To:** Kelli Boyer
**Subject:** RE: from jay cooper

Thanks Kelli,

I will give you a call tonight.. your morning unless something interferes.. Thanks again for being available.

Best, jay

---

**From:** Kelli Boyer [mailto:kboyer@counterpart.org]
**Sent:** Wednesday, October 06, 2004 3:25 AM
**To:** Jay Cooper
**Subject:** RE: from jay cooper

Hi Jay,

Of course we can schedule a time to talk. I can make myself available anytime, at work or at home. Let me know what's best for you. Everyone has my cell phone number, but if you don't, it is 571-213-2249. My office number is 202-721-1509 direct, or 202-296-9676 main.

Kelli

---

**From:** Jay Cooper
**Sent:** Monday, October 04, 2004 10:41 PM
**To:** Kelli Boyer
**Subject:** from jay cooper

Dear Kelli,

I really need to talk to you. Can you give me a time that would be convenient to call? The issues in general are the following:

My possible departure from Counterpart and how you fit into that possibility.
My current raise status that I brought to your attention when I was in DC in August.
What your role is in the process of negotiating my departure.
My rights in this process of leaving the organization after 10 years.
Changes in my contract re/changes in supervision etc.

There may be a few more points for our discussion but these are the main points for discussion.

Best, Jay


DEPOSITION EXHIBIT
13
Reporter: Joseph Inabnet

CP0770