# EXHIBIT F

PURPOSE:   *2 mtgs w/ [illegible]*     *[illegible handwriting]*

- IN SPITE OF OUR BEST EFFORTS, AND THE BEST INTENTIONS OF EVERYONE, THE AGREEMENT OUTLINED BY BARBARA ON AUGUST 24TH IS CLEARLY NOT WORKING......

    YOU WON'T EVEN MEET WITH MICHAEL

- BASED ON YOUR ERRATIC BEHAVIOR SINCE KELLY HAS BEEN IN THE FIELD, IT'S APPARENT THAT THE ONLY OPTION LEFT TO US IS SEPARATION.

    *The facts are: you won't meet with Michael your Supervi[sor]*

    - ~~AS AN EXAMPLE:~~ REFUSAL TO MEET WITH KELLY ON MONDAY – DEPARTING FOR BISHKEK -- IN SPITE OF THE FACT THAT YOU HAD BEGGED HER TO STAY AND CHANGE HER DEPARTURE PLANS JUST SO THAT YOU COULD MEET

    - WRITING KELLY REQUESTING INFORMATION ABOUT SEPARATION, TELLING HER INNUMBERABLE TIMES DURING THE WEEK THAT YOU DESIRED SEPARATION, AND THEN CHANGING YOUR MIND AND SAYING THAT YOU WERE STAYING UNTIL JUNE 2006 APPLYING MINIMAL EFFORT

- KELLY'S INTERVIEWS WITH LOCAL STAFF AT ALL LEVELS....WERE ALSO DISTURBING BECAUSE THEY EXPRESSED FEAR OF YOU AND FEELINGS OF DISEMPOWERMENT – THE VERY OPPOSITE OF WHAT WE ARE SEEKING TO ACHIEVE THROUGH THE PROJECT

- WE JUST CAN'T RUN A COMPANY WITH THIS SORT OF DYSFUNCTION

- THERE ARE FEW WORDS TO EXPRESS MY DISAPPOINTMENT THAT THINGS ARE NOT GOING TO WORK OUT AS HOPED; THIS IS A SAD CONCLUSION TO A DECADE OF WORKING TOGETHER

- WE ARE STILL HOPEFUL THAT WE CAN COME UP WITH A WIN-WIN, BEST OUTCOME,

- WHAT IS CLEAR IS THAT WE NEED TO TAKE ACTION BECAUSE MINIMUM EFFORT ON YOUR PART IS NOT ACCEPTABLE, NOR IS THE INABILITY OR UNWILLINGNESS TO FUNCTION UNDER THE NEW MANAGEMENT STRUCTURE

- THEREFORE, THE PURPOSE OF THIS CALL IS TO TALK THROUGH TERMS OF SEPARATION, THAT ARE MUTUALLY BENEFIT TO THE DEGREE POSSIBLE UNDER THE CIRCUMSTANCES





DEPOSITION EXHIBIT 15  Reporter: Joseph Inabnet

CP- 00738

- HERE ARE THE OPTIONS THAT REPRESENT GOOD INTENT ON OUR PARTS THAT GO BEYOND OUR LEGAL OBLIGATIONS:

HARRY: WOULD YOU PLEASE EXPLAIN OUR LEGAL OBLIGATIONS PER JAY'S CONTRACT........

- THE OPTIONS WE ARE OFFERING YOU TAKE INTO ACCOUNT YOUR PAST SERVICE AND THE COMMITMENT I MADE TO YOU ON AUGUST 24TH

    1. WE ARE PREPARED TO HONOR THE AGREEMENT OF AUGUST 24TH ....THE 6 MONTH PERIOD GOES THROUGH THE END OF FEBRUARY 2005 – THIS WILL INCLUDE SALARY, FRINGE AND ALLOWANCES
    2. IN ADDITION WE ARE PREPARED TO WRITE UP A RETAINER AGREEMENT THAT CAN PROVIDE YOU WITH LEGITIMACY REGARDING YOUR VISA STATUS FOR AS LONG AS IT TAKES TO FINALIZE YOUR DIVORCE PROCEEDINGS
    3. WE ARE REQUESTING THAT YOU NOT WORK OUT OF THE OFFICE FROM TODAY FORWARD TO AVOID FURTHER TENSION AND POTENTIAL DISRUPTION

- I HOPE YOU UNDERSTAND HOW DIFFICULT THIS IS FOR ME PERSONALLY; AS I KNOW HOW DIFFICULT THIS IS FOR YOU....BUT I AND WE SEE NO OTHER WAY

- AS PART OF OUR AGREEMENT YOU WILL GET POSITIVE REFERENCES AND BOTH SIDES WILL HOLD EACH OTHER BLAMELESS OR WE REVERT TO THE TERMS OF YOUR CONTRACT

- FUTURE CONSULTING IS AN OPTION......EITHER IN CENTRAL ASIA OR ELSEWHERE....

CP- 00739