**EXHIBIT G**

-----Original Message-----
From: Jay Cooper [mailto:repoocyaj@yahoo.com]
Sent: Wednesday, November 24, 2004 10:08 PM
To: Harry Dorcus
Cc: Lelei LeLaulu
Subject: FW: Jay's personal items in Counterpart office

Harry, thanks for at least responding to my financial note. I am forwarding the note I sent to Michael Kunz

CP0836

to which no one has responded. My personal things are locked up in Counterpart office, along credit cards etc. Michael is in Armenia, Bob is not there and funds that were supposed to go to me for draws and reimbursements have all been directed to Kelli.

I have to tell you Harry that Kelli absolutely did not tell the truth about the situation which came out in the teleconference. I did not ask her to stay in Almaty. I can recall the conversation with her on Friday morning. She said I am going to stay and work on this (something like that). I asked her when she made her decision and her reply was just now. I said that it is not a bad idea and asked her if she needed to meet with me on the weekend or if she wanted me not to go to Bishkek. She told me that since I had meetings arranged and plans that I should go ahead. When I heard in the conference call that I exhibited erratic behavior because I asked her to stay and that then I went to Bishkek is not only unprofessional but an outright lie. Also, during the week her activity in the field was hard to understand. She should have been talking to people, interviewing them to get a feeling of what is going on. Arlene said that people are afraid of me according to Kelli. I had to encourage Kelli to meet with Marat, she did not ask Erkin any questions during her visit to Kyrgyzstan, she did not meet with staff in Almaty other than Irina. Did she give you notes of meetings? She spent most of her time with Bob Abma who has manipulated this situation and people for his own purpose and agenda. She spent time with Michael and toured Almaty with his wife on the weekend. Bob has Michael now and the 2 of them have their "region." It is a sad state of affairs. One other interesting thing is that during the week that Kelli was there while I was in Almaty, I did not have an exchange with Michael Kunz. Kelli arranged a meeting with Bob and I. Then when I was told that it would be in 5 minutes and in Michael's office. I was not prepared for the 2 (3) of them. Michael could have come to me or picked up the phone (as my supervisor, as the "leader") and asked what was going on.. instead it was Kelli screwing things up.

Counterpart could, and I emphasize could, be a leading, cutting edge organization, one that is dedicated to operating on a level not espoused by other organizations. But now what I see is absolute mismanagement and utter chaos, at least here, and as systems do it is a reflection of the home office at least in the Civil Society Division.

I won't say anything more at this point.. and I am sure my lawyer would advise me against this sort of communication. But, just think how it feels to have put in 10 years and to be treated this way, to feel like some sort of criminal, banned from offices, personal belongings rifled and drawers forced open. I hope that Bob enjoyed the letters from my son to Santa Claus.. that I am saving for him when he gets older. Is this the type of example that Counterpart wants to present to local staff? The comments that I have heard are "Gestapo" or "not civilized". How can Counterpart honestly assess itself as a member of Interaction? Have you read their Standards? Here are just a few excerpts:

*8. Examples of policy issues intended to define and protect the rights of employees, as required by Standard 6.3.1 include: terms of employment and termination; grievance procedures; right to due process; clear job definition and periodic performance appraisals; recognition of family responsibility; privacy regarding personal matters not directly related to job performance; and a safe workplace free from illegal drugs, secondary smoke, environmental hazards, and any form of harassment-racial, sexual, cultural, religious, or other.*

*The existence of a dynamic and creative non-governmental, non-profit sector is dependent upon the public's confidence in the efficacy of its programs and in the integrity of the individuals and organizations comprising the sector. Matters of program quality and individual and organizational integrity are ultimately the responsibility of each individual organization, its board, staff, and constituents. However, umbrella groups that represent communities of interest within the non-profit sector also have a significant leadership role to play in building the public trust by clearly defining high standards of governance, management, and programs to guide its members and by developing appropriate mechanisms to ensure accountability.*

*Experience confirms that the action of one non-profit with even an appearance of impropriety hurts the whole sector by undermining public confidence. A collective commitment to quality and integrity by coalitions like InterAction is one essential dimension of the overall process of maintaining and enhancing the public trust.*

I felt that my contribution in the CAR has been not only to the daily work but maintaining consistency and honesty in the field. In fact, the remarks from USAID, behind the scenes, often asked me how I can work with Arlene Lear. I had to work hard to overcome the damage that resulted from her jaunts through the

region.

I have probably said way too much but I did respect both you, Harry and Lelei. Now I have to say that you have really let things get out of hand. You both need to be aware of the reality, of the truth of what really goes on in the field and the relationships throughout the organization.

Let me close by inserting part of a message from a friend, a former Peace Corps Volunteer in Kyrgyzstan who donated a few weeks of her vacation and time to come to Central Asia a year ago to work with us on performance based management.

"Just wanted to touch base before Thanksgiving. I'm sure you aren't in the holiday spirit right now. You know, I think anyone who is not a "yes" person at sometime in their career either gets fired or grabs a parachute and leaves an organization. In either case the entire process takes a huge toll on one's psyche. The trick is to remember all the good you have done. Through your leadership, NGOs got started in Central Asia and many have gone on to do critical work. Where would the children of Bazar Korgon be without you helping us with a "hand up" to start the dairy? What we needed was someone to take a risk on us and you did. That's only one story, remember all the others you have touched."

Jay Cooper