# EXHIBIT H

# COUNTERPART
## International

*1200 Eighteenth Street, NW Suite 1100 Washington, DC 20036 Tel: [1] 202.296.9676  Fax: [1] 202.296.967?*

**OFFICERS**
Elizabeth B. Silverstein
Honorary Chair for Life
Stanley W. Hosie
Chairman of the Board
Lelei LeLaulu
CEO and President
Helen Benz
Treasurer
Bryant George
Secretary
Arlene Lear
Senior Vice President
Karen Sherman
Executive Vice President

**BOARD OF DIRECTORS**
Elizabeth B. Silverstein
Founder and Honorary Chair
Stanley W. Hosie
Chairman
Lelei LeLaulu
President and CEO
Bryant George
Secretary
Sally M. Brumbaugh
Advisory Committee on
Voluntary Foreign Aid
Perry Eaton
Alyeska Pipeline Service Co.
Charles Eddy
President, CEI Resources
Eva Haller
USBC Foundation
John A. Hoyt
Commissioner, Earth Charter
Paul G. Irwin
President and CEO
The Humane Society of the U.S.
Eamon M. Kelly
Chairman
National Science Foundation
President Emeritus
Tulane University
Barbara Pyle
Journalist and Filmmaker
Mark Silverstein
American Red Cross of NY

**INTERNATIONAL
ADVISORY COUNCIL**
Eamon M. Kelly
Chairman
National Science Foundation
Brenda Brez Eddy
Eddy Associates, Inc.
James G.P. Dehlsen
Elizabeth Dowdeswell
Chair, Counterpart Canada
Cary Fields
President
We Media
Yoel Haller, M.D.
Hon. Jose Ramon-Horta
Nobel Laureate
Amb. James Joseph
Duke University
Craig Kielburger
Free the Children
Mary Lewis
Jane Goodall Institute
Raymond Liesegang
Vice Chairman
Standard Parking West
Hon. Cranwell Montgomery
Baker-Worthington
Victoria Stack
Environmentalist
Randal C. Teague
Vorys, Sater, Seymore, & Pease
Melanne Verveer
Chair of the Board
Vital Voice Global Partnership
Sharon B. Webstar, Ph.D.
A.A. Global Financial, Inc.

12 November 2004

Mr. Jay Cooper
Almaty, Kazakhstan

Jay,

This letter is to inform you that effective **November 12, 2004**, your employment with Counterpart International has terminated.

Attached are two copies of a separation agreement/waiver. Please review within 21 calendar days (by December 6, 2004), to determine whether this agreement is acceptable. The signed documents should then be returned to me in the Washington, DC office.

Please note some important dates in the agreement:

1. The effective date of the termination is **November 12, 2004.**
2. If this agreement is signed, you will continue to receive regular salary payments, with current benefits and allowances, through **February 28, 2005.** The final paycheck would be received on **March 15, 2005.**
3. If this agreement is signed, your participation in the health insurance program will continue until **February 28, 2005.**
4. Relocation and shipping of personal goods to your home-of-record in the United States must have been completed not later than **July 31, 2005.**
5. All CPI documents and equipment shall be returned by **November 30, 2004.**
6. All outstanding expense reports shall be submitted to **me** in the Washington, DC office no later than **November 30, 2004.** Any expense reports not submitted by this date shall not be paid. Please do not submit any expenses to the local offices.

Because you are no longer an employee of Counterpart International, we ask that you do not report to any of the offices, including those located in Kazakhstan, Kyrgyzstan, or Turkmenistan. All staff has been informed that you are no longer with Counterpart and not allowed in the offices.



DEPOSITION EXHIBIT
19
Reporter:
Joseph
Inabnet
Cover    Date 1/4/06

000086

Tax exempt under Internal Revenue Tax Code Section 501 (c)(3)
www.counterpart.org