# EXHIBIT I

# PART 1

Jay Cooper                                                    January 4, 2006

Vienna, VA

2

1    ON BEHALF OF THE PLAINTIFF:

2            PATRICIA D. DOUGLAS, ESQ.

3            98 Interpromontory Road

4            Great Falls, Virginia 22066-3219

5            (703) 759-3586

6

7    ON BEHALF OF THE DEFENDANT:

8            TYLER A. BROWN, ESQ.

9            Jackson Lewis LLP

10           8614 Westwood Center Drive, Suite 950

11           Vienna, Virginia 22182

12           (703) 821-2189

13

14   ALSO PRESENT:  ARLENE LEAR

15

16

17

18

19

20

21

22

Jay Cooper                                    January 4, 2006
Vienna, VA

3

1                    C O N T E N T S

2    WITNESS:                      JAY COOPER

3    EXAMINATION BY MR. BROWN          5

4    EXAMINATION BY MS. DOUGLAS        315

5    FURTHER EXAMINATION BY MR. BROWN  323

6

7

8                    E X H I B I T S

9    NUMBER:              MARKED FOR IDENTIFICATION:

10   Deposition Exhibit No. 1        25

11   Deposition Exhibit No. 2        28

12   Deposition Exhibit No. 3        31

13   Deposition Exhibit No. 4        36

14   Deposition Exhibit No. 5        41

15   Deposition Exhibit No. 6        46

16   Deposition Exhibit No. 7        50

17   Deposition Exhibit No. 8        50

18   Deposition Exhibit No. 9        52

19   Deposition Exhibit No. 10       57

20   Deposition Exhibit No. 11       63

21   Deposition Exhibit No. 12       108

22   Deposition Exhibit No. 13       118

Jay Cooper                                          January 4, 2006

Vienna, VA

4

| 1 | Deposition Exhibit No. 14 | 145 |
| 2 | Deposition Exhibit No. 15 | 146 |
| 3 | Deposition Exhibit No. 16 | 254 |
| 4 | Deposition Exhibit No. 17 | 256 |
| 5 | Deposition Exhibit No. 18 | 258 |
| 6 | Deposition Exhibit No. 19 | 264 |
| 7 | Deposition Exhibit No. 20 | 265 |
| 8 | Deposition Exhibit No. 21 | 267 |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Jay Cooper                                              January 4, 2006
                            Vienna, VA

                                                                    37

1    of a letter to you, which, although it's in a

2    somewhat different format than the agreements we

3    have been looking at, appears to encompass some

4    of the same terms and conditions of employment.

5              Do you recognize Exhibit 4?

6         A.   Yes.

7         Q.   Did you discuss the terms of Exhibit 4

8    with Ms. Lear?

9         A.   I discussed some parts of this

10   contract.

11        Q.   Which parts?

12        A.   The financial benefits.

13        Q.   Other than your salary, any other

14   financial aspects of Exhibit 4 that you

15   discussed with Ms. Lear?

16        A.   The benefits for education for

17   children.

18        Q.   Anything else?

19        A.   Not that I recall.

20        Q.   What was the nature of the discussion

21   regarding the educational expenses for children?

22        A.   The discussion would have included the

Jay Cooper                                    January 4, 2006
                      Vienna, VA

                                                          38

1    costs of school for -- for -- for -- at the

2    international school in Kazakhstan.

3        Q.    And am I correct in assuming that

4    Counterpart was willing to pay you something,

5    and you wanted more than that for the

6    educational benefits?

7        A.    Possibly.  I wanted the total cost of

8    the education.

9        Q.    I'm assuming you weren't asking them

10   to pay you less?

11       A.    Well, are you assuming that there was

12   some -- you mean in the negotiation process?

13       Q.    Yes.

14       A.    It may not have been that I wanted

15   more.

16             It may have just been strictly a

17   discussion, this is what the costs are, and this

18   is what I would expect in my contract.

