UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) <br> ) <br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> COUNTERPART INTERNATIONAL ) <br> ) <br>    Defendant. ) <br> ) | Civil No. 1:05-cv-01598-RMC |

## DECLARATION OF TYLER A. BROWN

1. I am an attorney at law, licensed to practice before this Court and am counsel of record for Defendant Counterpart International in the above-captioned matter. I have personal knowledge of the following and could testify competently thereto if called upon to do so.

2. Attached as Exhibit A hereto are Exhibits 1-6 to the deposition of Jay Cooper, taken on January 4, 2006.

3. Attached as Exhibit B hereto is Exhibit 8 to the deposition of Jay Cooper, taken on January 4, 2006.

4. Attached as Exhibit C hereto is Exhibit 9 to the deposition of Jay Cooper, taken on January 4, 2006.

5. Attached as Exhibit D hereto is Exhibit 12 to the deposition of Jay Cooper, taken on January 4, 2006.

6. Attached as Exhibit E hereto is Exhibit 13 to the deposition of Jay Cooper, taken on January 4, 2006.

7. Attached as Exhibit F hereto is Exhibit 15 to the deposition of Jay Cooper, taken on January 4, 2006.

8. Attached as Exhibit G is a true and correct copy of document Bates Stamped CP835-838, representing an email dated November 25, 2004 from Jay Cooper to Harry Dorcus, copied to Lelei LeLaulu.

9. Attached as Exhibit H hereto is Exhibit 19 to the deposition of Jay Cooper, taken on January 4, 2006.

10. Attached as Exhibit I hereto are true and correct copies of relevant pages from the deposition of Jay Cooper, taken on January 4, 2006.

11. Attached as Exhibit J hereto are true and correct copies of relevant pages from the deposition of Arlene Lear, taken on January 13, 2006.

12. Attached as Exhibit K hereto are true and correct copies of relevant pages from the deposition of Kelli Boyer, taken on March 28, 2006.

13. Attached as Exhibit L hereto is the Declaration of Arlene Lear, dated January 12, 2007.

I declare under penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct and that this Declaration was executed on this 12th day of January, 2007 in Vienna, Virginia.

_____
Tyler A. Brown