## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Having considered the motion of Counterpart International ("Defendant") for summary judgment,

IT IS HEREBY ORDERED on this _____ day of _____, 2007 that Defendant's motion is GRANTED. Judgment will be entered for Defendant and Plaintiff's claims will be dismissed with prejudice.

_____
The Honorable
United States District Judge