UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| COUNTERPART INTERNATIONAL, | ) |
| Defendant. | ) |

### DECLARATION OF BRIAN PROPP

Brian Propp, being duly sworn, deposes and says of his personal knowledge.

1. I was the Vice President of Counterpart International in charge of the Community and Humanitarian Assistance division until October 12, 2004, when I was terminated. I have previously given a deposition in this matter.

2. Counsel for Mr. Cooper has sent me a copy of X-78 in this case, a memorandum to all employees purportedly dated May 16, 2003 from Harry Dorcus about a Policy Change. The memorandum speaks of the discontinuation of Counterpart's Grievance Procedure.

3. I never saw this document while employed at Counterpart.

4. In my experience, in this time frame Mr. Lelaulu, Counterpart's President, insisted on sending out any memoranda addressed to employees over his name.

5. When I learned that Jay Cooper had been terminated by Counterpart and locked out of his office I drew the conclusion that that fact accounted for Counterpart's decision to lock my office, despite the fact that I had been allowed to enter, use and leave freely

that office for some time after my termination. I thought that Counterpart had locked my office so that they could say that Cooper's was not the only terminated employee locked out of his office.

I declare under penalty of perjury that the foregoing is true and correct.

_____		02/12/2007
Brian Propp					Date

Memorandum

TO: All Employees

FROM: Harry Dorcus, CFO

RE: Policy Change

DATE: May 16, 2003

We have decided to discontinue our Grievance Procedure as set forth at Section 6.20 of the Employee Handbook effective immediately. The sole purpose of the procedure was to enhance employee-management communications, but experience has indicated that the procedure was ineffective.

As a result, we have decided to eliminate Section 6.20 from the Employee Handbook, but at the same time, we want to reaffirm our commitment to listen, hear and respond to employee questions, suggestions and concerns. Counterpart has always maintained an "open-door" policy, and it continues to do so. This means that if you ever have any questions, suggestions or concerns about any aspect of your employment, you should feel free to raise those issues with your supervisor, or with any other member of management who you believe can be helpful.

On behalf of Counterpart, and all of its managers, I want to assure you that your views will be heard and given serious consideration. We value your point of view and your contributions to our organization.



CP0006

