## DECLARATION OF IGOR STOROZHENKO

Igor Storozhenko deposes and states as follows for use in connection with a lawsuit brought by Jay Cooper against Counterpart International:

1. My name is Igor Storozhenko. I have been employed in the Almaty, Kazakhstan office of Counterpart International since of January 14, 2001. My title is Administrative Manager. The office's guards, drivers, cleaning persons, yard workers and receptionist report to me on that time, now they are reported to "Zhalgas-Counterpart". I reported to Jay Cooper between of January 14, 2001 and November 12, 2004. After that I reported for approximately a year and a half to Michael Kunz.

2. I was in the Counterpart office in Almaty every day. I make the following comments based on my personal observations, except where noted in the final paragraph below.

3. Jay Cooper was an extremely hard-working and professional manager of our office. Except when out of the office on business or personal leave, he came to work every day in the office at 8 am and worked until 6 pm or later. He kept up this practice until he left Counterpart in November of 2004, even after Michael Kunz came into our office.

4. In my opinion, Jay Cooper was an excellent manager. He is a strong man, and it is necessary to be strong to be an effective manager in this part of the world. Here, staff will often offer excuses to avoid work. Jay handled the staff very well. He would, for example, require staff who claimed illness to produce a medical certificate. But Jay would also let people leave when their jobs were

done, and he always treated the staff like human beings. He might tell you firmly what he expected you to do, and then he'd sit down and have a cup of tea with you.

5. After Jay was fired, I had a conversation with Arlene Lear about Jay's management style. She was visiting the region and happened to come into our office when I was there alone. She asked me what I thought about Jay and said she had heard that Jay pushed people too hard. I told her that I didn't agree with that and told her what I have said above. She even told me that it would better for Thomas stay with his mother, Jay's ex-wife, because Jay is always busy with his job.

6. Although I would describe Jay as strong, I absolutely never heard him yell at any Counterpart staff member. He never abused his staff.

7. I understand somebody has supposedly said that Jay usually kept his door closed and was not available to the staff. I never saw this. His door was always open unless he was in a private meeting. He would talk with anyone on the staff and was there to answer all questions. His practice did not change in the period between August and November of 2004.

8. I remember Kelli Boyer's visit to Almaty. I saw her at the office when she arrived. Kelli did not have any discussion with me about Jay or about his management of the office. I absolutely deny that I told Kelli Boyer (or anyone else) that I liked working for Michael Kunz better than I liked working for Jay Cooper.

9. I remember noticing that Kelli spent most of her time while she was at our office talking to Michael Kunz and Bob Abma.

10. It always seemed to me that Jay Cooper and Bob Abma had a personality conflict. They were two very different personalities, both very strong. I never, ever heard Jay refer to or make a comment about Bob's homosexuality. Jay always behaved as a professional.

11. On a Thursday or Friday in November of 2004, Michael Kunz and Bob Abma told us that no one was allowed to come into the office during the weekend. On Saturday, a lock was put on Jay's office door. (There had never been a lock on it before; it was always left unlocked even when Jay was traveling.) I had never seen this happen before.

12. One of the guards who reported to me (Vitaly Sherstov) told me that Bob had asked him to come in over that weekend and force open locked drawers in Jay's office. Vitaly told me that Bob and Kelli were obviously looking for something and that they were disappointed when they did not find whatever it was.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 31st of July 2006(date)

Storozhenko Igor     /Storozhenko Igor/