UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )  Civil Action No. 05-1598 (RMC-JMF)<br>)<br>COUNTERPART INTERNATIONAL, )<br>)<br>Defendant. ) | |

## DECLARATION OF MARILYN MCKENZIE

Marilyn McKenzie, being duly sworn, deposes and says as follows of her personal knowledge.

1. In December of 2000, I was employed by Counterpart International in its Humanitarian Aid Division. I had recently been promoted to the post of Director of Operations in that Division and reported to Greg Touma, Counterpart's Chief Operating Officer.

2. Mr. Touma confided to me that he was negotiating a separation from Counterpart.

3. A few days later he told me that he had finalized his separation with the company. Later that afternoon he called a number of us into his office for a meeting. There were at least ten members of his staff gathered in his office. He was slowly putting his possessions into boxes. He explained that he was leaving Counterpart. There was no lock on his door and his door was never locked.