**DECLARATION OF ASIYA SASYKBAEVA**

Asiya Sasykbaeva, being duly sworn, deposes and states as follows, from her personal knowledge, for use in the lawsuit against Counterpart International brought by Jay Cooper.

1) I am the Director of Center InterBilim in Bishkek, Kyrgyzstan. Center InterBilim is a registered non-profit organization promoting the non-government (NGO) sector in the Kyrgyz Republic. It was organized in 1993 to offer support, training and services to NGOs working in the areas of poverty alleviation, health, environment, human rights, education, democratization and other areas to improve society and living conditions during the transition to a market economy. Center InterBilim's mission is to strengthen and empower grassroots and community-based organizations (CBOs) working with vulnerable and disadvantaged groups. From 1997 we start working on Human Rights issues, advocacy and lobbying for vulnerable groups.

2) Center Interbillim is an NGO (non-governmental, non-profit) that was registered in Kyrgyzstan in 1994. We work with local groups of vulnerable people (such as children, women and minority ethnic groups) to support with technical expertise and information training those groups' efforts to protect their rights

3) I have known Jay Cooper since 1993, when we worked together in a training program for volunteers in the U.S. Peace Corps in Kyrgyzstan.

4) Soon after that program ended, Jay and I together started Center Interbilim to support newly forming local NGOs in Kyrgyzstan. Jay was the Center's first director (serving as a volunteer) and I took over from him as Director when he began to work for Counterpart International as Country Director for Kyrgyzstan in January of 1995.

5) In his new position, Jay established Counterpart Consortium Kyrgyzstan, made up of a number of organizations with Counterpart International in the lead. (For five years Counterpart conducted its projects in Kyrgyzstan under that name; Counterpart ran later projects here under its own name alone.) In the spring of 2000, Counterpart promoted Jay to be Regional Director with responsibility for Counterpart projects in five countries of the Central Asian Region. In my view this promotion reflected Counterpart's rightful recognition of his skills and the respect with which he was held in the Region. I continued to work with Jay in his new position, and Interbilim was a partner of the Consortium contracting to train newly forming NGOs in Kyrgyzstan. I attended a number of conferences organized by Jay and Counterpart including, NGOs and the Law in 1995 and Social Partnership a few years later (1998).

6) Jay Cooper has long been a most important person in the Region. I can attest that he was really effective and widely respected in Kyrgyzstan by NGOs, local officials and local people. He was most hard-working. He was honest and treated persons with justice. He is a valuable resource, as he knows development issues and the culture of Central Asia. A lot of people in my

country really love Jay. For example, they sent him messages of support when he was sick in 1999-2000.

7) I have first-hand knowledge of Jay's working style from the many years when we worked side-by-side in my country. His door was always open. Apparently he has been criticized in this lawsuit in the United States for being too tough on his staff and not promoting their development. That is very contrary to my observations. Jay always went out of his way when he worked in Kyrgyzstan to help those whose skills were weak. He spent a lot of time teaching them about development issues and how to use technology. He always set out his staff to conferences and meetings to expose them and to help them grow. I continued to have contact with Jay on a regular basis (both in terms of Counterpart's projects in Krygyzstan and on a social basis) once his office was in Kazakzstan, and I saw nothing that indicated to me that his working style had changed.

8) I found out that Jay was leaving Counterpart from someone in the Center Interbilim office. Everyone in that office first assumed that Jay had left voluntarily, and that Jay was simply looking for a new job in the Region. I was shocked when later Jay told me that he had been fired by Counterpart. It made no sense to me, because he was such a valuable resource in the Region. In June of 2005, Arlene Lear from Washington, D.C. visited Center Interbilim at which time I had an opportunity to discuss Jay's leaving with her. I had had many meetings with her previously in Kyrgyzstan and in Washington DC and she had seemed to have a good working relationship with Jay. I asked her

what had happened with Jay, because it seemed so strange to me that it would all shift so suddenly.

9) Arlene Lear told me on that occasion in June of 2005 that Counterpart had decided that Jay couldn't work anymore in his position as Regional Director, that she had offered Jay choices to stay at Counterpart as a consultant to work on other projects and that he had refused, that Jay was not cooperating with Counterpart and that it was his choice to leave. She said that she and Jay had been good friends and that she wanted still to be friends but that she couldn't call him because he had a lawyer.

10) This was very confusing to me, as Jay had told me he had been fired without any notice and locked out of all Counterpart offices. I could not understand how that could be so if what Ms. Lear was telling me was correct. What Jay described was the way you would fire a criminal, and this was by an organization that prides itself on spreading American principles of humanity, democracy and justice. I just could not understand why Counterpart would kick out its own citizen with such disrespect. In Central Asia, if someone has worked for a company for ten years but has stopped being effective, one gives them a goodbye party and a present (such as a TV or a VCR) to thank them for the ten years of memories. It's the law in Krygyzstan that you have to give an employee two weeks notice before you can fire them.

11) I later asked Jay why he had not taken the choice Ms. Lear said Counterpart had offered. Jay said he was not given a choice, that he was fired and told he was not welcome in any of Counterpart's offices. While I have always

believed that Jay was telling me the truth about the situation, Ms. Lear's comments and the hurtful way the whole thing was handled made me suspicious that something else was involved, and that Counterpart must somehow suspect Jay of being dishonest or a thief.

12) After Jay was fired, he spent March through June of 2005 volunteering at Center Interbilim while he tried to get another paying job. He prepared grant applications for us and renovated a building owned by the Center. He was very helpful. It was obvious that Jay was in terrible pain and had been devastated by the end of his career with Counterpart and what he saw as the injustice of it all. He told me about his efforts at networking, none of which were working out for him. I think it is not justice to fire Jay Cooper at his age when several years left before pension without serious reason because it is not possible find a good job.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __19. October__ at __2006__, Bishkek, Kyrgyzstan
           Date              Place

_____
Asiya Sasykbaeva