DECLARATION OF IRINA KOLMAKOVA

Irina Kolmakova, declares as follows, based on her own personal knowledge, for use in the lawsuit between Jay Cooper and Counterpart International pending in the District of Columbia.

1. My name is Irina Kolmakova. As of November of 2004, I had worked for sixteen (16) months for Counterpart International at its office in Almaty, Kazakhstan. My title was HR and Administrative Manager. I reported directly to Jay Cooper, the Chief of Party. I supervised the receptionist, the drivers and the security guards who worked in that office. I was in the office every day.

2. In September of 2004, Michael Kunz joined the staff in Almaty and Jay Cooper began reporting to him and I began reporting to Bob Abma rather than Jay. My observation was that Jay kept on working as usual after this management change. He kept coming into the office every day and I did not notice that he slacked off or stopped working. Since I am not a program person I cannot say anything about what he did on particular programs. I never noticed any conflict between Jay and Michael. They seemed to meet and talk together normally, in Jay's or Michael's office, with closed doors, although I cannot say how often this happened.

3. In the Fall of 2004, there were several positions in the office that Jay and I were trying to fill. Those were Reporting Coordinator and Capacity Development Coordinator. We had trouble finding well qualified people who would agree to accept those positions. For example, we offered the position of Capacity Development Coordinator to two different candidates, but each of them turned us down because they said they considered our expectations too high; instead these two candidates went to work in the oil and gas

industry, which is the most highly paid opportunity in Kazakhstan. Just before Jay left we filled one crucial position. Anel Kulakhmetova was hired as Reporting Coordinator. Jeremy Gross was offered the job of Manager on Advocacy, but he didn't start work until after Jay was fired.

4. In late October of 2004, Kelli Boyer came to Almaty. She and I went over the office's recruitment activities, existing policies and procedures and talked about recruitment matters such as I have stated above. During that visit she asked to talk to other people in the office, and I know she talked to Michael Kunz, Bob Abma, Jay Cooper, Marat Aitmambegetov, Anel Kulakhmetova, Altynay Kusainova and Jamilla Asanova. I don't know what they talked about. I never heard Jay yell at Kelli Boyer.

5. Ms. Patricia Douglass told me that Ms. Kelli Boyer has testified in this case that I told her that Jay was bullying and nasty and intimidating toward the staff and toward me. Ms. Douglass told me that Kelli said that I told her that Jay was very rough towards the staff and that the staff complained to me about his bullying of them.. I never told Kelli that and I have never seen anything like that. He never yelled at me. I never felt afraid of Jay. I never heard anyone complain about being afraid of Jay. The only complaint that I can remember that I ever heard about Jay was that sometimes the drivers and secretary complained that he was indecisive about his trips and that, as a result, they often had to change his travel and transportation plans.

6. After Michael Kunz came in September of 2004, I began reporting to Bob Abma rather than Jay. I found that it had been much more pleasant to work under Jay. Jay's style of management was more democratic and easygoing that Bob's. I never told Kelli Boyer that I was much happier once I was a direct report to Bob.

7. Ms. Douglass also told me that Kelli Boyer testified that I told her that Jay used me to do all his dirty work with the staff so I wasn't well received by the staff and that I disliked being put in that position. Kelli's statement is absolutely wrong, I didn't tell her that.

8. Ms. Douglass also told me that that Ms. Boyer has reported in this case that some person or persons on the staff in Almaty told her that Jay Cooper stayed behind closed doors and was inaccessible to the staff. I was very surprised to hear this. If someone said that I do not think that person was correct. We never closed the doors in the office, unless someone had a confidential meeting or a confidential telephone call. Except for those occasions, Jay never did that. I would not say that Jay was inaccessible. People went into his office and talked to him whenever they wanted to.

9. Ms. Douglass also told me that Kelli Boyer has reported that she was told that the morale in the office in Almaty was very poor and that the environment was very tense, and that I was one of the people who told her that. I did not tell her that. I explained Kelli that I haven't been to country offices of Counterpart rather than Kazakhstan and I can't compare the morale in different offices. In my opinion, the morale in the Almaty office was rather high. I didn't hear complaints. Since I was the HR manager, I would have expected to hear complaints if the staff was unhappy.

10. One week before Jay Cooper was fired, he went to Bishkek, Kyrgyzstan, to the office Counterpart maintains there that Jay was responsible for. One or two days later, Kelli Boyer and I went to Bishkek too. I thought we were going to review HR matters in Bishkek, as that is what we chatted about on the trip. At some point, Kelli told me that originally she was going to meet with Jay Cooper in Almaty, but Jay didn't have time to meet. She said she didn't know why he left for Bishkek. I told her Jay was on a business

trip. Everyone in the office knew Jay was going to Bishkek for business because of the preparations that had been made for the trip the previous week. Since Kelli had been in Almaty office that week, I believe she must have known about those plans. She said her boss in Washington told her that if she couldn't talk to Jay in Almaty, she should go to Bishkek to talk to him.

11. When we got to Bishkek, Kelli told me she was going to ask Jay to resign immediately from Counterpart and was going to offer him a compensation package. She said that if Jay agreed, she would ask me to come in to witness that he resigned voluntarily. I waited outside while Jay and Kelli talked in the Bishkek office. I did not hear what they said. After about a half hour Kelli came out and said he didn't sign, he refused. We went back to Almaty and arrived there late Thursday night.

12. On the next day, Friday November 12, 2004, they changed the locks on the three entrances to our Almaty office because Bob Abma told us it was because someone had lost his keys.

13. At the end of the day on Friday I was told by email that nobody would be admitted to the office until Monday morning with the exception of the guards (who would rotate shifts) and Michael Kunz, Bob Abma and Kelli Boyer. They asked me to translate this into Russian for the benefit of the Russian-speaking guards. Because I received this email I believe the email system was working in the office on Friday November 12, 2004.

14. On Monday morning November 15, 2004, I was requested to gather all the employees together. Michael Kunz announced that Jay was no longer working at Counterpart and that he, Michael, would be the acting Chief of Party. He requested everyone to refrain from any communication with Jay about any Counterpart business activities. He said Jay was not allowed to enter any Counterpart office. When he made this announcement everyone was

surprised and astonished. They didn't expect it. Michael then said, "You may want to talk about this with each other. Take a 15 minute break, have a smoke. But after that I don't want to hear any more talk about it." The attitude among the staff after that was common confusion. They didn't understand what had happened or why.

15. I never heard Jay say anything whatsoever about Bob Abma's sexual orientation.

16. Some staff members' salaries were raised after Jay was fired. I was told that the money to do so was taken from unused surplus in the budgets for projects in Tajikistan, Turkmenistan or Uzbekistan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  November 3, 2006 in Almaty, Kazakhstan
                         (Date)

_____
Irina Kolmakova