# DECLARATION OF VASLAT AKHMETOV

Vaslat Akhmetov, being duly sworn, deposes and states as follows, from his personal knowledge, for use in the lawsuit against Counterpart International brought by Jay Cooper.

1. Until February 28, 2006, I was Regional Coordinator of the Healthy Communities Program run by Counterpart International. From 2002 until Jay Cooper left the employment of Counterpart he was my direct supervisor as Manager of this project. Although I was an employee of Counterpart's operation in Kyrgyzstan, my physical office was in the same office as Jay Cooper's office, in Counterpart's offices in Almaty, Kazakhstan.

2. I had a good relationship with Jay. I didn't have serious problems with him. Jay's role was to make final decisions, mine was to present options. He would accept my suggestions. On occasions I would be late in my work, and Jay would remind me of deadlines. It was reasonable for a boss to do that. It was my fault on those occasions that my work was late. He did what a boss should have done in the situation.

3. I have been told by Jay's lawyer that another person Jay supervised has reported that he did not feel as if Jay gave him power or helped him advance his career. In my case that was not true, and I don't agree with it. I can give an example. My program had country program officers in each country and these were usually supervised by Counterpart country directors. But Counterpart didn't have country directors in Uzbekistan and Tajikistan, they only had "country representatives" there. A few months before Jay left Counterpart he gave me the authority to

direct the two country program officers in Uzbekistan and Tajikistan, so he gave me authority to directly supervise our program in 2 out of 5 countries. I felt he trusted me and felt good about that.

4. Jay's counsel has told me that someone has reported that Jay often yelled at the staff. I never experienced anything like that. I never saw that. Jay's counsel also said that it may have been reported by someone that Jay managed by fear. In my opinion, everyone is afraid of his boss to some extent. I would say that in the case of the Counterpart staff in Almaty, the level of fear of Jay was no more or less than average, simply a regular amount of fear such as you find in any office.

5. Jay always kept the door to his office open. I always felt I could walk right in and talk to him. The only times I can remember that the door was closed was if Jay was on the phone with Arlene Lear or was having some personal negotiation. Otherwise his door was literally always open.

6. I never, ever heard Jay say anything about Bob Abma's personal life, or express in words or tone any comment whatsoever about his sexual preferences.

7. When Michael Kunz came to work in our office in September of 2004, I continued to work on the Healthy Communities Program and report about it directly to Jay. Jay continued to work on it with me as he had before, although he had other projects to work on as usual. Nothing really changed.

8. On a Friday in November of 2004, Michael Kunz called me into his office. Kelli Boyer was there also, but I don't remember who else was there if anyone. He told me that Jay Cooper was no longer with Counterpart. Nothing was said about why. That day the entire staff was told that we could not come into the office

the thought given to us was that the office was being renovated and that construction would be going on and that they wanted to avoid people stealing. On a normal weekend any staff member could come into the office. If you knew the code you could open the lock or you could ring the bell and a guard, who recognized everyone, would let you in. I stayed away that one weekend and didn't ask questions. Everyone on staff was wondering why Jay was gone. No one knew the reason.

9. I had been receiving many positive responses from our USAID Cognizant Technical Officer (CTO), who was in charge of HNCBI in Central Asia on USAID's end. I think it is a success of both me and Jay that the program received such responses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  Oct 22 2006  at  Almaty, Kazakhstan
              Date                Place

_____ (Vaslat Akhmetov)
Vaslat Akhmetov