# Jay Cooper

| | |
|---|---|
| **From:** | Bob Abma [babma@cpart.kz] |
| **Sent:** | Friday, September 03, 2004 2:35 AM |
| **To:** | Michael Kunz; Jay Cooper |
| **Subject:** | July Pipelines for #449 Healthy Communities and #452 CSSI |

 

review pipe449 July 04.xls (27...    review pipe452July 04.xls (30 ...

Jay, Michael

Attached are the reviews of the CSSI and Healthy Communities pipelines for July 2004.  The CSSI approved budget here includes the Election Grants add-on, but does not include the WUA and Advocacy add-ons since they were not yet approved at the end of July.

The Country Offices are doing well in CSSI, moderating their operational spending and running small deficits, as would be expected at this point in the project.  Kazakhstan can afford to spend a bit more in salaries and operations.

The Regional Office has a significant projected deficit at this point in CSSI. That is more or less expected, but it indicates that spending in salaries, benefits and travel needs to be carefully monitored.  Comparing Field Spending to the Field Budget and then looking at this pipeline, it looks like much of the deficit is from expat salaries and benefits.

HQ in CSSI has a large projected deficit. At this point in the project, we would expect HQ to have spent about $190 K or so.  The actual spending there through July has been $267 K.  If HQ continues to spend at the current rate, the deficit there is projected to be about $190 K.

In Healthy Communities the situation is different.  All Country Office, except Tajikistan, are seriously under spent.  This suggests that we need to reallocate costs between CSSI and Healthy Communities in the 3 CSSI countries, and with other projects in the 2 non-CSSI countries.

The Regional Office in Healthy Communities is also under spent.
Interestingly, the projected surplus in Healthy Communities almost equals the projected deficit in CSSI.  Again, we need to reallocate the costs between projects in the Regional Office.

In HQ Healthy communities, again a deficit is projected.  A little more than 50% of the way through the project.  HQ has spent 80% of its LoP budget.  IF HQ continues to spend at the current rate, the projected deficit at the end of the project is about $60 K.

Bob

**DC Pipeline**  19 of  36 months
**#449 Review Healthy Communities**
**July 04**

| Full Project | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 632,530 | 266,992 | 505,880 | 126,650 |
| Fringe | 262,305 | 70,050 | 132,726 | 129,579 |
| Program Activities | 546,200 | 260,923 | 494,380 | 51,820 |
| Travel | 61,700 | 39,773 | 75,359 | -13,659 |
| Other Direct | 190,220 | 103,087 | 195,323 | -5,103 |
| Furn/Equip | 8,000 | 8,464 | 16,037 | -8,037 |
| Grants | 1,300,000 | 551,380 | 1,300,000 | 0 |
| OH | 487,833 | 199,190 | 377,413 | 110,420 |
| **Total Full Project** | **3,488,788** | **1,499,859** | **3,097,118** | **391,670** |

Note: Source of DC Headquarters and Regional Office funds are the Reg/HQ Allocations in Country Budgets

| DC Headquarters | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 58,794 | 45,956 | 87,075 | -28,281 |
| Fringe | 19,402 | 12,968 | 24,571 | -5,169 |
| Program Activities | 0 | 13,474 | 25,530 | -25,530 |
| Travel | 7,700 | 6,441 | 12,204 | -4,504 |
| Other Direct | 15,660 | 7,276 | 13,786 | 1,874 |
| Furn/Equip | 3,000 | 840 | 1,592 | 1,408 |
| Grants | 0 | 0 | 0 | 0 |
| **Total HQ** | **104,556** | **86,955** | **164,757** | **-60,201** |

| Reg Off. | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 306,443 | 101,071 | 191,503 | 114,940 |
| Fringe | 140,777 | 34,991 | 66,299 | 74,478 |
| Program Activities | 35,000 | 27,400 | 51,916 | -16,916 |
| Travel | 21,000 | 14,452 | 27,383 | -6,383 |
| Other Direct | 65,900 | 24,300 | 46,042 | 19,858 |
| Furn/Equip | 0 | 2,672 | 5,063 | -5,063 |
| Grants | 0 | 0 | 0 | 0 |
| **Total Reg Off.** | **569,120** | **204,886** | **388,205** | **180,915** |
| IDC | 487,833 | 199,190 | 377,413 | 110,420 |
| **Total Reg/HQ/OH** | **853,070** | **491,031** | **930,375** | **231,134** |

