**Jay Cooper**

**From:** Arlene Lear [lear@counterpart.org]
**Sent:** Wednesday, October 13, 2004 11:32 AM
**To:** Jay Cooper; Tilly Reed; David Smith; Mark Granius; Meriel Rhodes
**Cc:** Civil Society

Dear all,

As promised, I am sharing with you the following summary and attached Job Description for Michael Kunz as Regional Director, Eurasia, Middle East and SE Asia.

Michael's role has evolved over the need to ensure more cross-border exchanges of best practices and staff among Counterpart projects covering these geographic areas which represent: the greatest number of projects in our Civil Society portfolio, a critical mass of Counterpart expatriate and local talent, and continuing potential for growth. There was also a growing need to have someone on the ground capturing the best of what we do, synthesizing it for internal and external consumption, and creating and leading a marketing strategy that would give us maximize positive exposure with donors, governments and potential partners, and strenghen our competitiveness on proposal bids. Lastly I wanted someone who could more easily move from project to project from a relatively central location, than from the U.S, with overall responsibility for project monitoring and with decision making authority.

Michael's major responsibilities will be to lead our team of Civil Society CoPs and Program Directors -- e.g. those in charge of entire projects or leading the Counterpart component of a partnership project with another U.S. NGO or for-profit firm -- receiving business development and project backstopping support from HQ Civil Society Division staff. Michael will work with our CoPs and Program Directors to further develop capacity in each Counterpart country network of offices and partner NGOs, facilite the sharing of knowledge, services, and best practices, and support the management of change. As Regional Director for Eurasia, Middle East, and SE Asia (currently Armenia, Bulgaria, Kazakhstan, Kyrgyzstan, Uzbekistan, Tajikistan, Turkmenistan, and Viet Nam) he supervises a Regional Executive Team, consisting of CoPs and Program Directors as well as the Counterpart Regional Finance Director; and oversees new program startup/implementation (which is currently underway in Armenia). Michael will continue to report to the Senior Vice President. All CoPs for Civil Society report to Michael.

Please review the job description for more details.
All the best,
Arlene
<<Regional Director_Aug24_revised --Michael Kunz.doc>>
P.S. The Civil Society Division has gone through strategic planning and team building over the past several months -- setting annual goals and benchmarks and more clearly defining our respective roles and responsibilities. Documents that have resulted from this process will be sent to you in the near future.

**COUNTERPART INTERNATIONAL**
**JOB DESCRIPTION**
**REGIONAL DIRECTOR**
EURASIA, MIDDLE EAST, AND SOUTH EAST ASIA
CIVIL SOCIETY DIVISION

SEPTEMBER 1, 2004

**PURPOSE OF POSITION**

Manage Counterpart's Civil Society Regional Portfolio to support project managers' ability to a) provide the highest quality deliverables to donors, including USAID and World Bank; b) make the broadest and richest impact on project beneficiaries, c) build on Civil Societies program successes with innovative new program initiatives while remaining true to our vision, mission and values.

**MAJOR RESPONSIBILITIES**

Civil Society Eurasian Director will lead a team of professionals based in the Eurasian Region country offices and receive support through coordination with Civil Society business development and project backstopping staff at the headquarters office. This will involve further developing capacity in each Counterpart country network of offices and partner NGOs, facilitating the sharing of knowledge, services and best practices, supporting the management of change, as well as setting and ensuring compliance with partnership standards relating to people and organization development. Specifically, the Director will:

- Oversee programs in the regions (currently Armenia, Bulgaria, Kazakhstan, Kyrgyzstan, Uzbekistan, Tajikistan, Turkmenistan, and Viet Nam)
- Supervise Regional Executive Team, consisting of Chiefs of Party (CoPs) managing Civil Society programs and the Counterpart CAR Regional Finance Director
- Oversee new program startup/implementation
- Act as a liaison with donor representatives, international and national NGO agencies in promotion of planning and coordination, support for existing projects in coordination with CoPs, as well as developing new programs
- Lead new business development in the region
- Cultivate new program opportunities for the regions (including new countries) in collaboration with country directors and Counterpart HQ senior management
- Develop unified systems of marketing materials, including country brochures, success stories, and press releases
- Promote standardization of human resources practices in the Region by supporting and guiding CoPs implementation of Counterpart best practices, procedures, guidelines, and policies
- Oversee program budgets, work plans, and performance plans, evaluate financial program effectiveness
- Coordinate activities in the region with other Counterpart International division directors and vice presidents
- Seek opportunities for collaboration with other counterpart divisions

