**Subject:** FW: Meetings on Friday
**From:** "Jay Cooper" <jay.cooper@yahoo.com>
**Date:** Mon, 12 Feb 2007 20:09:09 -0800
**To:** "'Pat Douglass'" <pdouglass@cox.net>

```
-----Original Message-----
From: Michael Kunz [mailto:mkunz@counterpart.org]
Sent: Wednesday, October 06, 2004 8:22 PM
To: 'Jay Cooper'
Subject: Meetings on Friday

Hi Jay,

I think priority is to have our regurlar Friday, 10.30 - 11.30 a meeting. We
also need meet with Bob on budget matters (how about 11.30a - 12.00p). So
how about we add this 'overlap' issue at 9.30-10a. Let me know if this works
for you.

Thanks,

Michael

-----Original Message-----
From: Jay Cooper [mailto:jayc@cpart.kz]
Sent: Wednesday, October 06, 2004 5:24 PM
To: mkunz@counterpart.org; 'Marat Aitmagambetov'
Cc: 'Don Feil'; 'Katherine Schad'; 'Caesar Layton'; 'Arlene Lear'; 'Altinay
Kuchukeeva'
Subject: RE: EDP Update - Status of Grant Burn Rate


Michael,

Let's schedule for Friday as early as possible.  Let us know the time since
we have some activities to work around..

Jay



-----Original Message-----
From: Michael Kunz [mailto:mkunz@counterpart.org]
Sent: Wednesday, October 06, 2004 3:10 PM
To: 'Jay Cooper'; 'Marat Aitmagambetov'
Cc: 'Don Feil'; 'Katherine Schad'; 'Caesar Layton'; 'Arlene Lear'; 'Altinay
Kuchukeeva'
Subject: RE: EDP Update - Status of Grant Burn Rate

Could you suggest another time...on Friday?

-----Original Message-----
From: Jay Cooper [mailto:jayc@cpart.kz]
Sent: Wednesday, October 06, 2004 2:07 PM
To: mkunz@counterpart.org; 'Marat Aitmagambetov'
Cc: 'Don Feil'; 'Katherine Schad'; 'Caesar Layton'; 'Arlene Lear'; 'Altinay
Kuchukeeva'
Subject: RE: EDP Update - Status of Grant Burn Rate


Michael,

Marat, Didara and myself are not available tomorrow since we are in the CDT
workshop..

Jay
```

```
-----Original Message-----
From: Michael Kunz [mailto:mkunz@counterpart.org]
Sent: Wednesday, October 06, 2004 11:52 AM
To: 'Marat Aitmagambetov'; 'Jay Cooper'
Cc: 'Don Feil'; 'Katherine Schad'; Caesar Layton; 'Arlene Lear'; 'Altinay
Kuchukeeva'
Subject: FW: EDP Update - Status of Grant Burn Rate
```

Dear Jay and Marat,

Issue: Our colleagues at Pragma have brought to Counterpart's attention that there is a perception of program overlap (see below).

ACTION: Could you work with Didara to come up with a two-page description of the social enterprise program, ie background goal objectives, accomplishments to date, and a clear description of the 'zero interest loans'. Clarifying what we are doing and how will be the first step in preventing misunderstandings (and good marketing too).

We'd like to ask Katerine and/or Caesar to help with setting the 2-page structure and polishing of the final draft.

If you and Marat concur, I'd like to set a deadline for final draft to be sent to HQ by Oct 30. Please confirm this deadline is acheivable (or recommend altenative).

We may need to coordinate with Don and his DC team and setup a meeting with Pragma at some point. WE should definitely have a meeting with our Counterpart colleagues who work at Pragma.

Are you two, and Didara, availabe to discuss this on Thursday, late morning?

Michael


```
-----Original Message-----
From: Don Feil [mailto:donfeil@counterpart.org]
Sent: Tuesday, October 05, 2004 12:48 AM
To: Arlene Lear
Cc: Katherine Schad; Michael Kunz
Subject: FW: EDP Update - Status of Grant Burn Rate
```

FYI.

True or not.  This is the perception currently in Central Asia.

Don

_____

From: Caesar Layton
Sent: Monday, September 27, 2004 13:24
To: Don Feil
Subject: EDP Update - Status of Grant Burn Rate


Don,

As we briefly discussed this morning, Azalia and I are a bit concerned with how the CPI Civil Society Institutional Support Grants Program in Central Asia is going to negatively effect the burn rate for our Association Development Grants. As far as both of us know, the Institutional Support Grants issued by CPI's other project are focusing on many of the same associations that our EDP grants program is.

The problem is that our EDP grants program is specifically focused on
business association sustainability and grants are focused on output and
creating profit / membership fees rather than supporting the institutions
themselves. We do not give grants for salaries, rent, support HQ equipment
(ie. computers) rather we give grants specifically for activities that are
going to increase members services, remove investment constraints, increase
trade etc. Our grants process is also very stringent and forces associations
through a series of strategic diagnostic evaluation and strategic action
planning sessions that more or less force them to put together a
comprehensive plan for sustainability --- before they can even apply to a
grant.

With this new grant program offered by CPI, the money is much easier to
apply for and it covers a lot of HQ costs that EDP is trying to get
associations off of. The two grants programs are basically opposite. Azalia
has been trying to keep associations applying for both saying one can help
them cover one category of costs and EDP will help you expand programming.
This has had mixed results bc associations do not feel like going through
our EDP process with the other money so much easier to get.

I think we need to sit down and put together a strategy of how we can make
this two program work together. We have about 600K left in our pool and we
really needed a high burn rate over the next six months to spent these funds
sufficiently. If our burn rate is cut, then we face a lot of money left over
which will not be good. Furthermore, our fee and most of our salary is tied
to this grants pool. Meaning that if we do not spend it, we do not get the
money we are owed. This could be a loss of a lot of money for ED if say for
instance we have 400K remaining. ($15k loss in HQ support!)

Ok...just wanted to get this discussion started.

Caesar

Caesar Layton
Counterpart International
Senior Program Officer, Enterprise Development
1200 18th St. NW, Suite 1100
Washington, DC 20036
PH: 202-721-1544
Fax: 202-296-9679
email: clayton@counterpart.org