**Subject:** FW: Monday staff meeting  
**From:** "Jay Cooper" <jay.cooper@yahoo.com>  
**Date:** Mon, 12 Feb 2007 20:08:38 -0800  
**To:** "'Pat Douglass'" <pdouglass@cox.net>

```
-----Original Message-----
From: Irina Kolmakova [mailto:irinak@cpart.kz]
Sent: Wednesday, October 06, 2004 7:31 PM
To: Bob Abma; Jay Cooper
Subject: Monday staff meeting


Dear Jay and Bob,
Please confirm your participation in our regular staff meeting on Monday at
2-30pm and send me the major topics that you would like to cover by
Thursday, COB.If the time is not suitable for you, please recommend the
appropriate time.

 Michael wrote that he is not going to participate in our meetings until we
discuss topics that may be of interest for him.

Best,

Irina
```