CSSI funds charged to Arlene Lear
Data taken from CSSI Expenses Ledger Report Summary 10-1-03 to 9-30-05
CP 4657 to 4750

|  | Salaries | Payroll taxes | Medical Ins | Accrued Vaca | Pension |
|---|---|---|---|---|---|
| CP # | 4658 | 4680-82 | 4682-83 | 4683-84 | 4684-86 |
| Code 452 | 06-25 41006 | 06-25 41506 | 06-25 41516 | 06-25 41546 | 06-25 41556 |
| 10/31/2003 | $13,802.82 | $200.37 | $133.15 |  | $260.28 |
| 10/31/2003 | $2,321.43 | $33.87 | $29.36 |  | $232.14 |
| 11/30/2003 | $2,321.43 | $33.87 | $133.15 |  | $232.14 |
| 11/30/2003 | $2,321.44 | $33.87 | $29.36 |  | $232.14 |
| 12/31/2003 | $2,321.44 | $33.87 | $110.94 | $906.08 | $232.15 |
| 12/31/2003 | $1,934.53 | $174.04 | $24.46 |  | $193.45 |
| 1/31/2004 | $3,517.32 | $300.96 | $189.63 |  | $351.73 |
| 1/31/2004 | $3,306.28 | $254.47 | $41.81 |  | $330.63 |
| 2/28/2004 | $3,502.65 | $269.36 |  |  | $312.35 |
| 2/29/2004 | $3,214.60 | $247.42 |  |  | $321.46 |
| 3/31/2004 | $1,965.82 | $151.27 |  | $1,928.14 | $196.58 |
| 3/31/2004 | $2,869.87 | $220.84 |  |  | $286.99 |
| 4/30/2004 | $2,912.34 | $224.10 |  |  | $291.24 |
| 4/30/2004 | $1,237.74 | $95.20 |  |  | $123.77 |
| 5/31/2004 | $2,322.59 | $178.72 |  |  | $232.26 |
| 5/31/2004 | $1,528.98 | $117.66 |  |  | $152.90 |
| 6/30/2004 | $2,621.11 | $201.69 |  | $1,487.54 | $262.11 |
| 6/30/2004 | $2,548.30 | $196.10 |  |  | $254.83 |
| 7/31/2004 | $2,730.33 | $210.09 |  |  | $273.03 |
| 7/31/2004 | $2,693.92 | $207.30 |  |  | $269.39 |
| 8/31/2004 | $2,723.04 | $151.81 |  | -$531.13 | $272.31 |
| 8/31/2004 | $867.64 | $12.65 |  |  | $86.76 |
| 8/31/2004 | $467.19 | $6.81 |  |  | $46.72 |
| 9/30/2004 | $1,747.41 | $25.49 |  |  | $174.74 |
| 9/30/2004 | $2,184.25 | $31.86 |  |  | $218.43 |
| Totals | $69,984.47 | $3,613.69 |  | $3,790.63 | $5,840.53 |
| **Grand Totals** |  |  |  |  | $83,229.32 |

HNCBI funds charged to Arlene Lear
Data taken from HNCBI Expenses Ledger Report Summary 10-1-03 to 9-30-05
CP 4465 to 4524

