Calls Lear to Kunz June 27 to
To Almaty Office 501950  June 27 to Oct 5 2004

| Date | Time | Called Number | Minutes |
|---|---|---|---|
| 6/27/2004 | 10:21 PM | 73272501950 | 1 |
| 6/27/2004 | 10:22 PM | 73272501950 | 62 |
| 7/5/2004 | 10:31 PM |  | 3 |
| 7/5/2004 | 11:06 PM |  | 29 |
| 7/12/2004 | 5:49 AM |  | 1 |
| 7/12/2004 | 5:49 AM |  | 38 |
| 7/13/2004 | 1:32 AM |  | 1 |
| 7/13/2004 | 1:34 AM |  | 14 |
| 7/19/2004 | 6:13 AM |  | 2 |
| 7/21/2004 | 12:15 PM |  | 1 |
| 7/21/2004 | 12:16 PM |  | 1 |
| 7/21/2004 | 12:17 PM |  | 43 |
| 7/27/2004 | 11:50 PM |  | 3 |
| 7/28/2004 | 11:28 PM |  | 52 |
| 7/29/2004 | 12:21 AM |  | 1 |
| 7/29/2004 | 12:22 AM |  | 1 |
| 7/29/2004 | 12:46 AM |  | 22 |
| 7/29/2004 | 11:44 PM |  | 47 |
| 8/1/2004 | 11:39 PM |  | 14 |
| 8/9/2004 | 10:52 PM |  | 1 |
| 8/9/2004 | 10:54 PM |  | 1 |
| 8/9/2004 | 10:55 PM |  | 1 |
| 8/9/2004 | 10:56 PM |  | 1 |
| 8/9/2004 | 10:56 PM |  | 1 |
| 9/26/2004 | 10:45 PM |  | 75 |
| 10/5/2004 | 6:55 AM |  | 3 |
| 10/5/2004 | 11:15 PM |  | 6 |
| 10/5/2004 | 11:34 PM |  | 3 |
| 10/5/2004 | 11:37 PM |  | 2 |
| 10/5/2004 | 11:39 PM |  | 1 |
| 10/5/2004 | 11:57 PM |  | 1 |