UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) ) |
| COUNTERPART INTERNATIONAL, | ) ) ) |
| Defendant. | ) |

### DECLARATION OF PATRICIA D. DOUGLASS

Patricia D. Douglass, being duly sworn, declares as follows.

1. I am counsel for Plaintiff in this action. I submit this Declaration to place before the Court certain information and documents about which I have become aware in that capacity.

2. Attachment A to this Declaration are the first page and relevant pages of documents marked as deposition exhibits in this case to which we refer in Plaintiff's Opposition to Defendant's Motion for Summary Judgment, arranged in numerical order. The first page of Attachment A is an index to those exhibits indicating where in the pdf file that is Attachment A each deposition exhibit begins. When a deposition exhibit has already been submitted by Defendant we do not submit it again but simply indicate the exhibit number given it by Defendant, using the prefix "CPX-" signifying that it has been previously submitted by Defendant Counterpart International

1

3. Attachment B to this Declaration is Defendant's Response to Plaintiff's Request for Admissions ("CPADMISS").

4. Attached as Exhibit PDX-C to this Declaration is Counterpart's Mid-Term Evaluation Report on the CSSI project, prepared jointly with a consulting firm named Social Impact. This is the Report discussed in the deposition of Christopher Szecsey and discussed at Genuine Issue No. 1a.

5. Attached as Exhibit PDX-D to this Declaration is the first page of the document concerning the Mahalla Initiative Project referred to in ¶ 2bvi2 of the accompanying Statement of Genuine Issues. It was produced to me in discovery after the date of Ms. Lear's deposition.

6. Attached as Exhibit PDX-E to this Declaration is are the relevant pages of Defendant's Response to Plaintiff's Second Request for Production of Documents, dated May 3, 2006.

7. Attached to this Declaration as PDX-F is IRS Form 990 for fiscal year 2004 (October 1, 2004 through September 30, 2005) filed with the Internal Revenue Service by Counterpart International. Counterpart has admitted the authenticity of this document. (CPADMISS ¶ 61)

8. The document that is X-78 was delivered to me on October 12, 2006, the last day before the discovery cut-off under the Court's Order of July 12, 2006.

9. Attached at Exhibit PDX-G to this Declaration is a chart I made to summarize the number of hours Michael Kunz billed to each of the projects on which he worked in fiscal year 2004. Exhibit PDX-G is wholly based on information contained in Plaintiff's deposition X-58, which was identified by Counterpart's Chief

Operating Officer and Chief Financial Officer Harry Dorcus as the timesheets of Michael Kunz for fiscal year 2004. (See Deposition of Harry Dorcus ("Dorcus dep.") at 290). That chart lists the code number and Counterpart's abbreviation for the name of each project to which Mr. Kunz billed any time during FY 2004 along the top. After several of the projects there is an additional column listing the same code number and the initials HVS. The HVS column contains the hours he billed to that program for holiday, for vacation or for sick leave. The vertical row along the left-hand border of the chart lists the Bates Stamp number of each page of X-58 on which the information about hours billed is to be found.

10. Attached to this Declaration as Exhibit PDX-H is a similar chart I prepared to summarize the number of hours Bob Abma billed to each of the projects on which he worked in fiscal year 2004. Exhibit PDX-H is based on deposition X-57, which was identified by Harry Dorcus as the timesheets of Bobby Abma for fiscal year 2004. (See Dorcus dep. at 285-86).

11. Attached to this Declaration as Exhibit PDX-I is a similar chart I prepared to summarize the number of hours Arlene Lear billed to each of the projects on which she worked in fiscal year 2004. Exhibit PDX-I is based on deposition X-55, which was identified by Harry Dorcus as the timesheets of Arlene Lear for fiscal year 2004. (Dorcus dep. at 262-63).

12. Defendant's first Response to Plaintiff's first set of interrogatories was dated November 29, 2005. The answers given on that date are those above the notation "Supplemental Response" as to each answer on X-29..

3

I declare under penalty of perjury that the foregoing is true and correct.

_____
Patricia D. Douglass

_____2/12/07_____
February 12, 2007