ATTACHMENT A

Plaintiff has been unable to file Attachment A, a collection of the relevant pages of the deposition exhibits cited in the Opposition and Genuine Issues, because of the size of the scanned file, despite several attempts to reduce the file size. A disc with the scanned documents and paper copy of the Exhibit will be mailed to Counsel for Defendant and made available to the Court upon request to Plaintiff's counsel.