**Counterpart International**

# Mid-Term Evaluation Report

# Civil Society Support Initiative (CSSI) Kazakhstan, Kyrgyzstan and Turkmenistan

Prepared for Counterpart International

Author:

Christopher Carver
Evaluation Team Leader and Program Manager
Social Impact, Inc.

Under Contract No. 115-A-00-03-00020-00

Date:
May 3, 2005

# Table of Contents

Acronyms ............................................................................................................................ iv
Acknowledgements ............................................................................................................ v
**Executive Summary** ........................................................................................................ vi

**Chapter I:     Introduction** ............................................................................................ 1
CSSI Background and Overview ........................................................................................ 1
Mid-Term Evaluation Purpose ............................................................................................ 2
Mid-Term Evaluation Objectives ....................................................................................... 2
Mid-Term Evaluation Methodology .................................................................................... 3

**Chapter II:    Kazakhstan Evaluation Findings** ......................................................... 5
Introduction ......................................................................................................................... 5
Evaluation Findings ............................................................................................................ 6
    Objective 1 ..................................................................................................................... 6
    Objective 2 ..................................................................................................................... 13
    Objective 3 ..................................................................................................................... 14
    Objective 4 ..................................................................................................................... 16
    Objective 5 ..................................................................................................................... 17
    Objective 6 ..................................................................................................................... 18
Recommendations ............................................................................................................... 18

**Chapter III:   Kyrgyzstan Evaluation Findings** ......................................................... 23
Introduction ......................................................................................................................... 23
Evaluation Findings ............................................................................................................ 24
    Objective 1 ..................................................................................................................... 24
    Objective 2 ..................................................................................................................... 29
    Objective 3 ..................................................................................................................... 30
    Objective 4 ..................................................................................................................... 32
    Objective 5 ..................................................................................................................... 34
    Objective 6 ..................................................................................................................... 35
Recommendations ............................................................................................................... 35

**Chapter IV:   Turkmenistan Evaluation Findings** ..................................................... 40
Introduction ......................................................................................................................... 40
Evaluation Findings ............................................................................................................ 42
    Objective 1 ..................................................................................................................... 42
    Objective 2 ..................................................................................................................... 46
    Objective 3 ..................................................................................................................... 48
Recommendations ............................................................................................................... 49

**Annexes**
Annex 1: Satellite Offices in Kazakhstan .......................................................................... 52
Annex 2: Projects Implemented with other NGOs, government agencies and for-profit
organizations in Kazakhstan .............................................................................................. 55

*Social Impact, Inc.*

Annex 3: CSSC's Sources of Income (split by percentage/total) in Kazakhstan ........................ 59
Annex: 4: CSSC's Sources of Income (split by percentage/total) in Kyrgyzstan ...................... 62
Annex 5: Kyrgyzstan Sources of Income of CSSC and Association ........................................... 70
Annex 6: Kyrgyzstan Organizations with Branch Offices ............................................................ 80
Annex 7:  CSSC's Sources of Income (split by percentage/total) in Kyrgyzstan ...................... 81
Annex 8: Summary of Grants in Kyrgyzstan ............................................................................... 85
Annex 9:  Law on Public Associations-Turkmenistan ................................................................ 89
Annex 10: Work Cycle of Facilitators/Consultants .................................................................... 93
Annex 11: Client Satisfaction Survey, Results Summary ........................................................... 95
Annex 12: Evaluation Work Plan ............................................................................................... 101
Annex 13: Pre-certification Framework .................................................................................... 110

*Social Impact, Inc.*

## Acronyms

| | |
|---|---|
| ACSSC | Association of Civil Society Support Centers |
| AI | Appreciative Inquiry |
| ARGO | Civil Society Development Association |
| CAG | Community Action Grant |
| CAP | Community Action Planning |
| CBOs | Community-Based Organizations |
| CDT | Capacity Development Team |
| CPI | Counterpart International |
| CSOs | Civil Society Organizations |
| CSSC | Civil Society Support Centers |
| CSSI | Civil Society Support Initiative |
| CTO | Cognizant Technical Officer |
| ICNL | International Center for Not-for-Profit Law |
| M&E | Monitoring and Evaluation |
| OSCE | Organization for Security and Cooperation in Europe |
| PCA | Participatory Community Appraisal |
| PMU | Program Management Unit |
| UI | Urban Institute |
| SE | Social Enterprise |
| SI | Social Impact |
| SIAP | Service Improvement Action Plans |
| SMT | Senior Management Team |
| UI | Urban Institute |

## Acknowledgements

On behalf of the Evaluation Team, I gratefully acknowledge the help and assistance of the Counterpart Headquarter, Regional and Country CSSI staff and managers in Kazakhstan, Kyrgyzstan and Turkmenistan. The team is especially indebted to the invaluable support of Michael Kunz, Counterpart Regional Director and Chief of Party, Marat Aitmagambetov, Counterpart Kazakhstan Country Director, Erkin Kasybekov, Counterpart Kyrgyzstan Country Director and Yazgylych Charyev, Counterpart Turkmenistan Country Director and their staff—both in terms of facilitating the Mid-Term Evaluation and for actively participating in the evaluation.

I also would like to extend thanks to the Executive Directors of the Association of Civil Society Support Centers in Kazakhstan and Kyrgyzstan, Jamila Asanova and Erkina Ubysheva, who provided invaluable information regarding the development of the Associations.

This report benefited from the input of many persons beyond the author. Local Evaluation Team member, Vladimir Kosarev, Altynai Kussainova, Cholpon Akmatova and Julia Belosludtseva played key roles in data collection and data analysis. I would also like to extend my gratitude to Anika Ayrapetyants and Altinay Kuchukeeva, Counterpart Headquarter Civil Society Division staff and Evaluation Team Members, with whom I developed the assessment design, carried-out the data collection activities, analyzed the findings and grounded the recommendations. I also owe an immense debt of gratitude to Christopher Szecsey, Social Impact Senior Associate, for his invaluable insights into CSSI, his creative blending of Appreciative Inquiry Evaluation Workshops with more traditional evaluation methodologies, and for his personal and professional support during the evaluation.

Lastly, this report could not have been written without the continued and ongoing support of Rolf Sartorius, Social Impact's President. Rolf Sartorius' ongoing technical assistance and penchant for creative design methodology proved both invaluable and inspiring.

## Executive Summary

**Evaluation Purposes and Methods**

Counterpart International's Civil Society Support Initiative (CSSI) program focuses on the establishment and localization of Associations of independent and intermediary support organizations (Civil Society Support Centers or CSSCs) in Kazakhstan and Kyrgyzstan. The Associations are to serve as the primary vehicles to deliver civil society services and to mobilize civic organizations and citizens in order to form constituencies for reform. The Counterpart program in Turkmenistan focuses on providing support to groups, organizations and citizens associated with civil society in order to keep them functioning until legal and political conditions are improved. Mobilizing civic organizations and citizens to form constituencies for reform aims to promote a more democratic culture.

The purpose of the CSSI Mid-Term Evaluation in Kazakhstan, Kyrgyzstan and Turkmenistan was to improve the performance of CSSI in meeting stated project goals during the final phase of project implementation. This report thus evaluates all CSSI Project Objectives but focuses primarily on assessing the Association's capacity to independently contract with the US Agency for International Development (USAID). To assess this capacity, this report examines a breadth of issues, ranging from financial sustainability to governance structures, and to relationships among the Association members. In each area, this report seeks to identify areas of strengths and weakness of CSSI and to propose grounded recommendations.

The evaluation team, consisting of eight people including Social Impact expatriates, Counterpart expatriates and Counterpart local staff, developed an evaluation strategy that included a mix of qualitative and quantitative data collection approaches. Relevant documents were reviewed for an understanding of the dynamics of the CSSI in each country, individual interviews and focus groups were conduct to capture a qualitative sense of the CSSI program, Appreciative Inquiry Evaluation Workshops were carried-out to ensure stakeholder participation, and a formal Client Satisfaction Survey was administered to a sample of CSSI end users to rigorously collect data that could be analyzed quantitatively. These techniques were selected as the best available means to gather sufficient data to provide an assessment "snapshot" of CSSI.

**Findings**

Evaluators found that CSSI in each country is making significant progress toward the development and mobilization of civil society. Below are some of the most salient findings regarding the Associations broken down by individual country. Following these "snapshots", common findings that apply to all three countries are presented

*CSSI in Kazakhstan*

The Association in Kazakhstan has many strengths and challenges. On the one hand, there is evidence of some CSSC buy-in to the Association model, some transfer from a CSSC-centric identity to an Association identity, continued board development and the development of a strategic plan. On the other hand, Association members lack the resources to implement the strategic plan and they do not agree all agree on the next steps to board development. Also, there

appear to be fewer direct connections between the Association and outside donors, government personnel and local businesses than the Association in Kyrgyzstan.

*CSSI in Kyrgyzstan*

In many respects the Association in Kyrgyzstan is the most developed.  Within the Association, there is strong alignment of CSSC interests with Association interests, a strong and well-developed and independent Association Executive body and agreement on board development plans.  The Association also enjoys relatively strong programmatic connections between the Association and outside donors, government personnel and local businesses.  At the same time, due to miscommunication between the Urban Institute, Counterpart and the Association, the links to local government are not as strong as they perhaps could be.  In addition, the Association has yet to agree on a future Association financing strategy (that does not compete with member NGOs).

*CSSI in Turkmenistan*

Due to the extremely onerous and rapidly changing operational environment in Turkmenistan, CSSI activities had to be frequently revised and reoriented.  While there is no Association development in Turkmenistan, there is some evidence of CSSCs actively working together.  As with any group, this interaction could be increased in frequency and improved in substance.  However, CSSCs continue to carry-out services similar to CSSI in Kyrgyzstan and Kazakhstan though reduced in scope. Due in large part to Turkmenistan's operational environment, there are virtually no connections with local businesses or government and no connection with outside donors.

*Common Themes*

Despite the many differences between CSSI in each country there are some striking similarities. First and foremost there is strong evidence of high quality and demand-driven CSSC services in each of the three countries.  In addition, in each country, end users found the "Project Design" and "NGO and Community" training module the most useful.

In addition, each country program is challenged by similar ways.  First, CSSI in each country has yet to begin formal preparations to contract with USAID as of July 1, 2006.  Second, financial sustainability is still defined as Social Enterprise and thus continues to have a limited impact. Third, CSSI in each country is underutilizing ICNL to provide guidance on how to adapt the program to the changing political environment.  Fourth, there is still insufficient attention and resources dedicated to the development of sub-networks and regional networks.  Fifth, advocacy is still misunderstood and should be repackaged to have a broader impact.

## Country-by-Country Recommendations

The evaluators hope that these recommendations will prove useful to key stakeholders in Counterpart, the CSSCs, and the Associations.

*Topic: Association Strength in Kazakhstan*
<u>Recommendations</u>

*Social Impact, Inc.*

- Capitalize on the development of the Association's strategic plan and the progress made toward the development of a common vision for the Association, develop and provide the necessary resources to implement a step-by-step action plan.
- Ensure a majority of external members on the ARGO's Board by July 1, 2006.

*Topic: Association Strength in Kyrgyzstan*
Recommendations
- Ensure a majority of external members on the Association's Board by July 1, 2006.
- Association should decide on a future financing strategy.

*Topic: Transition from Counterpart to the Association Executive Body in Kazakhstan*
Recommendations
- Develop and implement a detailed phase-over plan that describes the shifting roles and responsibilities from Counterpart to the Association.
- Increase communication between senior managers and staff.

*Topic: Transition from Counterpart to the Association Executive Body in Kyrgyzstan*
Recommendations
- Develop and implement a detailed phase-over plan that describes the shifting roles and responsibilities from Counterpart to the Association.

*Topic: Long-Term sustainability of CSSI Turkmenistan*
Recommendations
- Enlist the assistance of the U.S. Ambassador or the USAID Mission Director to facilitate the government's approval of key program activities.
- Develop scenario-based strategies for dealing with abrupt and potentially unforeseen changes in the political environment.

**Common Recommendations**

*Topic: Contracting with USAID*
Recommendations (Kazakhstan and Kyrgyzstan)
- Negotiate and agree upon a set of contracting criteria with USAID.
- Secure transitional funding from USAID for the Association as of July 1, 2006.

Recommendations (Turkmenistan)
- Decide on a clear strategy for the current CSSI contract with USAID.

*Topic: Quality and Scope of Demand-Driven Services*
Recommendations
- Develop uniform CSSC quality service standards and a uniform quality feedback system to better and compare services across CSSCs and to systematically improve the quality of services CSSC.
- "Repackage" CSSC services for the next annual year to ensure that they remain relevant to end-users.

*Social Impact, Inc.*

*Topic: Financial Sustainability*
<u>Recommendation</u>
- Implement "process-oriented" financial sustainability development.

*Topic: Operational/Work Environment*
<u>Recommendation</u>
- Work more closely with ICNL to monitor the political environment.

*Topic: Sub-networks and Regional Networks*
<u>Recommendations</u>
- Provide funding to continue the development of sub-networks and leverage Counterpart's regional and global perspective by sharing best practices.

*Topic: Advocacy*
<u>Recommendation</u>
- Amend CSSI's advocacy approach to promote a better understanding of its uses.

## Chapter I:    Introduction

### CSSI Background and Overview

The Civil Society Support Initiative (CSSI) focuses on the establishment and localization of Associations of independent and intermediary support organizations (Civil Society Support Centers or CSSCs) in Kazakhstan and Kyrgyzstan.  The Associations are to serve as the primary vehicle to deliver the civil society services and to mobilize civic organizations and citizens in order to form constituencies for reform.  The Counterpart program in Turkmenistan focuses on providing support to groups, organizations and citizens associated with civil society in order to keep them functioning until legal and political conditions are improved.  Mobilizing civic organizations and citizens to form constituencies for reform will promote a more democratic culture and aligns with USAID/CAR's Strategic Objective 2.1— "Strengthened Democratic Culture among Citizens and Targeted Institutions" as outlined in USAID's Assistance Strategy for Central Asia, 2001-2005.

Implementation of CSSI in Kazakhstan focuses on creating and supporting a positive image of civil society and NGOs among the population, business and state.  The CSSI strategy in Kyrgyzstan focuses on deepening and strengthening democratic changes in the country.  As mentioned above, the Counterpart program in Turkmenistan provides support to those associated with civil society until the legal and political conditions improve for CSSC network development.  CSSI includes Association development and grant programs with an overarching goal to build capacity in areas of financial sustainability, advocacy and legal reform that will leave behind strong Associations and individual institutions, a democratic legislative framework, models of partnership and cross-sector collaboration.   In Kazakhstan and Kyrgyzstan, Counterpart International country offices will evolve into national coordination and management bodies for the Associations while the Associations assumes more responsibility and control of activities progressively over the life of the project.

CSSI developed a number of methods and inputs to build the capacity of individuals, organizations and the association to be organizationally and financially sustainable.  Association Development includes capacity building in four key areas:   1) financial sustainability development; 2) demand-driven services provision; 3) democratic governance establishment; and 4) the creation of the Association management structure.  CSSI also provides a number of grant programs to support capacity development, institutional strengthening and community action aimed at CSSCs networks, leading NGOs and communities.  CSSI also introduces and develops

an advocacy element of CSSI through the Community Action Grant (CAG) activity. All CAGs include an element of advocacy in their activity in communities. CAGs thus assist community members in increasing their awareness and in building skills in formulating, communicating and effecting of agenda for reform, whether it aims at local government service delivery or national policy.

The implementing partners include the International Center for Not-for-Profit Law (ICNL), Social Impact (SI) and the Urban Institute (UI).

**Mid-Term Evaluation Purpose**

The purpose of the Civil Society Support Initiative (CSSI) Mid-Term Evaluation was to improve the performance of CSSI in meeting stated project goals during the final phase of project implementation. As part of Social Impact's (SI) subcontract with Counterpart International (CPI), SI conducted a "formative evaluation" of CSSI to measure the progress made toward the creation and development of an Association of Civil Society Support Centers (CSSCs) in Kazakhstan, Kyrgyzstan and Turkmenistan. The mid-term evaluation covers all Project Objectives as delineated in the Annual Work Plan Narrative (1 July 2004 to 30 June 2005) for Kazakhstan, Kyrgyzstan and Turkmenistan. As per the SI's Scope of Work, this evaluation report focuses on assessing the Association's capacity to independently contract with USAID. To assess this capacity, the evaluation examined a breadth of issues, ranging from financial sustainability to governance structures, and to relationships among the Association members.

The evaluation report has also sought to identify areas of strength and weakness in CSSI and has proposed future programmatic directions to improve, to strengthen and to ensure the Associations' sustainability by the end of the project. Key users of the Mid-Term Evaluation will be those who support the design and implementation of CSSI in Kazakhstan, Kyrgyzstan and Turkmenistan—the Chief of Party/Regional Director, Country Directors, the Executive Directors of the Associations in Kyrgyzstan and Kazakhstan, Counterpart's Senior Vice President, Counterpart's Civil Society Division Manager, Counterpart's Civil Society Division Program Officer, USAID's Chief Technical Officer, USAID's Country Representatives, as well as implementing partners and consultants.

**Mid-Term Evaluation Objectives**

As per the Evaluation Scope of Work (4 February 2005), the mid-term evaluation covers all Project Objectives as delineated in the Annual Work Plan Narrative (1 July 2004 to 30 June 2005) for Kazakhstan, Kyrgyzstan and Turkmenistan.[1] Through joint discussions with Counterpart International staff in Washington, DC, the Counterpart Regional Director and Country Directors, the evaluation also focused on the following key questions:

---

[1] For a complete listing of Project Objectives from the Annual Workplan Narrative (1 July 2004 to 30 June 2005) for Kazakhstan, Kyrgyzstan and Turkmenistan, please see Annex 12.

1. What is the level of capacity of the network associations to contract with USAID (based on USAID criteria)?
2. What, if any, capacity building assistance is needed to get network associations ready for USAID contracting?
3. What are the specific criteria for readiness in contracting with USAID and other donors?
4. What is the ability of the network to contract with other donors?
5. To determine the extent to which there is common programmatic vision among network members?
6. To what extent to which individual CSSCs are "buying-in" to the network (e.g., *not* competing between themselves)?
7. To what extent is the initiative is evolving a governance structure and executive structure that is supportive and congruent with the planned future direction of the association?

The aforementioned seven questions (many of which directly respond to Annual Workplan Project Objectives) received an in-depth treatment from the evaluation team. In addition, the evaluation team responded to evaluation questions that received a lighter level of treatment.[2]


**Mid-Term Evaluation Methodology**

The evaluation team was comprised of eight people including the following: two expatriate evaluation specialists from Social Impact, who were responsible for the overall design and management of the project evaluation; one Counterpart Civil Society Division Manager from Headquarters; one Counterpart Civil Society Program Officer from Headquarters; one Regional M&E Specialist based in Almaty, Kazakhstan; and three M&E Coordinators (one person from Kazakhstan, one from Kyrgyzstan and one from Turkmenistan).

The scope of the evaluation work called for a mixed-method approach combining qualitative and quantitative research methodologies.[3] Qualitative data drew from the following sources: organizational documents; programmatic documents; and key informant interviews and focus group interviews with Counterpart regional and country staff, Association staff (in Kazakhstan and Kyrgyzstan only), CSSC managers and CSSC end-users; and Appreciative Inquiry (AI)[4] Evaluation Workshops. As the team had two days per country to gather data (and 1.5 days to process and present preliminary findings), these rapid appraisal techniques were selected as the best available means to gather sufficient data to provide an assessment "snapshot" of CSSI. In addition to the qualitative data, quantitative research methods were also employed, via a Client Satisfaction Survey to measure the nature and quality of the CSSC's services.

Stakeholder participation was central to SI's evaluation design. In the AI evaluation workshops, stakeholders themselves delineated the strengths, challenges and recommendations for CSSI. In

---

[2] For a complete listing of all Key Evaluation Questions for Kazakhstan, Kyrgyzstan and Turkmenistan, please see Annex 12.
[3] The Evaluation Team's field work consisted entirely of qualitative research methods.
[4] Appreciative Inquiry (AI) is process that searches for what is best in people and organizations. It is a participative, collaborative, and systematic approach to inquiry that seeds what is right in an organization in order to create a desired future. For evaluation purposes, AI is especially useful in situations in which change needs to be accelerated and when dialogue is critical to moving an organization forward.

addition, by combining AI with more traditional evaluation methods, the Evaluation Team triangulated the results thereby ensuring their validity.  The evaluation design also called for the drafting of Aide-Mémoires, 5-page papers delivered to the Regional Director, the Country Directors and the Association Executive Director (where applicable) before the Evaluation Team departed from each project site.  The findings in the Aide-Mémoires were then discussed with the aforementioned stakeholders to ensure their active participation in data collection and analysis.  Lastly, the methodology called for internal capacity development of Counterpart staff members.  Upon arrival in Kazakhstan, SI conducted an M&E mini training that focused on building the capacity of the team to effectively elicit key program information and insights from a wide variety of stakeholder groups.  SI also conducted a mini introductory workshop on AI Evaluation Workshops.   These interventions not only ensured quality control but also put emphasis on stakeholder participation in the evaluation.

**Schedule**

The activities of this evaluation were carried out over a three-month period from February through April 2005, with three weeks spent in the field.

**Report Organization**

The Evaluation Report that follows in Chapters two through Chapter five presents the findings and recommendations of the CSSI Mid-Term Evaluation.  The findings for each country are delineated according to the project objectives listed in the Annual Workplan Narrative (1 July 2004 to June 2005).  Recommendations are provided on a country-by-country basis within each country chapter.

## Chapter II:    Kazakhstan Evaluation Findings

### Introduction

Kazakhstan is geographically the largest of the five Central Asian republics.  It is also is rich in natural resources and home to a diversity of ethnic groups.  Kazakhstan currently has a GDP per capita of $1,421 making it the wealthiest of the Central Asian republics.  However, large income and social disparities continue to grow, with over 30% of the population living under the poverty line, according to the government's own statistics. The shadow economy is estimated to account for 20 to 28% of GDP.  The official unemployment rate is near 4%, but the real figure may be as high as 30% according to U.S. government sources.  Furthermore, the historical legacies of authoritarianism and corruption, the inefficient provision of services, and the general disdain for civic action and independent media are still very evident.   The civil society sector suffers from a generally poor image and low levels of public recognition.



Civil society organizations (CSOs) often lack the public relations ability to counter such trends or interact with a disinterested media.  It is in this context that Counterpart International has been implementing the CSSI program.[5]

In Kazakhstan, the CSSI focuses on the goal of creating and developing an independent Association of Civil Society Support Centers (CSSCs).  To achieve this objective, the current Counterpart International country office is scheduled to evolve into a national coordination and management body for the Association while the Association gradually assumes more responsibility and greater control of activities over the life of the project.  To facilitate the transfer, a number of elements have been and are currently being created to build the capacity of staff, CSSCs and the Association to be financially and organizationally sustainable.  Elements include: the development of an effective governance structure; the continued provision of a broad spectrum of demand-driven and quality services by CSSCs for local civil society organizations and community groups; the further strengthening of the Association's management capacity to take responsibility for implementation of the program; and the implementation of a financial sustainability plan.  The Association is expected to have the internal capacity and ability to take full responsibility for the continuation of CSSI on July 1, 2006 when Counterpart's role in CSSI is scheduled to be completed.

---

[5] Background information on Kazakhstan is derived from U.S. Department of State Background Notes.

*Social Impact, Inc.*

## Evaluation Findings

The findings of the Mid-Term Evaluation are broken down below by Project Objectives as per the Scope of Work (February 4, 2005) though some findings overlap and/or have implications for one or more project objectives. Thus, to the extent possible, such overlaps are highlighted where appropriate.

## Objective 1

*To further strengthen and formalize the countryside Civil Society Support Center Networks to provide a full-range of demand-driven services to local Civil Society Organizations and have the ability to contract directly with USAID and other international donors.*

To assess this objective, the evaluation team disaggregated the findings into four distinct areas: Association strengths and challenges; the transition of key roles and responsibilities from Counterpart to the Association Executive Body; the capacity of the CSSC Association to contract with USAID; and the quality and scope of demand-driven CSSC services. Of the four areas, the evaluation team focused primarily on the development of the Association, including the structure and makeup of the Association's governing body, the Board and its composition (internal and external members) and the Association Executive Body's role and capacity in grant management and administration, training implementation and overall reporting.

## Association Strengths and Challenges

The Association of CSSCs or the Civil Society Development Association (ARGO) was formally established in March 2004. As such, it is important that the reader bear in mind that ARGO had only

> "We are now responsible for CSSI."
>
> -Association Executive Staff Member

been operating for 1 year at the time of this evaluation. The evaluation team discovered a number of successes and achievements of the Association that underscore and highlight the success in implementing the CSSI program. Some of these achievements include: the hiring of an independent and professional executive staff; the development of a strategic vision for ARGO development; the discernable shift from CSSC identity to an ARGO identity; the recognition by all ARGO members of each member's unique contribution to the Association; the implementation of an ARGO membership fee (currently at 10,000 Tenge/year or approximately $75/year) and the demand for ARGO services. Taken together, these achievements suggest not only that ARGO's development as an independent institution has progressed rapidly over the past year, but also that the Association members (CSSCs) are beginning to link their individual success together with ARGO's success. Clearly, as the collective strength of the CSSCs continues to undergird the Association, ARGO and the Association Executive Body will continue to develop in a sustainable fashion.

These successes are visible both internally and externally. The transfer of personal (CSSC) interests to common concerns (ARGO), the creation of a professional Association Executive Body and the professionalism and overall responsibility of the Association Board figure are internal achievements. The recognition of ARGO as an entity by corporations and donors, as

evidenced by its first contract with another donor (UNDP), represent a significant external achievement.

These achievements are further highlighted in a number of internal Association processes that are particularly successful. These include: ARGO's expert training and technical support; ARGO's strong promotion of CSSC services; the transfer of responsibility for the grant making program from Counterpart to the Board and the Executive Staff; the definition of Association policy by Association members; the flexibility of the Association during the transition from Counterpart to ARGO; the ingenuity of Board members to develop and adapt concepts and methodologies to future projects; and the fact that Board members are well-positioned to clearly assess the civil society environment on both local and national levels. ARGO is thus beginning to develop standard operating procedures, systems to carryout work and a unique coordination mechanism to improve communication within the organization. These systems have an embedded flexibility enabling the "young" organization to develop and adapt to an ever-changing environment.

At the same time, the evaluation team also became aware of certain challenges to the further development and transfer of responsibility to the Association. While the development of a strategic plan for the Association is highlighted above as a key achievement, the actual implementation of the plan into concrete actions remains incomplete. One hurdle to the implementation of the strategic plan, as noted by Associations members, is a lack of necessary funding. Association members lack the necessary resources required to meet together on a regular basis to translate the strategic plan into action plans as well as the resources to actually implement the tenants of the action plan. Another challenge sits with one CSSC Manager/Board Member who has repeatedly slowed the process of Board development. This single individual has different ideas regarding the future of the Association which tend to impede the smooth functioning of the Association as well as the ability of the members to reach key agreements on the future makeup of the Board**.**

This challenge of implementation is also evident with regards to the Association's common vision. Justifiably highlighted in this report as an achievement, the evaluation team found clear evidence of a common vision within ARGO. Indeed, the evaluation team discovered a discernable shift away from a CSSC-centric identity to an ARGO-team identity. There was recognition among the CSSCs that their individual unique qualities and traits contribute to ARGO's uniqueness. Though again, there was less agreement among the disparate CSSCs on how best to implement the common vision and take advantage of the Association's uniqueness. Again, there appears to be common agreement on what the final result should (or should not) be but there is no common agreement on how best to arrive at the result.

