# NOTES FROM CC MANAGEMENT TEAM MEETING
## Almaty, Kazakhstan - October 23 and 27, 2000
Attending: Arlene Lear, Tom Carmody, Jay Cooper, Bob Abma, Beth Comolli

**Step 1.** After clarifying our expectations for the meeting, we brainstormed a list of the strengths and limitations of CC and CI, as follows:

### Brainstorming CC/CI Strengths and Limitations/Areas For Improvement

| Strengths | Limitations/Areas for Improvement |
|---|---|
| • Relationship w/USAID | • Weak expat recruitment process |
| • Motivated staff | • Lack of expat resources and skills |
| • Experienced staff | • Financial info not available to Bob for analysis (system doesn't provide timely info) CA and DC both |
| • Regional reputation | |
| • Hub offices and some SCs established | • Local staff skills and experience |
| | • No strategic and business plans in SCs |
| • Commitment of staff to excellence | • Lack of resources for oversight |
| | • All Counterpart Central Asia programs perceived as CC |
| • Management team | • Lack of coordination among CI divisions |
| • KG staff experience | • Lack of clarity about available budget |
| • KG Country Director | • Lack of coordination between CC & DC; lack of understanding of roles |
| • TM program implementation; motivated staff | • Not enough $ for hiring technical expertise |
| | • Not enough $ for travel |
| | • CI self-image as small organization, not an institution |
| | • Low visibility – lack of expat-driven public education component (no materials) |
| | • KZ staff skills |
| | • A lot of new staff people (8+ in KZ and regional office) |
| | • Not recognizing and/or tolerating poor performance |
| | • No performance management system |
| | • No coordinated long-term vision for CI |
| | • No permanent UZ Country Director for one year |
| | • Lack of focused management in TJ |
| | • Lack of time for coaching by Regional Director |
| | • Inadequate skills of program articulation |
| | • Us vs. them |
| | • Lack of expat staff for Community Outreach/Mobilization |

**Step 2.** Next, we grouped most of the limitations into five broad categories.

### Grouping Limitations/Areas For Improvement

- Staff skills and recruitment problems
- Performance management
- $, budgeting/financial management
- lack of coordination/information
- lack of expat skills/people

**Step 3.** We then brainstormed possible solutions for each of the five categories.

### Brainstorming Possible Solutions To Limitations/Areas For Improvement

#### Staff skills and recruitment problems
- Get qualified UZ Country Director
- Use job descriptions for recruitment
- Revise expat recruitment process
  - Provide more information to hiring manager in the field

CIC 1470