Analysis of Michael Kunz Timesheets – Year 2004
(source of data=X-58)

| CP Bates # | Dates | 452 CSSI | 452 H[1] V S | 449 Healthy Comm. | 449 H V | 444 Bulg. HQ | 448 Civic Advoc. | 460 Armen. CASP | 657 CAIP HQ | 657 V | 660 Food Vietn | 2310 Microe Uzbek | 674 Iraq CAP | 674 V H | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3334 | 1/1-1/15 | 50 | 5 | 0 | 0 | 0 | 0 | 0 | 20 | 2 | 0 | 0 | 0 | 0 | 77 |
| 3336 | 1/16-1/31 | 50 | 5 | 0 | 0 | 0 | 0 | 0 | 20 | 2 | 0 | 0 | 0 | 0 | 77 |
| 3338 | 2/1-2/15 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 70 |
| 3339 | 2/16-2/29 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 70 |
| 3340 | 3/1-3/15 | 46 | 0 | 9 | 0 | 8 | 6 | 0 | 6 | 0 | 2 | 0 | 0 | 0 | 77 |
| 3342 | 3/16-3/31 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | 0 | 84 |
| 3343 | 4/1-4/15 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 44 | 0 | 77 |
| 3344 | 4/16-4/30 | 26 | 0 | 15 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 27 | 0 | 77 |
| 3346 | 5/1-5/15 | 21 | 7 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 0 | 18 | 0 | 70 |
| 3348 | 5/16-5/31 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 32 | 0 | 80 |
| 3350 | 6/1-6/15 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 30 | 0 | 77 |

---

[1] H = holiday; V= vacation; S=sick.

| CP Bates # | Dates | 452 CSSI | 452 H[1] VS | 449 Healthy Comm. | 449 H V | 444 Bulg. HQ | 448 Civic Advoc. | 460 Armen. CASP | 657 CAIP HQ | 657 V | 660 Food Vietn | 2310 Microe Uzbek | 674 Iraq CAP | 674 V H | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3352 | 6/16-6/30 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 31 | 0 | 77 |
| 3354 | 7/1-7/15 | 44 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 0 | 22 | 0 | 77 |
| 3356 | 7/16-7/31 | 47 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 20 | 0 | 77 |
| 3358 | 8/1-8/15 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 20 | 0 | 70 |
| 3360 | 8/16-8/31 | 29 | 0 | 0 | 0 | 0 | 2 | 0 | 10 | 0 | 0 | 0 | 43 | 0 | 84 |
| 3362 | 9/1-9/15 | 0 | 37 | 0 | 3 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 24 | 77 |
| 3364 | 9/16-30 | 49 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 | 0 | 0 | 22 | 0 | 80 |
| 4568 | 10/1-10/15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 | 0 | 0 | 77 |
| 3366 | 10/16-10/31 | 30 | 0 | 0 | 0 | 0 | 0 | 10 | 10 | 0 | 0 | 0 | 20 | 0 | 70 |
| 3368 | 11/1-11/15 | 77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3369 | 11/16-11/30 | 9 | 0 | 0 | 0 | 0 | 0 | 68 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3370 | 12/1-12/15 | 77 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3371 | 12/16-12/31 | 53 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 74 |
| TOTAL | | 900 | 75 | 24 | 3 | 8 | 8 | 78 | 237 | 17 | 2 | 77 | 377 | 24 | 1830 |

2

| CP Bates # | Dates | 452 CSSI | 452 H[1] VS | 449 Healthy Comm. | 449 H V | 444 Bulg. HQ | 448 Civic Advoc. | 460 Armen. CASP | 657 CAIP HQ | 657 V | 660 Food Vietn | 2310 Microe Uzbek | 674 Iraq CAP | 674 V H | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HVS | 0 | 0 | 75 | 0 | 3 | 0 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 24 | 119 |
| % TOTAL | | 49.18 | 4.09 | 1.31 | 0.16 | 0.43 | 0.43 | 4.26 | 12.95 | 0.92 | 0.10 | 4.20 | 20.60 | 1.31 | 99.94 |
| % TOTAL HVS | | | 63.02 | | 2.52 | | | | | 14.28 | | | | 20.16 | |

3