Analysis of Bobby Abma Timesheets – Year 2004
(source of data=X-57)

| CP Bates # | Dates | 452 CSSI | 452 H[1] V S | 449 Healthy Comm. | 449 H V S | 460 Armen. CASP | 460 V | 669 Food Tajik | 669 V | 674 Iraq CAP | 674 V H | 761 WB Women | 761 V S | 955 Prog. Devel | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3286 | 1/1-1/15 | 35 | 14 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 77 |
| 3288 | 1/16-1/31 | 46 | 4 | 12 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 77 |
| 3290 | 2/1-2/15 | 42 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 3 | 70 |
| 3292 | 2/16-2/29 | 44 | 0 | 17 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 7 | 0 | 0 | 70 |
| 3293 | 3/1-3/15 | 21 | 7 | 12 | 0 | 0 | 0 | 0 | 0 | 30 | 0 | 7 | 0 | 0 | 77 |
| 3295 | 3/16-3/31 | 6 | 0 | 4 | 0 | 0 | 0 | 15 | 0 | 56 | 0 | 3 | 0 | 0 | 84 |
| 3296 | 4/1-4/15 | 42 | 0 | 20 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 5 | 0 | 0 | 77 |
| 3298 | 4/16-4/30 | 39 | 5 | 20 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 0 | 77 |
| 3300 | 5/1-5/15 | 30 | 0 | 15 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 7 | 0 | 10 | 70 |
| 3302 | 5/16-5/31 | 12 | 3 | 9 | 2 | 0 | 0 | 0 | 0 | 49 | 0 | 0 | 2 | 0 | 77 |
| 3306 | 6/1-6/15 | 8 | 27 | 6 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 | 0 | 70 |

---

[1] H= holiday, V=vacation, S= sick leave.

1

| CP Bates # | Dates | 452 CSSI | 452 H[1] V S | 449 Healthy Comm. | 449 H V S | 460 Armen. CASP | 460 V | 669 Food Tajik | 669 V | 674 Iraq CAP | 674 V H | 761 WB Women | 761 V S | 955 Prog. Devel | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3308-9 | 6/16-6/30 | 18 | 27 | 8 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 4 | 0 | 77 |
| 33010-11 | 7/1-7/15 | 17 | 24 | 15 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 3 | 0 | 75 |
| 3312-13 | 7/16-7/31 | 24 | 10 | 21 | 7 | 0 | 0 | 7 | 0 | 0 | 0 | 8 | 0 | 0 | 77 |
| 3314 | 8/1-8/15 | 33 | 14 | 12 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 7 | 0 | 0 | 70 |
| 3316-17 | 8/16-8/31 | 25 | 4 | 28 | 0 | 0 | 0 | 4 | 0 | 15 | 0 | 8 | 0 | 0 | 84 |
| 3318-19 | 9/1-9/15 | 24 | 0 | 24 | 0 | 0 | 0 | 7 | 0 | 14 | 0 | 8 | 0 | 0 | 77 |
| 3320-21 | 9/16-30 | 4 | 19 | 29 | 0 | 0 | 0 | 8 | 0 | 11 | 0 | 6 | 0 | 0 | 77 |
| 3322-23 | 10/1-10/15 | 21 | 0 | 21 | 0 | 0 | 0 | 8 | 0 | 12 | 0 | 5 | 0 | 0 | 67 |
| 3324 | 10/16-10/31 | 11 | 0 | 5 | 0 | 33 | 0 | 9 | 0 | 12 | 0 | 0 | 0 | 0 | 70 |
| 3326-27 | 11/1-11/15 | 19 | 0 | 29 | 0 | 8 | 0 | 11 | 0 | 10 | 0 | 0 | 0 | 0 | 77 |
| 3328-29 | 11/16-11/30 | 21 | 15 | 11 | 18 | 2 | 6 | 3 | 5 | 4 | 5 | 0 | 0 | 0 | 90 |
| 3330-31 | 12/1-12/15 | 13 | 8 | 19 | 9 | 6 | 4 | 7 | 0 | 11 | 0 | 0 | 0 | 0 | 77 |
| 3332-33 | 12/16-12/31 | 26 | 4 | 23 | 3 | 9 | 0 | 8 | 0 | 11 | 0 | 0 | 0 | 0 | 84 |

2

| CP Bates # | Dates | 452 CSSI | 452 H1 V S | 449 Healthy Comm. | 449 H V S | 460 Armen. CASP | 460 V | 669 Food Tajik | 669 V | 674 Iraq CAP | 674 V H | 761 WB Women | 761 V S | 955 Prog. Devel | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL | | 581 | 185 | 398 | 92 | 58 | 10 | 103 | 5 | 243 | 5 | 115 | 20 | 13 | 1828 |
| TOTAL HVS | | 0 | 185 | 0 | 92 | 0 | 10 | 0 | 5 | 0 | 5 | 0 | 20 | 0 | 317 |
| % TOTAL | | 31.78 | 10.12 | 21.77 | 5.03 | 3.17 | 0.54 | 5.63 | 0.27 | 13.29 | 0.27 | 6.29 | 1.09 | 0.71 | 99.96 |
| % TOTAL HVS | | | 58.35 | | 29.02 | | 3.15 | | 1.57 | | 1.57 | | 6.30 | | |

3