Analysis of Arlene Lear Timesheets – Hour Charged to Projects -- Year 2004
(Source of Data=X-55)[1]

| CP Bates # | Dates | 452 CSSI | 452 H[2] V | 449 Healthy Comm. | 449 H V | 444 Bulg. HQ | 444 H V | 448 Civic Advoc. | 448 H V | 460 Armen. CASP | 657 CAIP HQ | 657 V | 674 Iraq CAP | 674 V H | 761 WB Women HQ | 453 534 673[3] | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3556 | 1/1-1/15 | 46 | 4 | 8 | 2 | 12 | 0 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3558 | 1/16-1/31 | 40 | 7 | 10 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3560 | 2/1-2/15 | 39 | 0 | 0 | 0 | 26 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 |
| 3561 | 2/16-2/28 | 36 | 4 | 0 | 0 | 27 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 70 |
| 3563 | 3/1-3/15 | 27 | 0 | 24 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3565 | 3/16-3/31 | 43 | 0 | 11 | 0 | 23 | 0 | 5 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 84 |
| 3566 | 4/1-4/15 | 40 | 0 | 9 | 0 | 21 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3567 | 4/16-4/30 | 17 | 0 | 0 | 0 | 18 | 0 | 7 | 0 | 0 | 5 | 0 | 30 | 0 | 0 | 0 | 77 |
| 3569 | 5/1-5/16 | 29 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 0 | 0 | 0 | 70 |

---

[1] Pages CP 3569 & 3570 were deleted from Dorcus X-55 due to a copying error; the data was entered from the original copies produced by Counterpart.
[2] H = holiday; V= vacation; L= leave w/o pay
[3] These three codes could not be identified by Mr. Dorcus. Although Ms. Lear charged no time to either code, she charged 14 hours of vacation or holiday to them in 2004.

| CP Bates # | Dates | 452 CSSI | 452 $H^2V$ | 449 Healthy Comm. | 449 H V | 444 Bulg. HQ | 444 H V | 448 Civic Advoc. | 448 H V | 460 Armen. CASP | 657 CAIP HQ | 657 V | 674 Iraq CAP | 674 V H | 761 WB Women HQ | 453 534 673[3] | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3570 | 5/16-5/31 | 17 | 4 | 10 | 0 | 18 | 1 | 0 | 2 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 52 |
| 3571 | 6/1-6/15 | 36 | 0 | 30 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 3 | 0 | 77 |
| 3573 | 6/16-6/30 | 35 | 0 | 31 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 3 | 0 | 77 |
| 3575 | 7/1-7/15 | 34 | 3 | 24 | 3 | 0 | 0 | 4 | 1 | 0 | 4 | 0 | 0 | 0 | 3 | 0 | 76 |
| 3577 | 7/16-7/31 | 37 | 0 | 28 | 0 | 0 | 0 | 5 | 0 | 0 | 4 | 0 | 0 | 0 | 3 | 0 | 77 |
| 3579 | 8/1-8/15 | 26 | 8 | 0 | 0 | 0 | 0 | 11 | 0 | 0 | 4 | 2 | 15 | 4 | 0 | 0 | 70 |
| 3581 | 8/16-8/31 | 7 | 13 | 5 | 11 | 0 | 11 | 0 | 7 | 0 | 2 | 0 | 0 | 20 | 0 | 8 | 84 |
| 3583 | 9/1-9/15 | 17 | 7 | 10 | 0 | 15 | 0 | 9 | 0 | 0 | 0 | 0 | 12 | 7 | 0 | 0 | 77 |
| 3585 | 9/16-30 | 18 | 12 | 12 | 16 | 12 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 77 |
| 3587 | 10/1-10/15 | 21 | 0 | 19 | 0 | 19 | 0 | 17 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 76 |
| 3588 | 10/16-10/31 | 18 | 0 | 9 | 0 | 5 | 0 | 5 | 0 | 17 | 0 | 0 | 16 | 0 | 0 | 0 | 70 |
| 3590 | 11/1-11/15 | 34 | 0 | 7 | 0 | 5 | 0 | 5 | 0 | 11 | 0 | 0 | 8 | 7 | 0 | 0 | 77 |
| 3592 | 11/16-11/30 | 33 | 0 | 7 | 0 | 5 | 0 | 5 | 0 | 11 | 0 | 0 | 2 | 14 | 0 | 0 | 77 |

2

| CP Bates # | Dates | 452 CSSI | 452 H$^2$V | 449 Healthy Comm. | 449 H V | 444 Bulg. HQ | 444 H V | 448 Civic Advoc. | 448 H V | 460 Armen. CASP | 657 CAIP HQ | 657 V | 674 Iraq CAP | 674 V H | 761 WB Women HQ | 453 534 673[3] | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3594 | 12/1-12/15 | 34 | 0 | 7 | 0 | 5 | 0 | 5 | 0 | 17 | 0 | 0 | 9 | 0 | 0 | 0 | 77 |
| 3596 | 12/16-12/31 | 31 | 7 | 7 | 0 | 5 | 0 | 5 | 0 | 13 | 0 | 0 | 9 | 1 | 0 | 6 | 84 |
| TOTAL HOURS BILLED TO PROJECT | | 715 | 69 | 268 | 32 | 268 | 15 | 107 | 18 | 69 | 29 | 2 | 161 | 53 | 12 | 14 | 1832 |
| TOTAL HOURS HV BILLED TO PROJECT | | 0 | 69 | 0 | 32 | 0 | 16 | 0 | 17 | 0 | 0 | 2 | 0 | 0 | 0 | 14 | 150 |
| % OF TOTAL HOURS BILLED | | 39.02 | 3.76 | 14.62 | 1.74 | 14.62 | 0.81 | 5.84 | 0.98 | 3.76 | 1.58 | 0.10 | 8.78 | 2.89 | 0.65 | 0.76 | 99.91 |
| % TOTAL HVL BILLED | | 0 | 46 | 0 | 21.33 | 0 | 10.66 | 0 | 11.33 | 0 | 0 | 1.33 | 0 | 0 | 0 | 9.33 | 99.98 |

3