**DECLARATION OF AMAN NUSUPOV**

Aman Nusupov deposes and states as follows for use in a lawsuit brought by Jay Cooper against Counterpart International in Washington, D.C.

My name is Aman Nusupov. I make the following statements based on my personal knowledge:

I worked under direct supervision of Jay Cooper since May 1996, when I was hired as a coordinator for the *NGO Support Centers* project funded by UNHCR, till Fall 2004. My primary tasks during 1996-1998, when I worked under direct supervision of Jay, included establishment and development of first NGO Support Centers in Karabalta, Jalalabad and Naryn.

From the very beginning, I enjoyed support of Jay Cooper, who taught me a lot in various fields, like project management, staff management, planning, monitoring, etc. Of coarse, it was not easy process for me to obtain new skills in quite new environment, and while working I faced a lot of difficulties, but Jay always provided support to me to manage though all challenges. I am proud of having trustful relations with Jay, when he always listen to me prior making decisions, which helped me to feel ownership over the results which we achieved with Counterpart in Kyrgyzstan. I believe that great success of Counterpart activities in Kyrgyzstan, including creation of a network of Civil Society Support Centers in Kyrgyzstan, facilitation of the Counterpart in the process of involving civil society in drafting country development programs, should be associated with Jay Cooper, because of his personal contribution to the development of civil society in Kyrgyzstan, and his work in building effective staff, which was able to accomplish complex tasks.

As far I remember, in 1999 Jay became Country Director for Uzbekistan and moved to Tashkent, and in 2000 was promoted to the position of Regional Director. So, during 1999-2004 I met Jay regularly, when I traveled to Almaty, and Jay traveled to Bishkek, but of coarse these meetings took place not so often, as it was when I worked under his direct supervision. I must say that I that time I kept good working and personal relations with Jay, and still can consult directly with him on programmatic issues (of coarse, my line manager Erkin Kasybekov was aware of these discussions).

I worked with Jay more that 8 years, and having Jay as a manager, I always feel comfortable because there was trust, support, effective division of roles, and he always was supportive to initiatives of his staff. I do not remember cases when Jay intimidated his staff, sometimes he pushed the staff to accomplish certain tasks, but I can not say that it was intimidation. I have never heard Jay says anything about the staff, which hurt privacy of the staff persons, like sexual preferences of the colleagues, information about families of the staff, other private things. At this point, I have to say, that I consider Jay as the best among my direct managers during my career.

I heard that Jay was fired from our driver Vladimir Konnov when he picked me at the airport ( I do not remember exact dates, I remember that I just came back from business trip from Moscow), I was shocked because I worked with Jay so many years, and did not expect that he may leave Counterpart. Next day asked my manager Erkin what happened that Jay left Counterpart, but he also had no information. Then several times I was asked by some NGO leaders what happened that Jay is not with Counterpart, I always answered I have no information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on _____[date] In Bishkek, Kyrgyzstan
    _____ [signature]