UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| **COUNTERPART INTERNATIONAL,** | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Please take note that on February 15, 2007 I caused to be filed in the clerk's office a disc including the following materials, which I was, for technical reasons, unable to load through the Court's electronic filing system. These materials were intended to support Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

(1) Attachment A to the Declaration of Patricia D. Douglass, constituting relevant pages of exhibits marked at depositions in this case referred to in Plaintiff's Opposition;

(2) Exhibit JCX-F, an attachment to the Declaration of Jay Cooper;

(3) The Declaration of Asiya Sasykbaeva; and

(4) The Declaration of Lawrence J. Held.

In addition I have included the Declaration of Brian Propp the transmitted image of which was blurred.

I will file this Notice electronically.

Respectfully submitted,

_____
Patricia D. Douglass
DC Bar No. 214916
98 Interpromontory Rd.
Great Falls, VA 22066-3219
(703) 759-3586

February 15, 2007