UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1598 (RMC-JMF) |
| ) | |
| **COUNTERPART INTERNATIONAL,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Plaintiff Jay Cooper, through counsel, hereby gives notice of his filing today of paper copies of his Opposition to Defendant's Motion for Summary Judgment and all supporting papers.

This filing is made at the request of the Clerk's office because the Opposition with its supporting papers exceeds 500 pages.

We have also submitted indexes to the Genuine Issues, Deposition Exhibits contained in Attachment A to the Declaration of Patricia D. Douglass, Declarations and Deposition Transcripts, copies of which are filed herewith. We also submit a substitute copy of Exhibit PDX-E to the Douglass Declaration; the Exhibit as originally filed had the wrong page 3.

February 20, 2007

Respectfully submitted,

_____

Patricia D. Douglass
DC Bar 214916
98 Interpromontory Road
Great Falls, VA 22066-3219
(703) 759-3586
COUNSEL FOR PLAINTIFF JAY COOPER