**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAY W. COOPER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 05-1598 (RMC-JMF) |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| Defendant. | ) | |

**INDEX TO DEPOSITION EXHIBITS**
**DOUGLASS DECLARATION ATTACHMENT A**

| EXHIBIT NUMBER | PAGE [1] | EXHIBIT NUMBER | PAGE |
|---|---|---|---|
| 6 | 1 | 42 | 52 |
| 7 | 2 | 37 | 60 |
| 9 | 12 | 38 | 63 |
| 23 | 20 | 41 | 65 |
| 24 | 21 | 43 | 70 |
| 28 | 22 | 44 | 73 |
| 29 | 25 | 45 | 76 |
| 32 | 29 | 46 | 77 |
| 33 | 34 | 49 | 82 |
| 34 | 37 | | |
| 35 | 46 | | |

---

[1] The listed Page Number is where the first page of the exhibit begins. Selected pages of that Exhibit follow.