UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1598 (RMC-JMF) |
| ) | |
| **COUNTERPART INTERNATIONAL,** ) | |
| ) | |
| Defendant. ) | |

## INDEX TO DECLARATIONS

Declaration of Vaslat Akhmetov

Declaration of Jay Cooper

Declaration of Susan Kosinski Fritz

Declaration of Owen Goldfarb

Declaration of Lawrence J. Held

Declaration of Irina Kolmakova

Declaration of Stephen J. Larrabee

Declaration of Marilyn McKenzie

Declaration of Ara Nazinyan

Declaration of Aman Nusupov

Declaration of Brian Propp

Declaration of Asiya Sasykbaeva

Declaration of Igor Storozhenko

Declaration of Patricia D. Douglass (clipped separately)