UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1598 (RMC-JMF) |
| ) | |
| **COUNTERPART INTERNATIONAL,** ) | |
| ) | |
| Defendant. ) | |

## DEPOSITION TRANSCRIPTS

| DEPONENT | TAB |
|---|---|
| Deposition of Kelli Boyer | A |
| Deposition of Jay Cooper | B |
| Deposition of Harry Dorcus | C |
| Deposition of Arlene Lear | D |
| Deposition of Brian Propp | E |
| Deposition of Christopher Szecsey | F |