# ATTACHMENT 1

## TO REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

## SUPPLEMENTAL DECLARATION OF ARLENE LEAR

1. My name is Arlene Lear. I am over 18 years of age and have personal knowledge of the facts contained in this declaration. I am employed by Counterpart International ("Counterpart") as the Senior Vice President in Counterpart's Washington D.C. office.

2. As of the end of 2004, Counterpart had approximately 300 employees worldwide; approximately 100 of those employees were in Central Asia.

I, Arlene Lear, declare under penalty of perjury that the foregoing paragraphs are true and correct.

Dated: 2/26/07

_____
Arlene Lear