**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAY W. COOPER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1598 (RMC)** |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

This case concerns the termination of Plaintiff Jay W. Cooper's employment with Counterpart International.  After full discovery, Counterpart has filed a motion for summary judgment, which Mr. Cooper opposes.  Summary judgment is not a disfavored legal shortcut; rather, it can permit expeditious and efficient (in terms of the parties' time and money) resolution of legal disputes. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 327 (1986).  The Court has carefully reviewed the briefs and exhibits submitted by the parties and has concluded that this case cannot be decided on summary judgment.  The parties dispute many material facts, from the seemingly mundane to the obviously critical.  A trier of fact will be needed to reach a determination.  Accordingly, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. No. 18] is **DENIED**. The Court's Deputy Clerk shall set a scheduling conference.

**SO ORDERED.**

Date:  July 2, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge