UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | )  Civil No. 1:05-cv-01598-RMC |
| | ) |
| COUNTERPART INTERNATIONAL | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

In accordance with the Court's order of July 24, 2007, Plaintiff Jay W. Cooper and Defendant Counterpart International, through counsel, hereby file this joint status report. On August 20, 2007, counsel for the parties participated in a settlement conference before Magistrate Judge John M. Facciola. The parties were unable to reach settlement at that time. The parties remain interested in pursuing settlement in this matter, either with or without the assistance of Judge Facciola.

                                              Respectfully submitted,

                                              **JACKSON LEWIS LLP**

September 24, 2007                            By:_____/s/_____
                                                         Kara M. Ariail (D.C. Bar No. 478718)
                                                         8614 Westwood Center Drive, Suite 950
                                                         Vienna, Virginia 22182
                                                         (703) 821-2189
                                                         (703) 821-2267 (fax)

                                                         **Attorneys for Defendant Counterpart International**

By:_____/s/_____
Patricia D. Douglass, Esq.
98 Interpromontory Rd.
Great Falls, VA 22066

**Attorney for Plaintiff Jay W. Cooper**