UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAY W. COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1598 (RMC) |
| | ) | |
| COUNTERPART INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER FOR JOINT PRETRIAL STATEMENT**

It is hereby **ORDERED** that the parties shall file with the Court a Joint Pretrial Statement no later than July 14, 2008. In addition to all items required by Local Civil Rule 16.5(b), this Joint Pretrial Statement shall include:

a.  proposed *voir dire* questions.[1] Counsel are to indicate:

   i.  the *voir dire* questions on which the parties agree; and

   ii. the *voir dire* questions on which the parties disagree, with specific objections noted below each disputed question;

b.  a list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

   i.  the instructions on which the parties agree;

   ii. the instructions on which the parties disagree, with specific objections noted below each disputed instruction; and the proposed instruction's source (*e.g.*,

---

[1] Questions submitted on the day of trial will not be considered.

Matthew Bender's Standardized Civil Jury Instructions) or, for modified or new instructions, its supporting legal authority;

c. <u>a list of expert witnesses</u>, accompanied by a brief description of each witness' area of expertise and expected testimony, followed by specific objections (if any) to each witness;

d. <u>any motions in limine</u>, with citations to legal authority, that the parties reasonably anticipate will arise at trial, accompanied by any oppositions and replies thereto;

e. <u>any stipulations</u>, signed by counsel and the parties; and

f. <u>a proposed verdict form</u>, as well as proposed special interrogatories (if any), that includes a date and signature line for the jury foreperson.

The parties must also hand-deliver to chambers both a printed and an electronic (computer disk) copy of the Joint Pretrial Statement, preferably in WordPerfect format. The jury instructions section should be formatted so that each individual jury instruction begins on a new page. Finally, the printed copy should be three-hole punched, with each of the sections separated by labeled tab dividers.

**SO ORDERED**.


Date: June 3, 2008                               /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge