## Attachment 1: Joint Pretrial Statement

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JAY W. COOPER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| | ) |
| **COUNTERPART INTERNATIONAL,** | ) |
| | ) |
| Defendant. | ) |

## Plaintiff's Witness List

1.  Jay Cooper
    945 Penny Drive
    Ashland, Oregon
    97520

Mr. Cooper will testify about his history in various positions at Counterpart; his progressive promotions; events surrounding the execution of his final contract; his duties and successes at his final post; his management style; the files he maintained in his office; his relationship with Arlene Lear; Arlene Lear's expressed evaluations of his job performance; his questions about accounting irregularities he uncovered and the responses he received to his questions; his attendance at a USAID seminar on proper accounting; his relations with Bob Abma and Michael Kunz; the meeting in Washington in August of 2004; events occurring after his return to Almaty, including the visit of Boyer; the falsities reported by Boyer as relayed by Lear; the termination itself and related actions and statements by Counterpart and others; damages he has suffered

Estimated time on direct examination: 5 hours

2.  Lawrence Held
    20 Kipshidze Street
    Vakae Region
    01169
    Republic of Georgia

Mr. Held will testify about his expertise in the running of development programs; his work with and opportunity to observe the work of Cooper; Cooper's management and working style; Cooper's support to his subordinates; Cooper's reputation in the

1

development community in Central Asia and at USAID; Cooper's reactions to his termination and the way it was carried out; statements and rumors that spread in the development community

Estimated time on direct examination: 45 minutes

3. Igor Storozhenko
   M/R Orbita 1
   Bldg 28 Apt 95
   Almaty, 050019
   Kazakhstan

Mr. Storozhenko will testify about Mr. Cooper's management style; morale in the Counterpart office in Almaty; his interactions with Kelli Boyer; events of and after Cooper's termination; discussion he had with various persons concerning that termination and how it was carried out and why it happened; Mr. Cooper's reaction to the termination events

Estimated time on direct examination: 45 minutes

4. Irina Kolmakova (appearing by video conference)
   Seyfulin Street
   Almaty, Kazakhstan

Ms. Kolmakova will testify about Mr. Cooper's management style; Mr. Cooper's work after Michael Kunz arrived in the Almaty office; conversations she had with Kelli Boyer; the status of recruiting efforts in the Almaty office of Counterpart and the reasons therefore; her trip to Bishkek with Boyer; steps taken by Counterpart after Jay's termination and what Counterpart representatives said about them and about Cooper; reactions of persons who knew Cooper or knew of him to the termination events

Estimated time on direct examination: 45 minutes

5. Ara Nazinyan
   Building 2 Apt 5
   Hakobyan Street
   Yerevan, 0033
   Armenia

Mr. Nazinyan will testify about his experiences working for Mr. Cooper; Cooper's leadership in the Counterpart Uzbekistan Mahalla Initiative Program; Mr.. cooper's skills as a trainer and a delegator and empowerer of local staff; his conversations with Bob Abma about budget issues; the rumors he heard about Cooper's firing; statements made by Arlene Lear about Cooper

Estimated time on direct examination: 1 hour

6.        Gregory Touma
           5608 Fifth Rd S
           Arlington, VA 22204-1252

Mr. Touma will testify about the events accompanying the termination of his employment with Counterpart.

Estimated time on direct examination: 20 minutes

7.        Azam Bobakhodjaev
           University Housing
           University of Delaware
           Newark Delaware

M. Bobakhodjaev will testify about the reasons Mr. Cooper was hesitant about Michael Kunz; Cooper's management style and capabilities

Estimated time on direct examination: 30 minutes