**Attachment 2 to Joint Pretrial Statement**

<u>**DEFENDANT'S EXPECTED WITNESSES LIST**</u>

Defendant Counterpart International hereby submits the following list of expected trial witnesses. This list does not represent the order in which witnesses may be called.

Defendant's disclosures are provided in good faith and are based upon information presently available. Defendant reserves the right to amend or supplement its witness list subject to plaintiff's reciprocal submission of witnesses and to add witnesses subsequently discovered or located consistent with the Federal and Local Rules of Civil Procedure. Defendant reserves the right to call any and all fact witnesses listed by plaintiff, for its case in chief, as well as in rebuttal.

1. Arlene Lear
   Counterpart International
   2345 Crystal Drive
   Suite 301
   Arlington, VA 22202

   Ms. Lear will testify about Cooper's performance in 2004, the reasons for her decision to terminate Cooper and the termination itself, and any relevant post-termination actions and communications. The length of Ms. Lear's direct examination cannot be estimated prior to the resolution of Defendant's motions in limine.

2. Harry Dorcus
   Counterpart International
   2345 Crystal Drive
   Suite 301
   Arlington, VA 22202

   Mr. Dorcus will testify about Cooper's performance in 2004, his knowledge of the reasons for the termination decision and the termination itself, and any relevant post-termination

actions taken and communications. The length of Mr. Dorcus' direct examination cannot be estimated prior to the resolution of Defendant's motions in limine.

3. Barbara Sloan
   Sloan Dialogs, LLC
   36160 Paxson Road
   Purcellville, VA 20132

   Ms. Sloan will testify about the August 2004 meeting and conference call with Jay Cooper, Arlene Lear and Michael Kunz, and her knowledge of the reasons for the termination decision and the termination itself. The length of Ms. Sloan's direct examination is estimated to be less than three hours.

4. Kelli Boyer
   7143 Mason Grove Court
   Alexandria, VA 22306

   Ms. Boyer will testify about Cooper's performance in 2004, her trip to Counterpart's Almaty Office in the fall of 2004, her knowledge of the reasons for the termination decision and the termination itself, and relevant post-termination actions and communications. The length of Ms. Boyer's direct examination is estimated to be less than six hours.

5. Lelei LeLaulu
   Counterpart International
   2345 Crystal Drive
   Suite 301
   Arlington, VA 22202

   Mr. LeLaulu will testify about his knowledge of the reasons for the termination decision and the termination itself, and relevant pre- and post-termination communications with Jay Cooper. The length of Mr. LeLaulu's direct examination is estimated to be less than three hours.

6. Michael Kunz
   Counterpart International
   2345 Crystal Drive
   Suite 301
   Arlington, VA 22202

Mr. Kunz will testify about Cooper's performance in 2004, his knowledge of the reasons for the termination decision and the termination itself, and any relevant post-termination actions taken and communications. The length of Mr. Kunz' direct examination is estimated to be less than three hours.

7. Bob Abma
   Counterpart International
   2345 Crystal Drive
   Suite 301
   Arlington, VA 22202

Mr. Abma will testify about Cooper's performance in 2004, his knowledge of the reasons for the termination decision and the termination itself, and any relevant post-termination actions taken and communications. The length of Mr. Abma's direct examination is estimated to be less than three hours.