Attachment 3 to Joint Pretrial Statement

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAY W. COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1598 (RMC-JMF) |
| | ) | |
| COUNTERPART INTERNATIONAL, | ) | |
| | ) | |
| Defendant. | ) | |

# Plaintiff's Exhibit List[1]

| EX. # | DESCRIPTION | E OR M |
|---|---|---|
| 2 | Email exchange between Cooper and Boyer, December 11-15, 2003 | E |
| 5 | Email Lear to Jay and others dated May 15, 2000 re Toast to Jay | E |
| 5A | Agreement/Waiver between Cooper and Counterpart (unsigned) | E |
| 6 | Email exchange between Lear and Boyer dated November 2003 re Performance Reviews, Jay Cooper contract | E |
| 7 | Manual for Employees in Foreign Areas | E |
| 8 | Letter Agreement dated December 18, 2003 between Cooper and Counterpart | E |
| 9 | Employee Performance Review of Jay Cooper | E |
| 9A | Letter from Cooper to Arlene dated December 15, 2003 | M |
| 10 | Email Lear to Gottschall re Revised Self Evaluation | E |
| 10A | Email Lear to Cooper dated 12/17/03, forwarded to Boyer re Your Contract and Outstanding Issues | E |
| 11 | Position Description for COP | M |
| 13 | Employee Self-Appraisal by Cooper, revised | E |
| 14 | Employee Self-Appraisal by Cooper, original | E |
| 14A | Email from David Smith to Lear, Kunz and Abma, forwarded to Cooper with Cooper's response, dated October 5, 2004 | M |
| 15 | Lear script for termination call, November 12, 2004 | E |
| 16 | Email from Dorcus to Cooper dated November 24, 2004, | E |

---

[1] Pursuant to LCvR 16.5(b)(6), Exhibits which Plaintiff expects to offer are marked with an "e" in the third column. Exhibits which Plaintiff may offer are marked there with an "m."

|      | attaching email from Cooper to Boyer, cc. Dorcus |   |
|------|---|---|
| 16A  | Cooper CV, as of August 2004 | M |
| 17   | Job Description for Regional Director, Eurasia, Middle East, and South East Asia dated September 1, 2004 | M |
| 18   | Email exchange between Cooper and Boyer in November and December of 2004 re payments | E |
| 19   | Email Lear to Cooper and Naziniyan | M |
| 19A  | Email from Cooper to Boyer dated December 2, 2004 attaching previous correspondence between them | E |
| 20   | Email Lear to Cooper dated January 7, 2003 re Counterpart's searchable impacts and success stories | M |
| 21   | Points to discuss with USAID – purpose of the meeting | M |
| 21A  | Email Lear to Abma, Dorcus, Granius and Cooper re New Award dated January 08, 2003 | M |
| 22   | Email from Yaz to Cooper, Kunz, forwarded to Lear by Cooper on August 2, 2004 | M |
| 23   | Email Kunz to Jay re Congratulations to Counterpart Turkmenistan, dated October 06, 2004 | E |
| 24   | Email Lear to Worldwide CPI Staff dated November 16, 2004 re Farewell and Thanks to Jay Cooper | E |
| 25   | Email Kunz to Lear re Farewell and Thanks to Jay Cooper | M |
| 27   | Email from Kuchukeeva to Kunz, Cooper and Lear dated November 9, 2004, re mid-term CSSI assessment, with Lear reply | E |
| 29   | Second Supplemental Response to Plaintiff's First Set of Interrogatories, dated January 11, 2006 | E |
| 31   | Termination letter from Counterpart to Cooper, dated 12 November, 2004 | E |
| 32   | Plaintiff's Responses to Defendant's First Set of Interrogatories to Plaintiff | M |
| 33   | Memo from Counterpart Uzbekistan staff to Cooper dated February 22, 2003, re Results of collaboration with CAIP project implemented by CHF International and Counterpart International | E |
| 34   | Memo from Shakhnooza Muminova to Dina Muhamadieva re CAIP Fact sheet, dated February 25, 2003 | E |
| 35   | Email from Cooper to Lear, dated April 8, 2003, re CAIP issues, attaching emails from Soroush and Kunz | E |
| 37   | Email from Boyer to headquarters Staff, cc.many people, dated October 6, 2004, re Rescind Policy – Grievance Procedure, attaching email from Boyer to Smith re Open Door Policy | E |
| 38   | Draft Minutes of Meeting of Senior Management Team on October 19, 2004 | E |
| 39   | Draft Notes of Meeting of Senior Management Team on October 12, 2004 | E |
| 41   | OMB Circular No. A-122 re Cost Principles for Non-Profit | E |

