**Attachment 4 to Joint Pretrial Statement**

**DEFENDANT'S TRIAL EXHIBITS**

| No | Date | Title/Description | Bates No. | Intent to Offer (expected/if needed) |
|---|---|---|---|---|
| 1. | 12/18/03 | Cooper employment agreement | CP0031-32 | Expected |
| 2. | 3/01 | Counterpart's Manual for Employees in Foreign Areas | CP0572-607 | Expected |
| 3. | 3/5/03 | Chassy memo to Lear re: Central Asia Regional Office Issues | CP00754-758 | Expected |
| 4. | 4/30/04 | "Detailed List of Comments about Pregnant Women Made by Jay Cooper and Related Comments/Actions by CP Staff" by Kim Alter | CP00752-753 | Expected |
| 5. | 7/26/04 | Email from Cooper to David Smith re: Michael Kunz | 000086 | Expected |
| 6. | 8/04 | Job description prepared by Cooper at Arlene Lear's request in advance of 8/18/04 meeting | 000065-66 | Expected |
| 7. | 8/24/04 | E-mail from Barbara Sloan to Cooper, Lear & Kunz summarizing 8/18/04 meeting | CP00740-741 | Expected |
| 8. | 8/25/04 | E-mail from Barbara Sloan to Cooper, Lear & Kunz summarizing 8/25/04 conference call | CP00743-744 | Expected |
| 9. | 9/3/04 | E-mail from Abma to Kunz & Cooper re: CSSI and Healthy Communities pipelines | 000282-283 | Expected |
| 10. | 9/22/04 | E-mail exchange between Cooper and Lear re travel reimbursement | Stamped by plaintiff, illegible | Expected |
| 11. | 10/4/04 | E-mail exchange between Cooper and Boyer re: Cooper's questions about a possible separation from Counterpart | CP0770 | Expected |
| 12. | 10/5/04 | E-mail exchange between Cooper and David Smith re: Kunz | 000244-246 | Expected |
| 13. | 10/6/04 | E-mail from Boyer re: rescission of grievance policy | 000226 | Expected |
| 14. | 10/6/04 | E-mail from Boyer re: Open Door Policy | 000231 | Expected |
| 15. | 10/6/04 | E-mail exchange between Kunz and Cooper re: regular Friday meetings | 000295-298 | Expected |
| 16. | 10/8/04 | E-mail exchange between Cooper and Abma re: CSSI budget allocations | 000285 | Expected |
| 17. | 10/21/04 | E-mail from Cooper to Kunz, Abma and Dorcus re: comments on the budget | 000074 | Expected |

| No  | Date     | Title/Description | Bates No. | Intent to Offer (expected/if needed) |
|-----|----------|-------------------|-----------|--------------------------------------|
| 18. | 10/29/04 | E-mail exchange between Cooper and Boyer re: her trip to the Almaty office | CP0768 | Expected |
| 19. | 11/1/04  | Boyer's notes from her trip to Almaty office | CP1452-1469 | Expected |
| 20. | 11/9/04  | E-mail exchange between Cooper and LeLaulu re: "what is happening" | 000077 | Expected |
| 21. | 11/12/04 | Lear script for Cooper termination call | CP00738-739 | Expected |
| 22. | 11/12/04 | Cooper termination letter | 000086-000087 | Expected |
| 23. | 11/12/04 | Proposed Cooper separation agreement | 000080-85 | If needed |
| 24. | 11/16/04 | E-mail from Lear to Worldwide CPI staff re: Cooper termination | CP0571 | Expected |
| 25. | 11/19/04 | E-mail exchange between Cooper and Aranazinyan re: Cooper's termination | 000177 | Expected |
| 26. | 11/24/04 | E-mail exchange between Lelaulu, Dorcus and Cooper re: Cooper's complaints about his termination | 000145-147 | Expected |
| 27. | 11/30/04 | E-mail exchange between Cooper and Christina Schuierer re: Cooper's termination | 000189-19 | Expected |
| 28. | 11/30/04 | E-mail from Cooper to Kathleen Kuehnast re: Cooper's termination | 000135 | Expected |
| 29. | 12/1/04  | Memo prepared by Cooper re: points to discuss at meeting with USAID | 000220 | Expected |
| 30. | 12/2/04  | Letter from Lear to USAID informing them of Cooper's termination and changes to CSSI management structure | 0841-848 | Expected |
| 31. | 12/2/04  | E-mail exchange between Cooper and Boyer re: expense reimbursement | 000098 | If needed |
| 32. | 12/2/04  | E-mail exchange between Cooper and Boyer re: expense reimbursement | 000096 | If needed |
| 33. | 12/13/04 | Counterpart Audit Report: Financial and Federal Award Compliance Examination for the year ended September 30, 2004 | CP1396-1423 | If needed |
| 34. | 2/5/05   | E-mail from Cooper to Christina re: future plans | 000196 | Expected |
| 35. | 2/7/05   | E-mail exchange between Cooper and LeLaulu re: Cooper's complaints | CP0829-830 | Expected |
| 36. | 6/21/05  | E-mail from Cooper to LeLaulu re: complaints about Cooper's termination | CP831-833 | Expected |
| 37. | 6/21/05  | E-mail from Cooper to Anika Ayrapetyants re: complaints about | 000148 | Expected |

| No | Date | Title/Description | Bates No. | Intent to Offer (expected/if needed) |
|---|---|---|---|---|
| | | Counterpart | | |
| 38. | ---- | OMB Circular No. A-122 | --- | If needed |

In addition to the above, Defendants reserve the right to use for impeachment purposes all transcripts of depositions taken in this case, all pleadings previously filed and all discovery responses previously served on or received from opposing counsel and any documents responsive to the subpoenas Defendants served on any third-party.

Defendants also reserve the right for impeachment purposes to introduce:

The deposition transcripts of:

Jay Cooper
Brian Propp
Christopher Scezcsey

Any other pleading, exhibit or discovery response filed in any of the instant litigation.