**Attachment 5.a to Joint Pretrial Statement**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAY W. COOPER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1598 (RMC-JMF) |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Designation of Deposition Testimony**[1]

Witness: Arlene Lear, appearing under Rule 30(b)(6)

| From | Through | Exhibits To admit |
|---|---|---|
| 7-8 | 7-14 | |
| 8-16 | 9-2 | |
| 11-5 | 11-9 | |
| 13-9 | 14-9 | |
| 15-18 | 15-22 | |
| 16-21 | 19-13 | |
| 20-16 | 23-14 | 5, 8 |
| 24-1 | 25-11 | |
| 25-20 | 27-5 | 6 |
| 27-12 | 27-17 | |
| 28-9 | 30-7 | 7 |
| 31-9 | 33-2 | 9 |
| 33-22 | 34-14 | 10 |
| 35-8 | 35-13 | |
| 36-3 | 38-9 | |
| 39-5 | 40-20 | |
| 41-17 | 42-9 | 13 |
| 42-17 | 44-17 | 14 |
| 50-11 | 52-17 | |
| 62-18 | 63-4 | |

---

[1] Foundation questions identifying exhibits have been omitted for brevity because of hopes that the exhibits will be pre-admitted by stipulation. If that does not occur, Plaintiff reserves the right to add to these designations the foundational questions and their answers when an Exhibit is mentioned

1

| | | |
|---|---|---|
| 63-14 | 64-1 | |
| 69-13 | 70-10 | |
| 72-5 | 74-10 | 24 |
| 75-13 | 76-17 | |
| 79-3 | 79-7 | |
| 80-8 | 81-1 | |
| 82-22 | 84-9 | 27? |
| 84-20 | 86-12 | |
| 99-1 | 102-15 | |
| 105-13 | 108-13 | |
| 111-10 | 111-17 | 29 |
| 112-21 | 115-4 | |
| 123-6 | 123-21 | |
| 124-5 | 124-17 | |
| 128-16 | 128-22 | |
| 129-20 | 130-16[2] | |
| 142-9 | 143-2 | |
| 143-11 | 144-16 | |
| 145-10 | 146-9 | |
| 152-5 | 154-11 | |
| 161-3 | 162-13 | |
| 162-16 | 164-5 | |
| 164-19 | 165-16 | |
| 169-22 | 170-8 | |
| 170-15 | 171-4 | |
| 171-20 | 178-16 | |
| 188-14 | 198-18[3] | |
| 202-20 | 204-1 | 33 |
| 204-14 | 206-19 | 34 |
| 207-6 | 209-3 | 35 |
| 213-21 | 214-19 | |
| 218-11 | 221-1 | 15 |
| 224-9 | 227-3 | |
| 227-17 | 227-18 | |
| 228-6 | 229-10 | |
| 230-19 | 232-10 | |
| 232-12 | 232-17 | |
| 233-21 | 236-7 | |
| 239-2 | 241-8 | 37 |
| 243-14 | 244-4 | |
| 244-9 | 246-3 | |
| 247-3 | 248-19 | |

---

[2] First sentence of answer only.
[3] In this series of questions and answers "NICRA" should be substituted for "NICA" (transcription error).

|        |        |    |
|--------|--------|----|
| 251-6  | 251-13 | 39 |
| 251-19 | 252-15 |    |
| 257-13 | 258-7  |    |
| 261-22 | 262-6  |    |
| 262-16 | 263-15 |    |