Attachment 5.b. to Joint Pretrial Statement

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| **COUNTERPART INTERNATIONAL,** | ) |
| Defendant. | ) |

**Plaintiff's Designation of Deposition Testimony**

Witness: Brian Propp

| From | Through |
|---|---|
| 5-22 | 11-17[1] |
| 11-19 | 21-2 |
| 21-11 | 27-22 |
| 31-13 | 31-17 |

---

[1] The final phrase of the answer should be omitted per agreement of Plaintiff's counsel.