Attachment 5.c of Joint Pretrial Statement

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| **COUNTERPART INTERNATIONAL,** | ) ) ) |
| Defendant. | ) |

**Plaintiff's Designation of Deposition Testimony**[1]

Witness: Christopher Szecsey

| From | Through | Exhibits To admit |
|---|---|---|
| 8-2 | 55-18 | 106 |

---

[1] The witness has elected to make certain changes to the transcript of his testimony in the time allowed by law. The designated passages are intended to include those changes.

1