**Attachment 5.d of Joint Pretrial Statement**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAY W. COOPER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1598 (RMC-JMF) |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Designation of Deposition Testimony**

Witness: Harry Dorcus

| From | Through | Exhibits To admit |
|---|---|---|
| 8-13 | 11-17 | |
| 12-21 | 13-8 | 41 |
| 14-14 | 17-10 | |
| 18-11 | 18-14 | |
| 18-15 | 19-8 | |
| 22-17 | 23-22 | |
| 27-4 | 28-19 | |
| 33-14 | 34-1 | |
| 37-16 | 38-8 | |
| 40-8 | 44-11 | |
| 44-14 | 46-5 | |
| 53-7 | 55-7 | |
| 57-5 | 59-5 | |
| 62-8[1] | 63-22 | |
| 67-22 | 70-15 | |
| 72-17 | 78-12 | |
| 81-9 | 83-15 | 9 |
| 84-5 | 84-8 | |

---

[1] Begin questioning with third sentence.

| | | |
|---|---|---|
| 85-7 | 93-17 | |
| 96-16 | 97-16 | 5 |
| 98-15 | 105-17 | 7 |
| 111-15[2] | 123-3 | |
| 126-8 | 128-10 | |
| 129-22 | 130-8 | 43 |
| 131-1[3] | 142-4 | 43 |
| 143-19 | 145-1 | 43 |
| 146-4 | 148-5[4] | 42 |
| 148-14[5] | 151-14 | |
| 152-8 | 154-11 | |
| 154-14[6] | 154-4 | |
| 157-12 | 158-12 | 45 |
| 159-1 | 159-4 | 46 |
| 162-13 | 162-19 | |
| 166-9 | 168-5 | |
| 170-11[7] | 173-7 | |
| 197-20 | 198-12 | |
| 202-9 | 203-16 | |
| 210-14[8] | 215-18 | |
| 217-1 | 219-10 | |
| 223-8[9] | 224-16 | |
| 224-17 | 226-2 | |
| 226-3 | 226-17 | |
| 226-22 | 227-4 | |
| 227-17 | 228-16 | |
| 233-14 | 234-12 | |
| 252-17 | 255-6 | 53 |
| 255-20 | 256-4 | |
| 259-17 | 262-1 | 54 |
| 262-2 | 263-11 | 55 |
| 264-21 | 265-13 | |
| 264-19 | 266-9 | |
| 266-10 | 267-10 | |
| 270-7 | 270-15 | |
| 279-22 | 285-3 | 56 |
| 289-6 | 289-15 | 57 |

---

[2] Delete quip that is the second sentence of the question starting on page 112, line 18.
[3] Begin with third sentence of question on line 1 of page 131.
[4] 2000 at the end of the final question should be changed to 2004, as seen in subsequent colloquy.
[5] To include continuation of answer.
[6] Begin with third sentence of question on line 14 on page 154.
[7] Abma begins at this point testifying as a Rule 30(b)(6) witness for the corporation, only through 173-7.
[8] Need to substitute Arlene Lear for she.
[9] Need to substitute Jay Cooper for he.

| | | |
|---|---|---|
| 291-10 | 291-17 | 58 |
| 298-8 | 300-15 | 60 |
| 301-9 | 303-6 | 61 |
| 303-22 | 309-6 | 62 |
| 310-11 | 311-13 | 63 |
| 311-20 | 314-8 | 64 |
| 318-22 | 321-8 | |
| 321-15 | 323-16 | |
| 324-4 | 326-19 | |
| 327-1 | 328-13 | 66 |
| 329-6 | 329-21 | |
| 332-7 | 336-7 | 69 |
| 337-13 | 344-9 | 70 |
| 347-13 | 353-15 | |
| 354-15 | 356-6 | 72 |
| 357-14 | 359-22 | |
| 360-18 | 361-7 | |
| 367-11 | 368-9 | |
| 392-20 | 394-22 | 78 |
| 396-20 | 397-17 | |
| 400-21 | 405-2 | 79 |
| 405-9 | 407-2 | |
| 408-4 | 410-1 | |
| 411-12 | 414-16 | 80 |
| 420-10 | 421-1 | 83 |
| 422-2 | 423-7 | 84 |