Attachment 5.e of Joint Pretrial Statement

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JAY W. COOPER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1598 (RMC-JMF) |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Designation of Deposition Testimony**[1]

Witness: Kelli Boyer

| From | Through | Exhibits To admit |
|---|---|---|
| 7-10 | 10-5 | |
| 10-12 | 13-21 | |
| 17-7 | 18-4 | 38 |
| 18-16 | 19-4 | |
| 20-2 | 22-12 | |
| 23-14 | 25-2 | 37 |
| 25-12 | 26-10 | |
| 35-8 | 41-12 | 8 |
| 42-1 | 44-8 | 9 |
| 45-21 | 48-8 | |
| 49-12 | 50-17 | 6, |
| 51-1 | 52-1 | 2 |
| 53-5 | 53-22 | 10 |
| 54-7 | 54-21 | |
| 55-7 | 56-12 | |
| 62-6 | 67-1 | |
| 68-7 | 71-14 | |

---

[1] Foundation questions identifying exhibits have been omitted for brevity in hopes that the exhibits will be pre-admitted by stipulation. If that does not occur, Plaintiff reserves the right to add to these designations the foundational questions and their answers when an Exhibit is first mentioned by a witness.

1

| | | |
|---|---|---|
| 72-6[2] | 72-15 | |
| 73-11 | 74-9 | |
| 80-2 | 84-1 | |
| 93-5 | 96-19 | |
| 97-8 | 98-14 | |
| 100-2 | 100-16 | |
| 101-6[3] | 102-8 | |
| 164-22 | 165-9 | |
| 165-20 | 168-19 | |
| 171-4 | 181-11 | |
| 181-19 | 191-7 | 15, 31, 5 |
| 191-14 | 192-14 | |
| 195-6 | 198-18 | |
| 209-16 | 211-20 | 19 |
| | | |

---

[2] Questioning to start with third sentence.
[3] Questioning to start with second sentence.