Cooper v. Counterpart International
Plaintiff's Damages as of July 23, 2007

| Item of Damage | Per month | # of applicable months | Per year | # of years | One time item | Total |
|---|---|---|---|---|---|---|
| 5% increase due July to Nov 15 | $406.00 | 4.5 | | | | $1,827.00 |
| Salary Nov 15 to June 30 2005 | $8,515.00 | 7.5 | | | | $63,862.50 |
| Salary July 1 2005 to June 30 2006 | $8,941.50 | 12 | | | | $107,298.00 |
| Missing cash advance | | | | | $404.50 | $404.50 |
| Housing allowance July 1 2004 to Dec 30 2004 | | 6 months balance from CI Almaty | | | ($941.53) | ($941.53) |
| Housing allowance Jan 1, 2005 to June 30 2005 | $1,600.00 | 6 | | | | $9,600.00 |
| Housing allowance July 1 2005 to June 30 2006 | $1,600.00 | 12 | | | | $19,200.00 |
| Health Insurance benefit | $400.52 | 19.5 | | | | $7,810.14 |
| Relocation benefit | | | | | $2,500.00 | $2,500.00 |
| Travel from overseas post | | | | | $1,326.00 | $1,326.00 |
| Unreimbursed bus. exp. (est) | | | | | $1,168.36 | $1,168.36 |
| Shipping personal items to the US | | | | | $3,500.00 | $3,500.00 |
| R&R allowance through 6/30/06 | | | $5,000.00 | 1.5 | | $7,500.00 |
| Pension contributions from Counterpart | $405.50 | 18.5 | | | | $7,501.75 |
| Total lines 1-16 | | | | | | |
| Interest on Lines 1-16 at 6% simple interest from 11/12/04 to 8/12/08 | | | | | | $52,325.26 |
| Attorney Fees through 7/10/08 | | | | | | $126,607.00 |
| Damage to reputation | | | | | for jury | |
| Humiliation damage | | | | | for jury | |
| **TOTAL DAMAGES** | | | | | | **$411,488.98** |
| Mitigation - salary | $5,833.34 | 10 | | | | $58,333.40 |
| Mitigation - health insurance benefit | $49.71 | 10 | | | | 497.1 |
| **TOTAL MITIGATION** | | | | | | **$58,830.50** |
| **DAMAGES LESS MITIGATION** | | | | | | **$352,658.48** |
| Punitive Damages | | | | | for jury | |

Amounts labelled as estimated or unknown require documentation in the hands of Defendant.

Cooper v. Counterpart International
Plaintiff's Damages as of July 23, 2007

$232,556.72

Amounts labelled as estimated or unknown require documentation in the hands of Defendant.