**Attachment 7 to Joint Pretrial Statement**

**PROPOSED VOIR DIRE**

Plaintiff, Jay Cooper, and Defendant, Counterpart International, subject to any stated objections, hereby submit the following voir dire questions:

1.   *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, not phrased neutrally and/or may act to bias jury pool*

[Give a general description of the nature of the case, such as the following:]

This is a civil case.  The Plaintiff Jay Cooper was employed by the Defendant Counterpart International managing several civil society development projects in Central Asia.  Counterpart receives funds under grants from the United States Agency for International Development – USAID--to run these and other projects.  Cooper had been working for Counterpart for ten years and was in Almaty, Kazakhstan in the middle of a three year contract when Counterpart unilaterally terminated his contract in November of 2004.  Counterpart takes the position it did so because of poor job performance by Cooper.  Cooper takes the position that it did so because he had been complaining to his superiors that Counterpart was ignoring the USAID regulations under which Counterpart was required to operate by charging to the projects he ran expenses that were really for other Counterpart projects and for Counterpart's efforts to develop new business.  Cooper takes the position that he was fired in retaliation for complaining and in fear that he would report Counterpart to USAID.  Cooper also complains that he was deliberately fired in such a way as to send out the message that he had done something dishonest, and that it humiliated him.  Cooper seeks money damages from Counterpart.  Counterpart takes the position that it acted properly and in accord with the contract that was in place,

claims that Cooper's termination was handled under its standard operating procedures and denies that Cooper was damaged or that it owes Cooper anything.

2.  *Proposed jointly by parties.*

Has anyone ever been on a jury in the past? If so, what kind of case did you consider and how did you feel about your jury experience?

3.  *Proposed by Defendant, objected to by Plaintiff for the following reasons: Plaintiff offers voir dire question number 4 below, in lieu of this question.*

This case is a civil action between the Plaintiff Jay Cooper and Defendant Counterpart International. Does any member of the jury panel believe that he or she knows anything about this case?

4.  *Proposed by Plaintiff in lieu of voir dire question number 3 above, objected to by Defendant for the following reasons: the proposed question is dependent on voir dire question number 1 above. Defendant objects to question number 1 because it is irrelevant, not phrased neutrally and/or may act to bias jury pool, and therefore objects to question number 4.*

Does any potential juror have any knowledge or information about the events that give rise to this case as I have described them?

    a.    If so, follow up on details (at bench)

    b.    Is there anything about your knowledge or information that might affect your ability to be a fair and impartial juror in this case as I have described it?

    c.    Are you willing to put aside that knowledge or information and decide this case based only on what is presented in court?

5.  *Proposed jointly by parties.*

The plaintiff in this case is Jay Cooper. Do any of you know or have any familiarity with Mr. Cooper?

6. *Proposed jointly by parties*

Have you, any member of your family, or a close friend ever had any involvement with Jay Cooper that might affect your ability in any way to render a fair and impartial verdict on the evidence presented here? If so, please explain.

7. *Proposed jointly by parties.*

Mr. Cooper is represented by Patricia Douglass. Do any of you know or have any familiarity with attorney Patricia Douglass?

8. *Proposed jointly by parties.*

Have you, any member of your family, or a close friend ever had any involvement with Patricia Douglass that might affect your ability in any way to render a fair and impartial verdict on the evidence presented here? If so, please explain.

9. *Proposed jointly by parties.*

The defendant in this case is Counterpart International. Do any of you know or have any familiarity with Counterpart International?

10. *Proposed jointly by parties.*

Have you, any member of your family, or a close friend ever had any involvement with Counterpart International that might affect your ability in any way to render a fair and impartial verdict on the evidence presented here? If so, please explain.

11. *Proposed jointly by parties.*

Defendants are represented by Michael Petkovich and John Remy. Do you know or have any familiarity with these attorneys, or the law firm they are associated with, Jackson Lewis?

12. *Proposed jointly by parties.*

Have you, any member of your family, or a close friend ever had any involvement with Michael Petkovich, John Remy or Jackson Lewis that might affect your ability in any way to render a fair and impartial verdict on the evidence presented here? If so, please explain.

13.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant.*

Does any potential juror have any relationship (personal, business or social) with any persons who are current or past employees of USAID?

14.    *Proposed jointly by parties.*

Mr. Cooper's attorney will now state the names of the witnesses that the plaintiff may call to testify in this case:

      [Plaintiff's attorney states the names of the witnesses]

Do you know or have any familiarity with these witnesses?

15.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant.*

Mr. Cooper's attorney will now state the names of the individuals that may be mentioned in this case:

      [Plaintiff's attorney states the names]

Do you know or have any familiarity with these individuals?

16.    *Proposed jointly by parties.*

Counterpart's attorneys will now state the names of the witnesses that the defendant may call to testify in this case.

