Attachment 13.a to Joint Pretrial Statement

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>COUNTERPART INTERNATIONAL )<br>)<br>Defendant. )<br>) | Civil No. 1:05-cv-01598-RMC |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY ABOUT THE REASONS FOR BOYER'S SEPARATION**

Defendant Counterpart International ("Counterpart"), through counsel, hereby moves the Court to exclude evidence and testimony about the reasons for Kelli Boyer's separation from employment with Counterpart. For the reasons explained in the accompanying memorandum, Counterpart respectfully requests the Court grant this motion and enter the attached order.

Respectfully submitted,

JACKSON LEWIS LLP

July 14, 2008

By: _____
Michael N. Petkovich (D.C. Bar No.456010)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189

**Attorneys for Defendant Counterpart International**

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION
IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY
ABOUT THE REASONS FOR BOYER'S SEPARATION

Defendant Counterpart International ("Counterpart"), through counsel, files this memorandum in support of its motion in limine to exclude evidence and testimony about the reasons for Kelli Boyer's separation from employment with Counterpart.

**I.  SUMMARY**

Evidence about the reasons for former HR Manager Kelli Boyer's separation from Counterpart should be excluded because it is irrelevant to the disposition of Cooper's claims. There is no record evidence that shows the reasons for Boyer's separation from Counterpart are in any way related to Cooper's claims of breach of contract or false light invasion of privacy. This evidence should also be excluded because any probative value is outweighed by the high risk of unfair prejudice to Counterpart and jury confusion.

**II.  ARGUMENT**

Courts exclude from trial irrelevant evidence and relevant evidence whose probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury. *See Washington v. Thurgood Marshall Academy*, 2006 U.S. Dist LEXIS 88852, * 27 (D.D.C. Dec. 8, 2006) (*citing* Fed. R. Evid. 402 and 403).

Kelly Boyer was the HR Manager at the time Counterpart terminated Cooper's employment and is a trial witness for Counterpart. During discovery, Cooper has repeatedly inquired regarding the reasons for Boyer's separation from Counterpart more than a year after Cooper's termination. There is no record evidence that Boyer's separation from Counterpart was (1) related in any way to the termination of Cooper's contract, or (2) related in any way to any communications or alleged communications made by anyone at Counterpart about Cooper's job performance or termination. Accordingly evidence or testimony relating to the reasons for Boyer's separation is irrelevant to determining in the present case whether Counterpart breach its contract with Cooper or committed false light invasion of privacy and should be excluded.

Even if the reasons for Boyer's separation were relevant to Cooper's claims, testimony and evidence regarding the reasons should still be excluded on the additional grounds that any slight probative value that it may have is substantially outweighed by the danger of unfair prejudice and jury confusion.

### III.  CONCLUSION

Based on the foregoing reasons and authority, Counterpart respectfully requests that the Court grant Counterpart's motion in limine and exclude evidence and testimony about the reasons for Kelli Boyer's separation from employment with Counterpart.

        Respectfully submitted,

        **JACKSON LEWIS LLP**

July 14, 2008        By: _____
Michael N. Petkovich (D.C. Bar No.456010)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189

**Attorneys for Defendant Counterpart International**

4