Attachment 16 to Pretrial Statement

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| Plaintiff | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| COUNTERPART INTERNATIONAL | ) | |
| Defendant. | ) | |

**Proposed Stipulations of Fact**

Plaintiff, Jay Cooper, and Defendant, Counterpart International, hereby submit the following stipulations of fact:

1. Counterpart is a nonprofit development organization that manages a variety of development projects around the world.

2. Counterpart is organized into several program divisions, including the Civil Society Division which has developed and overseen civil society support projects in the Central Asian Republics since 1994.

3. In January 1995, Counterpart hired Jay Cooper ("Cooper") to work in the Civil Society Division on its projects in Central Asia.

4. On December 21, 2003, Cooper and Counterpart entered into an employment agreement.

5. Cooper's position was based in Counterpart's Almaty, Kazakhstan office.

6. On November 12, 2004, Counterpart terminated Cooper's employment by telephone and by written notice.

7.  All exhibits proposed by both parties, other than summaries and charts prepared by counsel, are authentic.

                                      Respectfully submitted,

                                      **JACKSON LEWIS LLP**

July 14, 2008

By: _____
Michael N. Petkovich (D.C. Bar No.456010)
Kara M. Ariail (D.C. Bar No.478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

**Attorneys for Defendant Counterpart International**

By: _____
Patricia D. Douglass, Esq. (D.C. Bar No. 214916)
98 Interpromontory Rd.
Great Falls, VA 22066

**Attorney for Plaintiff Jay W. Cooper**