**Attachment 18 to Joint Pretrial Statement**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S PROPOSED VERDICT FORM**

**COUNT I – BREACH OF CONTRACT**

    1. Do you find Counterpart terminated Mr. Cooper because it was not satisfied with his performance?

YES_____   NO_____

If you answer to Question 1 is "YES," you must find for Counterpart on Plaintiff's Breach of Contract claim, proceed to Question 4, and you should not answer any more questions under Count I. If you answer to Question 1 is "NO," please go to Question 2.

    2. Do you find Mr. Cooper has proven Counterpart breached the December 12, 2003 contract?

YES_____   NO_____

If you answer to Question 2 is "NO" you must find for Counterpart on Plaintiff's Breach of Contract claim, proceed to Question 4, and you should not answer any more questions under Count I. If you answer to Question 1 is "YES," please go to Question 3.

    3. Do you find that Plaintiff has proven that he suffered damages, other than damages that are speculative or remote, as a result of the alleged breach of contract?

YES_____ NO_____

If NO, please proceed to Question 4.  If YES, please state below the amount of damages, if any, that Mr. Cooper has proven he should be awarded.  Note that the possible categories of damages are limited to back pay (30 days maximum), lost benefits (30 days maximum) and prejudgment interest, less any amount for mitigation.

$_____

Please proceed to Question 4.

**COUNT II – FALSE LIGHT INVASION OF PRIVACY**

    4. Do you find Mr. Cooper proved Counterpart communicated a statement or message to the public about Mr. Cooper?

YES_____   NO_____

If you answer to Question 4 is "NO," you should sign and date the form and you should not answer any more questions.  If you answer to Question 4 is "YES," please go to Question 5.

    5. Do you find Mr. Cooper proved Counterpart's public communication was knowingly false or made with reckless disregard as to whether it was true or false?

YES_____   NO_____

If you answer to Question 5 is "NO," you should sign and date the form and you should not answer any more questions.  If you answer to Question 5 is "YES," please go to Question 6.

    6. Do you find Mr. Cooper proved Counterpart's public communication would be highly offensive to the reasonable person?

YES_____   NO_____

If you answer to Question 6 is "NO," you should sign and date the form and you should not answer any more questions.  If you answer to Question 6 is "YES," please go to Question 7.

    7. Do you find Mr. Cooper proved he suffered from mental or emotional distress as a result of Counterpart's allegedly placing him in a false light?

YES_____   NO_____

If NO, you should sign and date the form and you should not answer any more questions.  If YES, please state below the amount of mental or emotional damages, if any, that Mr. Cooper has proven he should be awarded.

$_____

Please ensure you have completed this form as you have intended and it is signed and dated below prior to returning it to the Court. Thank you.

SO SAY WE ALL on this _____ day of _____, 2008.


_____
FOREPERSON