UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1598 (RMC-JMF) |
| ) | |
| COUNTERPART INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO LODGE REVISED EXHIBIT LIST**

Plaintiff Jay Cooper, through counsel, moves for leave to substitute the exhibit list attached as Exhibit 1 to the Memorandum supporting this Motion ("Plaintiff's Revised Exhibit List") for the one filed on July 14 as part of the parties' joint pretrial statement.

In preparing to exchange copies of exhibits with opposing counsel, Plaintiff's counsel noticed typos and incomplete and inaccurate descriptions of certain exhibits. She also decided that Plaintiff's case would be improved by deleting two exhibits and adding five exhibits that had not been on the original list. Plaintiff's Revised Exhibit List contains those changes.

Counsel for Defendant has informed the undersigned that Defendant objects to the filing of the revised list only to the extent new exhibits are added.

As discussed in the accompanying Memorandum, Defendant will suffer no prejudice from grant of this Motion.

Respectfully submitted,

/s/
_____
Patricia D. Douglass

DC Bar 214916
98 Interpromontory Road
Great Falls, VA 22066
(703) 759-3586

COUNSEL FOR PLAINTIFF JAY COOPER

July 22, 2008