UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) ) |
| **COUNTERPART INTERNATIONAL,** | ) ) |
| Defendant. | ) |

## Order

Plaintiff's Motion for Leave to Lodge Revised Exhibit List is GRANTED and that document will be accepted in substitution for the Plaintiff's Exhibit List included in the parties Joint Pre-Trial Statement on July 14, 2008.

_____        _____
Rosemary M. Collyer                 Date