# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ENTRY OF APPEARANCE

We hereby enter the following appearance on behalf of Counterpart International in the above referenced matter:

John M. Remy (DC Bar No. 461244)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

Respectfully submitted,

**JACKSON LEWIS LLP**

July 24, 2008

By:__/s/_____
Michael N. Petkovich
(D.C. Bar No. 456010)
John M. Remy
(D.C. Bar No.461244)
Kara M. Ariail
(D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

**Attorneys for Defendant Counterpart International**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 24, 2008, a copy of the Entry of Appearance was served upon the following via electronic transmission:

    Patricia D. Douglass
    98 Interpromontory Road
    Great Falls, Virginia 22066-3219

    /s/
    Kara M. Ariail