## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAY W. COOPER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 1:05-cv-01598-RMC |
| | ) | |
| COUNTERPART INTERNATIONAL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

In accordance with Local Rule 16.5(e) and Federal Rule of Civil Procedure 26(a)(3),

Defendant Counterpart International ("Counterpart"), through counsel, hereby files its objections

to Plaintiff's proposed trial exhibits.

| Exhibit Number | Objections |
|---|---|
| 2 | No objection |
| 5 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 5A | No objection |
| 6 | No objection |
| 7 | No objection |
| 8 | No objection |
| 9 | No Foundation;  Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 9A | No objection |
| 10 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 10A | No objection |
| 11 | No objection |
| 13 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 14 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 14A | No objection |
| 15 | No objection |
| 16 | No objection |
| 16A | Relevance (*FRE 401, 402*) |
| 18 | No objection |
| 19 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 19A | No objection |
| 20 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 21 | No objection |
| 21A | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 22 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 23 | No objection |
| 24 | No objection |
| 25 | No objection |
| 27 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |

| 29 | No objection |
|----|--------------|
| 31 | No objection |
| 32 | Hearsay (*FRE 801, 802*) |
| 33 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 34 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 35 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 37 | No objection |
| 38 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 39 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 41 | No objection |
| 42 | No objection |
| 43 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 44 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 45 | No objection |
| 46 | No objection |

| 49 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
|---|---|
| 51 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 52 | No objection |
| 53 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 54 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 55 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 56 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 57 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 58 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |

| 60 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
|---|---|
| 61 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 62 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 63 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 64 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 65 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 66 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |

| 67 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
|----|-----|
| 69 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 70 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 72 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 78 | No Objection |
| 79 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* |
| 80 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* |
| 81 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* |
| 82 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |

| 83 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 84 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 100 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 101 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 102 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 103 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 104 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 105 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 106 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 107 | No objection |
| 108 | No objection |
| 110 | Relevance (*FRE 401, 402*);  Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 111 | No objection |
| 112 | First page of exhibit: Hearsay (*FRE 801, 802*); Attorney notes on p. 114 of Exhibit: Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 113 | No objection |

| 114 | No objection |
|-----|--------------|
| 115 | No objection |
| 116 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 117 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 118 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 119 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 120 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 121 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |

| | |
|---|---|
| 122 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 123 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 124 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 125 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 126 | No objection |
| 127 | Hearsay (*FRE 801, 802*); Undue Prejudice, Misleading the Jury (*FRE 403*) |
| 128 | No objection |
| 129 | No objection |
| 130 | No objection |
| 131 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Opposition to Plaintiff's "In Limine Motion Seeking on Admissibility of Defendant's Admissions"*<br><br>Even if Plaintiff is permitted to introduce Exhibit 131, those portions that include counsel's handwritten notes should be excluded for undue prejudice, confusing and misleading the jury under *FRE 403* |
| 132 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Even if Plaintiff were entitled to attorneys' fees under the causes of action set forth in his complaint, fees are decided by the court, via petition |

| | |
|---|---|
| 133 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) <br><br> *See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 134 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) <br><br> *See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 135 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) <br><br> *See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 136 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) <br><br> *See also, Defendant's Motion in Limine to Exclude Evidence about Propp's Lawsuit* |
| 137 | Hearsay (*FRE 801, 802*) |
| 138 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 139 | No objection |
| 140 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 141 | No Foundation; Authenticity (*FRE 901*); Offers to Compromise (*FRE 408*) |

Defendant reserves the right to further object to plaintiff's proposed exhibits, if appropriate, after the Court rules on Defendant's pending Motions in Limine.

Defendant also reserves the right to make further objections upon plaintiff's introduction of additional evidence at or before trial or upon review of documents identified in plaintiff's exhibit list but not produced in discovery, if otherwise deemed admissible.

Respectfully submitted,

**JACKSON LEWIS LLP**

July 28, 2008

By:___/s/_____
    Michael N. Petkovich (D.C. Bar No. 456010)
    John M. Remy (D.C. Bar No.461244)
    Kara M. Ariail (D.C. Bar No. 478718)
    8614 Westwood Center Drive, Suite 950
    Vienna, Virginia 22182
    (703) 821-2189
    (703) 821-2267 (fax)

    **Attorneys for Defendant Counterpart International**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY W. COOPER | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )     Civil No. 1:05-cv-01598-RMC |
| | ) |
| COUNTERPART INTERNATIONAL | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S OBJECTIONS AND PROPOSED COUNTER-DESIGNATIONS**
**TO PLAINTIFF'SDEPOSITION TRANSCRIPT DESIGNATIONS**

In accordance with Local Rule 16.5(e) and Federal Rules of Civil Procedure 26(a)(3) and 32(a), Defendant Counterpart International ("Counterpart"), through counsel, hereby files its objections and proposed counter-designations to Plaintiff's deposition transcript designations included with the Joint Pretrial Statement as Attachments 5.a through 5.e.

