## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF DEFENDANT'S RULE 26(a)(3) STATEMENT -- ECF DOCUMENT NO. 41

Defendant's Rule 26(a)(3) Statement, ECF Document No. 41, is hereby withdrawn.

Respectfully submitted,

**JACKSON LEWIS LLP**

July 28, 2008

By: _____/s/_____
Michael N. Petkovich (D.C. Bar No. 456010)
John M. Remy (D.C. Bar No. 461244)
Kara M. Ariail (D.C. Bar No. 478718)
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189 (phone)
(703) 821-2267 (fax)
ariailk@jacksonlewis.com

**Attorneys for Defendant Counterpart International**