**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAY W. COOPER<br><br>Plaintiff<br><br>v.<br><br>COUNTERPART INTERNATIONAL<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 1:05-cv-01598-RMC |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS**

In accordance with Local Rule 16.5(e) and Federal Rule of Civil Procedure 26(a)(3), Defendant Counterpart International ("Counterpart"), through counsel, hereby files its objections to Plaintiff's proposed trial exhibits.

| Exhibit Number | Objections |
|---|---|
| 2 | No objection |
| 5 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 5A | No objection |
| 6 | No objection |
| 7 | No objection |
| 8 | No objection |
| 9 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 9A | No objection |
| 10 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 10A | No objection |
| 11 | No objection |
| 13 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 14 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 14A | No objection |
| 15 | No objection |
| 16 | No objection |
| 16A | Relevance (*FRE 401*, *402*) |
| 18 | No objection |
| 19 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 19A | No objection |
| 20 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 21 | No objection |
| 21A | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 22 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801*, *802*) |
| 23 | No objection |
| 24 | No objection |
| 25 | No objection |
| 27 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801*, *802*) |

| | |
|---|---|
| 29 | No objection |
| 31 | No objection |
| 32 | Hearsay (*FRE 801, 802*) |
| 33 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 34 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 35 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 37 | No objection |
| 38 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 39 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 41 | No objection |
| 42 | No objection |
| 43 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 44 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 45 | No objection |
| 46 | No objection |

| | |
|---|---|
| 49 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 51 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 52 | No objection |
| 53 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 54 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 55 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 56 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 57 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 58 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |

| | |
|---|---|
| 60 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 61 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 62 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 63 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 64 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 65 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 66 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |

| | |
|---|---|
| 67 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 69 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 70 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 72 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 78 | No Objection |
| 79 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801*, *802*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* |
| 80 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* |
| 81 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801*, *802*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* |
| 82 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 83 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 84 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 100 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 101 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 102 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 103 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 104 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 105 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 106 | Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 107 | No objection |
| 108 | No objection |
| 110 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) |
| 111 | No objection |
| 112 | First page of exhibit: Hearsay (*FRE 801, 802*); Attorney notes on p. 114 of Exhibit: Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 113 | No objection |

| | |
|---|---|
| 114 | No objection |
| 115 | No objection |
| 116 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 117 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 118 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 119 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 120 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 121 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |

| | |
|---|---|
| 122 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 123 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 124 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 125 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 126 | No objection |
| 127 | Hearsay (*FRE 801, 802*); Undue Prejudice, Misleading the Jury (*FRE 403*) |
| 128 | No objection |
| 129 | No objection |
| 130 | No objection |
| 131 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Opposition to Plaintiff's "In Limine Motion Seeking on Admissibility of Defendant's Admissions"*<br><br>Even if Plaintiff is permitted to introduce Exhibit 131, those portions that include counsel's handwritten notes should be excluded for undue prejudice, confusing and misleading the jury under *FRE 403* |
| 132 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>Even if Plaintiff were entitled to attorneys' fees under the causes of action set forth in his complaint, fees are decided by the court, via petition |

| | |
|---|---|
| 133 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 134 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 135 | No Foundation; Authenticity (*FRE 901*); Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802)*<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* |
| 136 | Relevance (*FRE 401*, *402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>*See also, Defendant's Motion in Limine to Exclude Evidence about Propp's Lawsuit* |
| 137 | Hearsay (*FRE 801, 802)* |
| 138 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802)* |
| 139 | No objection |
| 140 | Relevance (*FRE 401*, *402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802)* |
| 141 | No Foundation; Authenticity (*FRE 901*); Offers to Compromise (*FRE 408*) |

Defendant reserves the right to further object to plaintiff's proposed exhibits, if appropriate, after the Court rules on Defendant's pending Motions in Limine.

Defendant also reserves the right to make further objections upon plaintiff's introduction of additional evidence at or before trial or upon review of documents identified in plaintiff's exhibit list but not produced in discovery, if otherwise deemed admissible.

Respectfully submitted,

**JACKSON LEWIS LLP**

July 28, 2008

By:__/s/______________________________

Michael N. Petkovich (D.C. Bar No. 456010)
John M. Remy (D.C. Bar No.461244)
Kara M. Ariail (D.C. Bar No. 478718)
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189
(703) 821-2267 (fax)

**Attorneys for Defendant Counterpart International**