UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| | ) |
| COUNTERPART INTERNATIONAL, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING OF DEFENDANT'S ADMISSIONS FOR TRIAL

Plaintiff Jay Cooper, through counsel, files the attached proposed DEFENDANT'S ADMISSIONS FOR TRIAL in accord with the Court's order of July 29, 2008.

All admissions are based on Defendant's Response to Plaintiff's Request for Admissions, dated October 11, 2006, ("Defendant's previous admissions") on file as an attachment to Plaintiff's Motion in Limine Seeking Ruling on Admissibility of Defendant's Admissions, filed with the parties' Joint Pre-Trial Statement on July 14, 2008.

Each admission is set out in a separately numbered paragraph. Following each is a reference, in brackets, to the paragraph number of Defendant's previous admissions to facilitate review of Defendant's objections.

Several admissions have been modified to reflect a limited admission by Defendant. (See Nos. 14, 29, 31, 33, 35, 36, 41, 43, 51, 63.)   The language of several admissions has been modified slightly to meet Defendant's objection. (See Nos. 2, 11, 20,

21, 26, 28, 58, 68, 69.) Several admissions were deemed admitted, in whole or in part, for failure to timely deny. (See Nos. 3, 18, 60, 71.) One admission (No. 40) was modified to reflect an admission of counsel on July 29, 2008. One admission (No. 39) was updated to reflect the current status of production.

All of these matters are noted in the bracketed material following each proposed admission.

We propose to submit a version without the bracketed material once the Court has ruled on Defendant's objections.

For the reasons stated in Plaintiff's In Limine Motion Seeking Ruling on Admissibility of Defendant's Admissions, filed July 14, 2008, these admissions should be included in Plaintiff's evidence in his case in chief.


Respectfully submitted,

/s/

_____
Patricia D. Douglass
D.C. Bar No. 214916
98 Interpromontory Rd.
Great Falls, VA 22066-3219
(703) 759-3586

COUNSEL FOR PLAINTIFF JAY COOPER


August 1, 2008