UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAY W. COOPER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1598 (RMC-JMF) |
| | ) | |
| **COUNTERPART INTERNATIONAL,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF PLAINTIFF'S REVISED DESIGNATION OF THE DEPOSITION TESTIMONY OF HARRY DORCUS

In accord with the Court's order of July 29 2008, Plaintiff herewith files his revised designation of the deposition testimony of Harry Dorcus.

Respectfully submitted,

/s/

_____
Patricia D. Douglass
D.C. Bar No. 214916
98 Interpromontory Rd.
Great Falls, VA 22066-3219
(703) 759-3586

COUNSEL FOR PLAINTIFF JAY COOPER

August 1, 2008