# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAY W. COOPER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Civil Action No. 05-1598 (RMC-JMF)** |
| | ) |
| **COUNTERPART INTERNATIONAL,** | ) |
| | ) |
| Defendant. | ) |

**Plaintiff's Designation of Deposition Testimony**
**Revised in response to Court's Order of July 29, 2008**

Witness: Harry Dorcus

| From | Through | Exhibits To admit |
|---|---|---|
| 8-13 | 11-17 | |
| 12-21 | 13-2 | 41A |
| 41-13 | 42-7 | |
| 42-16 | 42-22 | |
| 62-8[1] | 63-22 | |
| 69-9 | 70-15 | |
| 73-16 | 78-12 | |
| 81-9 | 82-1 | 9 |
| 84-5 | 84-8 | |
| 87-9 | 88-3 | |
| 97-2 | 97-11 | 5A |
| 98-15 | 101-11 | 7 |
| 101-20 | 102-5 | |
| 103-22 | 105-17 | |
| 111-15 | 112-17 | |
| 113-17 | 114-12 | |
| 129-22 | 130-8 | |
| 132-22 | 135-15 | |
| 138-8 | 139-12 | |
| 146-4 | 151-14 | 42 |
| 152-8 | 154-5 | |

| | | |
|---|---|---|
| 154-14[2] | 154-21 | |
| 166-9 | 168-5 | |
| 197-20 | 198-12 | |
| 210-14[3] | 211-16 | |
| 215-3 | 215-18 | |
| 217-1 | 217-10 | |
| 233-14 | 234-12 | |
| 252-17 | 254-13 | 53 |
| 255-20 | 256-4 | |
| 259-17 | 259-20 | 54 |
| 262-2 | 262-21 | 55 |
| 264-21 | 267-10 | |
| 270-7 | 270-15 | |
| 279-22 | 281-3 | 56 |
| 285-20 | 286-2 | 57 |
| 289-6 | 289-15 | 57 |
| 290-9 | 290-12 | 58 |
| 291-10 | 291-17 | 58 |
| 298-8 | 300-15 | 60 |
| 301-9 | 303-6 | 61 |
| 303-22 | 309-6 | 62 |
| 310-11 | 311-13 | 63 |
| 311-20 | 314-8 | 64 |
| 318-22 | 319-13 | |
| 324-4 | 326-19 | |
| 327-1 | 328-13 | 66 |
| 347-13 | 349-4 | |
| 353-20 | 355-15 | 72 |
| 357-14 | 357-22 | |
| 360-18 | 361-7 | |
| 367-11 | 368-9 | |
| 411-1 | 414-16 | 80 |
| 421-15 | 423-7 | 84 |