UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S AMENDED OBJECTIONS AND PROPOSED COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION TRANSCRIPT DESIGNATIONS**

In accordance with Local Rule 16.5(e) and Federal Rules of Civil Procedure 26(a)(3) and 32(a), Defendant Counterpart International ("Counterpart"), through counsel, hereby files its amended objections and proposed counter-designations to Plaintiff's deposition transcript designations included with the Joint Pretrial Statement as Attachments 5.a through 5.e, and in Plaintiff's *Designations of Deposition Testimony Revised in Response to Court's Order of July 29, 2008*.

**I.    Defendant's Objections to Plaintiff's Designation of Deposition Transcript of Counterpart's 30(b)(6) Witness Arlene Lear**

Defendant objects to Plaintiff's proposed transcript designations from the deposition of Arlene Lear in her capacity as a representative of Counterpart under FRCP 30(b)(6) as stated below. If Plaintiff is permitted to offer into evidence a particular deposition transcript designation, Defendant respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

1

| Plaintiff's Designation (X-X = page-line) | | | Defendant's Objection | Prop. Counter Desig. |
|---|---|---|---|---|
| From | To | Exh | | |
| 7-8 | 7-14 | | --- | --- |
| 8-16 | 9-2 | | --- | --- |
| 11-5 | 11-9 | | --- | --- |
| 13-9 | 14-9 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403)* | --- |
| 15-18 | 15-22 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403)* | --- |
| 16-21 | 19-13 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403)* | --- |
| 20-16 | 23-14 | 5, 8 | <u>P. 20, Ln. 16 – P. 21, Ln. 3:</u> Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403)*<br><br><u>Exhibit 5:</u> Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading, Undue Delay, Waste of Time (*FRE 403)* | --- |
| 24-1 | 25-11 | | --- | --- |
| 25-20 | 27-5 | 6 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403)*<br><br><u>Exhibit 6</u>: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 27-12 | 27-17 | | --- | --- |
| 28-9 | 30-7 | 7 | <u>P. 29, Ln. 15 – P. 30, Ln. 7:</u> Relevance (*FRE 401, 402*); Beyond the scope of the 30(b)(6) | --- |
| 31-9 | 33-2 | 9 | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br><u>Exhibit 9</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |

| | | | | |
|---|---|---|---|---|
| 33-22 | 34-14 | 10 | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br><u>Exhibit 10</u>: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 35-8 | 35-13 | | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 36-3 | 38-9 | | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 39-5 | 40-20 | | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 41-17 | 42-9 | 13 | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br><u>Exhibit 13:</u> Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 42-17 | 44-17 | 14 | <u>Entire Designation</u>: Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br><u>Exhibit 14:</u> Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 50-11 | 52-17 | | --- | --- |
| 62-18 | 63-4 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 63-14 | 64-1 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 69-13 | 70-10 | | --- | --- |
| 72-5 | 74-10 | 24 | --- | --- |
| 75-13 | 76-17 | | --- | --- |

