UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
| ) | |
| COUNTERPART INTERNATIONAL ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S
PROPOSED "DEFENDANT'S ADMISSIONS FOR TRIAL"**

Defendant Counterpart International ("Counterpart"), through counsel, hereby files its objections to Plaintiff's proposed "Defendant's Admissions for Trial."

Generally, Plaintiff must not be permitted to inaccurately restate Defendant's Responses to Plaintiff's Requests for Admissions. Further, Plaintiff should not be permitted to enter Counterpart's admissions into the record without also entering any corresponding objections offered by Counterpart. In the event the Court permits any of the proposed admission to be entered into evidence, Plaintiff should also be required to enter any corresponding objections stated by Counterpart with the original admission.

In addition, Counterpart objects to each specific proposed admission as stated below:

| Admiss. No. | Objections |
|---|---|
| 1 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 2 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 3 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 4 | Proposed Admission No. 4 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 7.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 5 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 6 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 7 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 8 | Proposed Admission No. 8 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No.11.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 9 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 10 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 11 | Proposed Admission No. 11 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 14.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 12 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 13 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*0 |
| 14 | Proposed Admission No. 14 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 17.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 15 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 16 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 17 | Proposed Admission No. 17 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 22.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 18 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 19 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 20 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 21 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 22 | Proposed Admission No. 22 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 27.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 23 | Proposed Admission No. 23 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 28.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 24 | Proposed Admission No. 24 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 29.<br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 25 | Proposed Admission No. 25 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 30.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 26 | Proposed Admission No. 26 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 31.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 27 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 28 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 29 | Proposed Admission No. 29 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 34.<br><br>Impermissible designation of deposition testimony in violation of Rule 32(a)<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 30 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 31 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 32 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 33 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 34 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 35 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 36 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 37 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 38 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 39 | Proposed Admission No. 39 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 48.<br><br>Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 40 | Proposed Admission No. 40 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 49 and an inaccurate statement of Defendant's counsel during the July 29, 2008 Pretrial Conference.<br><br>Relevance (*FRE 401, 402*); Undue Delay, Waste of Time (*FRE 403*) |
| 41 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 42 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 43 | Proposed Admission No. 43 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 53.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 44 | Proposed Admission No. 43 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 53 and therefore Proposed Admission No. 44 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 54.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 45 | Proposed Admission No. 45 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 48.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 46 | Proposed Admission No. 46 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 56.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 47 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |

| | |
|---|---|
| 48 | No objection |
| 49 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 50 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion of the Issues, Misleading the Jury, Undue Delay, Waste of Time (*FRE 403*) |
| 51 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 52 | Defendant denies that Plaintiff's Proposed Trial Exhibit No. 107 consists of the same documents referred to in Defendant's Response to Plaintiff's Request for Admission No. 64. As such, Defendant objects to proposed admission No. 56 on the grounds of: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 53 | Proposed Admission No. 53 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 69. |
| 54 | There is no Exhibit 109 included in Plaintiff's Revised Exhibit List. As such, Defendant objects to proposed admission No. 54 on the grounds of: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 55 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 56 | Defendant denies that Plaintiff's Proposed Trial Exhibit No. 110 consists of the same documents referred to in Plaintiff's Proposed Admission No. 56. As such, Defendant objects to proposed admission No. 56 on the grounds of: Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 57 | No objection |
| 58 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 59 | Proposed Admission No. 59 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 77. |
| 60 | Proposed Admission No. 60 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 78.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |

| 61 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
|---|---|
| 62 | Proposed Admission No. 62 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 88. |
| 63 | Proposed Admission No. 63 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 89. |
| 64 | Proposed Admission No. 64 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 92.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 65 | Proposed Admission No. 65 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 93.<br><br>Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 66 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 67 | Relevance (*FRE 401, 402*); Confusion, Misleading, Undue Delay, Waste of Time (*FRE 403*) |
| 68 | No objection |
| 69 | No objection |
| 70 | Proposed Admission No. 70 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 102.<br><br>Undue Prejudice, Confusion, Misleading (*FRE 403*) |
| 71 | Proposed Admission No. 71 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 103.<br><br>Undue Prejudice, Confusion, Misleading (*FRE 403*) |
| 72 | Relevance (*FRE 401, 402*); Undue Prejudice, Confusion, Misleading (*FRE 403*) |

| | |
|---|---|
| 73 | Proposed Admission No. 73 is an inaccurate statement of Defendant's Response to Plaintiff's Request for Admission No. 107.<br><br>Undue Prejudice, Confusion, Misleading (*FRE 403*) |

                                    Respectfully submitted,

                                    **JACKSON LEWIS LLP**

August 5, 2008                    By: \_\_/s/_____
                                              Michael N. Petkovich (D.C. Bar No. 456010)
                                              John M. Remy (D.C. Bar No.461244)
                                              Kara M. Ariail (D.C. Bar No. 478718)
                                              8614 Westwood Center Drive, Suite 950
                                              Vienna, Virginia 22182
                                              (703) 821-2189
                                              (703) 821-2267 (fax)

                                              **Attorneys for Defendant Counterpart International**