# Office of Management and Budget

# Circular No. A-122
Revised

SUBJECT: Cost Principles for Non-Profit Organizations

1. **Purpose.** This Circular establishes principles for determining costs of grants, contracts and other agreements with non-profit organizations. . . .

3. **Applicability.**

   a. These principles shall be used by all Federal agencies in determining the costs of work performed by non-profit organizations under grants, cooperative agreements cost reimbursement contracts, and other contracts in which costs are used in pricing, administration, or settlement. All of these instruments are hereafter referred to as awards. . . .

## GENERAL PRINCIPLES

A. **Basic Considerations**
   . . .
4. **Allocable costs.**
   a. A cost is allocable to a particular cost objective, such as a grant, contract, project, service, or other activity, in accordance with the relative benefits received. A cost is allocable to a Federal award if it is treated consistently with other costs incurred for the same purpose in like circumstances and if it:
      (1) Is incurred specifically for the award.
      (2) Benefits both the award and other work and can be distributed in reasonable proportion to the benefits received, or
      (3) Is necessary to the overall operation of the organization, although a direct relationship to any particular cost objective cannot be shown.
   b. Any cost allocable to a particular award or other cost objective under these principles may not be shifted to other Federal awards to overcome funding deficiencies, or to avoid restrictions imposed by law or by the terms of the award. . . .
B. **Direct Costs**.
   1. Direct costs are those that can be identified specifically with a particular final cost objective, i.e., a particular award, project, service, or other direct activity of an organization. . . . Costs identified specifically with awards are direct costs of the awards and are to be assigned directly thereto. Costs identified specifically with other final cost objectives of the organization

    are direct costs of those costs objectives and are not to be assigned to other awards directly or indirectly.

C. **Indirect Costs**.
  1. Indirect costs are those that have been incurred for common r joint objectives and cannot be readily identified with a particular final cost objective. . . .

D. **Allocation of Indirect Costs and Determination of Indirect Cost Rates**
 1. **General.**

  a. Where a non-profit organization has only one major function, or where all its major functions benefit from its indirect costs to approximately the same degree, the allocation of indirect costs and the computation of an indirect cost rate may be accomplished through simplified allocation procedures, as described in **subparagraph 2.** . . .

 2. **Simplified allocation method.**
  a. Where an organization's major functions benefit from its indirect costs to approximately the same degree, the allocation of indirect costs may be accomplished by (i) separating the organization's total costs for the base period as either direct or indirect, and (ii) dividing the total allowable indirect costs . . . by an equitable distribution base. The result of this process is an indirect cost rate which is used to distribute indirect costs to individual awards. . . .