**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAY W. COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1598 (RMC-JMF) |
| | ) |
| COUNTERPART INTERNATIONAL, | ) |
| | ) |
| Defendant. | ) |

**Plaintiff's Revised Exhibit List[2]**

| EX. # | DESCRIPTION | E OR M |
|---|---|---|
| 2 | Email exchange between Cooper and Boyer, December 11-15, 2003 | E |
| 5 | Email Lear to Jay and others dated May 15, 2000 re Toast to Jay | E |
| 5A | Agreement/Waiver between Cooper and Counterpart (unsigned) | E |
| 6 | Email exchange between Lear and Boyer dated November 2003 re Performance Reviews, Jay Cooper contract | E |
| 7 | Manual for Employees in Foreign Areas | E |
| 8 | Letter Agreement dated December 18, 2003 between Cooper and Counterpart | E |
| 9 | Employee Performance Review of Jay Cooper | E |
| 9A | Letter from Cooper to Arlene dated December 15, 2003 | M |
| 10 | Email Lear to Gottschall re Revised Self Evaluation | E |
| 10A | Email Lear to Cooper dated 12/17/03, forwarded to Boyer re Your Contract and Outstanding Issues | E |
| 11 | Position Description for COP | M |
| 13 | Employee Self-Appraisal by Cooper, revised | E |
| 14 | Employee Self-Appraisal by Cooper, original | E |
| 14A | Email from David Smith to Lear, Kunz and Abma, forwarded to Cooper with Cooper's response, dated October 5, 2004 | M |
| 15 | Lear script for termination call, November 12, 2004 | E |
| 16 | Email from Dorcus to Cooper dated November 24, 2004, attaching email from Cooper to Boyer, cc. Dorcus | E |
| 16A | Cooper CV, as of August 2004 | M |

---

[2] Pursuant to LCvR 16.5(b)(6), Exhibits which Plaintiff expects to offer are marked with an "E" in the third column. Exhibits which Plaintiff may offer are marked there with an "M."

| 18  | Email exchange between Cooper and Boyer in November and December of 2004 re payments | E |
|-----|---------------------------------------------------------------------------------------|---|
| 19  | Email Lear to Cooper and Naziniyan, dated August 19, 2002 | M |
| 19A | Email from Cooper to Boyer dated December 2, 2004 attaching previous correspondence between them | E |
| 20  | Email Lear to Cooper dated January 7, 2003 re Counterpart's searchable impacts and success stories | M |
| 21  | Points to discuss with USAID – purpose of the meeting | M |
| 21A | Email Lear to Abma, Dorcus, Granius and Cooper re New Award dated January 08, 2003 | M |
| 22  | Email from Yaz to Cooper, Kunz, forwarded to Lear by Cooper on August 2, 2004 | M |
| 23  | Email Kunz to Jay re Congratulations to Counterpart Turkmenistan, dated October 06, 2004 | E |
| 24  | Email Lear to Worldwide CPI Staff dated November 16, 2004 re Farewell and Thanks to Jay Cooper | E |
| 25  | Email Kunz to Lear re Farewell and Thanks to Jay Cooper | M |
| 27  | Email from Kuchukeeva to Kunz, Cooper and Lear dated November 9, 2004, re mid-term CSSI assessment, with Lear reply | E |
| 29  | Second Supplemental Response to Plaintiff's First Set of Interrogatories, dated January 11, 2006 | E |
| 31  | Termination letter from Counterpart to Cooper, dated 12 November, 2004 | E |
| 32  | Plaintiff's Responses to Defendant's First Set of Interrogatories to Plaintiff | M |
| 33  | Memo from Counterpart Uzbekistan staff to Cooper dated February 22, 2003, re Results of collaboration with CAIP project implemented by CHF International and Counterpart International | E |
| 34  | Memo from Shakhnooza Muminova to Dina Muhamadieva re CAIP Fact sheet, dated February 25, 2003 | E |
| 35  | Email from Cooper to Lear, dated April 8, 2003, re CAIP issues, attaching emails from Soroush and Kunz | E |
| 37  | Email from Boyer to headquarters Staff, cc.many people, dated October 6, 2004, re Rescind Policy – Grievance Procedure, attaching email from Boyer to Smith re Open Door Policy | E |
| 38  | Draft Minutes of Meeting of Senior Management Team on October 19, 2004 | E |
| 39  | Draft Notes of Meeting of Senior Management Team on October 12, 2004 | E |
| 41  | OMB Circular No. A-122 re Cost Principles for Non-Profit Organizations, with handwritten page numbers added | E |
| 42  | Audit Report, Financial and Federal Award Compliance Examination, for the year ended September 30, 2004 | E |
| 43  | Counterpart CSSI Program budget | E |

