UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAY W. COOPER ) | |
|   ) | |
|   Plaintiff ) | |
|   ) | |
| v. ) | Civil No. 1:05-cv-01598-RMC |
|   ) | |
| COUNTERPART INTERNATIONAL ) | |
|   ) | |
|   Defendant. ) | |
|   ) | |

**DEFENDANT'S AMENDED RESPONSE TO COURT'S**
**<u>PRETRIAL CONFERENCE REQUESTS</u>**

Defendant Counterpart International, through counsel, hereby files this amended response to requests made by the Court during the August 8, 2008 Pretrial Conference. Defendant's objections and responses set forth in "Defendant's Response to Court's Pretrial Conference Requests" on August 11, 2008, remained unchanged, except:

1. Defendant offers the following stipulation, in lieu of Plaintiff's proposed stipulations Nos. 4-6, for the purpose of streamlining the necessary facts to be proven at trial:

> At the time Mr. Cooper was terminated, he sought reimbursement for $1168.36 in legitimate business expenses he incurred during his employment with Counterpart. Counterpart did not reimburse Mr. Cooper for these expenses.

2. Defendant submits a revised "Defendant's Response to Plaintiff's Itemization of Damages," included as Attachment A to this Amended Response, which revises Defendant's objections to certain elements of Plaintiff's alleged damages, concedes unreimbursed business expenses as an element of damages and sets forth additional factors impacting mitigation.

1

                    Respectfully submitted,

                    **JACKSON LEWIS LLP**

August 12, 2008               By:__/s/_____
                                    Michael N. Petkovich (D.C. Bar No. 456010)
                                    John M. Remy (D.C. Bar No.461244)
                                    Kara M. Ariail (D.C. Bar No. 478718)
                                    8614 Westwood Center Drive, Suite 950
                                    Vienna, Virginia 22182
                                    (703) 821-2189
                                    (703) 821-2267 (fax)

                    **Attorneys for Defendant Counterpart International**