## Jury Note

JAY W. COOPER

vs.

COUNTERPART INTERNATIONAL

**FILED**

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CA 05-1598 (RMC)

Can we get instruction on Breach of Contract read by judge?

Attached
RMColley
5:08 pm

8/22/08
DATE