## Jury Note

**FILED**

**AUG 2 5 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAY W. COOPER

vs.   CA 05-1598 (RMC)

COUNTERPART INTERNATIONAL

> We need a "verdict" form to fill out.

8/25/08
DATE

JURY FOREPERSON

## Jury Note

FILED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JAY W. COOPER

vs.                                                                       CA 05-1598 (RMC)

COUNTERPART INTERNATIONAL

> We need a "verdict" form to fill out.
>
> Attached.
> R.M. Colley
> 8/25/08

8/25/08
DATE                                                                    JURY FOREPERSON