FILED

AUG 2 5 2008

**VERDICT FORM**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COUNT I:  BREACH OF CONTRACT

1.    Do you find Mr. Cooper has proven that Counterpart breached his employment contract of December 12, 2003 by terminating his employment?

      YES _____    NO ___✓___


## COUNT II:  FALSE LIGHT INVASION OF PRIVACY

2.    Do you find Mr. Cooper has proven his false light invasion of privacy claim?

      YES _____    NO ___✓___


If your answer to Question 2 is "YES," you should proceed to Question 3.  If your answer to Question 2 is "NO," you should sign and date the form without answering Question 3.


3.    Please state the amount of mental or emotional damages, if any, that you award Mr. Cooper.

      $ _____.


DATE: _8/25/2008_

TIME: _11:45 AM_


_____          ___#2_____
Foreperson                               Juror No.