19       Q.    I'm not as interested in what may have

20   been as what did happen, and either you recall

21   or you don't.

22             Do you recall what you discussed with

Jay Cooper                                     January 4, 2006

Vienna, VA

39

1    Ms. Lear regarding the educational benefits?

2        A.    No, I don't recall.

3        Q.    If you look at Exhibit 3 and compare

4    it to Exhibit 4, a couple of things jump out, at

5    least at me.

6            And one is that the two agreements

7    cover the same period of time, that being April

8    1, 2000 to March 31, 2003.

9            Do you have a recollection of how the

10   two agreements came to be and why there's a

11   difference between the two of them covering the

12   same period of time?

13       A.    My only recollection would be that, as

14   this points out, this is a draft --

15       Q.    Uh-huh.

16       A.    -- and that this would have been then

17   developed from this as the draft.

18       Q.    Okay.  And just for the record, so I

19   can clarify what the "this" is, you're saying,

20   the first "this" being the reference to the

21   draft as Exhibit 3, and that the final version,

22   if you will, then would be Exhibit 4.

Jay Cooper                                            January 4, 2006

Vienna, VA

40

1        A.    Uh-huh.

2        Q.    Correct?

3        A.    Yes.

4        Q.    Okay.  Thank you.

5              Another change which jumps out at me,

6        which I think lends credence to what you're

7        saying is that in Exhibit 3, the salary is

8        listed as, the typed version, $80,000.

9              There is that handwritten notation of

10       82,500.

11             And then in Exhibit 4, we see that the

12       salary is listed as $82,500.

13             Is it your recollection that you

14       requested from Counterpart, and specifically

15       through Ms. Lear, that your salary be increased

16       from 80,000 to 82,500?

17       A.    Yes, that's my recollection.

18       Q.    And similarly, if you look at special

19       benefits in Exhibit 3, it refers to educational

20       expenses with dependent children not to exceed

21       $10,000 a year, whereas in Exhibit 4, that

22       amount is increased to $11,000 a year.

Jay Cooper                                          January 4, 2006
                          Vienna, VA

41

1              Is it your recollection that you

2    requested an increase in the educational

3    expenses from 10,000 to $11,000 a year?

4         A.   I -- I don't remember the specifics,

5    but I'm sure that's the exact case, that I would

6    have requested 11,000 instead of 10,000.

7         Q.   Okay.  And Counterpart agreed to that

8    request?

9         A.   Yes.

10        Q.   Are there any other provisions of

11   Exhibit 4 that you recall discussing with

12   Ms. Lear or anyone else at Counterpart?

13        A.   No.  There are no other parts that I

14   recall specifically discussing.

15             (Thereupon, Deposition Exhibit No. 5

16   was marked for identification.)

17   BY MR. BROWN:

18        Q.   I'm showing you what we have marked as

19   Exhibit 5.

20             This is a two-page document, Bates

21   Stamped CP0042 and 43.  This is also not signed.

22             It is dated at the top January 26,

Jay Cooper                                              January 4, 2006
                          Vienna, VA

42

1    2001.

2              Now, this appears to cover the same

3    period of time that we have been most recently

4    talking about, that being April 1, 2000 to March

5    31, 2003.

6              Do you recall the circumstances which

7    led to the generation of this document?

8         A.    It looks to me from reviewing the two

9    documents, that they're -- and I'm trying to

10   recall.

11        Q.    Let me just interrupt you.

12        A.    Uh-huh.

13        Q.    You're referring to comparing Exhibit

14   4 to Exhibit 5?

15        A.    Exhibit 4 to Exhibit 5, that there's

16   an additional benefit of up to $5,000 for rest

17   and recuperation allowance in Exhibit 5.

18        Q.    Uh-huh.

19        A.    And in Exhibit 4, it's up to a total

20   of 3,000.

21        Q.    What discussions led to the change

22   between Exhibit 4 and Exhibit 5?