Note: In all Country Budgets assumed that all Grant Funds will be paid out by EOP

| Kazakhstan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 67,573 | 30,323 | 57,454 | 10,119 |
| Fringe | 27,029 | 7,772 | 14,726 | 12,303 |
| Program Activities | 134,400 | 66,037 | 125,123 | 9,277 |
| Travel | 9,000 | 6,157 | 11,666 | -2,666 |
| Other Direct | 24,600 | 14,377 | 27,241 | -2,641 |
| Furn/Equip | 1,000 | 230 | 436 | 564 |
| Grants | 280,000 | 129,629 | 280,000 | 0 |
| **Total Kazakhstan** | **543,602** | **254,525** | **516,645** | **26,957** |

| Kyrgyzstan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 65,475 | 26,800 | 50,779 | 14,696 |
| Fringe | 26,190 | 5,832 | 11,050 | 15,140 |
| Program Activities | 103,200 | 49,852 | 94,456 | 8,744 |
| Travel | 6,000 | 3,004 | 5,692 | 308 |
| Other Direct | 23,100 | 7,766 | 14,715 | 8,385 |
| Furn/Equip | 1,000 | 2,718 | 5,150 | -4,150 |
| Grants | 280,000 | 142,993 | 280,000 | 0 |
| **Total Kyrgyzstan** | **504,965** | **238,965** | **461,842** | **43,123** |

| Uzbekistan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 52,489 | 18,211 | 34,505 | 17,984 |
| Fringe | 18,371 | 1,551 | 2,939 | 15,432 |
| Program Activities | 97,200 | 38,702 | 73,330 | 23,870 |
| Travel | 6,000 | 2,936 | 5,563 | 437 |
| Other Direct | 21,900 | 19,413 | 36,783 | -14,883 |
| Furn/Equip | 1,000 | 264 | 500 | 500 |
| Grants | 280,000 | 120,349 | 280,000 | 0 |
| **Total Uzbekistan** | **476,960** | **201,426** | **433,620** | **43,340** |

| Tajikistan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 43,331 | 24,824 | 47,035 | -3,704 |
| Fringe | 15,166 | 5,407 | 10,245 | 4,921 |
| Program Activities | 85,200 | 44,530 | 84,373 | 827 |
| Travel | 6,000 | 4,694 | 8,894 | -2,894 |
| Other Direct | 21,900 | 28,174 | 53,382 | -31,482 |
| Furn/Equip | 1,000 | 1,510 | 2,861 | -1,861 |
| Grants | 280,000 | 132,298 | 280,000 | 0 |
| **Total Tajikistan** | **452,597** | **241,437** | **486,790** | **-34,193** |

| Turkmenistan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---|---|---|---|
| Salaries | 38,425 | 19,807 | 37,529 | 896 |
| Fringe | 15,370 | 1,529 | 2,897 | 12,473 |
| Program Activities | 91,200 | 20,928 | 39,653 | 51,547 |
| Travel | 6,000 | 2,089 | 3,958 | 2,042 |
| Other Direct | 17,160 | 1,781 | 3,375 | 13,785 |
| Furn/Equip | 1,000 | 230 | 436 | 564 |
| Grants | 180,000 | 26,111 | 180,000 | 0 |
| **Total Turkmenistan** | **349,155** | **72,475** | **267,848** | **81,307** |

**DC Pipeline**  13 of   36 months
**#452  CSSI Review**
**with Elections add-on**

**July 04**

| Full Project | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---:|---:|---:|---:|
| Salaries | 1,388,632 | 549,723 | 1,522,310 | -133,678 |
| Fringe | 708,509 | 242,271 | 670,904 | 37,605 |
| Consultants | 98,500 | 94,424 | 261,482 | -162,982 |
| Travel | 131,900 | 104,856 | 290,370 | -158,470 |
| Training | 150,430 | 40,080 | 110,991 | 39,439 |
| Other Direct | 613,852 | 188,047 | 520,746 | 93,106 |
| Equipment | 34,446 | 34,672 | 96,015 | -61,569 |
| **Full Proj Ops.** | **3,126,269** | **1,254,073** | **3,472,818** | **-346,549** |
| **Community Grants** | 2,680,000 | 285,975 | 2,680,000 | 0 |
| **Institutional Grants** | 1,730,483 | 442,219 | 1,730,483 | 0 |
| **Partners** | | | | |
| **ICNL** | 1,390,464 | 360,967 | 1,390,464 | 0 |
| **Social Impact** | 120,153 | 0 | 120,153 | 0 |
| **Urban Institute** | 213,574 | 15,713 | 213,574 | 0 |
| **OH** | 1,394,862 | 453,430 | 1,255,652 | 139,210 |
| **Total Full Project** | **10,655,805** | **2,812,377** | **10,863,144** | **-207,339** |

| DC Headquarters | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---:|---:|---:|---:|
| Salaries | 294,180 | 124,971 | 346,074 | -51,894 |
| Fringe | 97,080 | 41,755 | 115,629 | -18,549 |
| Consultants | 23,500 | 39,735 | 110,035 | -86,535 |
| Travel | 30,000 | 35,739 | 98,970 | -68,970 |
| Training | 0 | 0 | 0 | 0 |
| Other Direct | 101,400 | 23,185 | 64,205 | 37,195 |
| Equipment | 3,000 | 2,201 | 6,095 | -3,095 |
| **HQ Ops.** | **549,160** | **267,586** | **741,007** | **-191,847** |
| **Total HQ** | **549,160** | **267,586** | **741,007** | **-191,847** |