- Identify opportunities to enhance and strengthen the capability of Counterpart's country and regional offices and partners to identify common organizational goals and develop strategies to achieve those goals through innovative project design and fundraising
- Work with country leadership teams to analyze and identify resources to develop their capability at individual, team and organizational level, using a variety of techniques that impact changes in corporate culture, and performance
- Manage Regional Budget

## Major Work Areas

- Business Development & Marketing 55%
- Project Management 25%
- Professional Development /HR/ mentoring 10%
- Training and Technical Assistance 10%

## Key Relationships

- Reports to Senior Vice President
- Directly manages and supports Regional Senior Management Team, consisting of Civil Society CoPs, Country Representatives, and Regional Finance Director, on a wide range of organizational, programmatic and business development issues
- Coordinates Consultants as needed
- Coordinates with the Project Development Committee (PDC), via the Senior Vice President, Counterpart Director of Program Development, on new business opportunities
- Backstopped by HQ Civil Society Program Manager and Officers in the area of program management
- Backstopped by HQ Business development office and Civil Society proposal writers on business development and proposal writing

## KNOWLEDGE, SKILLS, AND ABILITIES

- Requires minimum 10 years experience in management and marketing in a complex, international organizations
- Proven technical assistance skills in at least two areas of Civil Society (ie NGO capacity building, local government, social enterprise, advocacy, community mobilization)
- Graduate qualification or bachelors degree with commensurate work experience / Professional qualification
- A thorough understanding of all areas of Civil society programming, management and staff development

- A proven record of developing people in a cross cultural setting and initiating and implementing organizational change
- Significant leadership experience in an international environment, preferably in former Soviet Union and SE Asia
- Critical Capabilities
    - Performance Coach - Commitment to Learning for Transformation
    - Strategic Thinker - Ability to think clearly, deeply and broadly
    - Change Catalyst - Practice of continuous innovation and creativity
    - Compelling Communicator - Effective communication of information
    - Global Player - Commitment to cross cultural diversity
    - Alliance Builder - Ability to build influential relationships
    - Influential Advocate - Ability to influence individuals and groups
- Travel : Must be willing and able to travel up to 80 days a year

3551

## KEY AREAS NEEDED FOR SUCCESS

| | Resources |
|---|---|
| 1. Dedicated program leadership with a passion and commitment to success | HQ HR and recruitment |
| 2. USAID, World Bank (and other donors) awareness of Counterpart program goals, activities and impacts | Marketing materials, CoPs, VPs |
| 3. Comprehensive marketing program (country brochures, case studies, success stories, sector specific fact sheets/brochures) | CoPs, information officers, program managers |
| 4. Country reps/country directors/CoPs meeting goals of their programs | Meetings with managers, M&E, reports |
| 5. Efficient use of financial resources | Pipelines, cash flow, quarterly finance reports, Regional Finance Directors review |
| 6. Effective communication flow among piers (including exchange of successful models (best practices) business opportunities, and skills development) | Telephone calls, conference calls, meetings, w project leaders |
| 7. Efficient proposal writing and packaging | HQ business development and writing, PDC allocation of resources |
| 8. Clear budget planning and financial management | Regional finance director, HQ Finance |
| 9. Monitoring and evaluation tied to work plans, PMEP review, reports | Contract/Coop agreement, PMEP, program, managers, Country leaders |
| 10. Agreement of business development protocols, at the country level, with local partners | Working group to produce MoU (CSSCs, network associations, other local NGOs, ie Hamro, Shiriktesh) |
| 11. Clear and transparent regional budget | Budget resources allocated, approved by SVP |