|  | Salaries | Payroll taxes | Medical Ins | Accrued Vacation | Pension |
|---|---|---|---|---|---|
| CP # | 4478 | 4478 | 4481 | 4481 | 4482 |
| Code 449 | 05-25 41006 | 06-25 41506 | 06-25 41516 | 06-25 41546 | 06-25 41556 |
| 10/31/2003 | $1,547.62 | $22.58 | $88.76 |  | $154.76 |
| 10/31/2003 |  |  | $19.57 |  |  |
| 11/30/2003 | $1,160.72 | $16.93 | $44.36 |  | $116.07 |
| 11/30/2003 | $773.81 | $11.29 | $9.78 |  | $77.38 |
| 12/31/2003 | $1,547.61 | $22.57 | $73.97 |  | $154.76 |
| 12/31/2003 | $1,289.69 | $116.03 | $16.31 |  | $128.97 |
| 1/31/2004 | $703.46 | $60.19 | $40.35 |  | $70.35 |
| 1/31/2004 | $703.47 | $54.14 | $8.90 |  | $70.35 |
| 2/28/2004 |  |  |  |  |  |
| 2/29/2004 |  |  |  |  |  |
| 3/31/2004 | $1,747.40 | $134.47 |  | $491.49 | $174.74 |
| 3/31/2004 | $734.15 |  |  |  | $73.42 |
| 4/30/2004 | $655.28 | $56.49 |  |  | $65.53 |
| 4/30/2004 |  | $50.42 |  |  |  |
| 5/31/2004 | $728.09 | $56.03 |  |  | $72.81 |
| 5/31/2004 |  |  |  |  |  |
| 6/30/2004 | $2,184.26 | $168.08 |  | $1,293.51 | $218.43 |
| 6/30/2004 | $2,257.07 | $173.68 |  | -338.14 | $225.71 |
| 7/31/2004 | $2,002.24 | $154.07 |  |  | $200.23 |
| 7/31/2004 | $2,038.64 | $156.88 |  |  |  |
| 8/31/2004 | $734.15 | $10.71 |  |  |  |
| 8/31/2004 | $333.71 | $4.87 |  |  | $73.42 |
| 8/31/2004 |  |  |  |  | $33.37 |
| 9/30/2004 | $728.08 | $10.62 |  | $750.07 | $72.81 |
| 9/30/2004 | $2,038.64 | $29.73 |  | $770.34 | $203.87 |
| Totals | $23,908.09 | $1,309.78 | $302.00 | $2,967.27 | $2,186.98 |
| **Grand Totals** |  |  |  |  | $30,674.12 |

CSSI funds charged to Michael Kunz
Data taken from CSSI Expenses Ledger Report Summary 10-1-03 to 9-30-05
CP 4657 to 4750  Bates

| CP# Bates | Salaries 4658 | Salaries 4677 | Salaries 4699 | Payroll taxes 4660-62 | Payroll taxes 4680-82 | Medical Ins 4662 |
|---|---|---|---|---|---|---|
| Code 452 | 05-25 41006 | 06-25 41006 | 21-25 41006 | 05-25 41506 | 05-25 41506 | 05-25 41516 |
| 10/31/2003 | $3,541.69 | | | $260.13 | | $748.10 |
| 11/30/2003 | $2,678.58 | | | $191.13 | | $43.80 |
| 11/30/2003 | $3,125.00 | | | $225.42 | | $748.10 |
| 12/31/2003 | $2,232.14 | | | $161.01 | | $534.37 |
| 12/31/2003 | $2,232.14 | | | $190.03 | | $31.29 |
| 1/31/2004 | | $2,232.14 | | | $186.55 | $534.37 |
| 1/31/2004 | | | $2,232.14 | | | $31.29 |
| 2/28/2004 | $2,232.14 | | | $161.02 | | |
| 2/29/2004 | $2,232.14 | | | $161.01 | | |
| 3/31/2004 | $2,232.14 | $1,866.88 | | | $134.67 | |
| 3/31/2004 | $1,339.29 | | | $96.61 | $96.61 | |
| 4/30/2004 | | $1,339.29 | | | $76.12 | |
| 4/30/2004 | | $1,055.20 | | | | |
| 4/30/2004 | | | | | | |
| 5/31/2004 | $714.29 | $535.71 | | $51.52 | $38.64 | |
| 5/31/2004 | | $1,298.70 | | | $93.69 | |
| 6/30/2004 | | $1,258.11 | | | $90.75 | |
| 6/30/2004 | | $1,217.52 | | | $86.56 | |
| 7/31/2004 | $2,909.04 | | | $0.35 | $58.55 | |
| 7/31/2004 | | $811.69 | | | | |
| 8/31/2004 | $1,339.28 | | | $207.90 | | |
| 8/31/2004 | $1,078.87 | | | $96.61 | | |
| 9/30/2004 | | $1,501.62 | | $77.82 | $108.32 | |
| 9/30/2004 | $1,914.06 | | | $138.07 | | |
| Totals | $29,800.80 | $13,116.86 | | $2,018.63 | $970.46 | $2,671.32 |