Other aspects of Board development also remain incomplete. The Board has yet to implement a system to encourage, motivate or highlight the successes of ARGO members. This challenge is further highlighted by its need for improved public relations capacity. Also, according to the Association members, Counterpart has yet to clearly delegate CSSI responsibilities to the Association. As such, there is no "roadmap" to describe the transfer of key roles and responsibilities from Counterpart to the Board and from the Board to its members.

*Social Impact, Inc.*

In terms of the Association's evolving governance and executive structure, Association members were generally satisfied with their ability to support the planned future direction of the Association. At the same time, the term Program Management Unit (PMU) creates confusion and implies a close relationship with and control by Counterpart. The PMU is currently used interchangeably with the Association Executive Body. Counterpart's Cooperative Agreement states that there would be a number of PMUs (one for each grant that would each oversee the different donor grants). However, there are no other donors and there are no plans to create a PMU with each new grant.

In addition, the current governance structure is not clearly defined, lacks adequate checks and balances and it creates an inherent conflict of interest. For example, every CSSC manager is also a Board member. The Association Executive Staff interfaces with both groups and is ultimately charged with directing and ensuring CSSC compliance with decisions made by the Board. However, Board members (in their dual role as Board members and CSSC managers) are at the same time, higher *and* lower in the chain of command vis-à-vis the Association Executive Staff. This makes compliance a challenge, creates a conflict of interest and undermines the ability of the Association Executive Staff to carve-out an indispensable function in CSSI.

**Transition from Counterpart to the Association Executive Body**

Counterpart's cooperative agreement with USAID describes Counterpart's transition or exit strategy. The strategy states that the key to Counterpart's exit is the incremental devolution of decision making authority and management of key inputs—grant making, training and technical assistance—to the formalized Association in Kazakhstan. As such, Counterpart's current country Hub Office is expected to devolve its decision-making authority and management oversight of the CSSC Association to the registered Association and ensure that it has the capacity to carry-out its future responsibilities.

The team discovered many achievements as well as some challenges to the transition process. On a practical level, the devolution of authority and management oversight from Counterpart to the Association presents some difficulties. For example, as USAID contracted with Counterpart to build the Association of CSSCs and to later devolve its authority to the Association, to fulfill these contracting obligations, Counterpart must transfer authority and management of key inputs—grant making, training and technical assistance among others—to the Association. However, by devolving all management and programmatic authority to the Association, it becomes unclear how Counterpart is to fulfill its contractual obligations (e.g., ensure the "proper" implementation of CSSI, report to USAID on CSSI progress, etc.). In such a scenario Counterpart must request that the Association responds to USAID but by making such a demand, Counterpart is essentially usurping the Association's independence thereby undermining the transition process and the clear delineation of roles and responsibilities. It is with this Catch-22 in mind that the reader should assess the transition from Counterpart to the Association Executive Body.

To better analyze this transition process, this report examines the presence (or lack thereof) of clear boundaries between the Association Executive Staff and the Counterpart staff in terms of the separation of staff and decision-making, M&E reporting capacity, and the degree to which

the transition plans are clearly open, transparent and clearly communicated. The separation of staff and of decision-making authority has not yet been completed given that the transition is currently underway. The Association Executive Body remains reliant on Counterpart to carry-out some staff functions. Thus, the internal capacity, in terms of technical skills, key roles/functions and general organizational development of the Association Executive is not sufficient were it to become independent from Counterpart immediately.[6]

*Staff Separation*
In terms of staff separation, the physical separation (within the building) of the Association from the other organizations (Zhalgas, Counterpart Country Office, Counterpart Regional Office, and ICNL) has helped distinguish between the different organizations. However, the physical separation has not been matched by the clear separation or transition of key staff positions to the Association. The Association continues to rely on Counterpart to fulfill a number of key staff responsibilities including: some general administration; capacity development; financial sustainability; and M&E reporting. For example, a person was recently hired into the capacity development role under the auspices of the Counterpart Country Office even though the target of capacity development is the Association and not the Country Office. Similarly, there is no financial sustainability specialist within the Association—these positions are currently Counterpart Country and Regional positions. It is unclear if or when the latter two positions will be transferred to the Association. In addition, the Association shares Counterpart's receptionist, the phone line and Internet access (presumably as cost-savings measures).

*M&E Reporting*
With regards to M&E reporting, the Association is particularly weak, lacking the capacity to meet the demanding task of reporting to large donors like USAID. In addition, the current M&E reporting arrangement with Counterpart is not only overly bureaucratic, but it also creates an unnecessary administrative role for the Counterpart Country Office. At present, the Association reports go to the Counterpart Country Office for editing and then on to the Counterpart Regional Reporting Office. Should questions regarding the report arise, the Regional Reporting Office must direct questions first to the Counterpart Country office which then directs the question to the Association. In addition to this inefficient bureaucratic hurdle, the reporting process actually undermines the ability of the Association Executive Body to become indispensable to the CSSCs. The reporting of CSSC activities is not done by the Association Executive Body at all. Instead the CSSCs report individually and directly to the Counterpart Country Office which then reports to the Counterpart Regional Office. As such, there is a lost strategic opportunity for the Association Executive Body to provide an invaluable service to the CSSCs thereby increasing the Association Executive Body's utility vis-à-vis the CSSCs.

*Internal Communication*
The aforementioned challenges as well as the inherent difficulties in creating an entity (the Association) that is entirely independent but also entirely responsive to Counterpart's needs have been compounded by insufficient communication regarding the transition. As such, there is a high degree of uncertainty, speculation and ambiguity among Association Executive Staff and the Counterpart Country and Regional Office Staff concerning if, how, when, why and who would participate in the eventual transition. Also, information and/or transition decisions made in

---

[6] The complete transition will not occur until July 1, 2006.

Senior Management Team (SMT)[7] meetings are not communicated to other staff members, something that is undermining potential and necessary staff buy-in to the transition. Apart from regular staff meetings at the Counterpart Country level, there are no other regular staff meetings for other teams in the Almaty office. As a result, there is very limited access to information, high levels of speculation and a sense that there is no transparency in decision-making regarding the impending transition. Lastly, there are no clear phase-over plans or clear job descriptions that delineate how, when and why key staff positions will be transferred over to the Association Executive Body.

**Contracting with USAID**

On July 1, 2006, the ultimate sign of CSSI Kazakhstan success will hinge on one element: whether or not ARGO contracts directly with USAID. At present, however, the criteria for contracting directly with USAID are not clearly defined. USAID has not defined the contracting criteria and Counterpart has not yet negotiated a clear set of contracting criteria. Thus, the evaluation team discovered a wide range of responses from interviewees (Counterpart staff members, Association Executive staff and USAID) when it asked interviewees to describe the criteria for contracting with USAID. In addition, without a clear set of USAID criteria from which to compare ARGO's contracting capacity it was difficult for the evaluation team to accurately judge ARGO's current contracting capacity.

However, it should be pointed out that there was general consensus among responses that the most important capacity areas include: the capacity (financial and managerial) to do the work; the capacity (financial and managerial) to absorb and disburse the funds; and the capacity to report on the activities to USAID. Areas of less importance included the executive structure of the contracting body and other internal management structures. According to the USAID Cognizant Technical Officer (CTO), the key elements include: "the perception of overall programmatic success and impact"; solid grant management; and strong financial management capabilities.

This general agreement on the key criteria for USAID contracting is reflected in Counterpart's newly-developed pre-certification framework. The framework outlines Counterpart's approach to ensuring an Association contract with USAID at the end of the CSSI program.[8] The framework addresses five key functional areas including: governance and strategic management; human and material resources; financial management; financial sustainability; external relations; and products and services. Reflecting the conglomeration of a wide variety of U.S. government documents, standards and contracting requirements, the framework will allow for consistency across organizations, provide a clear system for USAID and serve as a clear diagnostic tool to build the capacity of organizations. Clearly, the proactive development of the pre-certification framework is an achievement of CSSI and should provide a "roadmap" and diagnostic tool for ARGO's development in the last 15 months of CSSI. According to Counterpart staff, Counterpart will also develop training manuals and training modules to increase the capacity of the Association.

---

[8] Please see Annex 13 for more in-depth information on the Pre-Certification Framework.

*Social Impact, Inc.*

The Association's current capacity to contract with USAID (taking into account the caveats noted above) suggests that the Association will need capacity development in most areas presented in Counterpart's pre-certification framework. However, the weakest elements of the Association's capacity are in the areas of financial management, financial sustainability and reporting. Another challenge will be the continued development and definition of the Capacity Development Team (CDT) as well as its scope of work.

**The Quality and Scope of Demand-Driven Services**

The provision of quality, demand-driven services is another key element of project success. The evaluation team discovered a number of achievements and successes with regards to services that underscore and highlight the success in implementing the CSSI program. While this particular section focuses on findings for Kazakhstan, the qualitative and quantitative data is virtually identical to that found in Kyrgyzstan and Turkmenistan. As such, the findings below will not be replicated in the Kyrgyzstan and Turkmenistan sections. Instead, those sections will be used to highlight differences.

The primary CSSC services in Kazakhstan include: a CSSC resource center (with computer and Internet Services, telephone and email communication, and information dissemination); legal assistance; Participatory Community Appraisal; Community Action Planning and a variety of training modules. The training modules offered last quarter include: Human Resource Management: Social Partnership; Project Design; Using Internet and Email; Advocacy; Public Hearings; Training Techniques and Methodology; Participatory Community Appraisal; Participatory Monitoring and Evaluation; and Business Planning. CSSC clients include NGOs, CBOs, state employees, business men and women, and private citizens.

CSSC clients are satisfied with the products and services provided by the Centers. Ninety-four percent of respondents ranked their satisfaction as "satisfied" or better (the top three categories in the Client Satisfaction Survey). Please see Chart 2.1 for this breakdown.



**Chart 2.1: What is your overall satisfaction with CSSC's products and services?**

Satisfied, 19%
Completely Satisfied, 35%
Very Satisfied, 40%

- Completely Satisfied
- Very Satisfied
- Satisfied

This high level of satisfaction is undergirded by the high levels of repeat users taking advantage of the CSSC services: 37% of respondents have been using the CSSC services for 3 years or more. Nearly 85% of respondents have been using the CSSC services for 6 months or more. CSSC clients are also satisfied with the Resource Centers. Eighty-seven percent of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 25% were "completely satisfied", 39% "very satisfied", and 23% "satisfied":

*Social Impact, Inc.*

| *Satisfaction Level with Resource Center* | *Kazakhstan* |
|---|---|
| Completely Satisfied | **25%** |
| Very Satisfied | **39%** |
| Satisfied | **23%** |

Qualitative data, gathered through interviews with CSSC clients, also suggest that quality of instruction at trainings was high to outstanding. This claim is further supported by the quantitative data. Of all the services, the training workshops were the most accessed and over 95% of respondents ranked their satisfaction as "satisfied" or better (the top three categories).

In terms of the quality of instruction in the training workshops, here too CSSC clients were very satisfied. Ninety-four percent of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 47% were "completely satisfied", 30% "very satisfied", and 17% "satisfied". According to the CSSC staff, they believe that all services are driven by client demand and that the dissemination of information, trainings and individual consultations are among the most demanded services. The quantitative data above supports this conclusion. At the same time, there is no established feedback system that allows the tracking client needs/demands in a consistent fashion.



Respondents generally found training workshops to be highly relevant to their need with 87% ranking their satisfaction as "satisfied" or better (see Chart 2.2). These numbers further suggest that the training workshops offered by the CSSCs are demand-driven. Of all the trainings, 21% of respondents clearly ranked "Project Design" as the most popular workshop followed closely by "NGO and Community" in second place with 11% and "Fundraising" in third place with 9%.



In terms of CSSC staff professionalism, respondents also found staff to be quite responsive to their needs suggesting that CSSC products and services take into account the demands of the clientele (see Chart 2.3).

At the same time, the CSSCs face several key challenges as they attempt to become demand-driven enterprises. Some respondents suggested that there is a need to develop more advanced training modules and modules in the Kazakh language. They suggest that there is unmet demand in these two areas. Another issue across CSSCs is that there is no defined quality criteria/standard for services. Similarly, there is no systematic or universal system for tracking the quality of services. As such, the quality of services is gauged through demand for services rather than by actual impact of the service provision. Since there are no established quality standards/indicators, CSSC staff are not able to diagnose a potential issues and create specific steps for improvement in service delivery. This could lead to the provision of generic improvements. This could also decrease the speed and effectiveness with which each CSSC defines its organizational core competency and develops a specialization in a limited number of key areas so as to create a unique placement for itself within the larger CSSC network.

## Objective 2

***To enhance the accountability, transparency, professionalism and public image of Civil Society Organizations through community action grants, community development initiatives, improved service delivery, and advocating for the rights and interests of their clients and constituents.***

From qualitative interviews, the evaluation team found that the community action grants, community development initiatives, CSSC service delivery and advocacy have improved the transparency, professionalism and public image of CSOs. All respondents suggested that said interventions were positive in nature and have done much for civil society. The interventions thus made a significant difference. However, evaluation of this objective is limited in that it cannot draw a strict causal linkage between the interventions and improved accountability, transparency and the public image of CSOs (since many other factors have an affect as well). At the same time, since all respondents suggested that a link exists between the interventions and the positive outcome, the evaluation team examined the strengths and challenges of the CSSCs (as the implementers of the interventions) with regards to accountability, transparency, professionalism and public image. In so doing a correlation can be drawn between the interventions and the outcomes.

There are other variables that have contributed to this change such as:
- The CSSC model allows for broad outreach to target groups;
- The network model permits (at least in theory) the exchange of experiences;
- The network interaction increases the professionalism of the CSSCs;
- The network model allows for systematic NGO training and capacity development supported by the communities;
- The CSSC regional network models have great potential for improving the public image of CSOs;

*Social Impact, Inc.*

- The organization of national level advocacy campaigns via the network have a greater chance for positive impact;
- CSSCs have become recognized sources of local information and a technical resource not only for NGOs and individual clients but also for government, business and international organizations; and
- The CSSC model allows for a system of internal cooperative learning and training.

Some of the challenges include:
- Relevance of some CSSC objectives for the remaining grant period and/or the means of service delivery is not always relevant and necessary;
- Limited CSSC resources for the support, development and sharing (expertise, experience and best practices) with other CSSC;
- The future of CSSC development remain vague and the place, role and services spectrum of CSSCs for the future are not currently defined;
- The public relations capacity of the CSSCs remains weak;
- CSSC outreach into rural areas remains weak; and
- There are problems in adapting methodologies for advocacy approaches and community development in the operational environment.

> **Textbox 2.1:**
> **Illustrative Quotes**
>
> -"These grants help my community build capacity and important spheres of influence."
>
> -"The government cannot provide grants to NGOs and community groups. It is the only way that NGOs in Kazakhstan can remain intact. Sometimes it is their main source of funding."
>
> -"These grants provide the opportunity to address community needs and it empowers them to address their needs vis-à-vis the government."
>
> -"Many local and rural communities, initiative groups and NGOs gained new knowledge and information through the community grant program and community development initiatives."
>
> -"My support center now believes that it can positively influence the development of civil society."

Taken together, the data are positive in nature. CSSC services appear to positively influence civil society. In addition, the challenges are by no means roadblocks to fulfilling this objective but should be viewed as areas for improvement over the next 15 months of CSSI. Further, many challenges do not suggest failures but rather the need to continuously adapt and improve services as has been the case throughout CSSI.

**Objective 3**

***Strengthen the organizational and sustainability of leading (sector) Civil Society Organizations, CSSC network members and local NGOs through tailored institutional and capacity building assistance with an emphasis on self-financing and income generating activities.***

Counterpart's emphasis on financial sustainability is critical for the future of the Association of CSSCs, NGOs and civil society in general. The Social Enterprise (SE) model has largely been

the focus of the program's financial sustainability strategy.[9]   The model is already utilized throughout the region by NGOs through fees for service and small business enterprises.  Under this model, Counterpart builds the capacity of the organizations through specific tailored assistance provided by experts in the fields of social enterprises, organizational development, leadership development, corporate philanthropy, grant management and other specific areas. The focus on SE also includes an emphasis on SE loans.  Due to this focus on SE, there is not an equal provision of trainings, technical assistance, consultation and promotion of the other components of financial sustainability (see below).

CSSI has emphasized SE at the expense of a more process-oriented and multi-pronged financial sustainability approach.  Citing the need for reorientation, the Counterpart Financial Sustainability Technical Advisors have started drafting a Counterpart Financial Sustainability Certification process.  The certification process was developed in response to the need to teach organizations "business values", the need to overcome legislation policies and the mindset of the population with regards to NGOs and the need to better clarify the terms and conditions of Social Enterprise (SE) loans.  The certification process includes the following components:

- Financial and Strategic Action Planning (FSAP);
- Social Enterprise/Fee for Service;
- Public/Private Partnership (Corporate/State Contracting);
- Grant writing/Strategic Donor Funding; and
- Membership Service Development.

The incorporation of Social Enterprise into the newly developed financial sustainability methodology suggests that it makes up only one of several key components.  Counterpart developed the NGO Financial Sustainability Certification Program to provide one-on-one consultation from expert consultants.  Once certified, CSSI Certified Financial Sustainability organizations then become regional practitioners capable of transferring the financial capabilities long after the CSSI program ends.  This redirection of financial sustainability is certainly a positive move as the benefits of a more broad-based financial sustainability strategy appear likely to have better longer-term benefits than the more limited focus on SE.  At the same time, training modules and training resources have not yet been developed.  In addition, the shift away from SE to a more process-oriented approach to financial sustainability has not yet been shared with the Association Executive Body.  Also, resources do not appear to be available to develop and implement the Financial Sustainability modules.

There are some other barriers to the roll-out of the process-oriented approach.  In terms of the SE loans, this has not been a successful component.   There is virtually no interest in the loan program at the CSSC level due to several reasons: the loan amounts are currently too small for Kazakhstan; the SE loan program has been poorly communicated and as a result is not well understood; there is inadequate capacity (or the perception of inadequate capacity) on the part of the CSSCs; and the current focus of the loan program is on impacts of the loan instead of the

---

[9] Social Enterprise is any NGO revenue-generating business, venture, activity, or project, founded for the dual purpose of earning income and contributing to a social cause.  Definition taken from *Financial Sustainability—Assessment and Strategy* by Kim Alter, a consultant for Counterpart International.

*Social Impact, Inc.*

*process* of taking out a loan.  As a result, only one round of 0% interest loans will be released and paid back before the end of CSSI.

## Objective 4

### *To develop an enabling environment for civil society by improving the legal environment and providing regular legal advice and services to support civil society organizations*

ICNL's objectives include developing an enabling environment for civil society by improving the legal framework and providing legal advice and services to support civil society organizations.  After nearly two years of work in Kazakhstan, ICNL has witnessed continual progress towards a more enabling legal environment.  ICNL works on several levels including legal reform in which it engages in advocacy work at the national level trying to promote civil society friendly legislation. It also works to prevent the government from enacting poor legislation.  ICNL also provides CSSCs with on-site legal consultations. Additionally, in terms of education and improving the knowledge of civil society, ICNL leads training courses on NGO law, and helps Centers to develop their own law courses.  Lastly, ICNL conducts trainings for its network attorneys on local elections law.  These attorneys then provide advice to local NGOs on their prospective activities during an upcoming election.

ICNL's overall emphasis (in CSSI) is on raising awareness of the importance of civil society, educating people on their rights and best practices, and stopping bad trends. Where possible, ICNL prefers to work with government to show successes in civil society and to not force them to do anything that makes them uncomfortable.

> **Textbox 2.2**
> **ICNL Provides "Golden Solution"**
>
> **The Issue**
> The village of Sarzhal in Eastern Kazakhstan is currently home to a gold mining venture that caused considerable environmental damage and negative health impacts.  The Sarzhal village residents were outraged by the mining operation's negative externalities but they had few legal channels through which to pursue legal recourse and exert their legal rights.
>
> **The Intervention**
> Finally, a small group from the village applied to Zhamilya Azylkiyasova, an ICNL legal consultant based in a CSSC.  Azylkiyasova provided numerous consultations about environmental legislation and mechanisms of its implementation and actively represented the interests of the village residents in local state bodies. Azylkiyasova and the CSSC also organized and conducted seminars and roundtables for village residents where the legal consultant provided training on how to advocate, promote and protect their environmental rights.
>
> **Measured Results**
> As the result of seminars and actions taken by ICNL and the village residents, the management of the mining company took the following immediate remedial actions:
> - The director of the mining operation apologized to the community for violating the public trust;
> - The mining company removed all the barrels containing cyanide; and
> - The director signed an agreement granting public access to the mining areas for further community-based evaluations.

In the last quarter, ICNL/CSSI legal environment results include the following:

- Advocacy programs have increased charitable giving from 2% to 3 %;
- Select NGOs, such as those working with children and health, had their NGO fees reduced;
- Stopped bad provision in bills that would have effectively stopped the work of all youth NGOs;
- Hundreds of legal consultations to assist NGOs have been provided;

- The NGO Law Course completed its first semester.  Next year university professors (not ICNL) will teach the course with ICNL providing technical assistance; and
- CSSC Legal Advisors made considerable impacts in their communities by proving quality legal consultations, rendering a total of 164 consultations last quarter in four cities.  In addition, the legal advisors continue to be engaged and meeting community needs through seminars, assistance in advocacy campaigns and by applying their legal skills in program implementation.

Despite the work of ICNL and the importance of it to the success of CSSI, there does not appear to be systematic collaboration between Counterpart and ICNL.  Twenty-five percent of CSSC end-users in Kazakhstan do not use the legal services provided by the Centers.  While the legal environment for civil society in Kazakhstan is moderate (there is no freedom of association but this provision is not enforced) and has improved since CSSI's inception, recent political events in Georgia, Ukraine and Kyrgyzstan are causing concern for the government, and may impact on CSSI efforts.  Such events call for close collaboration with ICNL as closing or deterioration of the operational environment can negatively impact CSSI.  Communication is insufficient between ICNL and ARGO, the Counterpart Country Office and the Counterpart Regional Office.  This trend is underscored by the SMT meetings which do not include representatives from ICNL.

## Objective 5

***To improve cooperation between various Civil Society Organizations by establishing new and strengthening existing regional and sub-regional inter-organizational linkages.***

Counterpart is currently supporting the development of sub-regional networks to enhance CSSI in the regions where it works.  The goal is that CSSCs develop sub-regional networks on the oblast level with each CSSC selecting several NGOs and providing them with training, organizational development and fundraising support.  Then these local sub-regional networks are meant to provide opportunities to organizations in small towns and villages as a means to better access pertinent information.  Counterpart is also interested in developing linkages between the CSSC Associations on the regional level through staff exchanges and conferences.

In terms of sub-regional networks, the evaluation team found that CSSI has successfully established a network of CSSCs (in 8 regions), each with its own sub-network of rural communities, international groups and NGOs.  In addition there are five CSSCs with established satellite offices including Ecocenter in Karaganda, Iris in Semei, Zubr in Ust-Kamenogorsk, ASTRA in Astana and Tan in Atyrau.  Only Ecocenter had concluded a cooperation agreement with its satellite offices. [10]  The others work with the local centers on informal basis.  Thus, the strength and effectiveness of sub-networks varies from region to region in Kazakhstan thereby underscoring the challenge of establishing rural networks.  Large distances between rural villages have hampered the continued development, stability and effectiveness of the rural networks.  Thus there is unmet rural demand for services due to resource constraints.  In addition, CSSCs are unwilling to spend their scarce resources on further sub-network development.

---

[10] Please see Annex 1 regarding the CSSC satellite offices in Kazakhstan for more information.

*Social Impact, Inc.*

At the regional level, there does not appear to be much activity. Counterpart has not placed significant emphasis on regional staff exchanges, joint events or conferences. Similarly, there are few opportunities for Association Board members to participate in information exchanges to share knowledge and best practices and to compare CSSI between countries. Insufficient funding appears to be the primary reason for the lack of activity at the regional level.

**Objective 6**

***To increase the accountability and transparency of local governments and self-governing bodies through issue-based advocacy, social partnership and providing targeted capacity development support to local government officials.***

Local government accountability and transparency is an area that will be targeted over the course of the project. To enhance and facilitate the process, Counterpart has encouraged the creation and development of local Cooperative Councils that include local NGOs, business representatives and government officials. The Cooperative Councils are to play the role of decision-making committee, giving advice to local authorities on socio-economic issues as well as other local community issues.

The operational environment has the potential to greatly impact the degree to which social partnership can occur with government, however. While the external environment (see Objective 4 above) is not entirely favorable to government partnerships, most respondents suggested that there remain some operational maneuverability and partnership opportunities with local government. For example, during the team's visit to Ecocenter, it was noted that local government officials are open to and appreciate the CSSC trainings and education. However, (as was frequently noted by a variety of evaluation respondents) the high turnover rates in local government have severely limited the creation of long-lasting social partnerships.

In terms of advocacy, the CSSC managers noted that the advocacy approach needs to be reevaluated because government at the local and national level remain fearful that the advocacy efforts are directed to harm government, not to improve it. As such, CSSC managers believe that advocacy should be "repackaged" and only used when all other methods to achieve goals are exhausted.

**Recommendations**

Based on the evaluation findings presented in this chapter of the report, the key recommendations are described below and disaggregated by Objective and their sub-components where applicable. Some recommendations apply to more than one objective. In addition, since the Evaluation focused primarily on Objective 1, there are more recommendations for this objective.

**Objective 1:**

**Association Strengths and Challenges**

- ***Capitalize on the development of the Association's strategic plan and the progress made toward the development of a common vision for the Association, develop and provide the necessary resources to implement a step-by-step action plan.*** Before the development of the CSSI Annual Workplan Narrative (1 July 2005 to 30 June 2006), the CSSC managers should meet in Almaty to formalize the development of an agreed-upon action plan. The process should perhaps be facilitated by an outside and neutral facilitator to reach consensus. Then Counterpart should make funds available to implement the plan. Finally, this action plan should then be referenced in the Workplan Narrative and include key milestones and targets before the completion of CSSI. Counterpart and the Association could then monitor against the key target values and milestones.

- ***Support the transition from a CSSC-centric identity to an Association identity by making the Association and its services indispensable to the CSSCs.*** Counterpart and the Association Executive Director could collaboratively develop an Association development strategy with milestones and key targets before the finalization of the next annual workplan. Some goals/elements of the strategy could include the following:
  - o Ensure that the Association Executive Director attends <u>all</u> meetings with USAID regarding CSSI. This will bolster its role as a broker between CSSI and USAID;
  - o Introduce and market the Association to Counterpart's public, private and non-profit contacts in Kazakhstan and the region as a means to identify future partners and funding sources; and
  - o To capitalize on the Association's unique attributes, begin development and roll-out of public relations campaign. Preparation for a broad-based public relations campaign should begin immediately with full roll-out starting with this summer (with the finalization of the Workplan). Some elements of the public relations strategy could include brochures and other printed materials that underscore the unique CSSC services and the diverse competencies of the individual CSSCs. Other public relations events could include public events and informational meetings with interested government officials.

- ***Ensure a majority of external members on the ARGO's Board by July 1, 2006.*** To address the conflicts of interest and the inadequate checks and balances of having Board members govern themselves, Counterpart could help the Association attract and maintain a board made up of external Board members. Counterpart should provide support and/or funding to facilitate continued and ongoing discussions with regards to ARGO's governing Board. As necessary, outside facilitation experts could be contracted to assist in this process. The CSSI Annual Workplan Narrative (1 July 2005 to 30 June 2006) should include these plans and set key milestones.
  - o The ARGO Board may also want to address the disruptive behavior of one Board member to facilitate consensus building necessary to follow-through on this recommendation. The continual conflict caused by one Board member is slowing progress toward potentially positive Board developments. Some potential options could include: removal of the Board member (for a limited period of time) until significant results may be achieved by the Board; or give the Board member a new role outside of the Board such as chairing an advisory committee or the

responsibility of establishing the information/analysis unit on behalf of the association.