|    | Organizations |   |
|----|---------------|---|
| 42 | Audit Report, Financial and Federal Award Compliance Examination, for the year ended September 30, 2004 | E |
| 43 | Counterpart CSSI Program budget | E |
| 44 | HNCBI extension budget | E |
| 45 | Email Cooper to Abma and Kunz, cc Dorcus, dated October 21, 2004 re CSSI/Health Budget Allocations | E |
| 46 | Email from Abma to Kunz, cc Dorcus, dated October 21, 2004 re CSSO/health Budget Allocations, attaching spreadsheets | E |
| 49 | Form 990 for Counterpart International for FY 2004 (2003 IRS form) | E |
| 51 | Interaction, PVO Standards | M |
| 52 | Email correspondence between Cooper and LeLaulu, November 24, 2004, attaching email from Cooper to Kunz | M |
| 53 | Cooperative Agreement, dated June 27, 2003 re CSSI | E |
| 54 | List of Project Codes 09/15/04 | E |
| 55 | Timesheets for Arlene Lear[2] | E |
| 56 | Letter from LeLaulu to Lear dated October 17, 2003, with attached Employee check identification showing check dated 12/30/04 | E |
| 57 | Timesheets for Bobby Abma | E |
| 58 | Timesheets for Michael Kunz | E |
| 60 | Almaty Office Expense voucher, dated 5/13/04 | E |
| 61 | Expense voucher for Almaty office petty cash, May 18-June 4, 2004 | E |
| 62 | Expense voucher for Almaty office petty cash, May 4-11 | E |
| 63 | Expense voucher for Almaty office petty cash, 6/28/04 | E |
| 64 | Counterpart Journal voucher, attaching receipts posted during July 2004 | E |
| 65 | Expense voucher, Bob Abma Russian lessons, Sept 04, attaching receipts | E |
| 66 | Expense voucher for apartment lease Bob Abma Oct. 01-Dec. '30, 2004, attaching receipt and lease agreement | E |
| 67 | Expense voucher for Bob Abma Russian lessons October '04, with attached receipt | M |
| 69 | Receipt, rent payment Michael Kunz for Nov. 27'04 – Jan 27'05 | E |
| 70 | Posting journal, Almaty, Kazakhstan | E |
| 72 | Ledger Report Sumary, YTD with h/w note: "CSSI Expenses" | E |
| 78 | Memorandum from Dorcus to all employees re Policy Change, dated May 16, 2003 | E |
| 79 | Statement of Grievance from Aaron Chassy to Arlene Lear | E |
| 80 | Email exchange between Chassy and Lear, March 11 & 12, 2003 | E |

---

[2] The timesheet exhibits for Lear, Abma and Kunz (Exhibits 55, 57 & 58), as well as the charts based on them (Exhibits 133-135), will be changed when Counterpart provides timesheets for October 1, 2003 through December 31, 2003.