      [Defendant's attorney states the names of the witnesses]

Do you know or have any familiarity with these witnesses?

17.     *Proposed jointly by parties.*

Your duty as a juror will be to listen to the testimony. At the conclusion of the testimony, the Court will instruct you as to what the law is and will instruct you to apply those principles of law to the case before you. Do you feel confident that you would be able to follow the Court's instructions on the law even if you disagree with the law?

18.     *Proposed jointly by parties.*

Do you feel you will be able to separate any feelings of sympathy or compassion you may have for plaintiff or the defendant and consider the facts presented by both parties fairly?

19.     *Proposed jointly by parties.*

Do you believe an employer has the right to fire an employee who is not performing to the employer's satisfaction?

20.     *Proposed jointly by parties.*

Have you or any members of your family ever been fired from your job under circumstances you considered unfair or unfounded? If so, please describe the circumstances.

21.     *Proposed jointly by parties.*

Have you, a family member, or close friend ever filed or submitted a complaint relating to your employment? This includes complaints filed with a federal, state or local agency or any lawsuits.

22.     *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear.*

Have you, a family member, or close friend ever filed a grievance against any employer?

  a. If yes, please explain circumstances

  b. Is there anything about that experience that might influence how you might decide this case?

23. *Proposed jointly by parties.*

This case involves an allegation of false light invasion of privacy. Have you, a family member, or close friend ever brought or threatened to bring a claim for false light, defamation, or other claims based on allegedly untrue statements? If so, please describe the circumstances.

24. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability*

Were you born in the United States?

 a. If not, where?

25. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability*

Have you ever lived in any country in Central Asia?

  a. If so, for how long?

  b. For what purpose?

26. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability*

How long have you lived at your present address?

27. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability*

Do you own your own home?

28. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

What is the highest grade you completed in school?

      a.      If you attended college, what were your major area(s) of study?

      b.      What degrees do you hold?

29.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Are you currently employed?

      a.      If so, full time?

      b.      Please describe your job or occupation currently held?

30.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability, vague and unclear*

Please describe in general terms (giving title, responsibilities) all other jobs you've held over the last ten years.

31.    *Proposed jointly by parties.*

Have you ever held a supervisory position at any job and if so, how many people did you supervise?

32.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant in part, not phrased neutrally and/or may act to bias the jury pool.*

If a supervisor, did you ever have the occasion to fire someone who reported to you for poor job performance?

      a.      If so, did that person challenge your decision?

      b.      Please describe the nature and results of that challenge (at the bench)

      c.      Did you lock that person out of the office (probe for reasons)

33.    *Proposed jointly by parties.*

In any of your jobs over the past ten years did you work under a written contract of employment?

    a.    If so, did either your or your employer ever seek to terminate that contract before the end of its term?

    b.    If so, give circumstances (at the bench)

    c.    Were you satisfied at the resolution of the issue? (at the bench)

    d.    Is there anything about that experience that might influence how you might decide this case?

34.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear.*

Have you ever had a serious disagreement with someone supervising you in your place of employment?

    a.    If so, give circumstances and resolution.

    b.    Is there anything about that experience that might influence how you might decide this case?

35.    *Proposed jointly by parties.*

Have you ever felt that you were treated unfairly by any employer?

    a.    If so, please explain (at bench)

36.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: vague and unclear.*

Have you ever sought the aid of an employer's Human Relations department in connection with your job?

    a.    If so, please explain the circumstances.

    b.    Were you satisfied with how the incident was resolved?

37.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear, not phrased neutrally and/or may act to bias the jury pool.*

Do you believe that an employer is justified in accepting what is reported to it by a member of the Human Relations department and acting on that report without giving the affected employee an opportunity to explain his version of events?

38. *Proposed by Plaintiff, objected to by Defendant for the following reasons: vague and unclear, not phrased neutrally and/or may act to bias the jury pool.*

Do you believe that if an employer believes that an employee is not doing his job correctly that the employer has an obligation to explain to the employee what his deficiencies are and allow him a reasonable time to correct them?

    a.    If not, what are your reasons for having that opinion?

39. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant.*

Have you ever complained to a governmental body or agency about actions taken by your employer or a co-employee?

    a.    If so, please explain the circumstances.

    b.    Is there anything about that experience that might influence how you might decide this case.

40. *Proposed by Plaintiff, objected to by Defendant for the following reasons: vague and unclear.*

Have you ever been retaliated against by an employer for something you did that you thought was the right thing to do?

    a.    If so, please explain the circumstances.

41. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear, not phrased neutrally and/or may act to bias the jury pool.*

Do you think a person who is fired in retaliation for protesting illegal activity by his employer would experience humiliation and shame?

9

    a.     How would you feel if that happened to you?