**I.    Defendant's Objections to Plaintiff's Designation of Deposition**
**Transcript of Counterpart's 30(b)(6) Witness Arlene Lear**

Defendant objects to Plaintiff's proposed transcript designations from the deposition of Arlene Lear in her capacity as a representative of Counterpart under FRCP 30(b)(6) as stated below. If Plaintiff is permitted to offer into evidence a particular deposition transcript designation, Defendant respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | | Defendant's Objection | Proposed Counter-Designation |
|---|---|---|---|---|
| **From** | **To** | **Exh** | | |
| 7-8 | 7-14 | | --- | --- |
| 8-16 | 9-2 | | --- | --- |
| 11-5 | 11-9 | | --- | --- |

| | | | | |
|---|---|---|---|---|
| 13-9 | 14-9 | | _Entire Designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |
| 15-18 | 15-22 | | _Entire Designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |
| 16-21 | 19-13 | | _Entire Designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |
| 20-16 | 23-14 | 5, 8 | _P. 20, Ln. 16 – P. 21, Ln. 3_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_)<br><br>_Exhibit 5_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |
| 24-1 | 25-11 | | --- | --- |
| 25-20 | 27-5 | 6 | _Entire Designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |
| 27-12 | 27-17 | | --- | --- |
| 28-9 | 30-7 | 7 | _P. 29, Ln. 15 – P. 30, Ln. 7_: Relevance (_FRE 401, 402_); Beyond the scope of the 30(b)(6) | --- |
| 31-9 | 33-2 | 9 | _Entire Designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_)<br><br>_Exhibit 9_: No Foundation; Authenticity (_FRE 901_); Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |
| 33-22 | 34-14 | 10 | _Entire Designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_)<br><br>_Exhibit 10_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | --- |

2

| | | | | |
|---|---|---|---|---|
| 35-8 | 35-13 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 36-3 | 38-9 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 39-5 | 40-20 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 41-17 | 42-9 | 13 | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 13: No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 42-17 | 44-17 | 14 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 14: No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 50-11 | 52-17 | | --- | --- |
| 62-18 | 63-4 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 63-14 | 64-1 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 69-13 | 70-10 | | --- | --- |
| 72-5 | 74-10 | 24 | --- | --- |
| 75-13 | 76-17 | | --- | --- |
| 79-3 | 79-7 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

| 80-8 | 81-1 | | ---- | P. 81, Ln. 2-10 |
|------|------|---|------|------|
| 82-22 | 84-9 | 27 | Exhibit 27: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*;  Hearsay (*FRE 801, 802*) | |
| 84-20 | 86-12 | | P. 85, Ln. 1-P. 86, Ln. 1; P. 86, Ln. 10-12:  Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 86, Ln. 13-P. 89, Ln. 1 |
| 99-1 | 102-15 | | ---- | ---- |
| 105-13 | 108-13 | | ---- | ---- |
| 111-10 | 111-17 | 29 | Entire Designation: Relevance (*FRE 401, 402*)  Defendant has already stipulated to the verification. | ---- |
| 112-21 | 115-4 | | ---- | P. 115, Ln. 5-13 |
| 123-6 | 123-21 | | ---- | ---- |
| 124-5 | 124-17 | | ---- | ---- |
| 128-16 | 128-22 | | ---- | ---- |
| 129-20 | 130-16 | | ---- | ---- |
| 142-9 | 143-2 | | ---- | ---- |
| 143-11 | 144-16 | | ---- | ---- |
| 145-10 | 146-9 | | ---- | ---- |
| 152-5 | 154-11 | | ---- | ---- |
| 161-3 | 162-13 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | |
| 162-16 | 164-5 | | ---- | ---- |
| 164-19 | 165-16 | | ---- | ---- |
| 169-22 | 170-8 | | ---- | ---- |
| 170-15 | 171-4 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | |
| 171-20 | 178-16 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | |

4

| 188-14 | 198-18 |    | P. 188, Ln. 14 – P. 193, Ln. 13: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence about Counterpart's Compliance with USAID Regulations*<br><br>P. 195, Ln. 4 – P. 197, Ln. 4: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |    |
|--------|--------|----|--------------------------------------------------------------------------------------------------------------------------------------------|----|
| 202-20 | 204-1  | 33 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 33: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 209, Ln. 4-11 |
| 204-14 | 206-19 | 34 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 34: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 209, Ln. 4-11 |
| 207-6  | 209-3  | 35 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 35: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 209, Ln. 4-11 |
| 213-21 | 214-19 |    | --- | --- |
| 218-11 | 221-1  | 15 | --- | --- |
| 224-9  | 227-3  |    | Entire Designation: Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 227-17 | 227-18 |    | --- | --- |

| 228-6 | 229-10 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | --- |
| 230-19 | 232-10 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | --- |
| 232-12 | 232-17 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 233-21 | 236-7 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |
| 239-2 | 241-8 | 37 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 243-14 | 244-4 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | P. 244, Ln. 5-8 |
| 244-9 | 246-3 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | P. 244, Ln. 5-8 |
| 247-3 | 248-19 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 251-6 | 251-13 | 39 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 39: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | --- |

| 251-19 | 252-15 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
|---|---|---|---|---|
| 257-13 | 258-7 | | --- | --- |
| 261-22 | 262-6 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |
| 262-16 | 263-15 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |

## II.   Defendant's Objections to Plaintiff's Designation of Deposition Transcript of Brian Propp

Federal Rule of Civil Procedure 32(a), deposition testimony can only be used against a party at trial: 1) for impeachment purposes; 2) if the testimony was provided by a party, its officer or its designee; 3) the deponent is unavailable as provided by 32(a)(4).

Under FRCP 32(a), Plaintiff may not offer into evidence the deposition testimony of Brian Propp because Plaintiff has not established: 1) Propp was an officer or designee of Counterpart at the time of his deposition, or 2) Propp's unavailability to testify in person at trial. For this reason, Defendant objects to Plaintiff's proposed designations and requests that Plaintiff be precluded from offering into evidence at trial any Propp deposition testimony, except to the extent permitted for impeachment purposes on cross-examination.

In the event the Court finds Plaintiff has established Propp's unavailability, Defendant further objects to Plaintiff's specific proposed transcript designations from Propp's deposition as stated below. If Plaintiff is permitted to offer into evidence a particular designation, Defendant

7

respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | Defendant's Objection | Proposed Counter-Designation |
|---|---|---|---|
| From | To | | |
| 5-22 | 11-17 | P. 7, Ln. 4 – P. 10, Ln. 12; P. 10, Ln. 16 – P. 11, Ln. 7; P. 11, Ln. 11 - 17: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>P. 9, Ln. 6 – 19: Hearsay (*FRE 801, 802*) | --- |
| 11-19 | 21-2 | Entire designation: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Reply to Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Evidence About Propp's Lawsuit*<br><br>P. 12, Ln. 199 – 22; P. 15, Ln. 19 – P. 16, Ln. 1; P. 20, Ln. 8-10; P. 20, Ln. 20 – P. 21, Ln. 2: Hearsay (*FRE 801, 802*) | P. 28, Ln. 21 – P. 29, Ln. 1 |
| 21-11 | 27-22 | Entire designation: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence About Boyer's Separation*<br><br>P. 22, Ln. 17 – 23, Ln. 2; P. 24, Ln. 13 – 19; P. 25, Ln. 11-13; P. 25, Ln. 18-P. 26, Ln. 7; P. 27, Ln. 17-19: Hearsay (*FRE 801, 802*) | P. 28, Ln. 21 – P. 29, Ln. 1 |
| 31-13 | 31-17 | Entire designation: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

## III.    Defendant's Objections to Plaintiff's Designation of Deposition Transcript of Christopher Szecsey

Under FRCP 32(a), Plaintiff may not offer into evidence the deposition testimony of Christopher Szecsey because Plaintiff has not established: 1) Szecsey was an officer or designee of Counterpart at the time of his deposition, or 2) Szecsey's unavailability to testify in person at

trial. For this reason, Defendant objects to Plaintiff's proposed designations and requests that Plaintiff be precluded from offering into evidence at trial any Szecsey deposition testimony, except to the extent permitted for impeachment purposes on cross-examination.