| | | | | |
|---|---|---|---|---|
| 79-3 | 79-7 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 80-8 | 81-1 | | --- | P. 81, Ln. 2-10 |
| 82-22 | 84-9 | 27 | Exhibit 27: Hearsay (*FRE 801, 802*) | |
| 84-20 | 86-12 | | P. 85, Ln. 1-P. 86, Ln. 1; P. 86, Ln. 10-12: Hearsay (*FRE 801, 802*) | P. 86, Ln. 13- P. 89, Ln. 1 |
| 99-1 | 102-15 | | --- | --- |
| 105-13 | 108-13 | | --- | --- |
| 111-10 | 111-17 | 29 | --- | --- |
| 112-21 | 115-4 | | --- | P. 115, Ln. 5-13 |
| 123-6 | 123-21 | | --- | --- |
| 124-5 | 124-17 | | --- | --- |
| 128-16 | 128-22 | | --- | --- |
| 129-20 | 130-16 | | --- | --- |
| 142-9 | 143-2 | | --- | --- |
| 143-11 | 144-16 | | --- | --- |
| 145-10 | 146-9 | | --- | --- |
| 152-5 | 154-11 | | --- | --- |
| 161-3 | 162-13 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 162-16 | 164-5 | | --- | --- |
| 164-19 | 165-16 | | --- | --- |
| 169-22 | 170-8 | | --- | --- |
| 170-15 | 171-4 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | --- |
| 171-20 | 178-16 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | --- |
| 188-14 | 198-18 | | P. 188, Ln. 14 – P. 193, Ln. 13: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence about Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| 202-20 | 204-1 | 33 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 33: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 209, Ln. 4-11 |
| 204-14 | 206-19 | 34 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 34: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 209, Ln. 4-11 |
| 207-6 | 209-3 | 35 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br>Exhibit 35: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | P. 209, Ln. 4-11 |
| 213-21 | 214-19 | | --- | --- |
| 218-11 | 221-1 | 15 | --- | --- |
| 224-9 | 227-3 | | Entire Designation: Confusing and Unclear<br><br>P. 227, Ln. 5-6: Testimony by Plaintiff's counsel | --- |
| 227-17 | 227-18 | | --- | --- |
| 228-6 | 229-10 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | --- |
| 230-19 | 232-10 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications* | --- |
| 232-12 | 232-17 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |

| | | | | |
|---|---|---|---|---|
| 233-21 | 236-7 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |
| 239-2 | 241-8 | 37 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 243-14 | 244-4 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | P. 244, Ln. 5-8 |
| 244-9 | 246-3 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | P. 244, Ln. 5-8 |
| 247-3 | 248-19 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 251-6 | 251-13 | 39 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br><u>Exhibit 39</u>: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); Hearsay (*FRE 801, 802*) | --- |
| 251-19 | 252-15 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 257-13 | 258-7 | | --- | --- |
| 261-22 | 262-6 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |
| 262-16 | 263-15 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |

## II.  Defendant's Objections to Plaintiff's Designation of Deposition Transcript of Brian Propp

Under Federal Rule of Civil Procedure 32(a), deposition testimony can only be used against a party at trial:  1) for impeachment purposes; 2) if the testimony was provided by a party, its officer or its designee; 3) if the deponent is unavailable as provided by 32(a)(4).

At the July 29, 2008 pretrial conference, Plaintiff's counsel indicated Brian Propp is unavailable under FRCP 32(a)(4) because he lives more than 100 miles from the place of trial. In the event the Court finds Plaintiff has established Propp's unavailability, Defendant objects to Plaintiff's specific proposed transcript designations from Propp's deposition as stated below.  If Plaintiff is permitted to offer into evidence a particular designation, Defendant respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | Defendant's Objection | Prop. Counter Desig. |
|---|---|---|---|
| From | To | | |
| 5-22 | 11-17 | P. 7, Ln. 4 – P. 10, Ln. 12; P. 10, Ln. 16 – P. 11, Ln. 7; P. 11, Ln. 11 - 17: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*)<br><br>P. 9, Ln. 6 – 19: Hearsay (*FRE 801, 802*) | --- |
| 11-19 | 21-2 | Entire designation:  Relevance (*FRE 401, 402*); Undue Prejudice; Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Reply to Plaintiff's Opposition to Defendant's Motion in Limine to Exclude Evidence About Propp's Lawsuit*<br><br>P. 12, Ln. 199 – 22; P. 15, Ln. 19 – P. 16, Ln. 1; P. 20, Ln. 8-10; P. 20, Ln. 20 – P. 21, Ln. 2: Hearsay (*FRE 801, 802*) | P. 28, Ln. 21 – P. 29, Ln. 1 |

| 21-11 | 27-22 | Entire designation: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence About Boyer's Separation* <br><br> P. 22, Ln. 17 – 23, Ln. 2; P. 24, Ln. 13 – 19; P. 25, Ln. 11-13; P. 25, Ln. 18-P. 26, Ln. 7; P. 27, Ln. 17-19: Hearsay (*FRE 801, 802*) | P. 28, Ln. 21 – P. 29, Ln. 1 |
| --- | --- | --- | --- |
| 31-13 | 31-17 | Entire designation: Relevance (*FRE 401, 402*); Undue Prejudice; Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |

### III. Defendant's Objections to Plaintiff's Designation of Deposition Transcript of Christopher Szecsey

At the July 29, 2008 pretrial conference, Plaintiff's counsel stated Christopher Szecsey is unavailable under FRCP 32(a)(4) because he lives outside the United States. In the event the Court finds Plaintiff has established Szecsey's unavailability, Defendant objects to Plaintiff's specific proposed transcript designations from Szecsey's deposition as stated below. If Plaintiff is permitted to offer into evidence a particular designation, Defendant respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | | Defendant's Objection | Prop. Counter Desig. |
| --- | --- | --- | --- | --- |
| From | To | Exh | | |
| 8-2 | 55-18 | 106 | Entire designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) <br><br> P. 15, Ln. 22 – P. 17, Ln. 14; P. 18, Ln. 15 – P. 20, Ln. 3; P. 23, Ln. 10-21; P. 30, Ln. 16 – P. 32, Ln. 7: Hearsay (*FRE 801, 802*) | P. 59, Ln. 19 – P. 62, Ln. 2 <br><br> P. 59, Ln. 19 – P. 62, Ln. 2 |

| | | | P. 32, Ln. 16 – P. 37, Ln. 8; P. 40, Ln. 11 – P. 43, Ln. 1; P. 45, Ln. 5-8: This testimony relies upon a document in the personal possession of the witness that was not produced to Defendant. (See P. 58, Ln. 3 – P. 59, Ln. 1) The deposition was conducted by telephone and therefore, Defendant's counsel was not able to view the content or confirm the authenticity of the document relied upon the witness.<br><br>Exhibit 106: Exhibit was not marked during the deposition. | P. 58, Ln. 3 – P. 59, Ln. 1; |

### IV. Defendant's Objections to Plaintiff's Designation of Deposition Transcript of Witness Harry Dorcus

Defendant objects to Plaintiff's revised proposed transcript designations from the deposition of Harry Dorcus as stated below. If Plaintiff is permitted to offer into evidence a particular deposition transcript designation, Defendant respectfully requests the corresponding counter-designation listed below also be entered into evidence in accordance with FRCP 32(a)(6).

| Plaintiff's Designation (X-X = page-line) | | | Defendant's Objection | Prop. Counter Desig. |
|---|---|---|---|---|
| From | To | Exh | | |
| 8-13 | 11-17 | | --- | --- |
| 12-21 | 13-2 | 41A | There is no Exhibit 41A identified in the deposition transcript and Defendant is not aware Plaintiff has identified any trial exhibit as Exhibit 41A. | --- |
| 41-13 | 42-7 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 42-16 | 42-22 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 62-8 | 63-22 | | P. 62, Ln. 22-P. 63, Ln. 22: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 69-9 | 70-15 | | --- | --- |
| 73-16 | 78-12 | | --- | --- |

| | | | | |
|---|---|---|---|---|
| 81-9 | 82-1 | 9 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*)<br><br><u>Exhibit 9</u>: No Foundation, Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 84-5 | 84-8 | | --- | --- |
| 87-9 | 88-3 | | --- | --- |
| 97-2 | 97-11 | 5A | --- | --- |
| 98-15 | 101-11 | 7 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 101-20 | 102-5 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | P. 102, Ln. 6-18 |
| 103-22 | 105-17 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 111-15 | 112-17 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 113-17 | 114-12 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 129-22 | 130-8 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 132-22 | 135-15 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 138-8 | 139-12 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| 146-4 | 151-14 | 42 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 152-8 | 154-5 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 154-14 | 154-21 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 166-9 | 168-5 | | <u>Entire Designation</u>: Calls for Speculation; Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 197-20 | 198-12 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 210-14 | 211-16 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*), Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 215-3 | 215-18 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Non-Public Communications About Cooper's Termination* | --- |
| 217-1 | 217-10 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 233-14 | 234-12 | | <u>Entire Designation</u>: Calls for Speculation; Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |

| | | | | |
|---|---|---|---|---|
| 252-17 | 254-13 | 53 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 53</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 255-20 | 256-4 | | Entire Designation: This is a stipulation made by counsel on behalf of Counterpart, not deposition testimony by Mr. Dorcus. Testimony provided by counsel is not an appropriate designation of a witness's deposition testimony.  In addition, Defendant objects as follows: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | P. 255, Ln. 17-19 |
| 259-17 | 259-20 | 54 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 54</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 262-2 | 262-21 | 55 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br><u>Exhibit 55</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 264-21 | 267-10 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| 270-7 | 270-15 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 279-22 | 281-3 | 56 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 56: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 285-20 | 286-2 | 57 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 57: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 289-6 | 289-15 | 57 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 57: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 290-9 | 290-12 | 58 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 58: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| 291-10 | 291-17 | 58 | **Entire Designation**: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 58: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
|---|---|---|---|---|
| 298-8 | 300-15 | 60 | **Entire Designation**: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 60: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 301-9 | 303-6 | 61 | **Entire Designation**: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 61: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 303-22 | 309-6 | 62 | **Entire Designation**: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 62: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| 310-11 | 311-13 | 63 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* <br><br> <u>Exhibit 63</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 311-20 | 314-8 | 64 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* <br><br> <u>Exhibit 64</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 318-22 | 319-13 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 324-4 | 326-19 | | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 327-1 | 328-13 | 66 | <u>Entire Designation</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* <br><br> <u>Exhibit 66</u>: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |

| | | | | |
|---|---|---|---|---|
| 347-13 | 349-4 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 353-20 | 355-15 | 72 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations*<br><br>Exhibit 72: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 357-14 | 357-22 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 360-18 | 361-7 | | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations* | --- |
| 367-11 | 368-9 | | Entire Designation: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) | --- |
| 411-1 | 414-16 | 80 | Entire Designation: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations; Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance*<br><br>Exhibit 80: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*); *see also Defendant's Motion in Limine to Exclude Evidence of Counterpart's Compliance with USAID Regulations; Defendant's Motion in Limine to Exclude Evidence of Chassey's Grievance* | --- |

| 421-15 | 423-7 | 84 | **Entire Designation**: Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) <br><br> <u>Exhibit 84</u>: No Foundation, Authenticity (*FRE 901*); Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) | |
|---|---|---|---|---|

**V.     Defendant's Objection's to Plaintiff's Designation
of Deposition Transcript of Witness Kelli Boyer**

At the July 29, 2008 Pretrial Conference, Plaintiff's counsel stated she withdrew Plaintiff's proposed deposition transcript designations for witness Kelli Boyer. In the event Plaintiff attempts to argue any portions of Boyer's transcript should be introduced at trial for any other purpose besides cross-examination, Defendant renews its objection as stated in *Defendant's Objections and Proposed Counter-Designations to Plaintiff's Deposition Transcript Designations*.

Respectfully submitted,

**JACKSON LEWIS LLP**

August 5, 2008                By:   /s/
                              Michael N. Petkovich (D.C. Bar No. 456010)
                              John M. Remy (D.C. Bar No.461244)
                              Kara M. Ariail (D.C. Bar No. 478718)
                              8614 Westwood Center Drive, Suite 950
                              Vienna, Virginia 22182
                              (703) 821-2189
                              (703) 821-2267 (fax)

                              **Attorneys for Defendant Counterpart
                              International**