| 44 | HNCBI extension budget | E |
|----|------------------------|---|
| 45 | Email Cooper to Abma and Kunz, cc Dorcus, dated October 21, 2004 re CSSI/Health Budget Allocations | E |
| 46 | Email from Abma to Kunz and Cooper, dated October 8, 2004 re CSSI/Health Budget Allocations, attaching spreadsheets | E |
| 49 | Form 990 for Counterpart International for FY 2004 (2003 IRS form) | E |
| 51 | Interaction, PVO Standards | M |
| 52 | Email correspondence between Cooper and LeLaulu, November 24, 2004, attaching email from Cooper to Kunz | M |
| 53 | Cooperative Agreement, dated June 27, 2003 re CSSI | E |
| 54 | List of Project Codes 09/15/04 | E |
| 55 | Timesheets for Arlene Lear[3] | E |
| 56 | Letter from LeLaulu to Lear dated October 17, 2003, with attached Employee check identification showing check dated 12/30/04 | E |
| 57 | Timesheets for Bobby Abma | E |
| 58 | Timesheets for Michael Kunz | E |
| 60 | Almaty Office Expense voucher, dated 5/13/04 | E |
| 61 | Expense voucher for Almaty office petty cash, May 18-June 4, 2004 | E |
| 62 | Expense voucher for Almaty office petty cash, May 4-11 | E |
| 63 | Expense voucher for Almaty office petty cash, 6/28/04 | E |
| 64 | Counterpart Journal voucher, attaching receipts posted during July 2004 | E |
| 65 | Expense voucher, Bob Abma Russian lessons, Sept 04, attaching receipts | E |
| 66 | Expense voucher for apartment lease Bob Abma Oct. 01-Dec. '30, 2004, attaching receipt and lease agreement | E |
| 67 | Expense voucher for Bob Abma Russian lessons October '04, with attached receipt | M |
| 69 | Receipt, rent payment Michael Kunz for Nov. 27'04 – Jan 27'05 | E |
| 70 | Posting journal, Almaty, Kazakhstan | E |
| 72 | Ledger Report Sumary, YTD with h/w note: "CSSI Expenses" | E |
| 78 | Memorandum from Dorcus to all employees re Policy Change, dated May 16, 2003 | E |
| 79 | Statement of Grievance from Aaron Chassy to Arlene Lear | E |
| 80 | Email exchange between Chassy and Lear, March 11 & 12, 2003 | E |
| 81 | Letter from Gottschall to Chassy, dated April 23, 2003 | M |
| 82 | Agreement/Waiver, dated April 25, 2003 between Chassy and Counterpart | M |
| 83 | Letter from Touma to Benz, dated December 21, 2000, attaching | E |

---

[3] The timesheet exhibits for Lear, Abma and Kunz (Exhibits 55, 57 & 58), as well as the charts based on them (Exhibits 133-135), will be changed when Counterpart provides timesheets for October 1, 2003 through December 31, 2003.