Jay Cooper                                    January 4, 2006

Vienna, VA

43

1          A.    The discussion would have been that

2     the cost of travel for rest and recuperation

3     is -- would not be covered by $3,000.

4          Q.    Were those discussions that you had

5     with Ms. Lear?

6          A.    Yes.

7          Q.    And as a result of those discussions

8     and your request that the rest and recuperation

9     allowance be increased, that Counterpart agreed

10    to increase that from 3,000 to 5,000?

11         A.    Yes.

12               MS. DOUGLAS:  Objection.  Do we have a

13    signed copy of this?

14               Because the one I have is not signed,

15    so we can't know whether Counterpart agreed to

16    anything.

17               MR. BROWN:  If I had a signed copy,

18    Pat, I would give it to you.

19               MS. DOUGLAS:  All right.

20    BY MR. BROWN:

21         Q.    As you sit here today, sir, your

22    recollection is that Counterpart agreed to your

Jay Cooper

January 4, 2006

Vienna, VA

44

1   request to increase the rest and recuperation

2   allowance from 3,000 to $5,000?

3        A.   Yes, that's what I recall.

4        Q.   Do you recall discussions with

5   Ms. Lear or anyone at Counterpart regarding any

6   other provisions of Exhibit 5?

7        A.   I don't recall discussing any

8   additional -- any other parts of this Exhibit 5.

9        Q.   Do you recall seeing Exhibit 5 at or

10  about the time it's dated, January 26, 2001?

11       A.   I don't recall seeing them.

12       Q.   Is this the version, if you will, that

13  contains the terms that you eventually did sign,

14  covering the period of April 1, 2000 to March

15  31, 2003?

16       A.   I can't -- I can't -- I can't answer

17  that, whether I -- whether these are the exact

18  conditions, provisions that I signed.

19       Q.   Do you recall signing some other

20  document that covered the terms and conditions

21  of your employment from April 1, 2000 to March

22  31, 2003?

Jay Cooper                                    January 4, 2006

Vienna, VA

47

1   contract that you saw that discussed the period

2   of July 1, 2003 through June 30, 2006?

3       A.    I can't answer if that was the

4   first -- if this was -- if Exhibit 6 was the

5   first version that I saw.

6       Q.    Regarding the employment period of

7   July 1, 2003 to June 30, 2006, with whom at

8   Counterpart did you discuss the terms and

9   conditions of your employment for that period of

10  time?

11      A.    With Arlene Lear.

12      Q.    With anyone else other than Ms. Lear?

13      A.    And there may have been discussion

14  with Kelli Boyer, the HR, human resources

15  manager at Counterpart.

16      Q.    What discussions do you recall with

17  Ms. Boyer?

18      A.    The discussions I had with Ms. Boyer,

19  to my -- to my recollection, weren't about this

20  specific contract, but about -- well, let me

21  take that back.

22             There were discussions with her about

Jay Cooper

Vienna, VA

January 4, 2006

48

1    finalizing the contract, getting it completed.

2    We needed to get a signature.

3           And I would -- I -- in the

4    discussions, I expressed the -- whatever changes

5    or needs in the contract to her.

6        Q.    Over the course of the discussions

7    regarding the contract, which ultimately you

8    signed, covering the period of time July 1, 2003

9    through June 30, 2006, what terms did you

10   discuss with Ms. Boyer?

11       A.    My recollection is that I didn't

12   discuss terms with Ms. Boyer as much as I

13   discussed the need to have a signed contract.

14          And in fact, there was discussion

15   about that if they didn't get a signed contract,

16   I would not be paid.

17          And in this process, as I recollect,

18   there was -- there were communication issues.

19          There were -- things weren't going --

20   I was asking questions and they weren't being

21   responded to.

22       Q.    Of whom were you asking questions?

Jay Cooper

January 4, 2006

Vienna, VA

49

1         A.    With -- well, as I recollect, Kelli

2    Boyer, was the liaison between myself and Arlene

3    Lear, to some extent.

4              And she was trying to get the contract

5    signed.