| Reg Off. | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---:|---:|---:|---:|
| Salaries | 503,560 | 215,541 | 596,883 | -93,323 |
| Fringe | 350,945 | 154,394 | 427,553 | -76,608 |
| Consultants | 11,000 | 11,067 | 30,647 | -19,647 |
| Travel | 39,500 | 32,028 | 88,693 | -49,193 |
| Training | 94,720 | 15,182 | 42,042 | 52,678 |
| Other Direct | 130,035 | 42,728 | 118,324 | 11,711 |
| Equipment | 17,871 | 4,108 | 11,376 | 6,495 |
| **Reg Off Ops.** | **1,147,631** | **475,048** | **1,315,518** | **-167,887** |
| **Total Reg Off.** | **1,147,631** | **475,048** | **1,315,518** | **-167,887** |

Note: In all Country Budgets assumed that all Grant and Partner Funds will be paid out by EOP

| Kazakhstan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---:|---:|---:|---:|
| Salaries | 211,951 | 69,824 | 193,359 | 18,592 |
| Fringe | 96,453 | 24,291 | 67,267 | 29,186 |
| Consultants | 15,500 | 26,841 | 74,329 | -58,829 |
| Travel | 32,500 | 16,523 | 45,756 | -13,256 |
| Training | 18,360 | 7,322 | 20,276 | -1,916 |
| Other Direct | 115,565 | 21,722 | 60,153 | 55,412 |
| Equipment | 3,975 | 2,334 | 6,463 | -2,488 |
| **Kaz Ops.** | **494,304** | **168,857** | **467,604** | **26,700** |
| **Community Grants** | 965,000 | 171,277 | 965,000 | 0 |
| **Institutional Grants** | 685,911 | 204,374 | 685,911 | 0 |
| **Partners** | | | | |
| **ICNL** | 582,604 | 166,802 | 582,604 | 0 |
| **Social Impact** | 42,054 | 0 | 42,054 | 0 |
| **Urban Institute** | 0 | 0 | 0 | 0 |
| **Total Kazakhstan** | **2,769,873** | **711,310** | **2,743,173** | **26,700** |

| Kyrgyzstan | Approved | To Date | Projected | Projected Surplus/(Deficit) |
|---|---:|---:|---:|---:|
| Salaries | 212,838 | 75,959 | 210,348 | 2,490 |
| Fringe | 96,283 | 18,093 | 50,104 | 46,179 |
| Consultants | 18,500 | 0 | 0 | 18,500 |
| Travel | 18,400 | 12,435 | 34,435 | -16,035 |
| Training | 13,660 | 15,067 | 41,724 | -28,064 |
| Other Direct | 95,446 | 35,503 | 98,316 | -2,870 |
| Equipment | 2,800 | 12,782 | 35,396 | -32,596 |
| **Kyrgz Ops.** | **457,927** | **169,839** | **470,323** | **-12,396** |
| **Community Grants** | 970,000 | 108,122 | 970,000 | 0 |
| **Institutional Grants** | 585,676 | 137,049 | 585,676 | 0 |
| **Partners** | | | | |
| **ICNL** | 526,986 | 122,882 | 526,986 | 0 |
| **Social Impact** | 45,658 | 0 | 45,658 | 0 |
| **Urban Institute** | 213,574 | 15,713 | 213,574 | 0 |
| **Total Kyrgyzstan** | **2,799,821** | **553,605** | **2,812,217** | **-12,396** |

| Turkmenistan | Approved | To Date | Projected | Surplus/(Deficit) |
|---|---:|---:|---:|---:|
| Salaries | 166,103 | 63,428 | 175,647 | -9,544 |
| Fringe | 67,748 | 3,738 | 10,351 | 57,397 |
| Consultants | 30,000 | 16,781 | 46,470 | -16,470 |
| Travel | 11,500 | 8,131 | 22,517 | -11,017 |
| Training | 23,690 | 2,509 | 6,948 | 16,742 |
| Other Direct | 171,406 | 64,909 | 179,748 | -8,342 |
| Equipment | 6,800 | 13,247 | 36,684 | -29,884 |
| **Turk Ops.** | **477,247** | **172,743** | **478,365** | **-1,118** |
| **Community Grants** | 745,000 | 6,576 | 745,000 | 0 |
| **Institutional Grants** | 458,896 | 100,796 | 458,896 | 0 |
| **Partners** | | | | |
| **ICNL** | 280,874 | 71,283 | 280,874 | 0 |
| **Social Impact** | 32,441 | 0 | 32,441 | 0 |
| **Urban Institute** | 0 | 0 | 0 | 0 |
| **Total Turkmenistan** | **1,994,458** | **351,398** | **1,995,576** | **-1,118** |