| Accrued Vac<br>4664<br>05-25 41546 | Pension<br>4664<br>05-25 41556 | Med Ins<br>4683<br>06-25 41516 | Accrued Vacation<br>4684<br>06-25 41546 | Pension<br>4685-86<br>06-25 41556 | Payroll taxes<br>4700<br>21-25 41506 | Pension<br>4701<br>21-25 41556 |
|---|---|---|---|---|---|---|
|  | $354.17 |  |  |  |  |  |
|  | $287.86 |  |  |  |  |  |
|  | $312.50 |  |  |  |  |  |
|  | $223.21 | $2,578.23 |  |  |  |  |
|  | $223.21 |  |  |  |  |  |
|  |  |  |  | $223.21 |  | 223.21 |
|  |  |  |  |  | 190.02 |  |
|  | $223.21 |  |  |  |  |  |
|  | $223.21 |  |  |  |  |  |
|  | $133.93 | -2578.23 | $775.09 | $186.69 |  |  |
|  |  |  | $2,578.23 |  |  |  |
|  |  |  |  | $133.93 |  |  |
|  |  |  |  | $105.52 |  |  |
|  | $71.43 |  |  | $26.79 |  |  |
|  |  |  |  | $129.87 |  |  |
| $702.99 |  |  |  | $125.81 |  |  |
|  |  |  |  | $121.75 |  |  |
|  | 109.58 |  |  | $81.17 |  |  |
| $28.60 | $133.93 |  |  |  |  |  |
| 1416.00- | 107.89 |  |  |  |  |  |
|  |  |  |  | $150.16 |  |  |
|  | 191.4 |  |  |  |  |  |
| $731.59 | $2,595.53 | $0.00 | $3,353.32 | $1,284.90 | $190.02 | $223.21 |

CSSI funds charged to Michael Kunz
Data taken from CSSI Expenses Ledger Report Summary 10-1-03 to 9-30-05
CP 4657 to 4750

|  |  | Housing allowance |  |
|---|---|---|---|
| CP# Bates |  | 4663-64 | 4701 |
| Code 452 5-25 |  | 41526 |  |
|  | 10/31/2003 | $ 1,200.00 |  |
|  | 11/30/2003 | $ 600.00 |  |
|  | 11/30/2003 | $ 600.00 |  |
|  | 12/31/2003 | $ 600.00 |  |
|  | 12/31/2003 | $ 600.00 |  |
|  | 1/31/2004 |  |  |
|  | 1/31/2004 |  |  |
|  | 2/28/2004 | $ 600.00 |  |
|  | 2/29/2004 | $ 600.00 |  |
|  | 3/31/2004 | $ 600.00 |  |
|  | 3/31/2004 | $ 600.00 |  |
|  | 4/30/2004 | $ 600.00 |  |
|  | 4/30/2004 | $ 600.00 |  |
|  | 4/30/2004 | $ 600.00 |  |
|  | 5/31/2004 | $ 600.00 |  |
|  | 5/31/2004 | $ 600.00 |  |
|  | 6/30/2004 | $ 600.00 |  |
|  | 6/30/2004 | $ 600.00 |  |
|  | 7/31/2004 | $ 600.00 |  |
|  | 7/31/2004 | $ 600.00 |  |
|  | 8/31/2004 | $ 600.00 |  |
|  | 8/31/2004 | $ 600.00 |  |
|  | 9/30/2004 | $ 600.00 |  |
|  | 9/30/2004 | $ 600.00 |  |
|  |  | $ 13,800.00 |  |

CSSI funds charged to Bob Abma
Data taken from CSSI Expenses Ledger Report Summary 10-1-03 to 9-30-05
CP 4657 to 4750