- ***Eliminate the concept of PMU and focus on the Association as an independent NGO.*** PMU implies a close relationship with and control by Counterpart which created confusion and does not reflect the current situation.

- ***Facilitate creative and Kazakhstan-specific development of ARGO.*** The above recommendations should directly relate to the experience of CSSI in Kazakhstan. The route taken by CSSI in Kyrgyzstan, while useful at times for comparative reasons, may not apply to CSSI in Kazakhstan. For example, one option (that goes against the other recommendations) is to not make the Association independent at all. Instead it could become a governance body. Such changes would need USAID approval.

**Transition from Counterpart to the Association Executive Body**

- ***Develop and implement a detailed phase-over plan that describes the shifting roles and responsibilities from Counterpart to the Association.*** Along with Counterpart's submission of the Annual Work Plan narrative (1 July 2005-30 June 2006), Counterpart should submit a written plan including the extensive details of the phase-over. Questions concerning who, what, where, when, why and how of the phase-over should be made publicly available. The phase-over plan should delineate the evolving roles and responsibilities of the Association, the Counterpart Country Office and the Counterpart Regional Office and clearly define future roles and responsibilities. To ensure clarity and transparency, job descriptions of all staff involved (or not) in the transition should be developed. An outside and experienced facilitator could provide assistance with an independent and participatory phase-over plan.

- ***Facilitate ARGO's internal capacity development.*** Ameliorate the Association's M&E reporting capacity by providing technical assistance and training. In addition, the Association should begin to report directly to the Counterpart Regional Reporting Officer and the CSSC should begin to report directly to the Association and not the Counterpart Country Office. This will help bolster ARGO's role. Also, Counterpart should begin to transfer internal capacity development roles and financial sustainability function over to the Association. Such plans should be delineated in the Annual Work Plan narrative.

- ***Increase communication between senior managers and staff.*** There is much uncertainty regarding the impending transition, something that is causing confusion, anxiety and uncertainty among the staff. Management decisions should become more transparent and available to all staff members. Some possibilities include: publishing minutes of SMT meetings, holding regular (weekly or bi-weekly) staff meetings for each individual organizational unit housed in the Almaty office and hold regular building-wide staff meetings on a monthly or as needed basis.

**Contracting with USAID**

- ***Negotiate and agree upon a set of contracting criteria with USAID.*** Counterpart and ARGO could develop (with input from USAID) a checklist delineating the criteria for contracting. By submission of the Annual Work Plan narrative, Counterpart, ARGO and USAID should agree upon the checklist. Then, based on the checklist, Counterpart and ARGO could undertake an organizational assessment of ARGO to highlight capacity strengths and challenges. Lastly, weaker capacity areas could then be systematically targeted as a means to ensure ARGO contracts with USAID before the end of CSSI

- ***Secure transitional funding from USAID for ARGO as of July 1, 2006.*** International research suggests that NGO networks take between 3-5 years to stabilize and be "successful". Thus, Counterpart could begin discussions with USAID to underscore the importance of securing 2-3 years of transitional funding (particularly for operational costs) as a means to consolidate and yield sustainable results. As an independent NGO, the Association could possibly accelerate its own organizational and programmatic development by exercising an option to subcontract with other organizations, such as Counterpart to provide specific capacity building services, until it is ready to assume such responsibilities on its own.

**The Quality and Scope of Demand-Driven Services**

- ***Develop uniform CSSC quality service standards and a uniform quality feedback system to better and compare services across CSSCs and to systematically improve the quality of services CSSC.*** Counterpart and ARGO should build on the development and implementation of the Client Satisfaction Survey to regularly monitor client satisfaction with CSSC services. Counterpart and ARGO could provide the CSSCs with technical assistance to implement their own survey and evaluate the results, perhaps reporting the survey results back to ARGO and Counterpart regularly. In addition these uniform feedback systems could assist CSSCs in the development of other services demanded by clients. Also, based on the feedback from the Client Satisfaction Survey, Counterpart and ARGO could develop clear quality standards/targets so that individual CSSC can easily measure their own progress and take effective action. One area for immediate attention includes upgrading training modules to include beginner, intermediate and advanced modules. Another area is to build capacity to implement trainings in local languages.

**Objective 2:**

- ***"Repackage" CSSC services for the next annual year to ensure that they remain relevant to end-users.*** To continually enhance the accountability, transparency, professionalism and public image of CSSCs, it is necessary to evaluate key services and methodologies to proactively address changing operational environments. As such, CSSCs could participate in a facilitated discussion to establish clear methods and program goals in advance of the Annual Work Plan narrative. The discussion could then culminate in an operational CSSC work plan with clear targets and milestones.

- ***Promote the exchange of best practices, expertise and experience among CSSC members.*** Resources could be made available for support, development and sharing among and

between CSSCs. During CSSI's last year, it will be important for CSSCs to exchange ideas so as to improve services and solidify the CSSC development plan in terms of the place, role and services spectrum of CSSCs for the future. To achieve this objective, Counterpart could facilitate the development of a formal exchange program between CSSCs managers.

**Objective 3:**

- *Implement "process-oriented" financial sustainability development.* Taking the lead from Counterpart's Financial Sustainability Team, develop financial sustainability modules that reflect the broad menu of financial sustainability options. Develop a clear work plan, schedule and milestones for implementation as well as the gradual transition of the financial sustainability to the Association. Counterpart and ARGO should also bolster interest in the SE 0% loan program through an examination of the CSSC's financial sustainability plan and by facilitating the creation of project ideas that could potentially add value for the work they are doing. One potential way to bolster interest in the loan program would be to increase the size of the loan from $5000 to $7000 or $8000. This may better meet the needs of NGOs operating in Kazakhstan.

**Objective 4:**

- *Work more closely with ICNL to monitor the political environment.* In light of recent events in Georgia, the Ukraine and Kyrgyzstan, Counterpart and ARGO should leverage its partnership with ICNL to keep abreast of potential changes for NGOs operating in Kazakhstan. This would enable CSSI to be more proactive in quickly adapting certain aspects of CSSI to match the legal environment. One way to leverage the partnership could be to invite ICNL to participate in SMT and provide weekly debriefings.

**Objective 5:**

- *Provide funding to continue the development of sub-networks and leverage Counterpart's regional and global perspective by sharing best practices.* Counterpart could respond to CSSC requests for additional funding to further strengthen and development sub-networks. If funding were to become available, Counterpart and ARGO could then jointly develop an implementation plan with a monitoring component.

**Objective 6:**

- *Amend CSSI's advocacy approach.* Currently national/local government and local communities do not fully understand advocacy. As USAID will begin to focus more on advocacy, Counterpart and ARGO could improve its advocacy campaigns through an examination of the challenges to the advocacy component and by building upon its successes. Then the advocacy approach could be restructured accordingly to ensure that advocacy is properly communicated to key stakeholders. Counterpart and ARGO could develop an advocacy manual with best practices and case studies that could lead to improved advocacy trainings.

## Chapter III:  Kyrgyzstan Evaluation Findings

### Introduction

Although small and land-locked with limited natural resources, Kyrgyzstan has been the most open, progressive and cooperative of the Central Asian republics. It is important to stability in the region but weak governance, continuing poverty, potential ethnic tensions, a porous southern border with Tajikistan and an essentially closed border with Uzbekistan are potential sources of conflict that could threaten national and regional stability.



The current political environment remains unsteady at best following the March 24, 2005 "revolution" and the subsequent ouster of President Askar Akayev.[11] Kyrgyzstan is now the third post-Soviet state in the past 15 months to overthrow a corrupt, authoritarian regime through mass protests symbolizing the power of the people, combined with growing political opposition and civic activism.  Its sudden revolution is the culmination of rising popular anger with socio-economic deterioration, widespread corruption and blatant electoral manipulation.  The resultant instability, internal political contest and sense of expectancy in Kyrgyzstan—which will last at least until the presidential election scheduled for July 10—will most likely have regional implications, impelling leaders of the other Central Asian states to step up repression and political control over the media, civil society and opposition groups to avoid a similar scenario. Another and more optimistic option is that the region's governments will extend certain political rights to civil society as a means of avoiding a "revolution".[12]

The data gathered for this Mid-Term Evaluation Report was collected *before* March 24, 2005. Thus, due to the fluidity of the current political situation, it will be important for the reader to bear in mind that the findings, conclusions and recommendations may or may not match the rapidly-evolving situation—this report is a reflection of CSSI's successes and challenges in pre-"revolutionary" Kyrgyzstan.  Despite the "revolution" in Kyrgyzstan, the evaluation team did manage to carryout the majority of the data collection activities as specified in the CSSI Mid-Term Evaluation's Work Plan. The team did lose one-half day of data collection and data processing time, however.

---

[11] The Evaluation Team was in Bishkek, Kyrgyzstan for the "revolution" and chose to leave for Almaty, Kazakhstan thereby losing one-half day of data gathering.

[12] Background information on Kyrgyzstan is derived from U.S. Department of State Background Notes.

Counterpart's CSSI strategy in Kyrgyzstan focuses on deepening and strengthening democratic changes in the country. As such, much emphasis is placed on promoting and supporting local and national level advocacy through local NGOs and their coalitions, by strengthening existing and creating new links between NGOs and communities throughout the county. The locally registered Association of CSSCs continues to be the primary vehicle for capacity development and community outreach support to local NGOs and CBOs. Thus, Association membership development is a centerpiece of CSSI in Kyrgyzstan. Counterpart currently provides capacity building assistance to the Association, its member CSSCs and other leading NGOs in the country. The assistance serves to strengthen their organizational and institutional potential and to help them become financially sustainable and viable for the long term.

## Evaluation Findings

The preliminary findings of the evaluation team are broken down below by Project Objectives though some findings overlap and/or have implications for one or more project objectives. Thus, to the extent possible, such overlaps are highlighted where appropriate.

## Objective 1

***To further strengthen and formalize the countrywide Civil Society Support Center Networks to provide a full-range of demand-driven services to local Civil Society Organizations and have the ability to contract directly with USAID and other international donors.***

To assess this objective, the evaluation team disaggregated the findings into four distinct areas: Association strengths and challenges; the transition of key roles and responsibilities from Counterpart to the Association Executive Body; the capacity of the CSSC Association to contract with USAID; and the quality and scope of demand-driven CSSC services. Of the four areas, the evaluation team focused primarily on the development of the Association, including the structure and makeup of the Association's governing body, the Board and its composition (internal and external members) and the Association Executive Body's role and capacity in grant management and administration, training implementation and overall reporting. The Association of Civil Society Support Centers (ACSSC) was created by Counterpart in 2002.

### Association Strengths and Challenges

With regards to the further development of the Association, the evaluation team discovered a number of achievements and successes that underscore and highlight the success in implementing the CSSI Program.

> "The CSSC common vision is to contribute to the development of an effective, dynamic and sustainable civil society in the Kyrgyz Republic."
>
> -Association Staff

Some of these achievements include: the development of a charter, internal policies/ procedures and regulations for the CSSCs; the continued development of a system of external governance (at present there are three active external board members, one inactive board member and 4 CSSC managers); the successful implementation of four network-wide projects (e.g., with the Soros Foundation to provide

training workshops for authorized representatives of Deputies to Parliament; with the World Bank's Village Investment Project to conduct workshops for local government and communities in pilot villages; and with USAID to provide election grant projects for elections at both the local level and with Parliament); the establishment of the CSSCs Executive Body; ACSSC's Executive Body attracted approximately $2,000 in fees for services to date; the ACSSC become more recognized by its constituency and stakeholders (it now has its own slogan and logo); and the increased profile of the Association.

The evaluation team also discovered several key factors that facilitate the achievement of CSSI objectives by the ACSSC. These include: the development of the ACSSC's new CSSC quality standards/guidelines (to be adopted by the CSSCs); the existence of a common vision and shared goals among Association members and the general agreement on the future vision of the Board and the Association as a whole; the professionalism of the ACSSC staff; the ongoing process of capacity building among Association members and staff; wide geographical reach (there are 11 CSSCs in all 7 regions in Kyrgyzstan); and the establishment of relatively good relationships with local government structures, NGOs, USAID and other donors. In addition, the strong internal working relationships between and among the network members and Association Executive Staff has helped facilitate the positive development of the Association as noted by the following elements: the strong communication among and between CSSC members and the Association Executive Staff; and through the development of mechanisms to settle disputes and misunderstandings. These working relationships are based on the desire to work toward a "democratic society, strong civil society, the absence of human rights abuses and freedom of expression."[13]

There is also evidence that individual CSSCs are "buying-in" to the Association concept. As previously mentioned, the fact that there are four external members (with plans to develop a Board made up entirely of external members by 1 July 2006) on the Board suggests that a system of external governance is viewed in a positive light by the CSSCs. According to CSSC managers, this future development will ensure that there are no conflicts of interest. According to them, this type of structure facilitates "healthy competition" for resources as well as mutual support and cooperation among overlapping CSSCs.

At the same time, the evaluation team also became aware of some challenges for the Association. These challenges can be broken down into internal and external challenges. Internally, the Association has developed a charter and internal working procedures, however the role/position of the Association remains underdeveloped (e.g. is the Association a service NGO or a Civic-oriented and proactive NGO?). Also, while nearly every person interviewed promoted the development of a Board made up of only external board members, the steps to achieve this objective remain unclear.

With regard to the Association vis-à-vis its external environment, the Association has yet to decide on a future financing strategy that will clarify whether or not it will seek in-country financing. As it currently stands, there could be future competition between Association members and/or local NGOs with regards to financing should the Association seek internal financing. In addition, the Association has yet to fully develop a clear understanding of the

---

[13] This quote was taken from an Association Executive Staff member.

*Social Impact, Inc.*

government's structure and how it relates to NGO development. As such, there is limited contact with the government and a limited understanding of how best to position the Association to contract with the government. Also, according to the Association staff's perception, there continues to be some misunderstanding and misgivings within government, the business community and among the Kyrgyz population vis-à-vis the value of civil society. This is due, according to the Association staff's perspective, to the fact that the Association has yet to conduct an assessment of the potential positive impacts of civil society development in Kyrgyzstan.

**Transition from Counterpart to the Association Executive Body**

Counterpart's cooperative agreement with USAID states that the key to its' exit strategy is the incremental devolution of decision making authority and management of key inputs—grant making, training and technical assistance—to the formalized Association of Kyrgyzstan. As such, Counterpart's current country office is expected to devolve its decision-making authority and management oversight of the CSSC Association to the registered Association and ensure that is has the capacity to carry-out its future responsibilities. The evaluation team discovered both achievements and challenges concerning the transition of roles and responsibilities from Counterpart to the Association Executive Body.

In terms of achievements, most respondents agreed that the Association already is its own entity in terms of its governance structure, financial structure, staff separation, and in terms of decision-making authority. The transparent hiring process for the Association Executive Director serves to bolster that claim. In addition, numerous respondents described the "Association's unique organizational culture" thereby highlighting the ACSSC's organizational independence. Many of these positive changes have been facilitated by relatively good communication between and among Counterpart and Association staff at the Bishkek office. Most respondents suggested that frequent staff meetings have greatly facilitated the dissemination of transition plans.

At the same time, while most respondents agreed that the transition process has largely been transparent and fairly well communicated to staff members in Counterpart and to the Association Executive Body, there has been no roadmap describing *when* aspects of this transition will occur. In addition, there are some aspects regarding the division of responsibility that remain unclear. For example, with regards to grants, both Counterpart and the Association are both charged with administering the same Community Action Grant (CAG) program.[14] Also, the relationship between the Urban Institute (charged with providing technical assistance to Service Improvement Action Plans or SIAP) and the Association is unclear at this point. Counterpart has successfully transferred responsibility of administering SIAP to the Association but it is Counterpart's ultimate responsibility to ensure that SIAP is implemented properly. Several Association Executive Staffers also noted that the transition of responsibility has not been clearly communicated to the Urban Institute. Such an issue leads to perhaps one of the key challenges for the Association—how to attract international donor funding when the Association no longer bears Counterpart's name and prestige.

**Contracting with USAID**

---

[14] See Annex 8 or more information on the grant program in Kyrgyzstan.

Ensuring that the Association is able to contract directly with USAID by July 1, 2006 is the overarching goal of CSSI. However, USAID has not defined the contracting criteria and Counterpart has not yet negotiated a clear set of contracting criteria from USAID. Thus, the evaluation team discovered a wide range of responses from interviewees (Counterpart staff members and the Association Executive Staff) when asked to describe the criteria for contracting with USAID and the most/least important criteria. In addition, without a clear set of criteria from which to measure contracting capacity with USAID, it was difficult for the evaluation team to measure the Association's contracting capacity against a target value. However, there was general agreement on the key criteria for contracting with USAID. These include: financial and organizational sustainability; financial accountability (vis-à-vis local laws and USAID); and the ability to carryout the work with measured impacts.

Noted here as an achievement, all respondents suggested that the Association would be capable of contracting with USAID following the termination of CSSI. Respondents used the following examples to support that claim: the Association knows and has already worked with USAID; the Association has partners throughout the region who are also familiar with USAID; the Association provides a number of high-quality services that support the USAID strategic objectives in Kyrgyzstan; and the Association has strong M&E capacity.

Thus, in general the capacity of the Association has achieved much in terms of developing the capacity to contract with USAID. However, the evaluation team's preliminary assessment suggests that the Association does not currently possess sufficient financial reporting, and knowledge of USAID contracting rules and regulations to fulfill all obligations of a large USAID contract. Counterpart has already begun to address these deficiencies in Counterpart's newly-developed pre-certification framework that outlines Counterpart's approach to ensuring an Association contract with USAID at the end of the CSSI program. This framework is discussed in Chapter 2 and the complete framework is available in Annex 13. The proactive development of the pre-certification framework is an achievement of CSSI and should provide a "roadmap" and diagnostic tool for the Association's future development in the last 15 months of CSSI. As such, the pre-certification tool will be very useful in diagnosing and ameliorating the capacity of the Association to contract directly with USAID.

The evaluation team's assessment of the Association's current contracting capacity suggests that the weakest areas are in reporting and in USAID-compliant financial management and financial sustainability. According to interviewees, the Association is not yet in full compliance with the international financial system necessary to pass international audits.

**The Quality and Scope of Demand-Driven Services**

As previously alluded to in the Kazakhstan Chapter of this report, the evaluation team discovered a number of achievements and successes with regards to services that underscore and highlight the success in implementing the CSSI program. The findings across the three countries are virtually identical. That is, qualitative and quantitative data from one CSSI country is virtually indistinguishable from the other countries. Thus, the findings will not be replicated here in their entirety but rather summarized. In addition, any differences will be highlighted.

*Social Impact, Inc.*

The CSSCs in Kyrgyzstan offer the widest selection of training modules. The training modules offered last quarter include the following: Human Resource Management: Micro-business; Project Design; Advocacy; Participatory Monitoring and Evaluation; Participatory Community Appraisal, Project Design, Training of Trainers; Community Network Development; Strategic Planning; Conscientious Management; Prevention of Traffic in Persons; Taxation of NGOs'; Registration of NGOs; Community Development; The Role of Women in Elections; and Condominium. Similar to Kazakhstan, the Project Design and NGO and Community-related training modules were rated by participants as the most effective (please see Chart 3.1 for a breakdown). Participatory Advocacy ranked third for Kyrgyzstan clients. Lastly, similar to Kazakhstan, CSSC clients in Kyrgyzstan include NGOs, CBOs, state employees, business men and women, and private citizens.

Some of the findings concerning the quality and scope of demand driven services include the following:



- Overall, CSSC end users are satisfied with the products and services provided by the Centers. In Kyrgyzstan, 96% of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 45% were "completely satisfied", 33% "very satisfied", and 18% "satisfied";
- There are high numbers of repeat users taking advantage of the CSSC services;
- CSSC clients are also very satisfied with the Resource Centers;
- Qualitative and quantitative data suggests that quality of instruction at trainings is high to outstanding;
- Training modules are highly relevant to client needs; and
- The CSSC staff is very professional, responsive and accommodating of clients and their needs.

As with CSSI in Kazakhstan, these findings suggest CSSC services are both demand driven and of high quality. However, despite this positive feedback regarding services, CSSCs will face several key challenges as they attempt to become demand-driven enterprises. For example, respondents suggested that many training modules are outdated and will need to be upgraded and updated. Additional training modules, training materials and the training of trainers would have to occur in local languages to ensure broad-based impact. However, there is no established feedback system (computerized or other) to ensure that data is gathered in a systematic and uniform fashion by all CSSCs. In addition, qualitative data suggests that substantial data gathering is occurring but not there are insufficient incentives to analyze the data. Also, even if CSSC feedback improves and is systematized, there is no defined quality criteria/standard for

services across Kyrgyzstan's CSSCs. As such, the quality of services is gauged through demand for services rather than by actual satisfaction with or impact of the service provision.

Despite, such shortcomings, it does the CSSCs appear to be offering a full range of quality services including the trainings and of the consultation services. The trainings have and will continue to result in a more empowered and better educated population.

## Objective 2

***To enhance the accountability, transparency, professionalism and public image of Civil Society Organizations through community action grants, community development initiatives, improved service delivery, and advocating for the rights and interests of their clients and constituents.***

Through key informant interviews, the evaluation team found that community action grants, community development initiatives and CSSC services have all enhanced the accountability, transparency, professionalism and public image of CSOs. The initial perception of civil society organizations was negative in Kyrgyzstan (due in large part to the foreign nature of the interventions) but the image has improved because the "efforts are aimed to sincerely and transparently serve people and work in social partnership with the government."[15] Thus, since all respondents suggested that a link exists between the interventions and the positive outcome, the relationship is plausible. To qualitatively verify this relationship, the Evaluation Team examined the strengths and challenges of the CSSCs (as the implementers of the interventions) with regards to accountability, transparency, professionalism and public image.

These strengths include:
- CSSCs fit the high quality standards of organizational and democratic culture;
- The CSSC's values are supported by the end-user values;
- CSSCs obtain new expertise provided by professional partners and utilize them in practice;
- CSSCs promote the positive change in civil society through advocacy campaigns and take clients as partners in the process;
- CSSCs caused visible results (active civil participation, rise of public awareness and the involvement of target groups);
- CSSCs provide legal service free of charge;
- CSSCs have strong skills in conducting advocacy campaigns
- CSSCs established transparent mechanisms for the disbursement of grants via local grant committees; and
- CSSI promotes positive partnerships with local governance bodies, state structures and makes decisions at the local level.

Some challenges include:
- The public relations capacity of CSSCs and the Association remains weak;
- Financial resources of CSSCs lack broad diversification;

---

[15] This quote was taken from an Association Executive Staff member.

*Social Impact, Inc.*

- There are limited resources available for the CSSCs to learn and jointly strategize, share best practices and expertise;
- There is insufficient training and consistent coaching of lawyers;
- There are low levels of motivation among the CSSCs staff members as reflected in the high level of turnover in the CSSCs; and
- The services and service materials are not provided in the Kyrgyz languages thereby limiting their impact.

Taken as a whole, the data are positive. CSSC appear to positively impact the development of civil society. The aforementioned challenges are areas for improvement over the next 15 months and underscore the need to continuously adapt and improve services as has been the case through CSSI.

Also, while the advocacy component promoted by CAG has been underscored by some CSSC managers as one of the program's strong components (as it has generated positive impacts), it has also been cited as a serious challenge by others. The difficulties cited include:

- An insufficient number of trainings in advocacy offered through the program;
- Inadequate understanding of the advocacy concepts and mechanisms for conducting advocacy with local governments both at CSSC- and end user-level;
- Lack of awareness among the population about their legal and civil rights;
- Frustration with the fact that CAG supports only advocacy projects, which tend to be more difficult to implement and do not necessarily yield tangible results; and
- There are low numbers of advocacy proposals submitted to some CSSCs, and low approval turnout at the National Grant Committee level.

## Objective 3

*Strengthen the organizational and sustainability of leading (sector) Civil Society Organizations, CSSC network members and local NGOs through tailored institutional and capacity building assistance with an emphasis on self-financing and income generating activities.*

Counterpart's emphasis on financial sustainability is critical for the future of the Associations of CSSCs, NGOs and civil society in general. The Social Enterprise (SE) model has largely been the focus of financial sustainability.[16] The model is already utilized throughout the region by NGOs through fees for service and small business enterprises. Under this model, Counterpart builds the capacity of the organizations through specific tailored assistance provided by experts in the fields of social enterprises, organizational development, leadership development, corporate philanthropy, grant management and other specific areas. Over the past 1.5 years, the financial sustainability has focused on the SE model. This includes an emphasis (perhaps an over-emphasis) on SE and SE loans. There is currently not an equal provision of trainings, technical

---

[16] Social Enterprise is any NGO revenue-generating business, venture, activity, or project, founded for the dual purpose of earning income and contributing to a social cause. Definition taken from *Financial Sustainability—Assessment and Strategy* by Kim Alter, a consultant for Counterpart International.

assistance, consultation and promotion of the other components of financial sustainability (see below).

During CSSI the emphasis of financial sustainability referred to SE instead of a more process-oriented financial sustainability approach.[17]   Citing the need for reorientation, the Counterpart Financial Sustainability Technical Advisors have started drafting a Counterpart Financial Sustainability Certification process.  The certification process was developed in response to the need to teach organizations "business values", the need to overcome legislation policies, the mindset of the population with regards to NGOs and the need to better clarify the terms and conditions of Social Enterprise (SE) loans.  The certification process includes the following components:

- Financial and Strategic Action Planning (FSAP);
- Social Enterprise/Fee for Service;
- Public/Private Partnership (Corporate/State Contracting);
- Grant writing/Strategic Donor Funding; and
- Membership Service Development.

| Textbox 3.1: |
| --- |
| **List of NGOs\* that Applied for 0% Interest Loans in Kyrgyzstan** |
| 1.) Karkol CSSC; Project: Internet World; Requested $3000 |
| 2.) Kerben CSSC; Project: Animal Husbandry; Requested $3000 |
| 3.) Kant CSSC; Project: Farming; Requested $3000 |
| 4.) Talas CSSC; Project: Computer Shop; Requested $3641 |
| 5.) Naryn CSSC; Project: DVD Hall; Requested $3000 |
| 6.) Jalalabad CSSC; Project: Internet Center; Requested $2500 |
| 7.) Nookat CSSC; Project: Animal Husbandry; Requested $2965 |
| 8.) Insan Leilek; Project: Microcredit for Women; Requested $3000 |
| 9.) Center for Elderly People (Ymyt Balykchi); Project: Microcredit; Requested $3000 |
| 10.) ADRA Kyrgyzstan; Project: Greenhouse; Requested $3000 |
| 11.) Sairon; Project: Expanding Credit Portfolio; Requested $3000 |
| *11 NGOs in total with 7 CSSCs and 4 NGOs. |

The incorporation of Social Enterprise into the newly developed financial sustainability methodology suggests that it makes up one of several key components.  Counterpart developed the NGO Financial Sustainability Certification Program to provide one-on-one consultation from expert consultants.  Once certified, CSSI Certified Financial Sustainability organizations then become regional practitioners capable of transferring the financial capabilities long after the CSSI program ends.  This redirection of financial sustainability is certainly a positive move as the benefits of a more broad-based financial sustainability strategy appear likely to have longer-term benefits than the more limited focus on SE.  At the same time, training modules and training resources have not yet been developed.  In addition, the shift away from SE to a more process-oriented approach to financial sustainability has not yet been shared with the Association Executive Body.  Also there does not appear to be significant available resources to develop and implement the Financial Sustainability modules.