| 81  | Letter from Gottschall to Chassy, dated April 23, 2003 | M |
| --- | --- | --- |
| 82  | Agreement/Waiver, dated April 25, 2003 between Chassy and Counterpart | M |
| 83  | Letter from Touma to Benz, dated December 21, 2000, attaching pay stub and Agreement/Waiver | E |
| 84  | Partial performance evaluation, perhaps of Boyer | E |
| 100 | Files identified by Boyer as "secret files" found in Cooper's office after his termination | E |
| 101 | Email from Cooper to Lear dated April 8, 2003 re FW: CAIP issues confidential | E |
| 102 | Notes from CC Management Team Meeting, October 23 and 27, 2000 | E |
| 103 | Mid-term Evaluation of the Mahalla Initiative Program, March 2002 | M |
| 104 | Health NGO Capacity Building Initiative for Central Asia, final Program Report, undated | E |
| 105 | Form 990 for Counterpart International for FY 2005 (IRS form 2004) | E |
| 106 | Mid-Term evaluation Report CSSI, dated May 11, 2005 | E |
| 107 | Email from Abma to Kunz and Cooper dated September 3, 2004 re July Pipelines for #449 Healthy Communities and # 452 CSSI, with attached financial documents | E |
| 108 | Email from Kunz to Cooper, dated September 24, 2004 | E |
| 109 | Email from Kolmakova to Cooper and Kunz dated October 6, 2004 | E |
| 110 | Email correspondence between Kunz and Cooper re meetings in October of 2004 |   |
| 111 | Email from Cooper to Abma and Kunz dated October 8, 2004 re CSSI/Health Budget Allocations | E |
| 112 | Group exhibit of Cooper's receipts for expenses of relocation from Central Asia |   |
| 113 | Response to Plaintiff's First Set of Interrogatories, dated November 29, 2005 | E |
| 114 | Supplemental Response to Plaintiff's First Set of Interrogatories, dated December 19, 2005 | E |
| 115 | Verification, signed by Dorcus on November 20, 2006 | E |
| 116 | Spreadsheet entitled CSSI funds charged to Arlene Lear | E |
| 117 | Spreadsheet entitled HNCBI funds charged to Arlene Lear | E |
| 118 | HQ Expenses Not Including Lear | E |
| 119 | Spreadsheet entitled CSSI funds charged to Bob Abma | E |
| 120 | Spreadsheet entitled HNCBI funds charged to Bob Abma | E |
| 121 | Spreadsheet entitled CSSI funds charged to Michael Kunz | E |
| 122 | Spreadsheet entitled HNCBI funds charged to Michael Kunz, containing a column labeled "Housing allowance." | E |
| 123 | List entitled "Calls Lear to Kunz June 27 to to Almaty Office, | M |

|     |                                                                                                                                      |   |
| --- | ------------------------------------------------------------------------------------------------------------------------------------ | - |
|     | 501950 June 27 to Oct. 5, 2004"                                                                                                      |   |
| 124 | List entitled "Calls Lear to Kunz June 27 to October 5, 2004 (Oct. missing) to Kunz cell phone and home number"                      | M |
| 125 | Phone records produced by Defendant to Plaintiff                                                                                     | M |
| 126 | Email for Lear to Cooper et al. dated October 13, 2004, attaching Exhibit 17                                                         | E |
| 127 | Email from Kolmakova to Abma and Cooper dated October 6, 2004, re Monday staff meeting                                               | E |
| 128 | Email correspondence between Cooper, Kunz and others dated October 6, 2004, re Meetings on Friday                                    | E |
| 129 | Email for Kolmakova to Cooper, dated September 21, 2004, re list of vacancies, attaching chart entitled "Positions to be filled."    | M |
| 130 | Email from Kunz to Cooper, dated October 14, 2004 re mission Dr. Kai Wegerich – water association project                            | E |
| 131 | Defendant's Response to Plaintiff's Request for Admissions                                                                           | M |
| 132 | Group Exhibit:  Legal bills, from P Douglass to Jay Cooper                                                                           | E |
| 133 | Chart – Analysis of Arlene Lear Timesheets – FY 2004                                                                                 | E |
| 134 | Chart – Analysis of Bob Abma Timesheets – FY 2004                                                                                    | E |
| 135 | Chart – Analysis of Michael Kunz Timesheets – FY 2004                                                                                | E |
| 136 | Complaint for Damages, Propp v. Counterpart International                                                                            | M |