42.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, not phrased neutrally and/or may act to bias the jury pool.*

If the facts and the law in this case establish that the plaintiff, Jay Cooper, is entitled to substantial damages as a result of being fired by Counterpart, and as a result of the reason he was fired and the way he was fired, do you believe substantial damages should be awarded to him?

    a.     Is there any reason why you would feel uncomfortable awarding substantial damages in that event?

    b.     Is there any reason why you feel you could not award damages amounting to millions of dollars to Mr. Cooper?

    c.     Is there a limit to the amount you would be willing to award to a man who had been wrongly fired in retaliation for complaining of wrongdoing in his company, and fired in a way designed to maximize his humiliation?

43.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear.*

Have you ever worked for an insurance company?

    a.     If so, in what capacity?

    b.     Were you called upon to decide or make recommendations as to whether a particular legal case should be compromised?

         i.     If so, did the case involve a claim by an employee of unlawful termination, discrimination or retaliation?

         ii.    If so, did the case involve whistleblowing?

    iii.  If so, is there anything about that experience that might affect your ability to be a fair and impartial juror in this case.

44. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

If you are married, is your spouse currently employed?

  a.  If not, has your spouse been employed at any time over the last ten years?

  b.  If so, please describe your spouse's job briefly

45. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

If you have children, please describe briefly the occupations of your adult children?

46. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Have you ever served in the military?

  a.  If so, please tell us the branch, rank, date and place of your service.

47. *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability, duplicative of other voir dire questions proposed by the parties.*

Have you or any member of your immediate family ever studied or practiced law or been employed by a firm engaged in the practice of law?

  a.  If so, please describe the nature of the study or employment

  b.  [If the panel member has personally studied or practiced] Have you ever practiced employment law?

    i.  If so, are you willing to put your training or practice aside and accept the law applicable to this case as the court gives it to you?

*48.  Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Have you or any member of your immediate family ever worked for the Human Relations department of a company?

    a.    If so, explain.

*49.  Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Have you or any member of your immediate family ever worked in the field of international development?

    a.    If so, give details.

*50.  Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Have you or any member of your immediate family ever worked outside the United States?

    a.    If so, give details.

*51.  Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear.*

Have you or any member of your immediate family ever worked in a position where you were required to abide by government regulations?

    a.    If so, give details.

    b.    Did you ever have difficulty interpreting those regulations?

    c.    Were you ever accused of failing to follow those regulations?

*52.  Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, vague and unclear.*

Have you or any member of your immediate family ever been responsible for seeing that others followed government regulations?

    a.    If so, give details.

*53.    Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, not phrased neutrally and/or may act to bias the jury pool.*

Have you or any member of your family been a whistleblower – that is an employee who speaks out against unlawful activities by his employer?

    a.    If so, give details

    b.    Is there anything about that experience that might affect the way you decide this case?

*54.    Proposed jointly by parties.*

Have you, or has any member of your immediate family, ever been involved as a party to or appeared as a witness in any court proceeding (civil or criminal) or in any investigation by a federal or state authority or agency?

    a.    If so, give details (at the bench if requested by the panel member).

*55.    Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

What newspapers do you regularly read?

*56.    Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

What magazines do you regularly read?

*57.    Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

What television programs do you regularly watch?

*58.    Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

What is your main source of news?

    a.    TV?

    b.    Radio?

    c.    Newspapers?

    d.    Magazines?

    e.    Conversations with friends?

59.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Please describe the hobbies or recreational activities in which you participate.

60.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Do you have a bumper sticker on your car?

    a.    If so, what does it say?

61.    *Proposed jointly by parties.*

Do you understand that plaintiff's case is presented first? Are you confident that you will be able to reserve judgment on this case until you have heard both sides of the case?

62.    *Proposed jointly by parties.*

Do you believe that just because plaintiff filed a lawsuit, he is probably entitled to recover something?

63.    *Proposed by Plaintiff, objected to by Defendant for the following reasons: irrelevant, seeks private information not necessary to assess juror suitability.*

Do you have any difficulty reading, speaking or understanding the English language? If so, explain briefly.

64.    *Proposed jointly by parties.*

Do any of you need to take any medication that might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings?

65.     *Proposed jointly by parties.*

Do any of you have a hearing problem or any other ailment that might interfere with your ability to hear the testimony of the witnesses in this case?

66.     *Proposed jointly by parties.*

This trial may last for three to six days. Is there any member of the jury who has an urgent or extremely important matter to attend to within the next six days such that he or she would be faced with an undue hardship if selected for the jury in this case?

67.     *Proposed jointly by parties.*

Do any of you know of any reason whatever, even if not covered by my questions, why you could not or should not sit as a juror in this case or why you could not render a fair and impartial verdict based upon the law and evidence as you shall hear it?