In the event the Court finds Plaintiff has established Szecsey's unavailability, Defendant further objects to Plaintiff's specific proposed transcript designations from Szecsey's deposition as stated below. If Plaintiff is permitted to offer into evidence a particular designation, Defendant respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | | Defendant's Objection | Proposed Counter-Designation |
|---|---|---|---|---|
| From | To | Exh | | |
| 8-2 | 55-18 | 106 | _Entire designation_: Relevance (_FRE 401, 402_); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (_FRE 403_) | P. 59, Ln. 19 – P. 62, Ln. 2 |
| | | | P. 15, Ln. 22 – P. 17, Ln. 14; P. 18, Ln. 15 – P. 20, Ln. 3; P. 23, Ln. 10-21; P. 30, Ln. 16 – P. 32, Ln. 7: Hearsay (_FRE 801, 802_) | P. 59, Ln. 19 – P. 62, Ln. 2 |
| | | | P. 32, Ln. 16 – P. 37, Ln. 8; P. 40, Ln. 11 – P. 43, Ln. 1; P. 45, Ln. 5-8: This testimony relies upon a document in the personal possession of the witness that was not produced to Defendant. (See P. 58, Ln. 3 – P. 59, Ln. 1) The deposition was conducted by telephone and therefore, Defendant's counsel was not able to view the content or confirm the authenticity of the document relied upon the witness. | P. 58, Ln. 3 – P. 59, Ln. 1; |
| | | | Exhibit 106: Exhibit was not marked during the deposition. | |

IV.    **Defendant's Objections to Plaintiff's Designation
of Deposition Transcript of Witness Harry Dorcus**

Defendant objects to Plaintiff's proposed transcript designations from the deposition of

Harry Dorcus as stated below.  If Plaintiff is permitted to offer into evidence a particular

deposition transcript designation, Defendant respectfully requests the corresponding counter-

designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | | Defendant's Objection | Proposed Counter-Designation |
|---|---|---|---|---|
| From | To | Exh | | |
| 8-13 | 11-17 | | --- | --- |
| 12-21 | 13-8 | 41 | --- | --- |
| 14-14 | 17-10 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 18-11 | 18-14 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 18-15 | 19-8 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 22-17 | 23-22 | | --- | P. 24, Ln. 1-7 |
| 27-4 | 28-19 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 33-14 | 34-1 | | P. 33, Ln. 21 – P. 34, Ln. 1: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 37-16 | 38-8 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

| 40-8 | 44-11 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
|---|---|---|---|---|
| 44-14 | 46-5 | | --- | --- |
| 53-7 | 55-7 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 57-5 | 59-5 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Motion in Limine to Exclude Reasons for Boyer's Separation* | --- |
| 62-8 | 63-22 | | P. 62, Ln. 22 – P. 63, Ln.22 Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 67-22 | 70-15 | | --- | --- |
| 72-17 | 78-12 | | --- | --- |
| 81-9 | 83-15 | 9 | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 9: No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 84-5 | 84-8 | | --- | --- |
| 85-7 | 93-17 | | P. 85, Ln. 19-P. 86, Ln. 20; P. 87, Ln. 2 – 8: Hearsay (*FRE 801, 802*)<br><br>P. 92, Ln. 19-P. 93, Ln. 17: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 96-16 | 97-16 | 5 | --- | --- |
| 98-15 | 105-17 | 7 | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

11

| 111-15 | 123-3 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
|---|---|---|---|---|
| 126-8 | 128-10 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 129-22 | 130-8 | 43 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 43: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 131-1 | 142-4 | 43 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 43: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 143-19 | 145-1 | 43 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to* | --- |

| | | | | |
|---|---|---|---|---|
| | | | *Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 43: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | |
| 146-4 | 148-5 | 42 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 148-14 | 151-14 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 152-8 | 154-11 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 154-14 | 154-4 | | Designation is unclear, to the extent the designation is for any testimony between P. 154, Ln. 14 and P. 157, Ln. 12: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 157-12 | 158-12 | 45 | Entire Designation: Calls for Speculation; Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 159-1 | 159-4 | 46 | Entire Designation:<br>Relevance (*FRE 401, 402*); Confusion of the Issues, | --- |