|     | pay stub and Agreement/Waiver |     |
| --- | --- | --- |
| 84  | Partial performance evaluation, perhaps of Boyer | E |
| 100 | Files identified by Boyer as "secret files" found in Cooper's office after his termination | E |
| 101 | Email from Cooper to Lear dated April 8, 2003 re FW: CAIP issues confidential | E |
| 102 | Notes from CC Management Team Meeting, October 23 and 27, 2000 | E |
| 103 | Mid-term Evaluation of the Mahalla Initiative Program, March 2002 | M |
| 104 | Health NGO Capacity Building Initiative for Central Asia, final Program Report, undated, cover, table of contents and Executive Summary only | E |
| 105 | Form 990 for Counterpart International for FY 2005 (IRS form 2004) | E |
| 106 | Mid-Term evaluation Report CSSI, dated May 11, 2005 | E |
| 107 | Email from Abma to Kunz and Cooper dated September 3, 2004 re July Pipelines for #449 Healthy Communities and # 452 CSSI, with attached financial documents | E |
| 108 | Email from Kunz to Cooper, dated September 24, 2004 | E |
| 110 | Email correspondence between Kunz and Cooper and between Cooper and Smith re meetings in October of 2004 |   |
| 111 | Email from Cooper to Abma and Kunz dated October 8, 2004 re CSSI/Health Budget Allocations | E |
| 112 | Group exhibit of Cooper's receipts and other documents for expenses of relocation from Central Asia |   |
| 113 | Response to Plaintiff's First Set of Interrogatories, dated November 29, 2005 | E |
| 114 | Supplemental Response to Plaintiff's First Set of Interrogatories, dated December 19, 2005 | E |
| 115 | Verification, signed by Dorcus on November 20, 2006 | E |
| 116 | Spreadsheet entitled CSSI funds charged to Arlene Lear | E |
| 117 | Spreadsheet entitled HNCBI funds charged to Arlene Lear | E |
| 118 | HQ Expenses Not Including Lear | E |
| 119 | Spreadsheet entitled CSSI funds charged to Bob Abma | E |
| 120 | Spreadsheet entitled HNCBI funds charged to Bob Abma | E |
| 121 | Spreadsheet entitled CSSI funds charged to Michael Kunz | E |
| 122 | Spreadsheet entitled HNCBI funds charged to Michael Kunz, containing a column labeled "Housing allowance." | E |
| 123 | List entitled "Calls Lear to Kunz June 27 to to Almaty Office, 501950 June 27 to Oct. 5, 2004" | M |
| 124 | List entitled "Calls Lear to Kunz June 27 to October 5, 2004 (Oct. missing) to Kunz cell phone and home number" | M |
| 125 | Lear phone records produced by Defendant to Plaintiff | M |
| 126 | Email for Lear to Cooper et al. dated October 13, 2004, | E |

| | attaching Kunz Job Description | |
|---|---|---|
| 127 | Email from Kolmakova to Abma and Cooper dated October 6, 2004, re Monday staff meeting | E |
| 128 | Email correspondence between Cooper, Kunz and others dated October 6, 2004, re Meetings on Friday | E |
| 129 | Email for Kolmakova to Cooper, dated September 21, 2004, re list of vacancies, attaching chart entitled "Positions to be filled." | M |
| 130 | Email from Kunz to Cooper, dated October 14, 2004 re mission Dr. Kai Wegerich – water association project | E |
| 131 | Defendant's Response to Plaintiff's Request for Admissions | M |
| 132 | Group Exhibit: Legal bills, from P Douglass to Jay Cooper[4] | E |
| 133 | Chart – Analysis of Arlene Lear Timesheets – FY 2004 | E |
| 134 | Chart – Analysis of Bob Abma Timesheets – FY 2004 | E |
| 135 | Chart – Analysis of Michael Kunz Timesheets – FY 2004 | E |
| 136 | Complaint for Damages, Propp v. Counterpart International | M |
| 137 | Selections from Notebook maintained by Jay Cooper in September/October 04 re meetings with Michael Kunz | M |
| 138 | Email from Cooper to Kunz, dated November 5, 2004, re my travel and Kai's return | M |
| 139 | Email from Cooper to Lelei LeLaulu, dated November 9, 2004, RE: From Jay | E |
| 140 | Letter from TIAA CREF to Jay W. Cooper, dated December 7, 2005, premiums applied to two pension contracts | E |
| 141 | Letter from Kerry Richard to Patricia D. Douglass, dated July 27, 2005 (redacted) | E |

---

[4] These invoices date up to July 10, 2008, the last time an invoice was issued to Mr. Cooper. The exhibit will be amended to include an invoice through the date of trial.