6         Q.    She being?

7         A.    Kelli Boyer was trying to get the

8    contract signed.

9         Q.    And you were relaying questions to

10   Ms. Lear through Ms. Boyer, and you felt that

11   those questions were not getting answered?

12        A.    Well, I -- it's -- it's difficult for

13   me to exactly recollect the, you know, the

14   specifics of communications between myself and

15   Kelli Boyer and Arlene Lear.

16        Q.    What questions did you have that you

17   were relaying through Ms. Boyer?

18        A.    Well, it would have been the terms of

19   the contract.

20        Q.    Which terms?

21        A.    The financial terms, I'm guessing.

22              They may be more of the benefits --

Jay Cooper                                January 4, 2006

Vienna, VA

50

1  benefits for children.

2        Q.    The last thing I want you to do is to

3  guess.

4              Let me mark a couple of other exhibits

5  here, and it may refresh your recollection.

6        A.    Now, that would be helpful.

7              (Thereupon, Deposition Exhibit No. 7

8  was marked for identification.)

9  BY MR. BROWN:

10       Q.    Showing you what we have marked as

11  Exhibit 7.

12             This is also a two-page document,

13  dated November 25, 2003, also not signed by you,

14  Bates Stamped CP0039 through 40.

15             I think because it was attached to

16  your complaint, the one document I don't have a

17  copy of right handy -- no, I take it back, I do.

18             MR. BROWN:  Let's go ahead and mark

19  this as Exhibit 8.

20             (Thereupon, Deposition Exhibit No. 8

21  was marked for identification.)

22  BY MR. BROWN:

Jay Cooper                                    January 4, 2006

Vienna, VA

56

1    between Exhibit 7 and Exhibit 8; correct?

2        A.    Yes.

3        Q.    Paragraph No. 3 refers to carrying

4    over more vacation days than allowed in the

5    manual for persons working in foreign areas.

6            How was that issue resolved?

7        A.    As I recall, Ms. Lear, Arlene Lear,

8    agreed that I could carry over vacation days, as

9    I recall.

10       Q.    And Exhibit 4 refers to ultimately an

11   increase in the M&IE to $50 from the current

12   rate of $30.

13           How was that issue resolved?

14       A.    It was increased from $30 to $50.

15       Q.    Other than the areas reflected in

16   Exhibit 9, do you recall discussing, either

17   directly with Ms. Lear or through Ms. Boyer to

18   Ms. Lear, any other terms and conditions of the

19   agreement that was ultimately signed that is

20   before us as Exhibit 8?

21       A.    I don't recall any other terms or

22   conditions that were discussed.

57

1           Q.    Did you discuss with anyone at

2    Counterpart the terms concerning the termination

3    of the agreement?

4           A.    No.

5                 (Thereupon, Deposition Exhibit No. 10

6    was marked for identification.)

7    BY MR. BROWN:

8           Q.    Showing you what we have marked as

9    Exhibit 10.

10                This is a one-page document, Bates

11   Stamped CP0036, and is an email.

12                At the bottom, from you to -- or I'm

13   sorry, from Ms. Lear to you, dated December 17,

14   2003.

15                Do you recall receiving this email?

16          A.    Yes.

17          Q.    The -- it says that she went over your

18   memo to her with Kelli.

19                I'm assuming that that means the memo

20   we have marked as Exhibit 9 because then we have

21   got four paragraphs which match up with the four

22   paragraphs in your letter to her.

Jay Cooper                                    January 4, 2006

Vienna, VA

95

1        Q.   Who was in the meeting?

2        A.   Arlene Lear, Michael Kunz, Barbara

3    Sloan, and myself.

4        Q.   And that meeting took place here in

5    Washington?

6        A.   In the headquarters, Counterpart in

7    Washington.

8        Q.   How long did the meeting last?

9        A.   I think we were to start about 2, but

10   there was a delay.