| CP # | | Salaries 4658-59 | Payroll taxes 4660-62 | Medical Ins 4662 | Accrued Vacation 4664 | Pension 4664-66 |
|---|---|---|---|---|---|---|
| Code 452 | | 05-25 41006 | 05-25 41506 | 05-25 41516 | 05-25 41546 | 05-25 41556 |
| | 10/31/2003 | $2,148.70 | $164.76 | $232.24 | | $214.87 |
| | 10/31/2003 | $926.94 | $70.91 | $32.97 | | $196.96 |
| | 10/31/2003 | $1,969.64 | $151.03 | | | |
| | 11/30/2003 | $2,085.50 | $159.90 | $229.52 | | $208.55 |
| | 11/30/2003 | $1,946.46 | $149.25 | $32.58 | | $194.65 |
| | 12/31/2003 | $1,938.03 | $148.61 | $245.93 | | $193.80 |
| | 12/31/2003 | $2,085.09 | $187.02 | $34.91 | | $208.55 |
| | 12/31/2003 | | | $461.22 | | $223.21 |
| | 1/31/2004 | $2,064.44 | $185.14 | $248.42 | | $206.45 |
| | 1/31/2004 | $2,106.57 | $182.74 | $35.26 | | $210.66 |
| | 2/28/2004 | $1,946.47 | $149.25 | | | $194.65 |
| | 2/29/2004 | $2,039.15 | $156.36 | | | $203.91 |
| | 3/31/2004 | $1,179.69 | $90.45 | | $130.99 | $117.97 |
| | 3/31/2004 | $231.72 | $17.77 | | -$477.90 | $23.17 |
| | 4/30/2004 | $1,769.52 | $135.68 | | | $176.95 |
| | 4/30/2004 | $1,853.79 | $142.15 | | | $185.38 |
| | 4/30/2004 | | | | | |
| | 5/31/2004 | $1,390.33 | $106.61 | | | $139.03 |
| | 5/31/2004 | $631.97 | $48.46 | | | $63.20 |
| | 6/30/2004 | $337.05 | $25.84 | | | $33.70 |
| | 6/30/2004 | $1,895.90 | $145.37 | | | $189.59 |
| | 7/31/2004 | $1,727.40 | $132.45 | | | $172.74 |
| | 7/31/2004 | $1,432.46 | $109.84 | | | $143.25 |
| | 8/31/2004 | $2,178.18 | $167.01 | | $164.72 | $217.82 |
| | 8/31/2004 | $1,119.99 | $85.88 | | | $112.00 |
| | 9/30/2004 | $1,011.15 | $77.53 | | -$56.73 | $101.11 |
| | 9/30/2004 | $969.01 | $74.30 | | | $96.90 |
| Totals | | $38,985.15 | $3,064.31 | $1,553.05 | -$238.92 | $4,029.07 |
| Grand total | | | | | | $47,392.66 |

HNCBI funds charged to Bob Abma
Data taken from HNCBI Expenses Ledger Report Summary 10-1-03 to 9-30-05
CP 4465 to 4524

| CP # | Salaries 4466-67 | Payroll taxes 4467-68 | Medical Ins 4469 | Accrued Vaca 4469-70 | Pension 4470 |
|---|---|---|---|---|---|
| Code 449 | 05-25 41006 | 05-25 41506 | 05-25 41516 | 05-25 41546 | 05-25 41556 |
| 10/31/2003 | $842.62 | $64.61 | | | $84.26 |
| 10/31/2003 | $926.88 | $71.07 | $15.52 | | $92.69 |
| 10/31/2003 | | | | | |
| 11/30/2003 | $834.20 | $63.97 | $109.29 | | 83.42 |
| 11/30/2003 | $926.88 | $71.07 | $15.51 | | $92.69 |
| 12/31/2003 | $926.88 | $71.07 | $91.08 | $170.81 | $92.69 |
| 12/31/2003 | $772.41 | $69.27 | $12.93 | | $77.24 |
| 12/31/2003 | | | | | |
| 1/31/2004 | $842.62 | $75.56 | $94.91 | | $84.26 |
| 1/31/2004 | $800.50 | $69.44 | $13.40 | | $80.05 |
| 2/28/2004 | $834.21 | $63.96 | | | $83.42 |
| 2/29/2004 | $787.86 | $60.41 | | | $78.79 |
| 3/31/2004 | $505.57 | $38.77 | | $93.56 | $50.56 |
| 3/31/2004 | $154.48 | $11.85 | | | $15.45 |
| 4/30/2004 | $842.63 | $64.61 | | | $84.26 |
| 4/30/2004 | $1,095.41 | $83.99 | | | $109.54 |
| 4/30/2004 | | | | | |
| 5/31/2004 | $695.17 | $53.50 | | | $69.52 |
| 5/31/2004 | $463.44 | $35.54 | | | $46.34 |
| 6/30/2004 | $547.71 | $42.00 | | -$238.95 | $54.77 |
| 6/30/2004 | $926.89 | $71.07 | | | $92.69 |
| 7/31/2004 | $969.02 | $74.30 | | | $96.90 |
| 7/31/2004 | $1,179.68 | $90.46 | | | $117.97 |
| 8/31/2004 | $556.13 | $42.65 | | $159.18 | $55.61 |
| 8/31/2004 | $1,081.37 | $82.92 | | -$71.86 | $108.14 |
| 9/30/2004 | $1,011.16 | $77.53 | | | $101.12 |
| 9/30/2004 | $1,221.81 | $93.68 | | | $122.18 |
| Totals | $19,745.53 | $1,543.30 | $352.64 | $112.74 | $1,974.56 |
| Grand total | | | | | $23,728.77 |
| CSSI FY 2003-2004 | | | | | $47,392.66 |
| CSSI/HNCBI FY 2003-2004 | | | | | $71,121.43 |