The zero-interest loan program for social development helps NGOs through targeted technical assistance and seed funding to better develop market driven revenue generating members services that are vital to the financial future of the organizations.  In terms of the SE loans, this has been a very successful process.  Eleven NGOs submitted applications and eight were finally

---

[17] The process-oriented approach refers to the learning process that occurs when organizations undertake a variety of financial sustainability measures including: Financial Strategic Action Planning (FSAP); Social Enterprise/Fee for Service: Public/Private Partnership (Corporate/State Contracting); grant writing/strategic donor fundraising; and membership service development.

approved to receive a loan with a maximum loan size of $3000 (see textbox 3.1). One of the reasons for the success is the well-designed selection criteria in which all selected organizations must:

- Be a mission driven organization;
- Have qualified staff;
- Have a stable source of financing for next 2 years;
- Have assets for collateral; and
- Have a strong desire to generate income to support all members the organization.

The submission of the business plan supports these criteria. Perhaps the most important success factor for the 0% interest loan program is that the loan amount ($3000) matches the investment needs of end-users and the investment climate in Kyrgyzstan. Thus, it is much easier to achieve the goal of teaching prospective loan recipients to become more financially responsible, to diversity their resource base, to develop clear business plans and clear marketing plans. Once all the loans disburse, the challenge will revolve around how best to monitor and evaluate the actual impact of the loan as a means to prove their usefulness.

## Objective 4
### *To develop an enabling environment for civil society by improving the legal environment and providing regular legal advice and services to support civil society organizations*[18]

The overall objective of ICNL in Kyrgyzstan is to develop an enabling environment for civil society by improving the legal framework and providing regular legal advice and services to support civil society.

ICNL provides important support and guidance to CSSI, by working at two levels: directly assisting CSSCs and trying to enact good civil society legislation. As requested, ICNL provides CSSCs with on-site legal consultations, leads training courses on NGO law, and helps centers to develop their own law courses. ICNL also works to reform the legal system engaging in advocacy at the national level, promoting civil society friendly legislation and working to prevent the government from enacting poor legislation. Overall ICNL's emphasis through CSSI is on raising awareness of the importance of civil society, educating people on their rights and best practices, and stopping bad policy trends. Where possible, ICNL prefers to work with government to show successes in civil society and not force the government into taking any policy action that makes them uncomfortable.

At present the legal environment for civil society in Kyrgyzstan can be defined as open. Freedom of association is allowed. However, recent political events in Georgia, Ukraine and within Kyrgyzstan (the revolution) are causing new concerns for the government, and may impact (and continue to impact) the implementation of the CSSI program.

---

[18] Due to the revolution in the Kyrgyz Republic, there remains much uncertainty as to future of the legal environment. As such, the results of the evaluation team's finding reflect the assessment of the environment *before* the revolution.

*Social Impact, Inc.*

However, before the revolution there were some key successes including the following. The legal advisors at the CSSCs reached a milestone in their consultations rendered, going over the 1,000 threshold. 254 consultations were given in the original six cities during the quarter, totaling 1,103 for the life of the project in the last quarter of 2004. These consultations covered a variety of issues and have aided civil society groups to register as legal entities, protect their interests in the tax office and other state bodies, and to deliver their concerns/requests to the Government regarding draft laws relating to NGO activity. In addition, the five new legal advisors funded through a grant by the Eurasia Foundation began their work and rendered a total of 111 consultations to community members and conducted training sessions on a variety of topics.

In addition, the ICNL Kyrgyzstan team finished teaching its NGO law course at the International University of Kyrgyzstan for the first semester of the 2004-2005 academic year. The course syllabus included topics such as: the Legal Status of NGO; NGO registration; Kyrgyzstan's tax system; and international best practices. ICNL staff members taught the course to 60 students this semester and are currently negotiating with the university to have them commit a full time faculty member to teach the course in the fall of 2005.

Also, Legal experts from ICNL worked with both the special commission and a coalition of interested groups to make recommendations to improve the tax environment (regarding a new tax code) for the civil society sector. ICNL has also been monitoring the progress of the Community Based Organizations Draft Law, which does not meet the needs of community based organizations. ICNL has also completed the NGO Registration Manual. The manual describes all the stages of state registration of NGOs, including samples of establishing documents of frequently

---

**Textbox 3.2**
**Consultation for Associations of Water Users**

The International Center for Not-for-Profit Law (ICNL) has been conducting taxation seminars throughout the different regions in Kyrgyzstan for managers and accountants of NGOs. During the trainings, all aspects of NGO taxation in the Kyrgyz Republic were covered in detail to help the organizations plan for, and identify, the different tax issues that they must comply with.

One of the trainings was attended by Sophia Doronina, the accountant of "Torpu", an association of water-users (AWU) in the Issyk-Ata rayon of Chui Oblast. After the training, Ms. Doronina received additional ICNL consultations concerning an issue after the training. Ms. Doronina, acting as a representative on behalf of all 11 AWUs of the Issyk-Ata rayon of Chui Oblast, applied to the State Tax Inspection office to cancel the 4% local tax that the organizations had to pay for rendering public services to the population. Her research indicated that the 4% tax had never been published in a public forum, thus rendering the act unenforceable.

The ICNL legal consultants advised Ms. Doronina to address the tax authorities in writing and helped draft an appeal stating the demands of the AWUs. Following advice from the same ICNL lawyers, Sophia continued to press her issue, sending additional letters and placing several phone inquires. Finally, the tax authorities agreed to meet with Ms. Doronina thus canceling the payment of the tax. In this case, Ms. Doronina managed to overcome the government agency's common ignorance of their rules and regulations.

---

registered organizational forms of NGOs and provides contact information to facilitate the process. The manual will be distributed to all the CSSCs and each of the network lawyers is very familiar with its content and will use this manual as a resource during their consultations.

As ICNL legal advisors are integrated with CSSCs, there are some examples of strong collaboration (via legal consultations for NGOs and individuals). However, this collaboration does not appear to be systematic and significant through CSSI in Kyrgyzstan. Instead, it appears

*Social Impact, Inc.*

as though each organization is working independently toward the same goal and that the common interests collide at the local level as if almost by accident.

## Objective 5

*To improve cooperation between various Civil Society Organizations by establishing new and strengthening existing regional and sub-regional inter-organizational linkages.*

The goal of developing local networks is to unite around common issues of several communities and advocate for their rights. Community networking aims to expand on rayon level initiatives to encourage community networking at the oblast and country level, with a focus on solving common issues through utilization of effective advocacy strategies.

The evaluation team found that the CSSCs in Kyrgyzstan successfully developed numerous rural and community networks (see textbox 3.3 for examples). The organizations and rural communities actively interact within the networks and there is sufficient support for rural community network development. In addition, most CSSCs have one or more informal networks in Kyrgyzstan.

Despite these successes, some key challenges remain. The evaluation team also discovered that there is not enough funding and provision of technical assistance to ensure the long-term stability of these networks. The respondents suggested that there is also limited sharing of best practices and expertise among and between the CSSCs with regards to network development. The same respondents suggested

> **Textbox 3.3**
> **Examples of Network Development in Kyrgyzstan**
>
> Example of successful networking activities:
> - **Talas CSSC**: Network of 37 registered NGOs and a rural community network of more than 100 community based organizations.
> - **Naryn CSSC**: Established an informal network of 7 CBOs. There is some exchange at the oblast level under the auspices of the World Bank's Community Driven Development.
> - **Osh CSSC**: Informal network "Alai Ata Jurt" that coordinates implementation of community projects, members attend some of the trainings offered by the CSSC. Ten local NGOs are interested in creating a formal network.
> - **Jalalabat CSSC**: Three successful rural community networks.
> - **Kant CSSC**: Four established networks: one informal rural social economic development network; one network of youth organizations; one network of women's organizations (20 organizations); and one network of 11 resource centers working with refugee women. Another network of farmer cooperatives is under construction.
> - **Kerben CSSC**: Informal regional network of about 20 communities and NGOs of Alabuka and Chatkal raions.

that this is causing a decrease in the effectiveness of the networks. In addition to supporting the development of sub-regional networks to enhance CSSI, Counterpart is also interested in developing linkages between the CSSC Associations on the regional level through staff exchanges, conferences and through the sharing of best practices. There does not appear to be significant focus on the development of regional linkages due to inadequate funding opportunities.

*Social Impact, Inc.*

**Objective 6**

***To increase the accountability and transparency of local governments and self-governing bodies through issue-based advocacy, social partnership and providing targeted capacity development support to local government officials[19]***

CSSCs support local advocacy campaigns addressing the quality of public services rendered at the municipal level.  Such campaigns are expected to result in policy changes on the national level.  One mechanism for increasing the accountability and transparency of local governments and local and self-governing bodies is via the Service Improvement Action Plan (SIAP), a simple template designed by the Urban Institute (UI) to help integrate performance measurement with the actions necessary to improve each service. These plans guide targeted individuals through the process of assessing the critical issues facing their sector in the situation analysis section of the action plan; selecting objectives and key targets; and designing performance indicators. The SIAP can be used at every step of the process—it can be used to create a context for the entire performance management system from the identification of objectives through the selection and collection of indicators, through using the data to carry out service improvements. The SIAP concept promotes the building of partnership between local communities and local governments and aims to increase of transparency and accountability of local governments.

Since March 2004, the SIAP concept was introduced into 8 pilot villages by discussing the concept's advantages, establishing working groups in the communities, conducting initial assessments.  The SIAP concept was originally introduced and implemented in four pilot sites (Jany Nookat and Gulcha—Osh oblast), Akman (Jalalabat oblast) and Karakol small city (Issyk-Kul oblast).  SIAP in Karakol and Jany-Nookat will be evaluated this year to get the intermediate results from this activity.   The communities and local governments selected the following services for the SIAP: roads and transportation (Jany Nookat village, Osh oblast), housing and communal services (Karakol), development of pre-school, school and professional education (Akman village, Jalalabat oblast), social infrastructure development (Gulcha village, Osh oblast). Baseline data collection was collected in all four villages which provided the basis for the development of village action plans.  SIAP has made measured progress in each of these villages including the provision of social services, funding, the establishment of social infrastructure and overall better communication between the community and local government.

At the same time there remain some challenges.  These challenges include: the wide variety of operational environments that makes a "cookie cutter" approach difficult; insufficient communication between SIAP activities and the ACSSC staff; local capacity is not always sufficient to develop questionnaires and SIAP indicators without the assistance of UI; and there has not been adequate monitoring or evaluating of these activities to draw sufficient conclusions as to their impact.

**Recommendations**

---

[19] Due to the Revolution in Kyrgyzstan it is uncertain at this point how this objective will be affected.

*Social Impact, Inc.*

---

Based on the evaluation findings presented in this chapter of the report, the key recommendations are described below and disaggregated by Objective and their sub-components where applicable.  Some recommendations apply to more than one objective.  In addition, since the Evaluation focused primarily on Objective 1, there are more recommendations for this objective.

**Objective 1:**

**Association Strength**

- ***Ensure a majority of external members on the Association's Board by July 1, 2006.***  The Association should undertake two main tasks to meet this recommendation.  One, to complete the transition to a majority of external Board members, the Association should continue to ensure a transparent selection process for Board members.  The Association should target applicants from sectors that support the ACSSC's mission, values and could attract new funding sources.  Two, the Association should continue to clarify roles and responsibilities of the Executive Director and the Board, to ensure that the Executive Director has the relevant authority and that the Board develops into a governance body, *not* a managing body.  Another option would be for the Association to develop a Board made up entirely of external Board members with one rotating CSSC member per year or quarter.  These strategies should be delineated in the Annual Work Plan Narrative with clear milestones.

- ***Continually add new Association members but no more than a manageable number each year.*** Such a recommendation would require the revision of the current membership requirements.  One new requirement could include assurance that new members add some area of expertise to increase the overall strength of the Association. This in turn could be leveraged to enhance the specific expertise of each center as well as to minimize rivalry if members compete for the same niche role.  Such strategies should be delineated in the Annual Work Plan Narrative with clear targets and milestones.

- ***Association should decide on a future financing strategy.***  So as not to compete with other local NGOs with regards to in-country financing and out-of-country financing.  Before the development of the Annual Work Plan, the Association should develop a financing strategy that works to establish good relationships with local/national government structures, NGOs, USAID as a means to leverage funding for its constituents and to not compete with them.

**Transition from Counterpart to the Association Executive Body**

- ***Develop and implement a detailed phase-over plan that describes the shifting roles and responsibilities from Counterpart to the Association.***  Along with Counterpart's submission of the Annual Work Plan narrative (1 July 2005-30 June 2006), Counterpart should submit a written plan including the extensive details of the phase-over.  Questions concerning who, what, where, when, why and how of the phase-over should be made publicly available.  The phase-over plan should delineate the evolving roles and responsibilities of the Association, the Counterpart Country Office and the Counterpart Regional Office and clearly define

future roles and responsibilities. To ensure clarity and transparency, job descriptions of all staff involved (or not) in the transition should be developed. For clarity's sake the phase-over plan should also ensure that the Association has its own and independent hiring process. An outside and experienced facilitator could provide assistance with an independent and participatory phase-over plan.

## Contracting with USAID

- ***Negotiate and agree upon a set of contracting criteria with USAID.*** Counterpart, the Association and USAID should develop and agree upon a checklist delineating the criteria for contracting by the time the Annual Work Plan is submitted. Then, based on the checklist, Counterpart and Association could undertake an organizational assessment of the Association to highlight capacity strengths and challenges. Lastly, weaker capacity areas could then be systematically targeted as a means to ensure that the Association contracts with USAID before the end of CSSI

- ***Secure transitional funding from USAID for ACSSC as of July 1, 2006.*** Since international research suggests that NGO networks take between 3-5 years to stabilize and be "successful", Counterpart could begin discussions with USAID to underscore the importance of securing 2-3 years of transitional funding (particularly for operational costs). As an independent NGO, the Association could possibly accelerate its own organizational and programmatic development by exercising an option to subcontract with other organizations, such as Counterpart to provide specific capacity building services, until it is ready to assume such responsibilities on its own.

## The Quality and Scope of Demand-Driven Services

- ***Develop uniform CSSC quality service standards and a uniform quality feedback system to better and compare services across CSSCs and to systematically improve the quality of services CSSC.*** Counterpart and Association should build on the development and implementation of the Client Satisfaction Survey to regularly monitor client satisfaction with CSSC services. Counterpart and the Association could provide the CSSCs with technical assistance to implement their own survey and evaluate the results, perhaps reporting the survey results back to the Association and Counterpart regularly. In addition these uniform feedback systems could assist CSSCs in the development of other services demanded by clients. Also, based on the feedback from the Client Satisfaction Survey, Counterpart and the Association could develop clear quality standards/targets so that individual CSSC can easily measure their own progress and take effective action. One area for immediate attention includes upgrading training modules to include beginner, intermediate and advanced modules. Another area is to build capacity to implement trainings in the Kyrgyz language.

## Objective 2:

- ***"Repackage" CSSC services for the next annual year to ensure that they remain salient.*** To continually enhance, the accountability, transparency, professionalism and public image

of CSSCs, it is necessary to evaluate key services and methodologies proactively address changing operational environments.   As such, CSSC could participate in a facilitated discussion to establish clear methods and program goals in advance of the Annual Work Plan narrative.  The discussion could then culminate in an operational CSSC work plan with clear targets and milestones.

**Objective 3:**

- ***Implement "process-oriented" financial sustainability development.***  Taking the lead from Counterpart's Financial Sustainability Team, develop financial sustainability modules that reflect the broad menu of financial sustainability options.  Develop a clear work plan, schedule and milestones for implementation as well as the gradual transition of the financial sustainability to the Association.  Consideration should be given to Association efforts aiming to strengthen and maintain financial and human resources sustainability in CSSCs. In undertaking the process-oriented approach it will be important to ensure that key aspects of the program match the realities of the NGOs.  Thus, just as the 0% interest loan program matches the needs of NGOs, it will be important to get input from NGOs on the specific of other aspects of financial sustainability.

**Objective 4:**

- ***Work more closely with ICNL to monitor the political environment.***  In light of recent events in Georgia, the Ukraine and within Kyrgyzstan, Counterpart and the Association should leverage its partnership with ICNL to keep abreast of potential changes for NGOs operating in Kyrgyzstan.  This would enable CSSI to be more proactive in quickly adapting certain aspects of CSSI to match the legal environment.  One way to leverage the partnership could be to invite ICNL to participate in weekly, bi-weekly or monthly debriefings.

**Objective 5:**

- ***Provide funding to continue the development of sub-networks and leverage Counterpart's regional and global perspective by sharing best practices.***  Counterpart could respond to CSSC requests for additional funding to further strengthen and development sub-networks. If funding were to become available, Counterpart and the Association could then jointly develop an implementation plan with a monitoring component.

**Objective 6:**

- ***Empower the Association to take a more active role in SIAP by clarifying role, responsibilities and expectations.***   There remains confusion regarding roles and responsibilities between the Urban Institute (in Washington, DC) and the Association.  As such, the Counterpart Country Office could undertake a roles and responsibilities clarification plan to ensure a strong working relationship between the two organizations. This could be achieved through a meeting between relevant Urban Institute and Counterpart Headquarters staff.

*Social Impact, Inc.*

- ***Amend CSSI's advocacy approach.***   Currently national/local government and local communities do not fully understand advocacy.  As USAID will begin to focus more on advocacy, Counterpart and ACSSC could improve its advocacy campaigns through an examination of the challenges to the advocacy component and by building upon its successes. Then the advocacy approach could be restructured accordingly to ensure that advocacy is properly communicated to key stakeholders. Counterpart and ASCCS could develop an advocacy manual with best practices and case studies that could lead to improved advocacy trainings.

*Social Impact, Inc.*

## Chapter IV:  Turkmenistan Evaluation Findings

### Introduction

Of the Central Asian Republics, Turkmenistan remains the most closed and least reformist—essentially a one-man state. The regime is characterized by patronage and corruption, a highly restrictive visa regime, suspicion of civic action and the media, and state-control over and distortion of the economy. Following the end of the Cold War and the breakup of the Soviet Union, Turkmenistan declared its independence on October 27, 1991. Saparmurat Niyazov or "Turkmenbashi" (the father of the Turkmen) became the first president of the new republic and still remains the supreme decision-maker. On December 28, 1999, Niyazov's term was extended indefinitely by the Majlis (parliament), which itself had taken office only a week earlier in flawed elections that included only candidates hand-picked by President Niyazov. Neither independent political activity nor opposition candidates are allowed in Turkmenistan. The Democratic Party of Turkmenistan (DPT) is the only legal political party. Political gatherings are illegal unless government sanctioned, and the citizens of Turkmenistan do not have the means to change their government democratically.





Following an armed attack on President Niyazov's motorcade on November 25, 2002, the Government of Turkmenistan moved quickly against perceived sources of opposition. There were widespread reports of human rights abuses committed by officials investigating the attack, including torture and punishment of families of the accused. It also instituted new measures to stifle dissent and limit contact with the outside world.

While the constitution provides for freedom of the press, there is virtually no freedom of the press or of association. The government has full control of all media and restricts foreign publications.  Corruption continues to be pervasive. Power is concentrated in the president; the judiciary is wholly subservient to the regime, with all judges appointed for 5-year terms by the president without legislative review. The president routinely dismisses cabinet members and other government officials on charges of corruption and they are subsequently tried in secret trials and frequently imprisoned or sentenced to internal exile.  It is in this context that the Counterpart initiated the CSSI Turkmenistan program in July 2003.[20]

### Political Environment and its Effects on CSSI Turkmenistan

---

[20] Background information on Turkmenistan is derived from U.S. Department of State Background Notes.

Before delving into an analysis of Counterpart's efforts in Turkmenistan, it is important to contextualize Counterpart's progress to date, its achievements and its challenges within Turkmenistan's socio-political environment described above. Only 3 ½ months after Counterpart initiated CSSI, Turkmenistan adopted the new law on "Public Association" (NGO Law)[21] in Turkmenistan in October 2003 (coming into effect in November 2003). The law requires that all existing NGOs go through a re-registration process and it creates radical sanctions for unregistered activities, including criminal penalties. The law essentially halted the activities of the emerging network of NGOs, which were the major focus of Counterpart Turkmenistan's activities. For Counterpart Turkmenistan, it meant a revision of the project objectives as well as adjustments in strategies and tactics to meet the new challenges of working with civil society in Turkmenistan.

November 2003 also witnessed the closing down of NGOs "Catena" and "Dashoguz Eco Club". The law has also severely curbed NGO registration with only two new NGOs registered to date. Other registered NGOs are so called "GONGOs" (government NGOs). Due to the unfavorable political environment, CSSI was forced to stop its trainings, its grant program and other major activities in December 2003.

To systematically and reorient its strategy and workplan to become effective in the new and challenging environment, Counterpart developed a new annual workplan in February-March 2004 with the help of an outside expert. The workplan was submitted to Counterpart's Regional Office in April-

> **Textbox 4.1**
> **Law On "Public Association" and its Effects on Civil Society in Turkmenistan**
>
> The law of Turkmenistan on Public Associations (PA) came into force on October 21, 2003. From the moment of acceptance of the Law on PA in Turkmenistan practically all activities of PA were suspended. Article 33 of the Law on PA determined that charters and other founding documents of PA, established before the present law came into force, should be brought to conformity with the present Law.
>
> As a result of the law, all earlier registered PA had to pass re-registration, and newly established PA had to collect a package of documents and send them to the Ministry of Adalat of Turkmenistan (similar to the Ministry of Justice in other countries), in accordance with new Law on PA.
>
> The situation has become difficult increasingly because of the requirement on re-registration, which did not establish the procedure for re-registration. In addition, the Ministry of Adalat did not provide consultations or clear explanations on the new law. The rules of registration of PA were approved by the Resolution № 6547 of the President of Turkmenistan only on January 1, 2004, nearly 2.5 months after the introduction of the Law on PA.
>
> However, even after the acceptance of the Resolution there has been a measured decrease in the activity on registration (or re-registration) among initiating groups and registered PA.
>
> ICNL continues to work with government officials, deputies of Parliament and local Ministry of Adalat. Unfortunately, the current situation in Turkmenistan makes any plan regarding legislative changes uncertain at best. INCL will continue to provide information on new laws that affect civil society and technical assistance to the government on such legislative initiatives as is possible.

June 2004. The new workplan was approved by USAID in September 2004. That same month, the Community Leaders Forum, a 3-day forum, for 50 participants, was conducted in collaboration with UNDP, Counterpart International and START/AED and facilitated by Social Impact and local staff.

In October 2004 the trainings started anew focusing on local project management of Community Action Grants (CAG) for community representatives, NGO members and local facilitators. The new grant program was also developed (based on strategic advice from USAID and the Ministry

---

[21] See textbox 4.1 for an abbreviated discussion of the new law's implications or Annex 9 for a complete ICNL analysis and implications for civil society development in Turkmenistan.

*Social Impact, Inc.*

of Foreign Affairs). As local government objected to providing cash grants to grantees, the program instead provides equipment. Thus, since its inception, CSSI Turkmenistan has been forced to stop altogether, restart, and/or amend its program components due to the rapidly changing operational environment. As such, the reader should remain cognizant of such challenges and limitations placed on civil society when interpreting the evaluation findings presented below.

At the same time, the higher-level objectives of CSSI have remained constant throughout the program: to develop stable, peaceful, prosperous democratic societies by enabling civil society to have an increasingly active role in promoting the adoption of democratic behavior and practices in the pursuit of socio-economic development. That being said, the focus of the Counterpart program is to provide support to groups, organizations and citizens associated with civil society in order to keep them functioning until Turkmenistan's operational environment improves. Components of Counterpart's strategy in Turkmenistan include: the provision of technical assistance to local NGOs, CBOs and community activists; the provision of grants for social partnership and community development activities; and the provision of a wide variety of civil society-specific services via the CSSCs. As noted by Counterpart's Cooperative Agreement with USAID, there is no transition plan.


**Evaluation Findings**

The evaluation findings are broken down below by Project Objectives. Some findings overlap and/or have implications for one or more project objectives. Thus, to the extent possible, such overlaps are highlighted where appropriate.


**Objective 1**
***To provide a full range of demand driven services to local civil society organizations.***

As mentioned in the Kazakhstan Chapter of this report, the evaluation team discovered a number of achievements and successes with regards to services that underscore and highlight the success in implementing the CSSI program. Surprisingly, the findings across the three countries are virtually identical. That is, qualitative and quantitative data from one CSSI country is virtually indistinguishable from the other countries. At the same time, this section will contain an expansive discussion of CSSC services since this is the primary means by which to assess successes and challenges of CSSI in Turkmenistan.

The existing Counterpart network in Turkmenistan consists of Counterpart's Hub and three branch CSSCs located in Ashgabat, Lebap and Dashoguz. While Turkmenbashi City is not a full-fledged CSSC, its status as a partner enables Counterpart Turkmenistan to deliver services to four of Turkmenistan's five regions. The CSSCs and the partner in Turkmenbashi are charged with providing services to NGOs and community initiative groups, local business, governments and international organizations. These services include computer and Internet service, telephone and email communication, information dissemination and assistance in developing community driven and community-based projects. The Mary region does not currently have a CSSC

*Social Impact, Inc.*

presence. As noted above, the CSSC's service delivery capacity was often limited due to a hostile external environment.

Turkmenistan's CSSCs offered the following training modules last quarter: Project Design; Local Project Management Part I; Local Project Management Part II; NGOs & Community; and Training Methodology. CSSC clients include primarily individual community activists, some members of registered NGOs, members of formerly registered NGOs and some lower-level government officials.

The provision of quality demand-driven services is one key element of program success. CSSC end users are satisfied with the products and services provided by the Centers. Ninety-one percent of respondents ranked their satisfaction as "satisfied" or better (see Chart 4.1). CSSC clients are also very satisfied with the Resource Centers. Eighty-eight



Chart 4.1: What is your overall satisfaction with CSSC's products and services?

- Completely Satisfied, 30%
- Very Satisfied, 47%
- Satisfied, 14%

percent of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that 39% are "completely satisfied", 39% are "very satisfied", and 10% are "satisfied". This demand is further illustrated by the high numbers of regular users of CSSC products and services (see Chart 4.2)

As with Kyrgyzstan and Kazakhstan, trainings modules were in high demand. Qualitative data suggests that quality of instruction at trainings was high to outstanding. Many respondents enthusiastically praised the high quality, professionalism and applicability of the services. For example, one CSSC client claimed: "When they conduct trainings, people don't want to leave afterward. They want to continue



Chart 4.2: How Often have you used the products and services of the CSSC?

- Once a Year, 1%
- First-Time User, 1%
- Every 6 Months, 3%
- 1-2 Months, 24%
- Weekly, 71%

Legend: Weekly; 1-2 Months; Every 6 Months; Once a Year; First-Time User

talking and learning from the people at the centers."[22] This is supported by quantitative data. Of all the products and services, the training workshops were the most accessed. Ninety-one percent of respondents ranked their satisfaction with the CSSC training workshops as "satisfied" or better (the top three categories). Of that 49% were "completely satisfied", 32% were "very satisfied" and 10% were "satisfied.

---

[22] Quote taken from CSSC end-user.

In addition, similar to Kazakhstan and Kyrgyzstan, of all the trainings "Project Design" was the most popular followed by "NGO and Community". "Training Techniques and Methodologies" ranked third (see Chart 4.3).

In terms of quality of instruction, here too CSSC clients were satisfied. Ninety-one percent of respondents ranked their satisfaction with the quality of instruction as "satisfied" or better (the top three categories). In addition, the respondents found training workshops to be relevant to their needs with 87% ranking their satisfaction as "satisfied" or better (see Chart 4.4). For example, one respondent claimed that "trainings are tailored to my needs and that helps me carry-on with my work."[23]



This quantitative and qualitative data suggests that the CSSC services are demand-driven. Such a conclusion is bolstered by high marks for CSSC staff professionalism and responsiveness. In addition, the clients suggested that the provision of technical assistance was customized to their particular needs.