13

| | | | | |
|---|---|---|---|---|
| | | | Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | |
| 162-13 | 162-19 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 166-9 | 168-5 | | Entire Designation: Calls for Speculation; Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 170-11 | 173-7 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 197-20 | 198-12 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 202-9 | 203-16 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 210-14 | 215-18 | | P. 210, Ln. 14 – P. 211, Ln. 16: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>P. 211, Ln. 17-P. 215, Ln. 2: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>P. 215, Ln. 3-15: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Motion to Exclude Evidence of Non-Public Communications About Cooper's Termination* | --- |

14

| 217-1 | 219-10 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 223-8 | 224-16 | | P. 224, L. 5-6: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 224-17 | 226-2 | | Entire Designation: Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 226-3 | 226-17 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 226-22 | 227-4 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 227-17 | 228-16 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 233-14 | 234-12 | | Entire Designation: Speculation; Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 252-17 | 255-6 | 53 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 53: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 255-20 | 256-4 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to* | --- |

|  |  |  | *Exclude Evidence of Counterpart's Compliance with USAID Regulations* |  |
|---|---|---|---|---|
| 259-17 | 262-1 | 54 | <u>Entire Designation:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 54:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 262-2 | 263-11 | 55 | <u>Entire Designation:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 55:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 264-21 | 265-13 |  | <u>Entire Designation:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 264-19 | 266-9 |  | <u>Entire Designation:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| 266-10 | 267-10 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | ---- |
|--------|--------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 270-7 | 270-15 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | ---- |
| 279-22 | 285-3 | 56 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 56: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | ---- |
| 289-6 | 289-15 | 57 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 57: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | ---- |
| 291-10 | 291-17 | 58 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time | ---- |

| | | | | |
|---|---|---|---|---|
| | | | (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 58: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | |
| 298-8 | 300-15 | 60 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 60: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 301-9 | 303-6 | 61 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 61: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 303-22 | 309-6 | 62 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| | | | Exhibit 62: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | |
| 310-11 | 311-13 | 63 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 63: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 311-20 | 314-8 | 64 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 64: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 318-22 | 321-8 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| 321-15 | 323-16 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 324-4 | 326-19 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 327-1 | 328-13 | 66 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 66: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 329-6 | 329-21 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| 332-7 | 336-7 | 69 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 69:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 337-13 | 344-9 | 70 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 70:</u> Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 347-13 | 353-15 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| 354-15 | 356-6 | 72 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 72: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 357-14 | 359-22 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 360-18 | 361-7 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 367-11 | 368-9 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 392-20 | 394-22 | 78 | Entire Designation: Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 396-20 | 397-17 | | Entire Designation: Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

| 400-21 | 405-2 | 79 | **Entire Designation:** Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance*<br><br>**Exhibit 79:** Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |
| 405-9 | 407-2 | | **Entire Designation:** Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |
| 408-4 | 410-1 | | **Entire Designation:** Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance; see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 411-12 | 414-16 | 80 | **Entire Designation:** Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance; see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 420-10 | 421-1 | 83 | **Entire Designation:** Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>**Exhibit 83:** Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

23

| 422-2 | 423-7 | 84 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 84: No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

## V.    Defendant's Objection's to Plaintiff's Designation of Deposition Transcript of Witness Kelli Boyer

Under FRCP 32(a), Plaintiff may not offer into evidence the deposition testimony of Kelli Boyer because Plaintiff has not established: 1) Boyer was an officer or designee of Counterpart at the time of her deposition, or 2) Boyer's unavailability to testify in person at trial. For this reason, Defendant objects to Plaintiff's proposed designations and requests that Plaintiff be precluded from offering into evidence at trial any of Boyer's deposition testimony, except to the extent permitted for impeachment purposes on cross-examination.

Boyer is available because she is listed on Defendant's witness list. (See Joint Pretrial Statement, Attachment 2). If the court nevertheless allows the reading of Boyer's deposition testimony, Defendant reserves the right to file specific objections to Plaintiff's transcript designations and to file proposed counter-designations in accordance with FRCP 32(a)(6), before or at trial as specified by the Court.

24

Respectfully submitted,

**JACKSON LEWIS LLP**

July 28, 2008                          By:___/s/_____
                                            Michael N. Petkovich (D.C. Bar No. 456010)
                                            John M. Remy (D.C. Bar No.461244)
                                            Kara M. Ariail (D.C. Bar No. 478718)
                                            8614 Westwood Center Drive, Suite 950
                                            Vienna, Virginia 22182
                                            (703) 821-2189
                                            (703) 821-2267 (fax)

                                            **Attorneys for Defendant Counterpart
                                            International**

25