11            I think we started about 2:45, if I

12   recall, but I may be wrong.  And it lasted until

13   about 10 o'clock at night.

14       Q.   Long meeting.

15       A.   Yeah.  But we called in some good

16   lunch, dinner, food.

17       Q.   And this meeting took place on August

18   18?

19       A.   Yes.  Yes.

20       Q.   In the course of that meeting, what

21   was said regarding your performance as chief of

22   party?

Jay Cooper                                    January 4, 2006

Vienna, VA

96

1          A.   We had the opportunity to express some

2     of our own -- what we saw -- if I remember

3     right, as we saw some of our -- you know, what's

4     positive about ourselves and what's, you know,

5     what are some of the -- maybe some of the issues

6     that we have.

7               What really comes to me isn't my

8     performance as much as Michael Kunz's

9     performance, that came out at this meeting.

10         Q.   Well, we will talk about that, but I

11    want to know now what it said about your

12    performance.

13         A.   Well, if I could see the notes, then I

14    could -- the notes of the meeting.

15              You have those in the record, don't

16    you?

17         Q.   I have an email, if that's what you're

18    referring to.

19         A.   Yeah.

20         Q.   But I just want to explore with you

21    your recollection.

22              Let me put it this way:   There was

Jay Cooper

Vienna, VA

January 4, 2006

97

1    criticism of your performance in that meeting,

2    that was discussed; correct?

3        A.    No.

4        Q.    None?

5        A.    There was maybe some discussion --

6        Q.    Okay.

7        A.    -- of performance.

8              There was not criticism that I recall.

9        Q.    All right.  What was the nature of the

10   discussion regarding your performance?

11       A.    Well, that's what I -- I really can't

12   recall right now the discussion of my specific

13   performance.

14             It wasn't a meeting designed to look

15   at my performance.  It wasn't the intention of

16   the meeting at all.

17       Q.    Well, I'm less concerned with the

18   intention as the content.

19       A.    Well, I started to talk about the

20   content, which a lot of it was about Michael

21   Kunz's performance.

22       Q.    All right.  As a result of this

Jay Cooper                                    January 4, 2006
                        Vienna, VA

                                                        98

1    meeting, sometime during the course of the

2    meeting, your leaving the organization was

3    discussed; yes?

4         A.    Yes.

5         Q.    How did that come about?

6         A.    When it -- when I was asked if I was

7    comfortable with Michael Kunz being my

8    supervisor.

9         Q.    Uh-huh.

10        A.    I was -- I -- if I remember right, I

11   said that I was not comfortable with that.

12        Q.    And who presented the idea of Mr. Kunz

13   becoming your supervisor?

14        A.    Arlene Lear.

15        Q.    And how was that presented to you?

16             What did she say?

17        A.    I don't remember specifically.

18        Q.    Well, did she tell you we are going to

19   have Michael become your supervisor, we're

20   thinking about Michael becoming your supervisor,

21   what do you think about Michael becoming your

22   supervisor, how?

Jay Cooper                                    January 4, 2006

Vienna, VA

101

1        Q.   Did you say why you felt that you --

2    let me back up.

3             So when this was proposed to you that

4    Mr. Kunz would become your supervisor, what was

5    your statement in response?

6        A.   I was -- I was uncomfortable.

7             I was -- I -- I don't remember the

8    exact words, but I -- I didn't welcome the --

9    this change.

10       Q.   Did you refuse to work under a system

11   where Mr. Kunz would be your supervisor?

12       A.   No, no.

13       Q.   Did you explain why you felt

14   uncomfortable and welcomed the change?

15       A.   Yes.

16       Q.   What did you say?

17       A.   I described a situation in which

18   Mr. Kunz -- what is the word, when Mr. Kunz went

19   on a tirade went on a tirade about some of the

20   work that I had just previously completed, for

21   30 minutes.

22             And the meeting in August spent a lot

Jay Cooper

January 4, 2006

Vienna, VA

102

1    of time talking about this tirade and how this

2    is not acceptable behavior.