At the same time, the CSSCs face challenges as they attempt to become demand-driven enterprises. Currently, there does not appear to be CSSC-wide quality criteria/standards for service quality for services across CSSCs in Turkmenistan. A number of respondents suggested that the quality of service delivery is almost uniquely defined by the final impact of an activity. However, it is difficult to assess impact across CSSCs if different quality standards are utilized. Other respondents suggested that quality of services is evidenced by the continued demand for services. While certainly true in most environments, Turkmenistan is a different case in which few other services are available. Thus, high demand does not necessarily imply that services are of high quality but rather that they are the only services currently available and therefore in high demand. Another challenge is the issue of providing trainings in the Turkmen language as well as Russian. Turkmen is more widely spoken in Turkmenistan than Kyrgyz and Kazakh are in Kyrgyzstan and Kazakhstan. Currently trainings are delivered primarily in Russian with approximately 2-3

---

[23] Quote taken from CSSC end-user.

trainings delivered in Turkmen. As such, this limits the extent to which trainings can have a broader impact in Turkmenistan.

As CSSCs are the primary providers of the aforementioned services, it is also important to assess the capacity of CSSCs by examining their strengths and challenges. Among the CSSCs there are numerous strengths including the following: CSSCs and Counterpart both understand the specifics of the environment in which they operate and are able to craft creative solutions; the creation of discussion clubs organized and involving trainers, activists and volunteers; the high demand for client services and the high numbers of clients; some strong contract with local authorities through local governors; mobility, flexibility and adaptability of CSSCs in the changing, dynamic environment; and the continued provision of technical support service, registration support services and other support and assistance to NGOs and communities.

> "Whatever issues and ideas that facilitates the community getting together—that is the most important issue."
> -Counterpart Turkmenistan staff member
>
> "Our centers are just about the only link between local communities and the outside world."
> -Counterpart Turkmenistan staff member

These successes were underscored by several internal factors including: the highly professional CSSC staff specialized in civil society development and their focus on CSSC strategy; the Participatory Community Appraisal Process with Appreciative Inquiry (AI); the ability to initiate dialogue with some local authorities via community activists; and the emergence of advocacy when implementing CAG projects. Perhaps the most notable internal factor, however, was the degree to which the CSSC managers agreed on a present/future vision for CSSCs/CSSI. As noted in the AI Evaluation Workshops, CSSC managers underscored that the common elements of the CSSC/CSSI vision will facilitate success. These elements include the desire to: register NGOs (and to one day register the CSSCs themselves); expand on the existing informal and local network of CSSC satellite branches; work on a consistent basis with local, regional and national leaders; achieve sustainability and quick registration of projects; build strengthened, more horizontal relations between CSSCs and the Hub office; revitalize civic education; enhance participatory decision-making and program planning with local authorities; build the capacity of CSSC managers; and continually adapt and fine-tune CSSI's goals and objectives.

Also, while the external environment is very challenging to CSSI, there are certain external factors that do facilitate success. These include: the lack of competition by other organizations; the unique CSSI methodologies and tools; the demand driven services of the program; the strategic partnership with ICNL; and the presence and support of USAID in Turkmenistan.

In addition to the general strengths of CSSI in Turkmenistan, each CSSC has its own niche strengths. Ashgabat Center has good social partnership capacity. The Center builds avenues by which to work with the government (in fact a total of six community leaders have been promoted to government). One of the Ashgabat Center's strengths is that its projects/services strongly reflect the regional needs. The Dashoguz has a strong and strategically-minded manager something that has facilitated strong cooperation with the NGO sector. In particular, this center has strong partnership capabilities with ecological NGOs. One of the strengths of the Lebap Center is its location. The area has great potential for civil society development with an NGO

sector that is still quite active and socio-economic conditions/factors that favor further civil society development.

Indeed, the Lebap Center has great potential for development but has faced very severe challenges making program operation impossible. For example, the fact that the population is over 90% Uzbek (and that the majority of natural resources are located in this region) has led the government to control all activities and to cancel all training programs. This has caused program efforts in the region to become stagnant, has limited the CSSC's contact with government and underscored insufficient creativity of the Lebap staff in finding solutions.

As the CSSCs build on their strengths as well as their internal and external factors for achievement and success, they are often confronted by extremely difficult external factors that challenge and often limit success. These factors include: the general socio-political environment in Turkmenistan (as discussed above); the inherent difficulty in establishing viable and long-term partnerships with government due to the government high turnover rate; the lack of skills and tools to work with civil society on the part of the government; the CSSC's dependency on a single donor organization (the external environment limits their abilities to diversify funding sources); the arduous and arcane task of registering NGOs and their projects; the difficulty of managing two internal accounting policies (the market rate versus the official/bank rate in Turkmenistan); the dearth of accurate CSSI and USAID program information circulating at the top government levels; and the inherent disadvantage of working with government for fear of being co-opted and manipulated.

As previously alluded to in this chapter's introduction, Turkmenistan's external environment greatly influences Counterpart's ability to carry-out CSSI (or internal) objectives and plans. At present some of these internal challenges to CSSI in Turkmenistan include: insufficient coordination and communication between the Hub and the CSSC related to information sharing and reporting; limited Hub mentoring of the CSSCs; relatively slow reaction time in the development of a strategy to react to the new law on Public Association (see textbox 4.1); insufficient adaptation of CSSI to each of the distinct regional environments; the difficulty in releasing grants due to the dual accounting policies in Turkmenistan; there are no current PCA trainings since they have not been cost effective; and too few CSSC staff positions for the many obligations and responsibilities of the CSSCs.

## Objective 2
### *Engage in development activities identified by local communities in Turkmenistan.*

The CSSCs aim to assist in local communities in effectively engaging at the grassroots level as a means to improve linkages between civil society organizations (where they exist), community activists, and the CSSC constituencies. This enhances their ability to represent communities in promoting issue-based dialogue. The Participatory Community Appraisal and Community Action Planning (CAP)

-"We are actually involved in the activities defined by the communities. The communities come to us asking for help. Then we conduct activities together but the initiative comes from the communities themselves, we only facilitate."

-CSSC Staff member

*Social Impact, Inc.*

modules employ AI approaches to build on what is strong in communities and attempting to building on those assets.

At least in the past, CSSCs engaged with local communities in a variety of informal ways: "The engagement process is somewhat informal—they [communities] conduct activities and the initiatives come directly from them."[24]  In direct response to this trend and the variety of ways in which CSSC's engaged local communities, Counterpart developed the "Work Cycle of Facilitators/Consultants" (see Annex 10).  This plan examines the relationships between the CSSCs, Counterpart, the facilitators/consultants and the community.  It also begins to ensure that CSSCs are utilizing the same systems and processes for engaging in development activities identified by local communities in Turkmenistan.  The Work Cycle guide establishes key roles and responsibilities for the Hub office, the CSSCs and the facilitator/consultants.  The Hub office is charged with providing for overall leadership, implementation of rules, regulations and procedures as well as providing ongoing consultations, monitoring and feedback.  The CSSCs identify potential facilitator candidates and then provide formal training, on-the-job training, consulting and feedback support.  The facilitators/consultants then work directly with the communities employing Counterpart's methodologies.   The facilitator/consultant is thus empowered and trained to undertake his/her tasks and provides direct training to the communities, facilitates the PCA and CAP process and provides ongoing community consultations while the community prepares the project.   They are also credentialed by Counterpart receiving certification to practice after a 6-day workshop.  Currently, there is a cadre of 8 facilitators/consultants in each CSSC.

This newly-developed "Work Cycle for Facilitators/Consultants" aims to ensure that Counterpart engages in development activities that are indeed identified and initiated by communities.[25] Facilitators/consultants are trained to learn of community demands, the community itself (its condition as a community, ethnic/group composition, its institutions, population, etc.) and attempt to fit a potential projects within the general confines of Counterpart's requirements. After this assessment period, the target communities are identified.  Then consultants/facilitators begin their work with the communities.  These activities include: conducting the PCA, writing a PCA report; developing the CAP; developing a project, the project team and the project documents; potential project re-working according the Grant Committees recommendation; project registrations and implementation of the project.

The step-by-step "Work Cycle" aims to ensure that no steps are missed when engaging communities.  In addition it has various embedded mechanisms to guarantee that development activities are undertaken that are identified and needed by communities themselves. Most respondent suggested that, "They [CSSCs] are actually involved in the activities defined by communities because the communities come to the CSSCs and ask for help—they [communities] conduct the activities and the initiatives that come directly from them."[26]   Some challenges to this process remain however.  They include: the delayed provision of grants to the communities (due in part to Turkmenistan's socio-political environment); the CSSC model emphasizes bringing community members to the centers versus an emphasis on staff carrying-out the

---

[24] Quote taken from CSSC staff member.
[25] Please see Annex 10 for the complete "Work Cycle for Facilitators/Consultants".
[26] Quote taken from CSSC staff member.

*Social Impact, Inc.*

activities in the targeted community and/or satellite centers; the inherent difficulty in providing grants because of the dual accounting policies (market rate vs. bank/official rate); the misunderstanding of civil society in targeted communities; the stoppage of PCA trainings in Turkmenistan; and the fractured nature of community in Turkmenistan.  Taken together, these challenges have been formidable—there are few examples of success (only three local projects have been implemented) with the grant funding.  Counterpart has been more successful with the NGO institutional grants, however, having disbursed $143,567.18 as of March 1, 2005 (see Chart 4.5).

**Chart 4.5: NGO Institutional Grants**

| Grant Recipients | Grant Type | Amount Approved | Amount Disbursed as of March 1, 2005 |
|---|---|---|---|
| *Ashgabat CSSC* | CI Institutional | $51,475.00 | $43,448.00 |
| *Dashoguz CSSC* | CI Institutional | $54,677.00 | $42,530.00 |
| *Lebap CSSC* | CI Institutional | $54,468.00 | $38,947.75 |
| *Resource Center "Diller dunyasi"* | CI Institutional | $30,784.00 | $18,641.42 |
| **Subtotal** | | **$191,404.00** | **$143, 567.18** |

## Objective 3

*Support and strengthen the capacity development of NGOs, community-based organizations and community activists in initiating and promoting community initiatives that engage the government in dialogue.*

The Community Action Grant (CAG) Program is one method used to promote network-like activities throughout the country, with an emphasis on rural communities.  Multiple linkages between NGOs, CBOs, community initiatives, local associations and activists are meant to assist in the promotion and development of a capable set of registered organizations with competent leadership to lay the foundation for a functional and sustainable localized network.  The CAG also aims to build a stronger and more collaborative relationship with the communities and the local authorities facilitates this objective.

At the same time there are important challenges that CSSI faces in attempting to engage the government in dialogue.  These challenges include the following: CSSCs have no joint projects with governments and therefore no viable mechanism to facilitate dialogue; community members often lack tools to access government employees; governmental organizations are prohibited from contracting and collaborating with international and/or other organizations; government does not fully understand the work of the CSSI thereby eliminating a potential venue for trust and confidence-building; CSSCs may only make presentations to local authorities if invited; government authorities fear that by associating with representatives from civil society they may lose their jobs; local authorities often block community projects whether or not they are properly informed as to the nature of the project; and high turnover rates in government have further undermined the potential for partnership opportunities.  Even if civil society actors are able to

develop relationships with lower level government bureaucrats, these bureaucrats often lack the decision-making power and/or funding necessary to engage in development activities.

Forming a constructive dialogue with the two other entities, NGOs and for profit entities, has also proved challenging. There is no charitable law in Turkmenistan to encourage businesses to donate money. Informal methods ("under-the-table" methods) are the only means to acquire co-sponsorship though there had been little if any success in this area. Concerning NGOs, there are three types: government-backed civil society organizations; other registered civil society organizations; and unregistered civil society organizations. They are all very challenging to work with. Government-backed civil society organizations tend to be difficult to work and/or out of the purview of CSSI (many are sports-related NGOs). In terms of the registered NGOs, there are very few to work with and even if a partnership activity is initiated, the project must be registered with the local government. As the registration process for projects can be arduous, arcane and time-consuming, many projects are not approved. Formerly registered civil society organizations (e.g. NGOs that used to be registered before the Law on "Public Association" but have been unable or unwilling to reregister as NGOs) are easier to work with as they share many of the goals as CSSI but since they are not registered, they often lack capacity or the legitimacy to carry-out projects. Despite some of the inherent difficulty Counterpart has had in collaborating with organizations, Counterpart has had success in working with community activists. CSSC-sponsored "Discussion Clubs" and forums are providing an opportunity for community activist across issue areas and sectors to discuss community issues. It appears that here, CSSI is having the greatest success.

## Recommendations

Based on the evaluation findings presented in this chapter of the report, the key recommendations are described below and disaggregated by Objective. As was the case with findings and analysis above, some information applies to one or more objectives. This is also true for the recommendations below. In addition, this section includes cross-cutting recommendations as some recommendations did not fit neatly within the confines of one particular objective.

## Objective 1

- ***Develop uniform CSSC quality service standards and a uniform quality feedback system to better compare services across CSSCs and to systematically improve the quality of CSSC services.*** Counterpart and CSSCs should build on the development and implementation of the Client Satisfaction Survey to regularly monitor client satisfaction with CSSC services. Counterpart could provide the CSSCs with technical assistance to implement their own survey and evaluate the results, perhaps reporting the survey results back to Counterpart on a regular basis. These uniform feedback systems could assist CSSCs in the development of other services demanded by clients. Also, based on the feedback from the Client Satisfaction Survey, Counterpart could develop clear quality standards/targets so that individual CSSC can easily measure their own progress and take effective action. One area for immediate attention includes upgrading training modules to include beginner, intermediate and advanced modules. Other areas include building internal capacity to

*Social Impact, Inc.*

implement trainings in the Turkmen language and the hiring of more Turkmen speaking CSSC Project Coordinators/Community Outreach Coordinators working as community facilitators.

- ***Increase and improve communication channels between the Hub office and the CSSCs.*** The Hub office could increase and facilitate an improved exchange of best practices, lessons learned and other key program information among the CSSCs. Some possibilities could include publishing a bi-weekly or monthly bulletin that highlights success stories and shares best practices among the CSSC and its members. Other options could include regular exchanges among and between the CSSCs. In addition, Counterpart could provide increased levels of encouragement, capacity building and day-to-day mentoring of CSSCs in the areas of management, organizational development and program operations.

- ***"Repackage" Lebap's services for the next annual year to ensure that they remain salient.*** As noted by USAID, Counterpart and the Lebap Center should build on the assets and challenges of its community and its constituents. The area has a large youth population and a relatively high unemployment rate. As such, Counterpart could consider the roll-out of micro-enterprise development services and support to better reflect and address community concerns thereby raising the CSSC's credibility.

## Objective 2

- ***Counterpart should continue to develop a core network of community facilitators/activists in each CSSC to improve and better target CSSC activities.*** In addition to the "Work Cycle of Facilitator/Consultant Model", Counterpart could retrofit the facilitator/consultant cadre model by shifting from a CSSC model in which the CSSC's constituents come to the center for services to a model in which CSSC staff provide services in the centers or via a satellite centers.

## Objective 3

- ***Enlist the assistance of the U.S. Ambassador or the USAID Mission Director to facilitate the government's approval of key program activities.*** The Counterpart Regional Office could work with the U.S. Ambassador and the USAID Mission Director to develop a top-down program roll-out model in which major program events are approved by the highest levels of government. For example, one potential idea could be to implement a forum for dialogue and collaboration among different stakeholder groups in local development planning. This would help building on the successes of the community facilitator forum last October, sponsored by AED and Counterpart. The next step would include holding an Appreciative Inquiry forum of civil society organizations, entrepreneurs/business and government to foster multi-stakeholder communication, confidence building, and mutual planning, based on the strengths, best practices and appropriate role of each stakeholder group. Leveraging and complementing the best of what each party has to offer, the forum could then a support multi-year development planning that encourages participation and seeks opportunities for collaboration among the different stakeholder groups. This type of

forum could then be rolled-out across Turkmenistan eventually culminating in a national dialogue.

**Cross-Cutting Recommendations**

- ***Work more closely with ICNL to monitor the political environment.*** In light of recent events in Georgia, the Ukraine and Kyrgyzstan, Counterpart and the Association should leverage its partnership with ICNL to keep abreast of potential changes for NGOs operating in Turkmenistan. One way to leverage the partnership could be to invite ICNL to provide weekly, bi-weekly and weekly political debriefings. In addition, Counterpart should develop a mechanism by which political/legal developments are first closely followed by ICNL and then quickly dispersed to CSSCs and Counterpart to develop rapid programmatic responses.

- ***Develop scenario-based strategies for dealing with abrupt and potentially unforeseen changes in the political environment.*** Should the political/operational become quickly and/or increasing challenging (or dramatically opened), Counterpart could develop standard operating procedures to ensure the quick adaptation of program goals, strategies and objectives. The standard operating procedures could be agreed upon and implanted CSSC if necessary. They could include a certain degree of flexibility for CSSCs to react to situational.

- ***Decide on a clear strategy for the current CSSI contract with USAID.*** Some potential options include:
  - Convert the Ashgabat Center into national coordinating NGO with branch offices (CSSCs) with possibility of converting Ashgabat CSSC into national coordinating NGO;
  - Register all CSSCs as NGOs or have each CSSC subsumed under local or regional NGOs;
  - Seek out a national organization that would be willing to develop a joint venture with CSSI, preferably one that would have a comparative advantage in the Turkmenistan;
  - Pursue discussion with USAID to secure additional funding at the end of project and to extend CSSI given the unfavorable socio-political environment; or
  - Terminate CSSI in Turkmenistan.

**Annex 1: Satellite Offices in Kazakhstan**

Five of ARGO's NGO members have satellite offices in remote areas. These are: Ecocenter in Karaganda, Iris in Semei, Zubr in Ust-Kamenogorsk, ASTRA in Astana and Tan in Atyrau. Only Ecocenter had concluded a cooperation agreement with its satellite offices. The others work with the local centers on informal basis.

**ECOCENTER, Karaganda**
The Cooperation agreement with satellite offices was concluded in June 2004. The subject of the agreement is the mutual assistance in implementation of different programs and activities in the regions. All the offices were chosen from among the old partners of the CSSC. The satellite offices help in disseminating information, data collection, training and consulting the clients at the local level. In its turn Ecocenter provides the partners with capacity development consulting, training, and coaching.

| Name | Location | Date Established | Number of staff |
|---|---|---|---|
| Public Union "Ecos" | Saran town | June 23, 2004 | 6 |
| Association of family physicians | Zhezkazgan town | June 23, 2004 | 7 |
| Socially active school "Alians" | Aktogai raion, Shushubai village | June 23, 2004 | 6 |
| Public union "Ecocenter Karkaraly" | Karkaralinsk town | June 23, 2004 | 5 |
| Public union "Otrazheniye" | Temirtau town | June 23, 2004 | 3 |
| Public Union "Committee for self-governance "Enthusiast" | Dubovka village | June 23, 2004 | 3 |

**IRIS, Semei**
Iris works with its satellite offices on informal basis. The partnership with the different offices was made in different time. The local centers help in disseminating and collecting the information, consulting on different CSSC's projects and programs. The satellite offices receive training and consultative support from Iris.

| Name | Location | Date Established | Number of staff |
|---|---|---|---|
| Public Union "Asar" | Abaiskiy raion, Sarzhal village | March 1999 | 15 |
| Public Union "Arna" | Beskaragaiskiy raion, Begen village | January 2000 | 4 |
| Initiative group "Birlik" | Beskaragai raion, Semenovka village | 2001 | 2 |
| Public Union "Nadezhda" | Kurchatov town | 1998 | 2 |
| Initiative group "Belukha" | Ramadan village | 2003 | 3 |

*Social Impact, Inc.*

**TAN, Atyrau**

Tan works with satellite offices on informal basis as well. All the partners specialize on environmental issues. The initiative group "Zhas kanat" helps Tan to develop voluntarism in the region.

| Name | Location | Date Established | Number of staff |
|------|----------|------------------|-----------------|
| Initiative group | Berezovka village, west-Kazakhstan oblast | 2003 | 19 |
| Initiative group | Ganyushkino village | 2004 | 10 |
| Initiative group of young people "Zhas kanat" | Atyrau city | 2004 | 20 |

**Social corporative Foundation ZUBR, East Kazakhstan oblast**

ZUBR develops networks in the region. One network partner NGOs works since 1998. The other oblast network of social organizers was created in April 2004.

| Name | Location | Time started operating as satellite office | Number of staff |
|------|----------|--------------------------------------------|-----------------|
| Women supporting center "Nezabudka" | Ridder town | 1998 | 3 |
| Tourist club "Raduga" | Ridder town | 1998 | 2 |
| "Bumerang" | Ridder town | 1998 | 2 |
| Public union "Information cultural center "Leader" | Ridder town | 1998 | 3 |
| Shemonaikha association of raion youth and children organizations | Shemonaikha town | 1998 | 5 |
| Public foundation "Pervomaiskiy charity foundation for uninterrupted education" | Pervomaiskiy village | 1998 | 5 |
| Environmental tourist club TEC | Katon-Karagai village | 1998 | 3 |
| **Social organizers** | | | |
| Social organizer from Public union "Federation of youth and children organizations" | Ridder town | 2004 | Natalie Grigor |
| Social organizer from Public union "Federation of youth and children organizations" | Ridder town | 2004 | Svetlana Ivanova |

*Social Impact, Inc.*

| | | | |
|---|---|---|---|
| Social organizer from School named after Astaphiyev | Shemonaikha town | 2004 | Svetlana Zelentsova |
| Social organizer Shemonaikha association of raion youth and children organizations | Shemonaikha town | 2004 | Julia Leontiyeva |
| Youth union "Together" | Zyryanovsk town | 2004 | Irina Timopheyeva |
| Central city library | Zyryanovsk town | 2004 | Galina Goncharova |
| Village School, vice-director on out-of-school activities | New Bukhtarma village | 2004 | Larisa Polkovnikova |
| Art Center for children | New Bukhtarma village | 2004 | Alena Semenova |
| Public foundation "Pervomaiskiy charity foundation for uninterrupted education" | Pervomaiskiy village | 2004 | Anara Zhakupova |
| Department of ecological information and tourism | Katon-Karagai village | 2004 | Ainagul Nurgaliyeva |
| Women council of Samarskiy rural district | Samarskoye village | 2004 | Valentina Portnova |
| Director of school # 2 | Serebryansk town | 2004 | Margarita Bublikova |

## ASTRA, Astana

Astra works with satellite offices informally. The local centers help ASTRA in disseminating and collecting information, consulting the clients on different programs and activities. ASTRA in turn assists in developing organizational capacity of the local centers and provides key information.

| Name | Location | Time started operating as satellite office | Number of staff |
|---|---|---|---|
| Public Union "Angel" | Atbasar town | 2001 | 2 |
| Public Union "Zhenskiy luch" | Stepnogorsk town | 2002 | 3 |
| Public Union "Luch Nadezhdy" | Kokshetau city | 2004 | 2 |
| Public Union "Rodnik" | Korgaljino village | 2002 | 4 |

*Social Impact, Inc.*

### Annex 2: Projects Implemented with other NGOs, government agencies and for-profit organizations in Kazakhstan

| # | Month/ Year | ECOCENTER Karaganda | ASTRA Astana | ZHALGAS Almaty | ZUBR Oskemen | IRIS Semei | SMEDA Aktobe | ANGOKO Kostanai | TAN Atyrau |
|---|---|---|---|---|---|---|---|---|---|
| 1. | June 2003 | 3 Hivos; SPARE; Eurasia Foundation | 2 Eurasia Foundation, World bank | 0 | 1 Paid services for Association of Youth and children organizations | 0 | 2 Ministry of information; Oblast department for business support | 2 World bank; Paid copy services | - |
| 2. | July 2003 | 1 Soros Foundation | 0 | 0 | 2 Soros Foundation; Paid services for Association of Youth and children organizations | 0 | 0 | 1 UNDP | - |
| 3. | August 2003 | 1 Global green grant foundation (USA) | 0 | 0 | 2 Summer school for NGOs paid from charitable contributions; Dutch foundation Cordaid | 0 | 0 | 1 Paid copy services | - |
| 4. | September 2003 | 3 Ministry of information; ISAR; World woman foundation | 0 | 0 | 0 | 0 | 0 | 0 | - |
| 5. | October 2003 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6. | November 2003 | 0 | 0 | 0 | 0 | 0 | 0 | 3 Ministry of information; | 0 |

*Social Impact, Inc.*

| # | Month/ Year | ECOCENTER Karaganda | ASTRA Astana | ZHALGAS Almaty | ZUBR Oskemen | IRIS Semei | SMEDA Aktobe | ANGOKO Kostanai | TAN Atyrau |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Department of inner policy; Paid copy services | |
| 7. | December 2003 | 1 Soros Foundation | 0 | 0 | 0 | 0 | 0 | 1 Ministry of information | 0 |
| 8. | January 2004 | 1 Hivos | 0 | 1 World bank | 0 | 0 | 0 | 0 | 0 |
| 9. | February 2004 | 0 | 1 Soros Foundation | 0 | 0 | 0 | 0 | 1 Paid copy services | 0 |
| 10. | March 2004 | 0 | 0 | 0 | 1 Soros Foundation | 0 | 0 | 1 Paid copy services | 0 |
| 11. | April 2004 | 0 | 1 Eurasia Foundation | 0 | 0 | 2 Soros Foundation; Mushel (Great Britain) | 2 OSCE; Oblast department for business support | 1 Paid copy services | 0 |
| 12. | May 2004 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13. | June 2004 | 2 Department of inner policy; Eurasia foundation | 0 | 1 OSCE | 3 Paid services (for the training); Joint project sponsored by Department of inner policy and Soros foundation; Paid services (financial plan development) | 0 | 3 TACIS; European Union; USAID/ASMED | 0 | 0 |

*Social Impact, Inc.*

| # | Month/ Year | ECOCENTER Karaganda | ASTRA Astana | ZHALGAS Almaty | ZUBR Oskemen | IRIS Semei | SMEDA Aktobe | ANGOKO Kostanai | TAN Atyrau |
|---|---|---|---|---|---|---|---|---|---|
| 14. | July 2004 | 0 | 0 | 0 | 0 | 0 | 1 Oblast department for business support | 0 | 0 |
| 15. | August 2004 | 0 | 0 | 0 | 0 | 0 | 0 | 1 Department of inner policy | 0 |
| 16. | September 2004 | 1 Earth Island institute | 0 | 0 | 0 | 0 | 1 TACIS | 0 | 0 |
| 17. | October 2004 | 0 | 0 | 0 | 1 Soros Foundation | 0 | 0 | 2 Paid services (IT invest); UNDP | 4 Green foundation; Soros Foundation; Agip; Regional education center |
| 18. | November 2004 | 2 Department of inner policy; Soros Foundation | 0 | 0 | 1 Soros Foundation | 0 | 0 | 1 Paid services (IT invest) | 0 |
| 19. | December 2004 | 0 | 1 Soros Foundation | 0 | | 1 AED | 1 Soros Foundation | 5 Soros Foundation; US State department; IT invest; Paid Evaluation services; AED (Internship) | 0 |
| | TOTAL | 15 | 5 | 2 | 11 | 3 | 10 | 20 | 4 |
| | DONORS | Government | International | International | Paid services – | International | Government | Government | Government |

*Social Impact, Inc.*

| # | Month/ Year | ECOCENTER Karaganda | ASTRA Astana | ZHALGAS Almaty | ZUBR Oskemen | IRIS Semei | SMEDA Aktobe | ANGOKO Kostanai | TAN Atyrau |
|---|---|---|---|---|---|---|---|---|---|
| | | agencies - 3 International donors - 12 | donors – 5 | donors – 2 | 4 International donors – 5 Business – 1 Government agencies - 1 | donors – 3 | agencies - 4 International donors - 6 | agencies - 5 Paid services – 10 International donors - 5 | agencies – 1 For-profit organizations – 1 International donors – 2 |

*Social Impact, Inc.*

### Annex 3: CSSC's Sources of Income (split by percentage/total) in Kazakhstan

**Please note:** There is a lack of information available for the year 2004. Though the evaluation process has been completed, the reports were not completed as there was no responsible capacity coordinator who could prepare the summary reports.