3            And that one of the expectations, and

4    you mentioned expectations earlier, was that --

5    that Mr. Kunz would not explode in this fashion.

6        Q.    Other than describing the situation,

7    did you discuss any other reasons why you were

8    uncomfortable and didn't welcome the change of

9    Mr. Kunz becoming your supervisor?

10       A.    Well, there were several other changes

11   that would take place along with this change.

12           And that was that Bob Abma would

13   report to Mr. Kunz, and that they would -- that

14   Bob Abma would also be responsible for

15   administration in our office in Almaty.

16           And that several staff persons who

17   were working in -- for the projects I managed,

18   would then be under the direct supervision of

19   Mr. Abma.

20           And I was uncomfortable with that as

21   well.

22       Q.    Were you told why that change was

Jay Cooper                                        January 4, 2006

Vienna, VA

103

1  going to be made?

2      A.   I was told that Michael Kunz's opinion

3  is that finance and admin needs to be in one

4  department.

5           You can't separate finance and admin.

6           And since Bob Abma is responsible for

7  financial operations, that then admin has to be

8  included under his supervision.

9      Q.   Were you told any other reasons why

10 that change was being made?

11     A.   Not that I recall.

12          Michael Kunz did mention that if this

13 change wouldn't take place, that he would leave

14 Counterpart.

15     Q.   Did you make a similar statement?

16     A.   I think I mentioned that I was --

17 would consider leaving Counterpart, that this

18 was uncomfortable for me.

19          And I questioned whether I should

20 stay.

21     Q.   How was it left?

22     A.   It was left that Michael Kunz would be

Jay Cooper                                    January 4, 2006

Vienna, VA

104

1    my supervisor.  Bob Abma would be responsible

2    for finance and administration.  That there

3    would be no behavior that took place in the --

4    as Michael Kunz behavior that he exhibited in

5    the past.

6         That there would be weekly or

7    bi-weekly meetings between Michael Kunz and

8    myself to discuss our relationship in the

9    workplace.  And there would be monthly telephone

10   calls, teleconferences with Arlene Lear.

11        It was left with discussion of what is

12   everyone's opinion about Jay, should he -- does

13   each person want Jay to stay with the

14   organization or not stay with the organization.

15        Arlene Lear said that she really

16   wanted me to stay with the organization and stay

17   in Central Asia.

18        Michael Kunz said that he would like

19   to see me leave Central Asia, but stay with

20   Counterpart.

21        And I said I wanted to stay in Central

22   Asia and stay with the project, and that the

Jay Cooper                                                January 4, 2006
                              Vienna, VA

                                                                    107

1    and benefit everyone.

2          Q.   And, similarly, was it your

3    understanding that during that six-month period

4    of time that Counterpart could come to you and

5    say, From our standpoint, it's not working, and

6    so we're going to end your employment at the end

7    of that six-month period of time?

8          A.   You know, I -- that's a difficult one

9    for me to answer.

10         Q.   Let me ask it another way.

11         A.   Okay.

12         Q.   Was anything said in that meeting

13   about altering the basis under which Counterpart

14   had the right, contractually, to terminate your

15   contract?

16         A.   No.

17              MR. BROWN:  Let's take a break.

18              Let's go off the record.

19              (A recess was taken.)

20   BY MR. BROWN:

21         Q.   Mr. Cooper, let me show you some

22   emails which may help, as we discussed earlier,

Jay Cooper

Vienna, VA

January 4, 2006

108

1    refresh your recollection about these

2    discussions that we have been most recently

3    talking about.

4                (Thereupon, Deposition Exhibit No. 12

5    was marked for identification.)

6    BY MR. BROWN:

7        Q.   Okay.  Showing you what we have marked

8    as Exhibit 12.