**IRIS, Semei**

|   | Source of funding | 2001 | 2002 | 2003 Sept | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 0% | 0% | 1% | 0.33% | |
| *II* | *Local fundraising* | 2% | 2% | 1% | 1.60% | |
| *III* | *External Funding* | 93% | 93% | 93% | 93.00% | |
| *IV* | *Other* | 5% | 5% | 5% | 5.00% | |
|   | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 2% | **2** |

**Association of Non-Governmental Organizations in Kostanai Oblast**

|   | Source of funding | 2001 | 2002 | 2003 Aug | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 0% | 3% | 0% | 1.38% | |
| *II* | *Local fundraising* | 0% | 0% | 0% | 0.00% | |
| *III* | *External Funding* | 100% | 97% | 96% | 97.35% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
|   | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 1% | **2** |

*Social Impact, Inc.*

**Zhalgas Counterpart, Almaty**

|   | Source of funding | 2001 | 2002 | 2003 Sept | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 63% | 28% | 46% | 45.67% | |
| *II* | *Local fundraising* | 0% | 0% | 0% | 0.00% | |
| *III* | *External Funding* | 37% | 72% | 54% | 54.33% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
| | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 46% | **4** |

**TAN, Atyrau**

|   | Source of funding | 2001 | 2002 | 2003 Sept | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 0% | 0% | 0% | 0.00% | |
| *II* | *Local fundraising* | 0% | 0% | 45% | 15.00% | |
| *III* | *External Funding* | 0% | 0% | 55% | 18.33% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
| | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 15% | **3** |

**Smeda, Aktobe**

|   | Source of funding | 2001 | 2002 | 2003 Sept | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 28% | 7% | 0% | 11.67% | |
| *II* | *Local fundraising* | 0% | 0% | 64% | 21.33% | |
| *III* | *External Funding* | 72% | 93% | 36% | 67.00% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
| | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 33% | **4** |

*Social Impact, Inc.*

**Agency of Social Technologies and Development ASTRA, Astana**

|  | Source of funding | 2001 | 2002 | 2003 Aug | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 0% | 0% | 0% | 0.00% | |
| *II* | *Local fundraising* | 0% | 0% | 0% | 0.00% | |
| *III* | *External Funding* | 100% | 100% | 100% | 100.00% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
| | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 0% | **1** |

**ZUBR, Ust-Kamenogorsk**

|  | Source of funding | 2001 | 2002 | 2003 Sept | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 2% | 5% | 2% | 3.00% | |
| *II* | *Local fundraising* | 3% | 50% | 18% | 23.67% | |
| *III* | *External Funding* | 95% | 45% | 80% | 73.33% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
| | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 27% | **2** |

**Ecocenter, Karaganda**

|  | Source of funding | 2001 | 2002 | 2003 July | Average per year | Scoring for Sustainability Ratio |
|---|---|---|---|---|---|---|
| *I* | *Self-financing* | 0% | 0% | 0% | 0.00% | |
| *II* | *Local fundraising* | 0% | 0% | 0% | 0.00% | |
| *III* | *External Funding* | 100% | 100% | 100% | 100.00% | |
| *IV* | *Other* | 0% | 0% | 0% | 0.00% | |
| | TOTAL | 100% | 100% | 100% | 100% | |
| V | **Sustainability Ratio** *(% Self-financing+ %Local fundraising (I+II))* | | | | 0% | **1** |

*Social Impact, Inc.*

**Annex: 4: CSSC's Sources of Income (split by percentage/total) in Kyrgyzstan**

**_Batken CSSC_**

| Financial Sources | Baseline 2001-2003 | Performance 2004 | Planned- 2005-2006 |
|---|---|---|---|
| **I. Self financing** | | | |
| Fee-for service | 0.3% | | |
| Membership development | | | |
| Income generation/Social enterprises | | | |
| *Sub-total I* | | | |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | | |
| Governmental order | | | |
| *Sub-total II* | | | |
| **III. External financing** | | | |
| Long term institutional grants | 99.7% | 100% | 100% |
| Short term institutional grants | | | |
| Others | | | |
| *Sub-Total III* | 99.7% | 100% | 100% |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | **$167909** | **$130000** |

**_Bishkek CSSC_**

| Financial Sources | Baseline 2001-2003 | Performance 2004 | Planned- 2005-2006 |
|---|---|---|---|
| **I. Self financing** | | | |
| Fee-for service | | 4% | 0.6% |
| Membership development | | | |
| Income generation/Social enterprises | | | |
| *Sub-total I* | | **4%** | **0.6%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | | |
| Governmental order | | | |

*Social Impact, Inc.*

| | | | |
|---|---|---|---|
| ***Sub-total II*** | | | |
| **III. External financing** | | | |
| Long term institutional grants | 100% | 96% | 99.94% |
| Short term institutional grants | | | |
| Others | | | |
| ***Sub-Total III*** | **100%** | **96%** | **99.94%** |
| **Others** | | | |
| ***Subtotal others III*** | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | **$161.650** | **$152.500** |

### *Jalal-Abad CSSC*

| Financial Sources | Baseline 2001-2003 | Performance 2004 | Planned- 2005-2006 |
|---|---|---|---|
| **I. Self financing** | | | |
| Fee-for service | 0.14% | | 2.6% |
| Membership development | | | |
| Income generation/Social enterprises | | | 21.4% |
| ***Sub-total I*** | **0.14%** | | **24%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | | |
| Governmental order | | | |
| ***Sub-total II*** | | | |
| **III. External financing** | | | |
| Long term institutional grants | 99.86% | 100% | 76% |
| Short term institutional grants | | | |
| Others | | | |
| ***Sub-Total III*** | **99.86%** | **100%** | **76%** |
| Others | | | |
| ***Subtotal others III*** | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | $55603 | $21320 |

### Kant CSSC

| Financial Sources | Baseline 2001-2003 | Performance 2004 | Planned- 2005-2006 |
|---|---|---|---|

*Social Impact, Inc.*

| **I. Self financing** | | | |
|---|---|---|---|
| Fee-for service | | 3% | 2.6% |
| Membership development | | | |
| Income generation/Social enterprises | | 2.59% | 21.4% |
| ***Sub-total I*** | | **5.59%** | **24%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | | |
| Governmental order | 4.8% | | |
| ***Sub-total II*** | **4.8%** | | |
| **III. External financing** | | | |
| Long term institutional grants | 99.86% | 90% | 76% |
| Short term institutional grants | | | |
| Others | | | |
| ***Sub-Total III*** | **83.67%** | **90%** | **76%** |
| **Others** | 1.83 | | |
| ***Subtotal others III*** | **1.83** | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | $62524 | |

***Kara-Balta CSSC***

| **Financial Sources** | **Baseline** | **Performance** | **Planned-** |
|---|---|---|---|
| | **2001-2003** | **2004** | **2005-2006** |
| **I. Self financing** | | | |
| Fee-for service | 0.45% | | 3.43% |
| Membership development | | | 0.3% |
| Income generation/Social enterprises | | | 1.56% |
| ***Sub-total I*** | | | **5.31%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | 0.3% |
| Public fundraising | | | 1.56% |
| Governmental order | | | |
| ***Sub-total II*** | | | **1.87%** |
| **III. External financing** | | | |
| Long term institutional grants | 99.55% | 100% | 92.82% |
| Short term institutional grants | | | |
| Others | | | |
| ***Sub-Total III*** | **99.55%** | **100%** | **92.82%** |

*Social Impact, Inc.*

| Others | | | |
|---|---|---|---|
| *Subtotal others III* | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | $34400 | $3200 |

### *Karakol CSSC*

| Financial Sources | Baseline | Performance | Planned- |
|---|---|---|---|
| | **2001-2003** | **2004** | **2005-2006** |
| **I. Self financing** | | | |
| Fee-for service | 0.87% | | 3.12% |
| Membership development | | | 0.31% |
| Income generation/Social enterprises | 1% | | |
| *Sub-total I* | **1.87%** | | **3.43%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | 9.20 | 24.95% | 31.25% |
| Public fundraising | | | 0.31% |
| Governmental order | | | 0.31% |
| *Sub-total II* | **9.20%** | **24.95%** | **31.87%** |
| **III. External financing** | | | |
| Long term institutional grants | 88.93% | 100% | 62.5% |
| Short term institutional grants | | | |
| Others | | | |
| *Sub-Total III* | **88.93%** | **75.05%** | **62.5%** |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | **$40065** | **$32350** |

### *Kerben CSSC*

| Financial Sources | Baseline | Performance | Planned- |
|---|---|---|---|
| | **2001-2003** | **2004** | **2005-2006** |
| **I. Self financing** | | | |
| Fee-for service | 12.25% | | |
| Membership development | | | |
| Income generation/Social enterprises | | | |
| *Sub-total I* | **12.25%** | | |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |

*Social Impact, Inc.*

| Public fundraising | | | |
|---|---|---|---|
| Governmental order | | | |
| *Sub-total II* | | | |
| **III. External financing** | | | |
| Long term institutional grants | 87.44% | **100%** | |
| Short term institutional grants | | | |
| Others | | | |
| *Sub-Total III* | **87.44%** | **100%** | |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | $59094 | $15500 |

### *Naryn CSSC*

| Financial Sources | Baseline 2001-2003 | Performance 2004 | Planned- 2005-2006 |
|---|---|---|---|
| **I. Self financing** | | | |
| Fee-for service | 0.44% | 3.35% | 2.25% |
| Membership development | | 0.30% | 0.21 |
| Income generation/Social enterprises | | 0.15% | 12.88 |
| *Sub-total I* | **0.44%** | **3.5%** | **15.34%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | 1.39% |
| Public fundraising | | | |
| Governmental order | 0.76% | 1.97% | |
| *Sub-total II* | **0.76%** | **1.97%** | **1.39%** |
| **III. External financing** | | | |
| Long term institutional grants | 87.44% | **94.53%** | **83.24%** |
| Short term institutional grants | | | |
| Others | | | |
| *Sub-Total III* | **87.44%** | **100%** | **83.24%** |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | **$16388** | **$23274** |

### *Nookat CSSC*

| Financial Sources | Baseline | Performance | Planned- |
|---|---|---|---|

*Social Impact, Inc.*

|  | **2001-2003** | **2004** | **2005-2006** |
|---|---|---|---|
| **I. Self financing** | | | |
| Fee-for service | | 7.22% | 4.5% |
| Membership development | 2% | 2% | 0.81% |
| Income generation/Social enterprises | 12.74% | | 20.48% |
| *Sub-total I* | **14.74%** | **9.22%** | **25.79%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | | 2.04% |
| Governmental order | 15.36% | | |
| *Sub-total II* | **15.36%** | | **2.04%** |
| **III. External financing** | | | |
| Long term institutional grants | 68.75% | **90.77%** | **72.17%** |
| Short term institutional grants | | | |
| Others | | | |
| *Sub-Total III* | **68.75%** | **90.77%** | **72.17%** |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | **100%** | **100%** | **100%** |
| Annual budget | | **$36178** | **$24404** |

### *Osh CSSC*

| Financial Sources | Baseline 2001-2003 | Performance 2004 | Planned- 2005-2006 |
|---|---|---|---|
| **I. Self financing** | | | |
| Fee-for service | | 4% | 9.59% |
| Membership development | | | |
| Income generation/Social enterprises | | | |
| *Sub-total I* | | **4%** | **9.59%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | | |
| Governmental order | | | |
| *Sub-total II* | | | |
| **III. External financing** | | | |
| Long term institutional grants | 100% | 96% | 90.40% |
| Short term institutional grants | | | |
| Others | | | |

*Social Impact, Inc.*

| | | | |
|---|---|---|---|
| *Sub-Total III* | 100% | 96% | 90.40% |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | 100% | 100% | 100% |
| Annual budget | | $65850 | $16640 |

### Talas CSSC

| Financial Sources | Baseline | Performance | Planned- |
|---|---|---|---|
| | 2001-2003 | 2004 | 2005-2006 |
| **I. Self financing** | | | |
| Fee-for service | 0.08% | 5% | 5% |
| Membership development | | 7% | 7% |
| Income generation/Social enterprises | | | 11.76% |
| *Sub-total I* | **0.08%** | **12%** | **23.76%** |
| **II. Local fundraising:** | | | |
| Corporate philanthropy | | | |
| Public fundraising | | 1% | |
| Governmental order | | 3% | |
| *Sub-total II* | | **4%** | |
| **III. External financing** | | | |
| Long term institutional grants | 99.33% | 60% | |
| Short term institutional grants | | 24% | |
| Others | | | |
| *Sub-Total III* | **99.33%** | 84% | 76.24% |
| **Others** | | | |
| *Subtotal others III* | | | |
| Total | **100%** | 100% | 100% |
| Annual budget | | $19650 | $26400 |

### CSSC Association

| Financial Sources | Baseline | Performance | Planned- |
|---|---|---|---|
| | 2001-2003 | 2004 | 2005-2006 |
| **I. Self financing** | n/a | | |
| Fee-for service | n/a | 0.25% | 0,4% |
| Membership development | n/a | | 0,07% |
| Income generation/Social enterprises | n/a | | |
| *Sub-total I* | n/a | **0.25%** | **0.47%** |
| **II. Local fundraising:** | n/a | | |

*Social Impact, Inc.*

| | | | |
|---|---|---|---|
| Corporate philanthropy | **n/a** | | |
| Public fundraising | **n/a** | | 1.17% |
| Governmental order | **n/a** | | 1,1% |
| *Sub-total II* | **n/a** | | **2.27%** |
| **III. External financing** | **n/a** | | |
| Long term institutional grants | **n/a** | | 97.26% |
| Short term institutional grants | **n/a** | | |
| Others | **n/a** | | |
| *Sub-Total III* | **n/a** | | **97.26%** |
| **Others** | **n/a** | | |
| *Subtotal others III* | **n/a** | | |
| Total | **n/a** | 100% | 100% |
| Annual budget | | **$211535** | **$737905** |

*Social Impact, Inc.*

### Annex 5: Kyrgyzstan Sources of Income of CSSC and Association

**Batken CSSC**

*Actual for 2004*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1 | SDC | RDR | $91979 | 01.06.04.-01.05.04 |
| 2 | Mercycorps | PCI | $12 000 | 01.11.04.-30.04.05. |
| 3 | Hivos | KUP | $50000 | 01.01.04.-31.12.05. |
| 7 | Soros | CSSC | $6050 | November2004- April 2005 г. |
| 8 | USAID | CSSC | $7015 | 01.01.05-30.12.05 |
| 11 | USAID | "Healthy communities" | $ 865 | 01.11.04-30.04.05 |
| | **Annual budget** | | **$167909** | |

*Planned for 2005-2006*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1 | GTZ | Development of Community Foundations | $50000 | 2004-2005 |
| 2 | OSCE | Delimitation and demarcation of frontier of Kyrgyzstan | $42000 | 2004-2005 |
| 3 | GTZ | Training on conflictology for communities | $20000 | 2005-2006 |
| 7 | OSCE | Women and election | $18000 | 2005-2006 |
| | **Annual budget** | | **$130000** | |

**Bishkek CSSC**

*Actual for 2004*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1 | ICCO | Support of NGOs in Kyrgyz Republic and institutional development of the NGO "Interbilim" | $70000 | 01.06.04.-01.05.04 |
| 2 | Counterpart International | Health communities | $850 | 01.11.04.-30.04.05. |

*Social Impact, Inc.*

| 3 | DCA (Denmark) | Fair and transparent elections | € 31.000 ($40800) | 01.01.04.-31.12.05. |
|---|---|---|---|---|
| 7 | Allavida | Trust, Interrelation, Collaboration, ( Volunteer development program) | $ 50.000 | November2004- April 2005 г. |
| | **Annual budget** | | **$161.650** | |

### *Planned for 2005-2006*

| № | **Organizations ( sources of financing)** | **Project Title** | **Grant sum** | **Project Duration** |
|---|---|---|---|---|
| 1 | ▪ Fee-for -services | Fee-for service training for<br>▪ Helvetas<br>▪ TACIS<br>▪ CAMP | $200<br>$600<br>$200 | February - Хельветас March August – TACIS February – March - CAMP |
| 2 | Helvetas | Participatory community appraisal | $1500 | 2005г.-2006 |
| 3 | European Union | Support of NGOs in Kyrgyz Republic and institutional development of the NGO "Interbilim" | $150000 | 2005г-2006 |
| | **Annual budget** | | $152500 | |

## Jalal-Abad CSSC

### *Actual for 2004*

| № | **Organizations ( sources of financing)** | **Project Title** | **Grant sum** | **Project Duration** |
|---|---|---|---|---|
| 1. | USAID | CSSI program | $11369,00 | 1/01/04-31/12/04 |
| 2. | World Bank | Village investment project | $9920,00 | 1/01/04-31/12/04 |
| 3. | Winrock Int. | We are against traffic | $12783,00 | 1/05/04-30/10/04 |
| 4. | Washington University | Internet center | $4800,00 | 24/05/04-31/10/04 |
| 5. | New Zealand Embassy | Internet center | $9986,00 | 1/09/04-1/09/05 |
| 6. | Democracy commission of US Embassy | Internet center | $4500,00 | 1/09/04-1/09/05 |
| 7. | New Zealand Embassy | Internet center | $2245,00 | 1/09/04-1/09/05 |

CSSI Mid-Term Evaluation Report

*Social Impact, Inc.*

| | | | | |
|---|---|---|---|---|
| 8. | **Annual budget** | | $55603 | |

## Planned for 2005-2006

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | Fee-for service for CSSC clients | Fee-for service training | $650 | 2005-2006 |
| 2. | World bank | Village investment project | $2932 | 2005-2006 |
| 3. | Winrock Int. | Trafficking | $10000 | 2005-2006 |
| 4. | Fee- for service of Internet center ( IP tel/ADSL) | Fee-for service | $4098 | 2005 |
| 5. | ICNL | Legal services for NGOs | $2400 | 2005 |
| 6. | NGOs, CBOs | Fee-for services of equipment and rent | $1240 | 2005 |
| 7. | **Annual budget** | | $21320 | |

## Kant CSSC

### Actual for 2004

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | UNHCR | Support to refugees and NGOs | $32122 | 2004 |
| 2. | USAID | CSSI program | $8110 | 2004 |
| 3. | ABA | Legal services for NGO | $3432.97 | 2004 |
| 4. | World Bank | Village investment project | $9538.03 | 2004 |
| 5. | Asian Bank of Development | Participation of local communities | $6977 | 2004 |
| 6. | Fee for service | Training | $2345 | 2004 |
| 7. | **Annual budget** | | $62524 | |

## Kara-Balta CSSC

### Actual for 2004

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|

*Social Impact, Inc.*

| | | | | |
|---|---|---|---|---|
| 1 | Counterpart/ UNHCR | Services for refugees | $11000,04 | 2003-2004 |
| 2 | Counterpart | Institutional grant | $ 7 730,00 | 2003-2004 |
| 3 | TASIC | Institutional grant | $7020,00 | 2004-2005 |
| 4 | Soros Foundation | Dialog  and partnership | $ 5 187,00 | 2004-2005 |
| 5 | Eurasia Foundation | Legal services for NGOs | $ 3 463,00 | 2004 |
| | **Annual budget** | | $34400 | |

## Planned for 2005-2006

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | USAID | CSSI | $5500 | 2005-2006 |
| 2. | UNHCR | Support to refugees | $5000 | 2005-2006 |
| 3. | Soros Foundation | Partnership in local communities | $10000 | 2005-2006 |
| 4. | Eurasia | Legal services for NGO | $3200 | 2005-2006 |
| 5. | Asian Bank of development/European Union/New Zealand embassy, MCF | Support to rural entrepreneurship | $3000 | 2005-2006 |
| 6. | MOM | Migrants support project | $3000 | 2005-2006 |
| 7. | Membership fees | | $100 | 2005-2006 |
| 8. | Sponsorship | | $100 | 2005-2006 |
| 9. | Corporate philanthropy | | $500 | 2005-2006 |
| 10. | Fee –for -service | Training, | $1000 | 2005-2006 |
| 11. | Representation for donors | Representation | $100 | 2005-2006 |
| 12. | Social enterprise | Real estate business | $500 | 2005-2006 |
| 13. | **Annual budget** | | $32000 | |

## Karakol CSSC

## Actual for 2004

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1 | Soros Foundation | Support to NGOs | $4000 | 2004-2005 |
| 2 | USAID | CSSI program | $9682 | 2004 |
| 3 | World Bank | Village investment project | $10355 | 2004 |

*Social Impact, Inc.*

| | | | | |
|---|---|---|---|---|
| 4 | Democracy commission of US Embassy | Democracy school | $6028 | 2004 |
| 5 | Corporate philanthropy | Kumtor operating company | $10000 | 2004 |
| | **Annual budget** | | $40065 | |

### Planned for 2005-2006

| № | Organizations (sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | USAID | CSSI | $10000 | 2005 |
| 2. | Soros Foundation | Partnership in local communities | $10000 | 2005-2006 |
| 3. | Membership fees | Membership development | $100 | 2005 |
| 4. | Sponsorship | Local corporates | $150 | 2005 |
| 5. | Corporate philanthropy | Kumtor operating company | $10000 | 2005 |
| 6. | Fee –for -service | Training, | $500 | 2005 |
| 7. | Representation for donors | Representation | $500 | 2005 |
| 8. | Social enterprise | Guesthouse | $1000 | 2005 |
| 9. | Government | Training | $100 | 2005 |
| 10. | **Annual budget** | | $32350 | |

## Kerben CSSC

### Actual for 2004

| № | Organizations (sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | USAID | CSSI | $7920 | 2004 |
| 2. | USAID | Healthy communities | $860 | 2004 |
| 3. | TASIC | Participation in local level | $17841 | 2004 |
| 4. | Soros Foundation | Partnership in local communities | $6000 | 2004 |
| 5. | ISNL | Legal services for NGO | $2836,25 | 2004 |
| 6. | World Bank of development | Village investment project | $4883,41 | 2004 |
| 7. | World Bank of development | Village investment project | $9907,77 | 2004 |
| 8. | Eurasia Foundation | Information of population on migration | $8847 | 2004 |
| 9. | **Annual budget** | | $59094 | |

*Social Impact, Inc.*

*Planned for 2005-2006*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | Counterpart | Social Enterprise | $3000 | 2005 |
| 2. | World Bank | Training on VIP ( Village investment Project) | $2500 | 2005 |
| 3. | WINROCK Int. | Traffic prevention | $10000 | 2005 |
| 4. | **Annual budget** | | $15500 | |

## Naryn CSSC

*Actual for 2004*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | USAID/Counterpart | CSSI | $ 8140 | 2004 |
| 2. | USAID/Counterpart | Healthy communities | $1890 | 2004 |
| 3. | Soros Foundation | Partnership in local communities | $ 3500 | 2004 |
| 4. | ISNL | Legal services for NGO | $ 1800 | 2004 |
| 5. | USAID | Election | $110 | 2004 |
| 6. | Membership development | | $50 | 2004 |
| 7. | Fee for services, | | $549 | 2004 |
| 8. | Sponsorship | Development of sponsorship | $324 | 2004 |
| 9. | Rent of training room | | $25 | 2004 |
| 10. | **Annual budget** | | $16388 | |

**Planned**

*Planned for 2005-2006*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | USAID/Counterpart | CSSI | $6375 | 2005 |
| 2. | USAID/Counterpart | Healthy communities | $2000 | 2005 |
| 3. | Social enterprise | DVD studio | $3 000 | 2005 |
| 4. | Media Center | Democracy commission | $ 11 000 | 2005 |
| 5. | Membership development | | $50 | 2005 |
| 6. | Fee for services, | | $500 | 2005 |

*Social Impact, Inc.*

| 7. | Sponsorship | Development of sponsorship | $324 | 2005 |
|---|---|---|---|---|
| 8. | Rent of training room | | $25 | 2005 |
| 9. | **Annual budget** | | $23274 | |

## Nookat CSSC

### Actual for 2004

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | UNHCR | Support to refugees and NGOs | $2500 | 2004 |
| 2. | USAID | CSSI project | $8575 | 01/04/01-31/12/03 |
| 3. | TASIC | Rural entrepreneurship | Euro 6330 | 2004 |
| 4. | USAID | Healthy communities | $860 | c 1/07/03-31/12/03 |
| 5. | World Bank | Village investment project | $8406 | 1/01/04-31/12/04 |
| 6. | Winrock Int. | We are against traffic | $4500 | 1/05/04-30/10/04 |
| 7. | Fee-for -services | Training, survey | $3337 | 2004 |
| 8. | **Annual budget** | | $36178 | |

### Planned for 2005-2006

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | USAID | CSSI project | $9604 | 01/04/01-31/12/03 |
| 2. | TASIC | Rural entrepreneurship | $8000 | 2005 |
| 3. | Social enterprise | Agriculture | $1500 | 2005 |
| 4. | Social enterprise | Cattle breeding | $1500 | 2005 |
| 5. | Social enterprise | Shop | $2000 | 2005 |
| 6. | Membership development | Membership fee | $200 | 2005 |
| 7. | Fee for service | Training, equipment | $1100 | 2005 |
| 8. | Sponsorship | Sponsorship development | $500 | |
| 9. | **Annual budget** | | $24404 | |

## Osh CSSC

### Actual for 2004

*Social Impact, Inc.*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | Soros Foundation | NGO support program | $6000 | 2004 |
| 2. | USIAD /Counterpart International | Health communities | $850 | 2004 |
| 3. | USIAD /Counterpart International | CSSI program | $9000 | 2004 |
| 4. | Allavida | Trust, Interrelation, Collaboration, ( Volunteer development program) | $ 50.000 | November2004-  April 2005 г. |
| 5. | **Annual budget** | | $65850 | |

*Planned for 2005-2006*

| № | Organizations ( sources of financing) | Project Title | Grant sum | Project Duration |
|---|---|---|---|---|
| 1. | ▪ Fee-for - services | Fee-for  service  training for | $1000 | 2005 |
| 2. | USIAD /Counterpart International | Health communities | $850 | 2004 |
| 3. | USIAD /Counterpart International | CSSI program | $7790 | 2004 |
| 4. | Helvetas | Participatory community appraisal | $500 | 2005г. |
| 5. | Representation | Donors In KG | $500 | 2005г |
| 6. | Counterpart International | Election program | $5000 | 2005 |
| 7. | **Annual budget** | | $16640 | |

**Talas CSSC**

*Actual for 2004*

| № | Organizations ( sources of financing) | Project title | Grant sum | Grant duration |
|---|---|---|---|---|
| 1. | Soros | NGO support program | $5900 | 2004 |

*Social Impact, Inc.*

| № | | Project title | Grant sum | Grant duration |
|---|---|---|---|---|
| | Foundation | | | |
| 2. | USIAD /Counterpart International | Health communities | $850 | 2004 |
| 3. | USIAD /Counterpart International | CSSI program | $5900 | 2004 |
| 4. | Democracy commission | Civic education center | $7000 | 2004 |
| 5. | **Annual budget** | | $19650 | |

### Planned for 2005-2006

| № | Name of organizations provided financial support and contact information | Project title | Grant sum | Grant duration |
|---|---|---|---|---|
| 1. | Eurasia Foundation | NGO support program | $14000 | 2005-06 |
| 2. | USIAD /Counterpart International | Health communities | $850 | 2005-06 |
| 3. | USIAD /Counterpart International | Social enterprise | $3000 | 2005-06 |
| 4. | Democracy commission | Civic education center | $4000 | 2005-06 |
| 5. | Democracy commission | Stimuli grants | $4500 | 2005-06 |
| 6. | Membership development | Membership fee | $50 | |
| 7. | **Annual budget** | | $26400 | |