9                This is a number of emails, Bates

10   Stamped CP00742 through 744 -- I'm sorry --

11               MS. DOUGLAS:  Mine starts with 74 --

12               MR. BROWN:  Yeah, no.  I just caught

13   that.  I misspoke.

14   BY MR. BROWN:

15       Q.   Starts with CP00740 and goes through

16   744.

17               If I could first turn your attention

18   to 743 and 744.  Let's see, no, I'm sorry.  I'm

19   sorry.  I'll get this right.

20               The first page of the document, 740,

21   there is a brief summary of the meeting on

22   Wednesday, August 18.  This is an email from

Jay Cooper                                           January 4, 2006
                        Vienna, VA

                                                            109
1    Barbara Sloan to you, Ms. Lear, and Mr. Kunz.

2                You see that paragraph I'm referring

3    to, under the heading, Brief Summary of Meeting?

4         A.    Yes.

5         Q.    Have you had an opportunity to review

6    that paragraph?

7         A.    Yes.

8         Q.    Is that an accurate summary of what,

9    to the extent it says here, what transpired at

10   the meeting?

11        A.    Yes.

12        Q.    Is there anything -- obviously you

13   have met for it sounds like nearly eight hours,

14   so not everything could be encompassed in here.

15               Is there anything within this email,

16   within this paragraph, in the brief summary,

17   that you disagree with?

18               MS. DOUGLAS:   Excuse me for a minute.

19               Are you asking if he disagrees with

20   this as an accurate description of the meeting,

21   or if he disagrees with the substance of the

22   paragraph personally?

Jay Cooper                                          January 4, 2006
                        Vienna, VA

                                                              118

1           And the fact that I said, Yes, I'm

2     ready to go ahead.  I really want this to work.

3           And as a result, we have an email that

4     says, Congratulations, good progress.

5        Q.   When you read the comment under, "At

6     the latest," did you take any action to say to

7     anybody, in writing or orally, Hey, wait a

8     minute; we didn't make any decisions about a

9     go/no go decision in four months; this isn't

10    what we discussed?

11          Did you make any attempts to clarify

12    that?

13       A.   I did not.

14          (Thereupon, Deposition Exhibit No. 13

15    was marked for identification.)

16    BY MR. BROWN:

17       Q.   Showing you what we have marked as

18    Exhibit 13.

19          This is a Bates Stamped document,

20    CP0770.

21          At the bottom, it begins with an email

22    from you to Kelli Boyer, dated October 4, 2004.

119

1          Why did you write this email?

2      A.    Because I wanted to talk to Kelli

3    Boyer on the telephone.

4      Q.    About your possible departure from

5    Counterpart?

6      A.    Yes.

7      Q.    What was your -- when you say possible

8    departure, what was your state of mind at that

9    point?

10          What were you thinking?

11     A.    Well, what I wanted to -- I wanted to

12    get answers to those questions that are -- that

13    I have written here.

14     Q.    Well, at the time you wrote this, was

15    it your intention to negotiate your departure

16    from Counterpart?

17     A.    My intention was just to know what

18    my -- what the -- what my opportunities, what my

19    possibilities were.

20          If I was to leave Counterpart, what

21    would -- I asked those questions.

22     Q.    If you were to leave Counterpart, what

Jay Cooper                                    January 4, 2006
                        Vienna, VA

129

1    we would have each had a -- you know, he would

2    have had a better understanding of our

3    relationship then.

4        Q.    Do you know who made the decision to

5    terminate you?

6        A.    No.

7        Q.    Do you know if Mr. Kunz had any input

8    into that decision?

9        A.    I don't know.

10       Q.    So you sent this email to Ms. Boyer,

11   and what happened next in regard to your

12   discussions with her?

13       A.    You know, I don't recall.

14             I don't even know if we had the phone

15   call.

16             I don't remember if we had the phone

17   call to follow up this.

18             I just ...

19       Q.    At some point, in November -- I'm

20   sorry, well, either later in October or when

21   Ms. Boyer came to visit you.

22       A.    Uh-huh.