## CSSC Association

### Actual for 2004

| № | Name of organizations provided financial support and contact information | Project title | Grant sum | Grant duration |
|---|---|---|---|---|
| 1. | Eurasia Foundation | Legal Advisors Support Project. | $ 34 800 | Sep 2004 – Sep 2005 |
| | Counterpart International | Institutional Grant | $ 98332 | 2004 |
| 2. | Foundation Soros- | Trainings for | $ 77 867 | Dec 2004 – |

*Social Impact, Inc.*

|   | Kyrgyzstan | authorized representatives of candidates to the Deputy of Jogorku Kenesh regarding election procedures. |  | March 2005 |
|---|---|---|---|---|
| 3. | Fee-for service | Training, consultation | $536 | 2004 |
|   | **Annual budget** |  | $211535 |  |

**Planned for 2005**

| № | Name of organizations provided financial support and contact information | Project title | Grant sum | Grant duration |
|---|---|---|---|---|
|   | Counterpart International | Institutional Grant | $428278 | 2005 |
|   | Counterpart International | Election grant | $9000 | 2005 |
|   | Counterpart International | Election grant | $150000 | 2005 |
|   | Eurasia Foundation | Legal Advisors Support Project. | $ 24 800 | Sep 2004 – Sep 2005 |
|   | Foundation Soros-Kyrgyzstan | Trainings for authorized representatives of candidates to the Deputy of Jogorku Kenesh regarding election procedures. | $ 77 827 | Dec 2004 – March 2005 |
|   | Democracy commission | Civil society survey | $5000 | 2005 |
|   | Mama Cash, New Zealand , Canada Embassies | Organizational Development | $15000 | 2005 |
|   | UNDP, DFID, TASIC | PRS | $3000 | 2005 |
|   | Counterpart, Soros Foundation | Conception of collaboration of Governmental and civil society | $5000 |  |
|   | Membership development |  | $500 | 2005 |
|   | Counterpart Sheriktesh | Sponsorship | $8000 | 2005 |
|   | Private contribution | Sponsorship | $500 | 2005 |
|   | Fee-for service | Training, consultation | $3000 | 2005 |
|   | Governmental order ( Agency on development and investment) |  | $8000 | 2005 |
|   | **Annual budget** |  | **$737905** |  |

**Annex 6: Kyrgyzstan Organizations with Branch Offices**

**I. International Center "Interbilim" Bishkek: Director Asia Sasykbaeva**
   1. Kunduz Jenalieva Manager of CSSC
   2. Aizada Jakupbekova Health program coordinator
   ***Osh branch office of Interbilim:***
1. Gulgaky Mamasalieva
2. Ilias Imetov-health program coordinator
3. Gulnur Moldobaeva-legal adviser
4. Jumabai -administrator
5. Chinara Irisova-Soros program coordinator

**II. Nookat CSSC:**
   1. Abduvali Khudaiberdiev Director
   2. Abdilboki Tolipov, Manager of CSSC
   3. Ismatulla Gaparov, Coordinator
   4. Maksidova Elmira Refugee Coordinator
   5. Safarflieva Gulkhan Accountant
   ***Aravan branch office of Nookat CSSC***

   1. Ramil Nafikov, coordinator of Aravan branch office
   2. Maftuna, Assistant of Aravan branch office

*Social Impact, Inc.*

### Annex 7:  CSSC's Sources of Income (split by percentage/total) in Kyrgyzstan

| Country | Type | Organization Name (Location) - Mission | 2004 | |
|---------|------|----------------------------------------|------|------|
| | | | 6/30/2004 | 12/31/2004 |
| | | | | |
| **KG** | **CSSC** | **Association of CSSCs for the Kyrgyz Republic (Bishkek) -** Promotion of development of dynamic, effective and sustainable civil society in the Kyrgyz Republic | | |
| | | International Grants / Fundraising: | 99.90% | 94.05% |
| | | Domestic Grants / Fundraising: | 0.00% | 0.00% |
| | | Social Enterprise / Fee for Service: | 0.09% | 5.93% |
| | | Corporate Social Responsibility: | 0.00% | 0.00% |
| | | State Social Contracting: | 0.00% | 0.00% |
| | | Membership Fees / Dues: | 0.01% | 0.02% |
| | | Total: | 100.00% | 100.00% |
| **KG** | **CSSC** | **Karakol-** Development of civic leadership and capacity of NGOs, CBOs, and initiative groups for building civil society. | | |
| | | International Grants / Fundraising: | 45.3% | 45.0% |
| | | Domestic Grants / Fundraising: | 0.0% | 0.0% |
| | | Social Enterprise / Fee for Service: | 4.5% | 35.5% |
| | | Corporate Social Responsibility: | 45.3% | 18.8% |
| | | State Social Contracting: | 0.5% | 0.0% |
| | | Membership Fees / Dues: | 4.5% | 0.7% |
| | | Total: | 100.0% | 100.0% |
| **KG** | **CSSC** | **Jalalabad -** To assist building civil society through development and support of NGOs, CBOs, communities and refugees in Jalal-Abad and Osh oblast by providing training, consultations, and informational services. | | |

*Social Impact, Inc.*

|  |  |  | International Grants / Fundraising: | 0.00% | 95.69% |
|---|---|---|---|---|---|
|  |  |  | Domestic Grants / Fundraising: | 0.00% | 0.00% |
|  |  |  | Social Enterprise / Fee for Service: | 0.00% | 2.27% |
|  |  |  | Corporate Social Responsibility: | 0.00% | 0.00% |
|  |  |  | State Social Contracting: | 0.00% | 2.04% |
|  |  |  | Membership Fees / Dues: | 0.00% | 0.00% |
|  |  |  | Total: | 0.00% | 100.00% |
| **KG** | **CSSC** | **Kant-** Building civil society in Chui valley that would be enable to participate in decision-making process through social mobilization, development of capacity of local communities and NGOs, associations, initiative group, CBOs, farmer unions. | | | |
|  |  |  | International Grants / Fundraising: | 0.00% | 84.42% |
|  |  |  | Domestic Grants / Fundraising: | 0.00% | 0.00% |
|  |  |  | Social Enterprise / Fee for Service: | 0.00% | 15.58% |
|  |  |  | Corporate Social Responsibility: | 0.00% | 0.00% |
|  |  |  | State Social Contracting: | 0.00% | 0.00% |
|  |  |  | Membership Fees / Dues: | 0.00% | 0.00% |
|  |  |  | Total: | 0.00% | 100.00% |
| **KG** | **CSSC** | **Talas-** Strengthening capacity of NGO, CBOs and local communities of Talas oblast | | | |
|  |  |  | International Grants / Fundraising: | 0.00% | 91.22% |
|  |  |  | Domestic Grants / Fundraising: | 0.00% | 0.00% |
|  |  |  | Social Enterprise / Fee for Service: | 0.00% | 5.41% |
|  |  |  | Corporate Social Responsibility: | 0.00% | 0.00% |
|  |  |  | State Social Contracting: | 0.00% | 0.00% |
|  |  |  | Membership Fees / Dues: | 0.00% | 3.37% |
|  |  |  | Total: | 0.00% | 100.00% |
| **KG** | **CSSC** | **Naryn -** Creation of conditions for NGOs to develop democracy and building civil society through providing services to local NGOs/CBOs and supporting their initiatives. | | | |

*Social Impact, Inc.*

| | | | | |
|---|---|---|---|---|
| | | International Grants / Fundraising: | 0.00% | 94.32% |
| | | Domestic Grants / Fundraising: | 0.00% | 0.00% |
| | | Social Enterprise / Fee for Service: | 0.00% | 3.51% |
| | | Corporate Social Responsibility: | 0.00% | 0.00% |
| | | State Social Contracting: | 0.00% | 0.00% |
| | | Membership Fees / Dues: | 0.00% | 2.17% |
| | | Total: | 0.00% | 100.00% |
| **KG** | **CSSC** | **Karabalta** - To increase public activity of society in Panfilov, Moscow, Jayil rayons in solving of social problems and increasing in decision-making process via services. | | |
| | | International Grants / Fundraising: | 0.00% | 94.38% |
| | | Domestic Grants / Fundraising: | 0.00% | 0.00% |
| | | Social Enterprise / Fee for Service: | 0.00% | 5.62% |
| | | Corporate Social Responsibility: | 0.00% | 0.00% |
| | | State Social Contracting: | 0.00% | 0.00% |
| | | Membership Fees / Dues: | 0.00% | 0.00% |
| | | Total: | 0.00% | 100.00% |
| **KG** | **CSSC** | **Batken-** Increasing capacity of NGOs, CBOs, initiative groups, refugees of Batken oblast through providing information, consultation, technical assistance, strengthening participation of local communities in decision making process in social and economical environment. | | |
| | | International Grants / Fundraising: | 0.0% | 0.0% |
| | | Domestic Grants / Fundraising: | 0.0% | 0.0% |
| | | Social Enterprise / Fee for Service: | 0.0% | 0.0% |
| | | Corporate Social Responsibility: | 0.0% | 0.0% |
| | | State Social Contracting: | 0.0% | 0.0% |
| | | Membership Fees / Dues: | 0.0% | 0.0% |
| | | Total: | 0.0% | 0.0% |
| **KG** | **CSSC** | **Nookat** - To support civic initiatives of NGOs, communities and initiative groups through involving them to educational programs, planning and implementation of | | |

*Social Impact, Inc.*

| | | community projects on the base of social partnership. | | |
|---|---|---|---|---|
| | | International Grants / Fundraising: | 0.00% | 83.48% |
| | | Domestic Grants / Fundraising: | 0.00% | 0.00% |
| | | Social Enterprise / Fee for Service: | 0.00% | 11.48% |
| | | Corporate Social Responsibility: | 0.00% | 0.00% |
| | | State Social Contracting: | 0.00% | 3.38% |
| | | Membership Fees / Dues / Private donations: | 0.00% | 1.66% |
| | | Total: | 0.00% | 100.00% |

**Annex 8: Summary of Grants in Kyrgyzstan**



**Ассоциация   ЦПГО**

**Summary of Grants**

**Election Program**
The Program is financed by United States Agency for International development (USAID) through Counterpart Kyrgyzstan and implemented by Association of Civil Society Support Centers.
2004- 2005.
**Goal of the program:** To promote open, non-partisan election-related initiatives on behalf of civil society organizations for increasing transparency and ensuring fair and open elections.

**Local election program grants**

**The objectives of Election Grants are to fund election related activities in order to:**
- Involve NGOs, including those in regions, in the election process of non-partisan basis
- Foster civic participation at the pre-election and election stage especially among youth, women, and special interest groups
- Increase public awareness of the election process and voting procedures

**Types of local election program grants**
- Civic Education Grants (up to $10,000)
- Media Grants (up to $10,000)
- First Voters and Women Voters Grants (up to $5,000)
- Local Election Grants (up to $1,000)
- Partnership Grants ( up to $25,000)

**The first Round of the local election program** grants was devoted to pre-election activity of NGOs and Mass media: informational and educational activities, including voter education, promoting legal culture, regarding upcoming local elections. ACSSC received 152 Letters of Interest from NGOs and mass media. 48 Letters of Interest were selected by EGC to fill project application.
**Projects approved:**
- 18 projects
- Amount funded $71,194.38

**The Second Round of the local election program** was devoted to informational and educational activity of Public Associations for conducting observation of voting process, counting of votes, identifying results of voting and identification of election results to the local Kenesh (Councils) and independent mass media activity for providing, objective, complete and

accurate information for population. ACSSC received 93 Letters of Interest from NGOs and mass media. 25 Letters of Interest were selected by EGC to fill project application.

**Projects approved:**
- 10 projects
- Amount funded $31,197.46

During local election grant program the approved amount of two rounds made $ 102, 391.84

**Parliamentary Election Program**

**Grant types**:
- ◼ Civic Education Grants (up to $10,000)
- ◼ Media Grants (up to $10,000)
- ◼ First Voters and Women Voters Grants (up to $5,000)
- ◼ Local Election Grants (up to $1,000)
- ◼ Partnership Grants ( up to $25,000)

**The first Round of the parliamentary election grant program of ACSSC** was devoted to pre-election activity of NGOs and Mass media: informational and educational activities, including voter education, promoting legal culture, regarding parliamentary elections. ACSSC received 229 Letters of Interest from NGOs and mass media. 66 Letters of Interest were selected by EGC to fill project application. 19 project-proposals were approved by Election Grant Committee on December 21, 2004.

**Projects of the first round approved:**
- ◼ 19 projects
- ◼ Amount approved : $ 65, 600.5
- ◼ Amount funded after revisions of budgets: **$62, 161.1**

The Second Round of the given program was devoted to informational and educational activity of Public Associations for conducting <u>observation of voting process,</u> counting of votes, identifying results of voting and identification of election results to Parliament and independent mass media activity for providing, objective, complete and accurate information for population. ACSSC received 91 Letters of Interest from NGOs and mass media. 24 Letters of Interest were selected by EGC to fill project application. 11 project-proposals were approved by Election Grant Committee on January 14, 2005.

**Projects of the second round approved:**
- ◼ **11** projects
- ◼ Amount approved:  **$47, 880.**
- ◼ **Contracts were signed for 42, 810.**

During two contests of parliamentary election program 30 project-proposals were approved by Election Grant Committee for the sum of US $ 113, 480.5. Contracts were signed for the sum of 104, 971.1.

**During local and parliamentary elections in total the approved amount of grants made 212, 362.94. One grantee refused from grant in $ 5, 000 for conducting monitoring of Election Day.**

**Institutional Grants**

10 Civil Society Support Centers' activity was funded on the basis of Cooperative agreement between Counterpart Kyrgyzstan and USAID. Contracts were signed for $ 78, 165 in frame of program "Civil Society Support Initiative in Central Asia".

The objective of the CSSC activity is provision of services to Kyrgyzstan NGOs and other Civil Society Institutions in a non-biased, non-partisan open transparent and fair manner.

The purpose of Grant program for the CSSCs is that they become a catalyst for democratic and economic reform to ensure the growth and sustainability of civil society throughout Central Asia. CSSCs will evolve into the primary vehicle for delivering quality and demand-driven civil society support services to Civil Society organizations (CSOs) and the communities they serve in urban and rural communities throughout the region.  In order to provide real support for Civil Society in their regions and to catalyze and promote grass-roots advocacy and civic initiatives, CSSCs need to be organizationally strong, financially viable and independent, with the ability to effectively engage citizens and governments in constructive dialogue on issues that affect people's lives.

**Sector Grants**

*Association of Civil Society Support Centers implementing program "Civil Society Support Initiative in Central Asia" within financial support of Counterpart International in the Kyrgyz Republic and USAID announced contest of the institutional grant program for registered NGOs that*
concentrate their activity one of the two following sectors:

1. **Labor/Migration Organizations:**  Organizations that work toward addressing social and legal issues of particular importance to economic and other migrants.

2. **Advocacy Organizations:**   Organizations that focus their activities on national level advocacy, engaging the government and the community to address social issues.  Organizations, that advocate for changes in legislation and policy or advocate for the rights and interests of a particular issue-based constituency or professional group.  Organizations may be involved in national campaigns or be focused on specific regional issues but in either case organizations must demonstrate that their mission is focused specifically on supporting the rights and interests of a specific client group or addressing a specific issue.

The goal of the Civil Society Support Initiative is to support civil society development and community initiatives by providing a broad range of resources and training to NGOs active in Kyrgyzstan. The program supports a network of Civil Society Support Centers (CSSCs) with a range of other grant and training resources. The grant is not project-based but is designed to strengthen the organizational capacity and existing program activities of organizations with an established constituency in the given sector and a record of successful mission-based activities.

**Community Action Grants**

*Social Impact, Inc.*

The goal of the community action grant program (CAG) is to support local non-governmental organizations (NGOs), community-based organizations (CBOs) and local initiative groups (IGs) in their efforts to unite communities and stakeholders for advocating community interests and rights. Communities shall take part in the development of community action plans and assessment of the community needs.

ACSSC has been administering 23 CAG project for the approved amount of $ 38, 350.18.
Fifteen of twenty three projects were completed.

ACSSC announced the start of the community action grants program to support local non-governmental organizations, community organizations and local initiative groups in their efforts to unite communities, stakeholders and organizations for promoting and advocating community interests and rights.
The CAG program is aimed at strengthening of communities' role in protection of rights and interest with simultaneous support of social partnership with state and business structures. Planning of community actions, needs assessment should be carried with participation of population or members of the community.

The following project types shall be accepted for consideration:

- Campaigns addressing the problems of a considerable number of community members that are aimed at changing the public policy on the local or national level, and also campaigns strengthening accountability and transparency of the local state authorities and bodies of self-governance.
- Broad educational and informational campaigns aimed at raising the public awareness of social, gender, ecological, youth, legal and other problems for the purpose of building the skills and experience of citizens to affect public policies.
- Other activities promoting growth of civil activity and mobilization of community members to exercise and advocate their rights.

Maximum of grant is not more than USD 3,000 for Community Action Grants, duration is 1 year.

**Annex 9:  Law on Public Associations-Turkmenistan**
(Taken from http://www.icnl.org/PRESS/Articles/2003/20031114.htm)

## SHORT COMMENTARY ON THE NEW

## LAW ON PUBLIC ASSOCIATIONS OF THE REPUBLIC OF TURKMENISTAN

### November 14, 2003

*The International Center for Non-for-profit Law (ICNL) is an international organization providing research, education, and technical assistance to develop and improve legislation concerning the non-commercial sector.  It has worked in more than 80 countries around the world. This experience underlies the present commentary to the* <u>*law of the Republic of Turkmenistan "On Public Associations" adopted on October 21, 2003*</u> *(hereinafter the "new law"), which has replaced the old Law on Public Associations (hereinafter referred to as "old law").*

This new law represents a step backward in the legal framework for civil society of Turkmenistan.  In our comments we summarize the negative provisions in this law and their practical effect on civil society.

**Summary of the Main Points**

**(1) No registration procedure**

Under the old law and implementing regulations there was a clear registration procedure, although this procedure was not implemented.  Because of this procedure the Ministry of Justice (MoJ) officials had a hard time justifying to the public its non-registration of public associations. The new law regulates some issues of registration, but does not establish a registration procedure.  Further, although the new law refers to the Civil Code in Article 17, provisions of the Civil Code in regard to registration apply only to the legal forms of public organization and foundation defined therein. "Public associations" as defined in the new law, do not fall in either of these groups (see section #11 of this commentary for a detailed explanation). Without a clarification of the registration procedure there should be no expectation that the registration process will improve under the new law.  The lack of a registration procedure may also provide the MoJ with a "legitimate excuse" to not register public associations.

*Note:  The MoJ is now officially known as the Ministry of Adalat, meaning 'fairness and justice.'*

**(2) Broad reasons for denial of registration**

Article 18 provides for a long list of reasons why the registration of a public association can be denied, leaving it to a MoJ official in charge of registration to decide whether to register an association or not.  For example, the registration may be denied if "the name of the association

*Social Impact, Inc.*

offends … the feelings of citizens" or "if one of the founders has been in jail for a serious crime."

### (3) Re-registration in case of changes in by-laws

Article 17 requires organizations to complete the registration procedure each time a fact in the statutory document changes.  For a national organization required to have 500 members, this could be a never ending process should any member leave the association.  Fees will be assessed for each "registration."

### (4) Obligatory re-registration of all currently existing public associations

According to Article 33 all currently existing associations may have to re-register under the new law, because they should amend their by-laws to bring them into compliance with this law. This puts not only new groups, but established groups in jeopardy of being denied registration.

### (5) Non-registered informal associations are now prohibited

Article 17 specifically prohibits activities of non-registered public associations.  This is a change from the previous law and prior practice that allowed non-registered organizations to legally operate.  In a country where very few public associations have been registered in the last two years, the ability to legally operate was critical for these informal associations.   Such a prohibition directly violates the rights of citizens to freely associate, and contradicts international law and practice.

### (6) Problems with establishment of associations

The new law maintains the territorial divisions of all associations based on the geographic scope of their activities, as follows: international, national and local.  According to Article 13 the territory of activity shall be defined in the by-laws of an association.  The complexity of the registration procedure depends on the status, the higher the status, the more complex the procedure:

    (1)    Local associations are permitted to engage in activities only within a certain geographic area.  This can effectively prevent such associations from participation in events outside the borders of a village, town, or administrative region (oblast).

    (2)    The new law directly discriminates against international and national public associations by requiring such associations to have five-hundred (500) and fifty (50) members respectively.  In comparison, local public associations can be founded by just five (5) individuals.

    (3)    It is impossible to establish an international association under the current law, because in order to establish an international association a group needs to demonstrate that it has an office or an affiliate overseas, which, of course, can not be opened unless the association is registered.

**(7) Discrimination against non-citizens**

According to Article 5 only citizens of Turkmenistan are permitted to be founders and members of public associations (with the exception of international associations, which will be problematic to register, see sections #6 and #8).

**(8) Problems for foreign NGOs operating in Turkmenistan**

The new law is the only Turkmen law which addresses activities of foreign NGOs in Turkmenistan. The new law will only increase the previously existing hardships for them. Every foreign NGO, irrelevant of the form of incorporation, will have to prove to the Turkmen authorities that they are a "public association" and eligible to register and operate in Turkmenistan. The law does not establish registration procedure for public associations therefore foreign NGOs will continue to have problems with getting registered (see section #1). If a foreign NGO does manage to get registered it will face more problems as the new law is applicable to foreign NGOs without addressing their specifics. For example, under Article 22, all public associations, including foreign, shall notify in advance the government authorities about all events conducted by an organization and allow for the presence of government officials. As the definition of "an event" is not provided, any gathering of two or more members or officials could be considered events. If an association fails to meet the requirement, it can be liquidated by the decision of the MoJ according to Article 28.

Furthermore, Article 21 allows Turkmenistan organizations to cooperate with international organizations and sign contracts only with the participation of the Ministry of Foreign Affairs (MFA) as a third party. As "cooperation" and "communication" are not defined by the law, any communication without engaging the MFA may result in liquidation of a public association.

**(9) Limited rights of public associations**

Article 21 of the law provides an explicit list of rights of public associations. Public associations are prohibited in exercising any rights, unless they are stated in this article or other law.

**(10) Registration of projects and programs of foreign assistance with the Ministry of Adalat**

The law contemplates registration of foreign projects and programs in Article 22. And, on October 22, 2003 the Minister of Adalat (Justice) indicated in an interview on the Altyn Asyr network (state-owned) that the new law would require public associations to register grants and foreign assistance with the State Agency on Foreign Investment, failure to result in confiscation of funds and punishment for the individuals involved. Using Article 22, the state could impose a severely restrictive grants approval system.

*Note: A subsequent decree, the text of which is not yet available, purportedly vests a grant registration function within the MoJ.*

**(11) Contradiction with the civil code**

*Social Impact, Inc.*

There are two forms of NGOs recognized in the civil code, public organizations and foundations. The new law confuses the issue by ignoring the civil code and continuing to use the outdated term "public association", which existed in the old Law on Public Associations. The new law further confuses the issue by including the non-associational form of "foundation" as a public association. The creation of a foundation is based on property, not membership. In addition, the new law creates several barely distinguishable forms of membership or 'participant' based public associations, assuring confusion among officials and citizens.

*Social Impact, Inc.*

## Annex 10: Work Cycle of Facilitators/Consultants



Presentation of the format of the contract
Organizing and administration of Grant Committee
Conduct mini-training on the Grant's financial procedures and procurement issues for CAG grants recipients
Preparation and signing of grant agreement
Signing of contracts with facilitators/consultants
Conduct TOT « Local Project Management». Part 3 and the Session on Procurement issues to approved projects
Project Recommendations at Grant Committee
Payment to
consultant
-
facilitator
Participation in the signing of the grant agreement
Monitoring and evaluation of communities' projects. Work with community' projects' financial and program reports
Working with communities – conducting PCA, writing report on PCA, developing CAP.
Developing of project, preparing documents, calculations for the procurement. Technical expertise of the project (if needed)
Project re-working according to the Grant Committee recommendations
Registering the Project
Implementation of the project
(Communities can include in the project's budget the payment of services for the facilitator for consulting on the implementation of the projects)



*Social Impact, Inc.*

## Annex 11: Client Satisfaction Survey, Results Summary

**BACKGROUND INFORMATION**

**1. Country***:*
Of the 518 respondents, 33% were from Kazakhstan, 52.7% from Kyrgyzstan, and 14.3% from Turkmenistan.  Looking at the number of CSSC in each country, it is a similar number with 34.8% of the CSSCs in Kazakhstan, 47.8% in Kyrgyzstan, and 17.4% in Turkmenistan.

**2. City***:*
The average number of respondents per center is 21 for Kazakhstan, 25 for Kyrgyzstan, and 19 for Turkmenistan.  The number of responses varied per center with the highest number (28) coming from the Batken CSSC to the lowest (15) coming from the Turkmenbashi Center.

**3. Gender:**
Of the total respondents, 60% were women and 38% men (2% did not answer the question).  In Kazakhstan the percent of female respondents (74%) far outweighed the number of male respondents (25%).  In Kyrgyzstan the mix was more balanced, with 45% male respondents and 53% female respondents.  In Turkmenistan the number was closer to the average for the region, with 39% male respondents versus 58% female respondents.

**4. Age:**
In total there was nearly even distribution of respondents across three major age categories:  18-35 (35%), 36-50 (41%) and 51+ (21%).  Only 1 respondent was under 18 (from Turkmenistan) and 18 respondents didn't indicate their age.  The breakdown by country among the three main age ranges is as follows:

| Age Range | Kazakhstan | Kyrgyzstan | Turkmenistan |
|-----------|-----------|-----------|--------------|
| 18-35 | 39% | 31% | 42% |
| 36-50 | 38% | 43% | 39% |
| 51+ | 20% | 22% | 15% |

**5. Please indicate your affiliation:**
Not surprisingly, the majority of respondents were from the NGO sector.  Across the region 65% of respondents were from NGOs, 13% from CBOs, 11% from CIGs, 3% from local governments, and 9% from some other organization.  The regional number is skewed slightly by the categorization in Turkmenistan, 27% were from NGOs, 12% from CBOs, 26% from CIGs, 11% from local government and a surprisingly high 23% indicated their affiliation as "other".

**6.  How often have you used the products and services of the CSSC?**
The respondents seem to represent the core client base of the CSSCs, with 84% of respondents using services at least every one to two months and only 6% of respondents were first time users.  Within the country breakdowns nearly all the respondents fell in the top two categories ("weekly" and "every 1-2 months") – 82% for Kazakhstan, 83% for Kyrgyzstan, and 94% for Turkmenistan.

**7. For how long have you been using the products and services of the CSSC?**

Again, the respondents seem to represent the core client base of the CSSCs, with 48% of the respondents using services of the CSSCs for more than 3 years and only 11% using them for less than 6 months. To complete the profile, 16% have been clients for 2 to 3 years; 13% have been clients for 1 to 2 years; and 9% have been clients for 6 months to a year. The breakdown by country among the five main categories is as follows:

| Range | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| 3 years + | 37% | 55% | 47% |
| 2-3 years | 22% | 13% | 16% |
| 1-2 years | 16% | 10% | 19% |
| 6 months – 1 year | 9% | 9% | 10% |
| Under 6 months | 14% | 11% | 7% |

**SATISFACTION WITH CSSC SERVICES**
**8. What is your overall satisfaction with CSSC's products and services?**
Clearly CSSC clients are satisfied with the products and services provided by the Centers. 95% of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 40% were "completely satisfied", 37% "very satisfied", and 18% "satisfied". Looking at these top three categories, the country breakdown is as follows:

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 35% | 45% | 30% |
| Very Satisfied | 40% | 33% | 47% |
| Satisfied | 19% | 18% | 14% |

**9. How satisfied are you with the CSSC Resource Center services?**
Again, CSSC clients are satisfied with the Resource Centers. 85% of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 29% were "completely satisfied", 36% "very satisfied", and 21% "satisfied". Looking at these top three categories, the country breakdown is as follows:

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 25% | 31% | 32% |
| Very Satisfied | 39% | 32% | 41% |
| Satisfied | 23% | 20% | 16% |

**10. How satisfied are you with the CSSC's specialized Program Consultations?**
Clearly CSSC clients are satisfied with the consultation services provided by the Centers. 91% of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 39% were "completely satisfied", 35% "very satisfied", and 17% "satisfied". Looking at these top three categories, the country breakdown is as follows:

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 42% | 38% | 39% |
| Very Satisfied | 29% | 37% | 39% |

*Social Impact, Inc.*

| | | | |
|---|---|---|---|
| Satisfied | 19% | 17% | 10% |

**11. How satisfied are you with the overall quality of the CSSC's legal assistance and legal consultation?**

Of all the services represented in this survey, legal services were the least accessed. Across the region 19% of respondents do not use the legal services provided by the Centers (25% in Kazakhstan, 16% in Kyrgyzstan, and 14% in Turkmenistan). Looking at the remaining 80% who have used legal services, 72% ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 25% were "completely satisfied", 28% "very satisfied", and 18% "satisfied".

**12.    How satisfied are you with the overall quality of the Participatory Community Appraisal facilitated by the CSSC?**

13% of respondents indicated they have never accessed the PCA services of the Centers. More interesting is that in Kazakhstan 21% of the respondents indicated they have never accessed the PCA services. However, of the remaining 87% regionally who utilized PCA services from the Center, 82% ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 32% were "completely satisfied", 30% "very satisfied", and 20% "satisfied". In Kazakhstan the ranking is similar.

**13.    How satisfied are you with the overall quality of the Community Action Planning facilitated by the CSSC?**

As expected, the rankings for CAPs are similar to PCA in that 16% regionally (25% in Kazakhstan) indicated they have never accessed the CAP services of the Centers. Of the remaining 84% regionally who utilized CAP services from the Center, 77% ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 24% were "completely satisfied", 32% "very satisfied", and 22% "satisfied".

**14.    How satisfied are you with the CSSC training workshops?**

Of all the services represented in this survey, training workshops were the most accessed (meaning only .8% of total respondents indicated they had never used the service). 95% of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 49% were "completely satisfied", 34% "very satisfied", and 12% "satisfied". Looking at these top three categories, the country breakdown is as follows:

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 46% | 52% | 49% |
| Very Satisfied | 34% | 34% | 32% |
| Satisfied | 16% | 11% | 10% |

**15. How satisfied are you with the quality of instruction in the training workshops?**

CSSC clients are satisfied with the quality of instruction provided by the Centers in their training workshops. 95% of respondents ranked their satisfaction as "satisfied" or better (the top three categories). Of that, 45% were "completely satisfied", 36% "very satisfied", and 14% "satisfied". Looking at these top three categories, the country breakdown is as follows:

*Social Impact, Inc.*

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 47% | 44% | 42% |
| Very Satisfied | 30% | 40% | 39% |
| Satisfied | 17% | 13% | 10% |

**16. How relevant are the training workshops to your needs?**
As to be expected given the high rankings in questions #14 and #15, respondents found training workshops to be relevant to their needs.  90% of respondents ranked their satisfaction as "satisfied" or better (the top three categories).  Of that, 39% were "completely satisfied", 33% "very satisfied", and 18% "satisfied".  Looking at these top three categories, the country breakdown is as follows:

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 33% | 45% | 31% |
| Very Satisfied | 33% | 30% | 41% |
| Satisfied | 21% | 17% | 15% |

**17. How likely are you to attend future CSSC training workshops?**
Given the high level of satisfaction with CSSC trainings, it is not surprising that 98% of respondents indicated that they would be likely to attend future workshops.  68% said they "will attend", 21% said they were "very likely to attend" and 9% said they were "likely to attend".  Further, no one in Kyrgyzstan or Turkmenistan said they would not attend with only 2 respondents from Kazakhstan saying they would not attend.

**18. Which training workshops did you find most effective?**
When asked about the three most effective training workshops of the 44 topics presented, "Project Design" was clearly ranked the highest, with 27% of respondents indicating it was the most effective.  "NGO and Community" came in second, with 12% of respondents across the region.  There was no clear third place training topic, as the other ratings were dispersed across the remaining 42 topics at much lower values.  At the country level the top three effective training topics are indicated in the following chart:

| Country | Topic 1 | Topic 2 | Topic 3 |
|---|---|---|---|
| Kazakhstan | Project Design (21%) | NGO and Community (11%) | Fundraising (9%) |
| Kyrgyzstan | Project Design (31%) | NGO and Community (10%) | Participatory Advocacy (7%) |
| Turkmenistan | Project Design (23%) | NGO and Community (22%) | Training Techniques and Methodologies (14%) |

**19. Which training workshops did you find least effective?**
When asked about the three least effective training workshops of the 44 topics presented, 48% of respondents did not indicate a first choice, 52% did not indicate a second choice, and 55% did not indicate a third choice.  When asked why they omitted this question, respondents wrote in that they find all the trainings effective and that the question is not relevant as the quality of

*Social Impact, Inc.*

CSSC trainings is high.  Of those respondents who did answer the question, the least effective trainings by country are indicated in the following chart:

| Country | Topic 1 | Topic 2 | Topic 3 |
|---|---|---|---|
| Kazakhstan | NGO Newsletter Development and Success Story Writing (3.5%) | Association Development Micro-business Basics Volunteer Management Presentation Skills Web Page Development (2.9%) | |
| Kyrgyzstan | NGO Newsletter Development (5.5%) | Web Page Development (4.8%) | Public Hearings (4.4%) |
| Turkmenistan | Coalition Development (9.5%) | Success Stories Writing (6.8%) | Association Development and Organizing Press Conferences 5.4% |

**CSSC STAFF**

**20.  Please rate the professionalism of the CSSC staff:**
As to be expected given the high rankings of service delivery in the previous section, 34% of respondents indicated the level of professionalism was "excellent", 47% ranked staff professionalism as "very good", and 13% rated it "good".  Only 1 respondent, from Turkmenistan, ranked the level of professionalism as "poor".

**21. How satisfied are you with the staff's responsiveness to your organization's or community's questions/issues/needs:**
As with professionalism above, respondents found staff to be quite responsive to their needs. 93% of respondents ranked their satisfaction as "satisfied" or better (the top three categories).  Of that, 41% were "completely satisfied", 37% "very satisfied", and 15% "satisfied".  Looking at these top three categories, the country breakdown is as follows:

| Satisfaction Level | Kazakhstan | Kyrgyzstan | Turkmenistan |
|---|---|---|---|
| Completely Satisfied | 42% | 41% | 34% |
| Very Satisfied | 39% | 34% | 43% |
| Satisfied | 13% | 18% | 11% |

**COMMENTS**
Open questions #22 and #23 were not processed (as discussed with IT and Michael) as it was too difficult to classify all open questions from 518 questionnaires for entry into SPSS.

**22. Please use the space below to provide us with some any other comments you may have about service delivery.  We welcome any suggestions for improvement that you may have.**

*Social Impact, Inc.*

23. Please make your suggestions, what other services you need from CSSC but currently not provided by CSSC:

*Social Impact, Inc.*

**Annex 12: Evaluation Work Plan**

**Counterpart International
Mid-Term Evaluation**

**CSSI**

**Kazakhstan, Kyrgyzstan and Turkmenistan**

**Evaluation Work Plan**

**Submitted by:**

**Christopher Carver, Program Manager**

**Social Impact, Inc.**

**Submitted To:**

**Counterpart International**

**Altinay Kuchukeeva**

**Program Officer, Civil Society**

*Social Impact, Inc.*

## 1. PROJECT OVERVIEW

The Civil Society Support Initiative (CSSI) focuses on the goal of creating and developing individual associations of Civil Society Support Centers (CSSC) in Kazakhstan, Kyrgyzstan and Turkmenistan. Mobilizing civic organizations and citizens to form constituencies for reform will promote a more democratic culture and aligns with USAID/CAR's Strategic Objective 2.1—"Strengthened Democratic Culture among Citizens and Targeted Institutions" as outlined in USAID's Assistance Strategy for Central Asia, 2001-2005.

This current initiative will focus on the establishment and localization of networks of independent, intermediary support organizations, which will serve as primary vehicles for the delivery of civil society services. Counterpart International country offices will evolve into national coordination and management bodies for the association while the association assumes more responsibility and control of activities progressively over the life of the project. A number of methods and inputs will build the capacity of individuals, organizations and the association to be organizationally and financially sustainable. Important elements include: strong and effective governance of the association, a broad spectrum of quality services provided by the members of the association for local civil society groups and community groups.

### Purpose

The purpose of the evaluation is to improve the performance of CSSI in meeting stated project goals during its final phase. As such, the evaluation will measure the progress made toward the goal of creating and developing an association of Civil Society Support Centers in Kazakhstan, Kyrgyzstan and Turkmenistan. The mid-term evaluation will cover all Project Objectives as delineated in the Annual Workplan Narrative (1 July 2004 to 30 June 2005) for Kazakhstan, Kyrgyzstan and Turkmenistan, but will focus on assessing the Network's capacity to independently contract with USAID. To asses this capacity, the evaluation will examine a breadth of issues, ranging from financial sustainability to governance structures and relationships among the Network members.

Based on the progress made as of the project's Mid-Term Evaluation, the evaluation report will make key recommendations to improve, strengthen and ensure the networks' sustainability by the end of the project. Key users of the Mid-Term Evaluation will be those who support the design and implementation of the CSSI in Kazakhstan, Kyrgyzstan and Turkmenistan—the CSSI Chief of Party, Country Directors and Hub Offices, executive bodies of the Network Associations, Counterpart's Senior Vice President, CSSI Program Officer, and the USAID CTO as well as implementing partners and consultants.

### Specific Operational Goals of the Evaluation

Through joint discussion with the Counterpart International staff in Washington, DC, the CSSI Chief of Party and Country Directors, the following specific list of goals where identified and agreed upon to be the main references and outcomes of this assessment:

1. To assess the level of capacity of the network associations to contract with USAID (based on USAID criteria).
2. To assess what, if any, capacity building assistance is needed to get network associations ready for USAID contracting.
3. To determine the specific criteria for readiness in contracting with USAID and other donors.
4. To assess the ability of the network to contract with other donors.
5. To determine the extent to which there is a common programmatic vision among network members.

*Social Impact, Inc.*

6. To asses the extent to which individual CSSCs are "buying in" to the network (e.g. *not* competing between themselves).

7. To assess the extent to which the initiative is evolving a governance structure and executive structure that is supportive and congruent with the planned future direction of the association.

The aforementioned goals will receive an in-depth treatment from the evaluation team. In addition, the evaluation will respond evaluation questions (see Annex 1) that will receive a lighter depth of treatment.

## 2. PROJECT WORKPLAN

Nine major tasks will be carried out the CSSI Mid-Term Evaluation. These tasks are discussed below and detailed in the list:

### Task 1: Review of Key Counterpart CSSI Documents

During week 1 and 2 (February 4-February 18, 2005), the Evaluation Team will review key Counterpart CSSI documents. This review will be a critical nexus for determining what activities must be included in the Evaluation Work Plan and what topics and concerns should be addressed within the client satisfaction survey questionnaire and other key informant and/or focus groups protocols. All material and documents will be requested from the various Counterpart offices and gathered by the evaluation team.

### Task 2: Prepare Detailed Evaluation Work Plan

By the end of week 4 February 25, 2005 the Evaluation Team will prepare a detailed Evaluation Work Plan for carrying out an evaluation of the CSSI program in Kazakhstan, Kyrgyzstan, and Turkmenistan. The plan will be delivered for review and modifications. A copy of the plan should also be sent to country offices in Kazakhstan, Kyrgyzstan and Turkmenistan for feedback and for guiding the fieldwork. The work plan constitutes a road map for the three intensive weeks of field work and beyond.

### Task 3: Develop Data Collection Instruments

**Client Satisfaction Survey**

During weeks 2-6 (February 7 through March 11, 2005) Social Impact, Inc. will provide technical assistance to Counterpart International to develop a Client Satisfaction survey to be administered to clients of CSSCs in Kazakhstan, Kyrgyzstan and Turkmenistan. The client satisfaction survey will be translated into local languages and field tested. The field testing should occur in a minimum of two CSSCs per country and to a minimum of 3-5 clients per CSSC. Following the field testing, the survey will be amended as needed and then translated back into English to ensure the survey remains true to the original questions. The survey will then be administered by Counterpart to a statistical sound sampling of CSSC clients.[27]

**Interview Protocols**

Work will commence on the development of the Key Informant Interview Guide (for CSSC staff members and CSSC users) by end of Week 5 (February 28-March 4, 2005) and while awaiting comments on the Work Plan by Counterpart and/or USAID. Once draft instruments are developed, they will be shared with Counterpart staff for review and comment. Changes will be incorporated into the draft instruments. During the Evaluation Team's "Strategy and Team Planning Meeting" in Almaty, Kazakhstan on March 14, 2005, the interview protocols will be further fine tuned. The interview protocols and questionnaires will involve the following five principles:

---

[27] The sample size has not been determined at this time.

*First*, the interview guides content should reflect the central variables of the study as determined in concert with the Counterpart and with Counterpart staff;

*Second*, the interview guides items should only deal with information that is necessary—each item should be justified as part of an integrated analytic plan;

*Third*, the interview guides items should be as clear and simple as possible—the items should be carefully screened for overly complicated sentences and for unnecessary jargon;

*Fourth*, the respondent burden should be carefully considered—close-ended items should be used to the extent possible in order to lessen the response burden and to facilitate analysis though respondents should be free to add additional information or detail whenever possible;

*Fifth*, the interview guides should be reviewed by the entire Evaluation Tem during the "Strategy and Team Planning Meeting" as well as different staff persons possessing varying amounts of knowledge about the program in order to gain different perspectives on the questions; and

**Appreciative Inquiry (AI) Evaluation Workshop Guide**
During week 4-5 (February 28, 2005-March 11, 2005) will commence on the development of the Appreciative Inquiry Interview Guide (to better guide the AI facilitators' data streams). Once draft guides are developed, they will be shared with Counterpart staff for review and comment. Changes will be incorporated into the draft instruments. During the Evaluation Team's "Strategy and Team Planning Meeting" in Almaty, Kazakhstan on March 14, 2005, the AI guides will be further fine tuned.

### Tasks 4: Strategy and Team Planning Meeting

On March 14, 2005 Social Impact will facilitate a Strategy and Team Planning Meeting with the entire Evaluation Team (2 people from Social Impact; 2 people from Counterpart HQ; 1 M&E Local Expert from Kazakhstan, 1 from Kyrgyzstan and 1 from Turkmenistan; and 1 regional M&E expert). The goal of the meeting is to provide a common understanding of evaluation goals, priorities and the workplan as well as to discuss data collection protocols, individual roles and responsibilities and to fine tune the evaluation methodology.

### Task 5:  Informal M&E Training and AI Introductory Training

On March 15, 2005, Social Impact and Counterpart will conduct an informal mini M&E training workshop and a mini introductory workshop for AI Evaluation Workshops. Also, after the arrival of the US Evaluation Team to Almaty, and once the survey instruments have been finalized, basic techniques for conducting the interviews will be developed. In conducting the survey, the main implementation issues are those of consistency (administering the survey in the same way each time), completion of all survey items, and striving for a reliable response rate during from each participant cohort population. Informal training will also be provided on how to conduct Focus Groups. Well-managed Focus Groups are an excellent source of qualitative data that will serve to enhance and amplify the quantitative data collected by the survey instrument.

### Task 6: Collect Field Data

**AI Evaluation Workshops**
During Weeks 6, 7, 8 (March 16-March 29, 2005), the AI Facilitator and AI Co-Facilitator will conduct a 1.5 day AI Evaluation Workshop (one in Almaty, one in Bishkek and one in Ashgabat). The participants

for the workshop will include one senior-level CSSC manager per CSSC and per country. As previously discussed, the evaluation will cover and evaluate progress toward the achievement of all the Project Objectives from the Annual Workplan of 1 July 2004 to 30 June 2005 (see Annex 1) but will focus on assessing the Network's capacity to independently contract with USAID. Taking an asset-based approach, the AI evaluation workshop will take participants through a 4-step model to answer key evaluation questions.

**Key Informant Interviews**

The Evaluation Team will collect data using qualitative data collection techniques to assess the key evaluation questions. These data will be generated from key informant interviews and perhaps focus groups where appropriate. The potential list of targeted groups and key individuals includes:

- Counterpart Country Staff;
- USAID CTO and USAID Contracting Officer (to determine specific measurable criteria for subcontracting and gather USAID perspective);
- Selected CSSC's staff (site visits);
- CSSC staff (follow-up after AI Evaluation Workshop)
- Selected CSSC customers
- Michael Kunz, Chief of Party;
- Yazgylych Charyev, Country Director Turkmenistan;
- Marat Aitmagambetov, Country Director Kazakhstan; and
- Erkin Kasyvekov, Country Director Kyrgyzstan

The Counterpart field offices will coordinate the various procedures to facilitate the process of data collections. One staff members per country will be identified to assist in coordinating meetings dates, locations and other logistical aspects.

### *Task 7: Debriefing, Team Discussion and the drafting of informal Aide-Mémoires*

Following the AI Evaluation Workshops and the visits to CSSCs, (and before leaving each country) Social Impact and Counterpart team members will convene to review standards and benchmarks which were assessed through the project objectives and key evaluation questions, to synthesize findings (within and across countries and programs where appropriate) and to jointly arrive at key conclusions and recommendations for program improvement. Social Impact will complete an informal Aide-Mémoire (five pages or less) for each country to be delivered to the Counterpart Country Director.

### *Task 8: Collect Completed Client Satisfaction Surveys and Synthesize Results*

Counterpart will collect completed Client Satisfaction Survey and Synthesize Results by April 8, 2005. The results will be included in Social Impact Final Evaluation Report.

### *Task 9: Preparation of the Evaluation Report*

During the first and second week of April, a draft evaluation report will be completed and consist of a short 15-20 page report documenting program strengths, areas for improvements and actionable recommendations for improving network capacity. The evaluation will synthesize the findings and recommendations with separate sections for Kazakhstan, Kyrgyzstan and Turkmenistan.

### **3. WORKPLAN SCHEDULE**

*Social Impact, Inc.*

| Evaluation Activities | Date(s) |
|---|---|
| • Document review; develop interview questions for Counterpart/Washington, DC staff | February 4-February 18, 2005 |
| • Prepare detailed Evaluation Work Plan | February 25, 2005 |
| • Develop Data Collection instruments (Client Satisfaction Survey, Interview Protocols and AI Evaluation Workshop Guide) | February 7-March 11, 2005 |
| • Arrive in Almaty, Kazakhstan | March 13, 2005 |
| • Strategy and Team Planning Meeting (Chris, Christopher, Anika, Altinay and 4 local M&E evaluators). <br> • Finalize design of data collection instruments | March 14, 2005 |
| • Informal M&E Training and AI Introductory course for evaluation team. <br> • Prepare for evaluation work in Kazakhstan | March 15, 2005 |
| • Conduct AI Evaluation Workshop (1.5 days) <br> • Conduct addition follow-up interviews as needed <br> • Conduct interviews of Counterpart Staff | March 16-17, 2005 |
| • Conduct interviews at selected CSSCs (site visits) <br> • Conduct interviews of selected CSSC customers <br> • Interview USAID CTO and USAID Contracting Officer <br> • Interview Michael Kunz, Chief of Party <br> • Interview Marat Aitmagambetov, Country Director Kazakhstan | March 16-17, 2005 |
| • Entire evaluation convenes in Almaty for day-long debriefing. <br> • Social Impact produces Aide-Mémoire for Country Director | March 18, 2005 |
| • Depart for Bishkek <br> • Entire Evaluation Team prepares for evaluation activities | March 19, 2005 |
| • Planning as needed and Holiday | March 20-21, 2005 |
| • Planning and preparation for evaluation activities as needed | March 22, 2005 |
| • Conduct AI Evaluation Workshop (1.5 days) <br> • Conduct addition follow-up interviews as needed <br> • Conduct interviews of Counterpart Staff | March 23-24, 2005 |
| • Conduct interviews at selected CSSCs (site visits) <br> • Conduct interviews of selected CSSC | March 23-24, 2005 |

*Social Impact, Inc.*

| Evaluation Activities | Date(s) |
|---|---|
| customers<br>• Interview Erkin Kasybekov Director Kyrgyzstan | |
| • Travel to Ashgabat | March 25, 2005 |
| • Entire evaluation convenes in Ashgabat for day-long debriefing on evaluation work in Kyrgyzstan.<br>• Social Impact produces Aide-Mémoire for Country Director. | March 26, 2005 |
| • Planning and preparation for evaluation activities as needed | March 27, 2005 |
| • Conduct AI Evaluation Workshop (1.5 days)<br>• Conduct addition follow-up interviews as needed<br>• Conduct interviews of Counterpart Staff | March 28-29, 2005 |
| • Conduct interviews at selected CSSCs (site visits)<br>• Conduct interviews of selected CSSC customers<br>• Interview Yazgylych Charyev, Country Director Turkmenistan | March 28-29, 2005 |
| • Entire evaluation convenes in Ashgabat for day-long debriefing.<br>• Social Impact produces Aide-Mémoire for Country Director.<br>• Christopher Szecsey departs for USA | March 30, 2005 |
| • Entire evaluation convenes in Ashgabat for day-long 3-country debriefing. | March 31, 2005 |
| • Evaluation Team Departs | April 1, 2005 |
| • Counterpart finishes collected and synthesizing Client Satisfaction Survey results and send the information over to Social Impact to be included in the final evaluation report | April 8, 2005 |
| • Social Impact submits final report to Counterpart HQ | April 17, 2005 |

**Annex 1:**
Project Objectives from Annual Workplan Narrative (1 July 2004 to 30 June 2005)
And
Key Evaluation Questions[28]

## Turkmenistan:

*Objective 1:* To provide a full range of quality and demand driven services to local civil society organizations.

*Objective 2:* Engage in development activities identified and initiated by local communities in Turkmenistan.

*Objective3:* Support and strengthen the capacity development of NGOs, community-based organizations and community activists in initiating and promoting community initiatives which engage the government in a dialogue.

## Kyrgyzstan and Kazakhstan:

*Objective 1:* To further strengthen and formalize the countrywide Civil Society Support Center Networks to provide a full range of quality and demand-driven services to local Civil Society Organizations and have the ability to contract directly with USAID and other international donors.

*Objective 2:* To enhance the accountability, transparency, professionalism and public image of Civil Society Organizations through community action grants, community development initiatives, improved service delivery, and advocating for the rights and interests of their clients and constituents.

*Objective 3:* Strengthen the organizational and sustainability of leading (sector) Civil Society organizations, CSSCs network members and local NGOs through tailored institutional and capacity development assistance with an emphasis on self-financing and income generating activities.

*Objective 4:* To develop an enabling environment for civil society by improving the legal framework and providing regular legal advice and services to support civil society organizations.

*Objective 5:* To improve cooperation between various Civil Society Organizations by establishing new and strengthening existing regional and sub-regional inter-organizational linkages.

*Objective 6:* To increase the accountability and transparency of local governments and self-governing bodies through issue-based advocacy, social partnership and providing targeted capacity development support to local government officials.

## Key Evaluation Questions
(Listed by level of treatment in the evaluation)

In-depth treatment:
1. What is the level of capacity of the NGOs to contract with USAID (based on USAID criteria)?
2. What capacity building assistance is needed to get targeted NGOs ready for USAID contracting?

---

[28] Key Evaluation Questions are assigned an evaluation treatment level ranging from "In-depth" to "Medium" to "Light" to underscore focus of the evaluation.

*Social Impact, Inc.*

3.  What are the criteria for readiness in contracting?
4.  What is the ability of the network to contract with other donors?
5.  To what extent is there a common programmatic vision among network members?
6.  To what extent are the individual NGOs "buying in" to the network (e.g. *not* competing between themselves)?
7.  To what extent is the initiative evolving a governance structure and executive structure that is supportive and congruent with the planned future direction of the association?
8.  What is the quality of service delivery and how is it defined?

Medium treatment:

9.  Are there clear boundaries between Networks (PMUs in particular) and Counterpart in terms of the governance structure, financial structure and separation of staff?
10.  What is the PMU's capacity in training (design, delivery) and grant management?
11.  What are the core competencies of each CSSC?
12.  How successful has Counterpart been in promoting the creation of rural community networks?

Light treatment:

13.  What progress has been made by the Urban Institute's work (Kyrgyzstan)?
14.  Do CSSC have any satellite offices in remote areas?
15.  What is the CSSC's annual budget and sources of income (split by percentages/totals)?
16.  What status does each CSSC have with local government? Any joint projects?
17.  What projects are being implemented with other NGOs, government agencies and for-profit organizations?
18.  What projects are being implemented in partnership with other NGOs, government agencies, or for-profit organizations?

*Social Impact, Inc.*

## Annex 13: Pre-certification Framework

The framework below outlines Counterpart International's general approach to ensuring the CSSC Network Associations in Kazakhstan and Kyrgyzstan have the necessary systems, policies, procedures and overall capacity to manage projects directly with USAID.

After reviewing numerous resources materials published by USAID and other offices of the U.S. Government[29], Counterpart selected to organize the materials needed in accordance with the functional areas of organizational effectiveness. This structure allows us to build on the organizational development work we have been doing in these two countries. Further, it allows us to present the items need to ensure compliance with USAID pre-certification standards in a format that is consistent with how we have framed organizational management from the beginning. This reinforces the message that we are first building strong organizations; compliance with USAID policies and procedures is one of the things we'll be able to demonstrate in the process, rather than a separate exercise removed from our capacity building process.

The Capacity Development Teams in each country will be responsible for the outputs outlined below using the reference materials to ensure compliance.

| Functional Area/Definition | Outputs/Criteria | USAID and other References |
|---|---|---|
| **Governance and Strategic Management** - How the mission and direction of the organization is planned and approved, with clear roles for staff, organization leaders, and the board. | • NGO Registration<br>• Strategic Financial Plan | Kazak and Kyrgyz Law<br>USAID ADS 591 Appendix A |
| **Human and Material Resources (Administrative Infrastructure)** - What human and material infrastructure is available or needed to implement mission-related activities and how these resources are acquired and maintained. | • Personnel Manual<br>• Office Policies and Procedures Manual | USAID ADS E303.5.9.a<br>OMB A-122<br>USAID ADS 591 Appendix A<br>OMB A-110 |
| **Financial Management** - How the organization manages its resources, plans its resource usage, documents resource usage, analyzes patters of resource usage, identifies potential for additional resources, and tracks the flow of finances in conformity with local laws and regulations as well as donor requirements. | • Accounting Procedures<br>• Grant Management Manual<br>• Financial Management<br>• Property Management Policies | USAID 22CFR 226<br>OMB A-110<br>OMB A-122<br>USAID ADS 591 Appendix A<br>OMB A-133 |
| **Financial Sustainability** - How the organization plans to secure funds or materials to expand or update its administrative infrastructure. | • Proposal Writing Manual<br>• Financial Diversification Toolkit<br>• Donor MIS | USAID ADS 591 Appendix A<br>USAID ADS E303.5.9.a |
| **External Relations** - How the organization manages its relationships with clients and other core constituents to support financial sustainability and product and service delivery. | • PR/Marketing Plan<br>• Communications Plan | OMB A-122 |
| **Products and Services** - What the organization does and how the organization ensures it does it well. | • M&E Plan<br>• Program Management Guidelines<br>• Project MIS | USAID ADS 591 Appendix A<br>USAID 22CFR 226<br>OMB A-110 |

---

[29] These documents include:  ADS 303; 22CFR226; ADS 591, including attachments; OMB Circulars A-110, A-122, and A-133; GAO Government Auditing Standards (Yellow Book); Mandatory Standard Provisions for Non-US, NGO Recipients; and Non-US Based Organizations Assessment Guide.